# EXHIBIT 4

| | |
|---|---|
| **From:** | Bobley, Brett |
| **To:** | !Division Directors |
| **Cc:** | !SeniorManagement; Brundage, Richard |
| **Subject:** | NEH EO Award Review Spreadsheet |
| **Date:** | Friday, February 7, 2025 5:38:37 PM |
| **Attachments:** | image001.png |

Dear Program Directors,

**Here are the review criteria for reviewing all the awards from 2021 to the present:**

As per OMB's January 27, 2025 memo (M-25-13), please identify any funded projects that "advance Marxist equity, transgenderism, or green new deal social engineering policies."  More specifically, following the descriptions provided in the Administration's recent Executive Orders, you should identify grants that focus on or promote (in whole or in part): (i) "environmental justice"; (ii) "diversity, equity, and inclusion " or "diversity, equity, inclusion, and accessibility" (even if these exact terms are not used); and (iii) "gender ideology," which, according to the Executive Order, replaces sex with "an internal, fluid, and subjective sense of self unmoored from biological facts" or with "an ever-shifting concept of self-assessed gender identity."

**Here is the shared spreadsheet that contains all the awards to review:**

 NEH-Awards-2025 Data Call.xlsx

**Important notes about the spreadsheet and the review process:**

- We are working to make the spreadsheet a little prettier looking formatting-wise. But you are welcome to start using it now. Please forward this email to your deputy/assistant director if they will be working with you.
- Each division has their awards on their own tab. Feel free to re-sort or change the layout/wrapping to whatever works best for you.
- It includes all recommended and above application statuses (e.g. recommended, approved, offered, awarded, closed out, etc).
- **Order of work**:
  - Please start by tackling the open awards coming from the November 2024 council.
  - Then work on the ones for March council.
  - Then all the remaining ones.
  - You can sort on the council date column to do them in this order.
- 

NEH_AR_000001

The Agency-Wide tab contains all the ARP awards, so don't forget about doing those too. You'll want to sort on the application number to see all of yours as a group. As a reminder:

- ZDH = ODH
- ZED = Education
- ZPA = P&A
- ZPP = Public
- ZRE = Research
- ZIN and ZOR = Challenge

- **The last four columns are the key thing you will be filling in**:
  - Column Q "Proposal Needs Further Discussion" you can only enter Yes or No. That way, we can sort it later to find the ones that need discussion. *When completed there should be a Yes or No for every award*.
  - Columns R, S, T directly map to the three criteria at the beginning of this email. You can put any notes in these columns to inform future discussions.

NEH_AR_000002