# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, et al.,<br><br>        *Plaintiffs*,<br>        v.<br><br>MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment of the Humanities, et al.,<br><br>        *Defendants*. | Case No. 1:25-cv-03657 |

**PROPOSED ORDER GRANTING MOTION FOR A PRELIMINARY INJUNCTION**

The Court, having reviewed the parties' filings, it is hereby **ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**. It is further

**ORDERED** that Defendants are preliminarily enjoined from enforcing and giving effect to their decisions to eliminate or nearly eliminate entire National Endowment for the Humanities ("NEH") divisions, to shut down entire programs, to mass fire staff, and to delay spending or outright refuse to spend the funds appropriated to NEH by Congress; it is further

**ORDERED** that Defendants are preliminarily enjoined from enforcing or giving effect to the termination notices Plaintiffs' grants and the grants of Plaintiffs' members; it is further

**ORDERED** that Defendants are preliminarily enjoined to obligate and spend the full amount of funds that Congress has appropriated to NEH, including for NEH grants, without intentional delay.

Dated: _____                      _____
                                                                                                  The Honorable Colleen McMahon
                                                                                                  United States District Judge