## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN COUNCIL OF LEARNED
SOCIETIES, *et al.*,

        *Plaintiffs*,

        v.

MICHAEL MCDONALD, in his official
capacity as Acting Chairman of the National
Endowment of the Humanities, *et al.*,

        *Defendants*.

Case No. 1:25-cv-03657

### DECLARATION OF JOHN DOE

I, John Doe,[1] declare as follows:

1.      I am a current or former employee at the National Endowment for the Humanities (NEH). This declaration is based on my personal knowledge, information, and belief.

2.      During the week of March 24, 2025 DOGE team members Justin Fox and Nate Cavanaugh arrived at NEH. Early the next week, the Acting Chairman met with program staff and relayed that administrative leave, large-scale reductions-in-force "RIFs," and grant terminations would be happening very soon.

3.      NEH grantees then received emails on April 2 terminating their awards from a Microsoft email address. Based on my direct observations, I am confident that DOGE member Justin Fox compiled the list of terminations and sent the emails. Most NEH staff, including myself, did not learn of the terminations until after they happened, with many learning about the terminations from social media and media reports.

---

[1] John Doe is a pseudonym. I am submitting this declaration anonymously out of fear that I would be retaliated against if I used my real name.

4.      Following large-scale placement of employees on administrative leave, large numbers of staff (126 out of 180) were "RIF'd." I understand that the RIF process will culminate on June 10. The elimination of staff has reduced all offices to a bare minimum of staff or eliminated entire offices. After the RIF, the following offices have no staff at all: Office of Data and Evaluation, Office of Digital Humanities, Office of Partnerships and Strategic Initiatives, Outreach, and Congressional Affairs.

5.      With the drastic reductions in staff, it would seem nearly impossible to run more than a dozen grant programs across the entire agency. All of the typical steps of writing and posting NOFOs, running peer-review panels, making funding recommendations, and making and overseeing awards will be greatly curtailed by the reduced staff numbers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2025 in Washington, D.C.

*/s/ John Doe*
John Doe