# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN COUNCIL OF LEARNED
SOCIETIES, *et al.*,

       *Plaintiffs*,

       v.

MICHAEL MCDONALD, in his official
capacity as Acting Chairman of the National
Endowment of the Humanities, *et al.*,

       *Defendants*.

Case No. 1:25-cv-03657

## DECLARATION OF JANE DOE

I, Jane Doe,[1] declare as follows:

1.      I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I am a staff member at the National Endowment for the Humanities ("NEH").

3.      I am also an officer at NEH for the American Federation of Government Employees Local 3403 ("Local 3403" or "Union").

4.      Local 3403 represents a bargaining unit of approximately 1,746 civil servants who work for NEH, the National Science Foundation, the National Endowment for the Arts, the Institute of Museum and Library Services, the U.S. Department of Agriculture's Economic Research Services and National Institute of Food and Agriculture, and the U.S. Geological Survey. The Union represents 127 bargaining unit employees at NEH, 89 of whom are dues-paying members. These employees include Program Officers with experience in history, philosophy, archaeology, and modern languages, among other disciplines; Program Analysts;

---

[1] Jane Doe is a pseudonym. I am submitting this declaration anonymously out of fear that I would be retaliated against if I used my real name.

Program Specialists; IT Specialists; Grants Management Specialists; and Writer/Editors. These bargaining unit members review grant proposals and conduct grant and award management, budget and finance oversight, administrative services, and outreach to the humanities community.

5. The Union first became aware of President Trump's plan to conduct "large-scale" Reductions in Force ("RIFs") through the February 11, 2025, Executive Order.

6. On February 26, 2025, the U.S. Office of Management and Budget ("OMB") and the U.S. Office of Personnel Management ("OPM") sent a memorandum to the heads of executive departments and agencies, providing guidance on implementing the February 11 Executive Order. The memorandum instructed agencies to submit Agency RIF and Reorganization Plans ("ARRPs") in two phases for review and approval by OMB and OPM. The phase 1 ARRP was due on March 13, and the phase 2 ARRP was due on April 14.

7. Through a formal request for information (requested on April 17, 2025, and received on April 23, 2025, attached hereto as Exhibit AA), NEH's Union received a copy of the March 13 phase 1 ARRP submitted to OMB and OPM (pages 14-17 in Exhibit AA). The proposed agency target for reduction in full-time equivalent positions was 20-25% of staff. The tools proposed to reach that goal included the continuation of the current hiring freeze, attrition through enhanced policies governing employee performance and conduct, and attrition through the termination or non-renewal of term or limited positions.

8. On Monday, March 17, 2025, I became aware that DOGE representatives Nate Cavanaugh and Justin Fox had accounts established in NEH's "eGMS" grants management system. They had NEH email addresses associated with their accounts. It appeared that their

permissions were set as "agency reader." This information was verified in the request for information (Exhibit AA, page 5).

9.     During the week of March 24, 2025, program directors met with senior leadership. During these meetings, program directors received initial word about which grant programs in their division or office would be cancelled. Shortly after these meetings, the NEH website began being updated. Grant program pages that were affected started including a line of text that read either: "This funding opportunity will not be reoffered," or "The _____ funding opportunity is cancelled for FY2026 and is not accepting applications." The full list of cancelled programs was not shared with agency staff.

10.     As of Friday, May 9, 2025, the NEH website indicates that the following grant programs have been cancelled:

| Grant Program | Office or Division |
| --- | --- |
| Climate Smart Humanities Organizations | Office of Challenge Programs |
| Humanities Initiatives at HSIs | Division of Education Programs |
| Humanities Initiatives at TCUs | Division of Education Programs |
| Humanities Connections | Division of Education Programs |
| Spotlight on Humanities in Higher Education | Division of Education Programs |
| State and Impact of the Humanities | Office of Data and Evaluation |
| Digital Humanities Advancement Grants | Office of Digital Humanities |
| Fellowships Open Book Programs | Office of Digital Humanities |
| Dangers and Opportunities of Technology | Office of Digital Humanities |
| Institutes for Ad. Topics in the Digital Humanities | Office of Digital Humanities |
| Cultural and Community Resilience | Division of Preservation and Access |
| Research and Development | Division of Preservation and Access |
| Humanities Collections and Reference Resources | Division of Preservation and Access |
| Dynamic Language Infrastructure | Division of Preservation and Access |
| Digital Projects for the Public | Division of Public Programs |
| Awards for Faculty at TCUs | Division of Research Programs |
| Awards for Faculty at HSIs | Division of Research Programs |
| Summer Stipends | Division of Research Programs |
| Archaeological and Ethnographic Field Research | Division of Research Programs |

11.     As a result of the program cancellations, the Office of Challenge Programs, the Office of Data and Evaluation, and the Office of Digital Humanities have had 100% of their programs cancelled.

12.     On Tuesday, April 1, 2025, agency directors informed staff that DOGE had met with senior leadership on Friday, March 28, 2025, and that DOGE had recommended a RIF of at least 70% of staff. Directors also told staff that DOGE aimed to cut a significant portion of programmatic activities, with the goal of identifying $170 million in grant funds to "claw back."

13.     Between 11:57 am and 12:25 pm EDT on Wednesday, April 2, 2025, six NEH staff members used an all-staff distribution list to request a Town Hall meeting from senior leadership. The request went unanswered.

14.     Late in the evening of Wednesday, April 2, 2025, grant recipients began receiving notices that their grants had been terminated. These notifications were shared outside of the agency's grant management system, so program officers and grant management specialists had no way to confirm which recipients had received the notification. Shortly after notices went out, some recipients began reaching out to their agency points of contact via email to request additional information.

15.     On Thursday, April 3, 2025 at 12:52 pm EDT, division directors received an email from Assistant Chair for Programs Adam Wolfson that read: "In the event you or your staff receive inquiries from grantees about the termination of their awards, you should respond that the reasons for the termination are set out in the communications that the grantees received and that you [meaning you or your staff] can provide no additional information. Program staff should simply leave it at that."

16.     In the late afternoon on Thursday, April 3, 2025, the Senior Leadership Team held a meeting. Staff were informed by their directors following that meeting that there was no significant news to report.

17.     Late in the evening of Thursday, April 3, 2025, staff began receiving notices that they were being placed on Administrative Leave. These emails came from the external email address "NEH_HR@nehemail.onmicrosoft.com." Though an official list of all staff placed on Administrative Leave was not shared with the Union, through the collection of crowdsourced information I understand that 58 program staff (program officers, analysts, specialists, etc.) were placed on Administrative Leave, while 22 program staff were not. On the non-program side (grant management specialists, IT staff, accountants, etc.), 47 non-program staff were placed on Administrative Leave and 52 non-program staff were not. The 105 staff placed on Administrative Leave were locked out of their computers beginning in the late morning of Friday, April 4, 2025. The 72 staff not placed on Administrative Leave were expected to keep working on their normal tasks.

18.     On Wednesday, April 9, 2025, all agency staff received a memo from Acting Chairman Michael McDonald (attached hereto as "Exhibit BB"). The memo indicated that the agency was "undertaking a multi-step approach to restructuring its internal organization." This communication was shared with both NEH email addresses and personal email addresses.

19.     On Thursday, April 10, 2025 at 11:34 a.m. EDT, the Union received a Reduction in Force Notice (attached hereto as "Exhibit CC"). This document included a list of the affected bargaining unit positions. It indicated that 116 positions total, including 91 in the collective bargaining unit, would be affected by the RIF. The RIF notice letters started going out to staff shortly after that message was received, and were sent throughout the afternoon. At 5:30 pm on

Thursday, April 10, 2025, the Union received a roster of impacted bargaining unit staff and sample notices sent to staff based on their status. Based on a total staff count of approximately 180 positions, the 116 individuals separated from their positions represent almost 65% of the agency staff.

20.    On Friday, April 11, 2025, staff who had been placed on Administrative Leave but were not part of the RIF were given access to their computer systems and asked to return to work. On Tuesday, April 15, 2025, staff who had not been placed on Administrative Leave but were part of the RIF were locked out of their computer systems, with the exception of those in "mission critical" positions.

21.    Many of the employees at NEH have expertise and post-graduate training (usually from Master's degree or Ph.D. programs) in certain fields and were hired specifically for the knowledge that they bring to the grantmaking review process. Significant staff cuts will not only make it functionally impossible for the agency to carry out its grantmaking work at scale, but also erodes the depth of expertise needed to successfully understand and support the range of humanities disciplines referenced in NEH's founding legislation.

22.    This will hinder the development of humanities research and public programming throughout the country.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed May 14, 2025, in Washington, D.C.

/s/ Jane Doe
Jane Doe

# Exhibit AA



# NATIONAL ENDOWMENT FOR THE HUMANITIES

**MEMORANDUM**

April 23, 2025

**TO:**      American Federation of Government Employees (AFGE), Local 3403, Joanna Capps, Vice President

**FROM:**   NEH, Labor Management: Derika Ferdinand Walker, Director, Office of Human Resources; Pranita Raghavan, Assistant Chair for Planning and Operations and Adam Wolfson, Assistant Chair for Programs

**SUBJECT:**   Response to Request for Information

This memorandum acknowledges receipt of AFGE Local 3403's formal request for information dated April 17, 2025. The agency remains committed to maintaining open and collaborative labor relations in accordance with the Collective Bargaining Agreement (CBA) between NEH and Local 3403.

Please see below for the agency's responses to requests 3(a) – (n).

Request 3a: A list of all bargaining unit employees that have received specific notices of a RIF, which includes the following information:
i. Full name of the employee;
ii. Entry on Duty ("EOD") date;
iii. Service Computation Date ("SCD"), if applicable;
iv. Position Title;
v. Pay Plan;
vi. Occupational Series/Grade;
vii. Bargaining Unit State Code;
viii. Duty Station location;
ix. Stated reason for specific RIF action.

**NEH Response: The agency is unable to provide the employee-specific information requested in 3(a)(i)-(viii). The information responsive to these items is barred from disclosure by the Privacy Act and is not subject to the Freedom of Information Act under exemption 6, as disclosure "would constitute a clearly unwarranted invasion**

**of personal privacy." The agency would be willing to disclose certain requested information in a redacted or sanitized format.**

**NEH Response to 3(a)(ix): In accordance with President Trump's February 11, 2025 Executive Order titled "Implementing The President's 'Department of Government Efficiency' Workforce Optimization Initiative," the Department of Government Efficiency (DOGE) instructed NEH to reduce the agency's workforce through a Reduction In Force (RIF).**

Request 3b: A complete and up-to-date list of all competitive areas defined by the Agency, as required by 5 C.F.R. § 351.402, with a list of all Agency employees who fall within each competitive area.

**NEH Response: 1) National Endowment for the Humanities, Nationwide, except Washington, DC, local commuting area (50-mile radius), included a total number of 39 employees.**

**2) National Endowment for the Humanities, Washington, DC, included a total number of 143 employees.**

**The agency is unable to provide the employee-specific information requested. The information responsive to these items is barred from disclosure by the Privacy Act and is not subject to the Freedom of Information Act under exemption 6, as disclosure "would constitute a clearly unwarranted invasion of personal privacy."**

Request 3c: A complete and up-to-date list of all competitive levels defined by the Agency, as required by 5 C.F.R. § 351.403, with a list of all Agency employees who fall within each competitive level.

**NEH Response: See Attachment A. The agency is unable to provide the employee-specific information requested. The information responsive to these items is barred from disclosure by the Privacy Act and is not subject to the Freedom of Information Act under exemption 6, as disclosure "would constitute a clearly unwarranted invasion of personal privacy."**

Request 3d: The retention registers compiled by the Agency since January 20, 2025, to determine which Agency employees were sent a specific RIF notice, as required by 5 C.F.R. Part 351, including the following information:
i. The employee's tenure group, competitive level, and original SCD;
ii. The employee's veteran preference;
iii. The employee's length of service;

2

iv. The amount of credit years for performance and, if applicable, the employee's adjusted SCD;
v. The employee's three most recent performance ratings received during the last four years, and/or the applicable performance ratings used to compute credit for performance.

**NEH Response: The agency is unable to provide the employee-specific information requested. The information responsive to these items is barred from disclosure by the Privacy Act and is not subject to the Freedom of Information Act under exemption 6, as disclosure "would constitute a clearly unwarranted invasion of personal privacy."**

**Article 26, Section 4 of the Collective Bargaining Agreement between NEH and Local 3403 states, "[a]n employee receiving a specific RIF notice may review the retention register for his or her competitive level and related records as well as the retention registers for other positions that could affect the composition of the employee's competitive level and/or the determination of the employee's assignment rights. The Agency agrees to provide, upon request, individual counseling to an employee concerning the basis for determining the competitive level and assignment rights for his or her position." An employee who would like to review the retention register for his/her records may contact humanresources@neh.gov to make an appointment.**

Request 3e: A list of all Agency employees who have not received specific RIF notices, including the following information for each such Agency employee:
i. Full name of the employee;
ii. EOD date;
iii. SCD, if applicable;
iv. Position title;
v. Pay plan;
vi. Occupational Series/Grade;
vii. Bargaining Unit Status Code;
viii. Duty station location;
ix. Competitive Area;
x. Competitive Level.

**NEH Response: The RIF process was conducted based on positions rather than individual employees. The agency is unable to provide the employee-specific information requested. The information responsive to these items is barred from disclosure by the Privacy Act and is not subject to the Freedom of Information Act under exemption 6, as disclosure "would constitute a clearly unwarranted invasion of personal privacy."**

3

Request 3f: Confirmation and attendant evidence that the Agency has complied with the requirement at 5 C.F.R. § 351.803(a) to provide eligible employees with an estimate of their severance pay. Specifically, the Union requests that the Agency demonstrate its compliance with the statutory requirement that it estimate severance pay, not that it "empowers" employees to estimate severance pay on their own.

**NEH Response: The agency provided each eligible employee with an estimate of his/her severance pay, in compliance with 5 C.F.R. § 351.803(a). The agency is unable to provide the employee-specific severance pay estimates as that information is barred from disclosure by the Privacy Act and is not subject to the Freedom of Information Act under exemption 6, as disclosure "would constitute a clearly unwarranted invasion of personal privacy."**

Request 3g: Confirmation and attendant evidence that the Agency has complied with the notice requirements at 5 C.F.R. § 351.803(b).

**NEH Response: The agency provided separation notices to 50 or more employees in the competitive area of National Endowment for the Humanities, Washington, DC.**

**NEH complied with the requirements of 5 C.F.R. § 351.803(b) by sending notice to the appropriate parties in Washington, DC.**

Request 3h: A list of all Agency officials and/or other government employees and/or other individuals responsible for drafting and transmitting any and all specific RIF notices sent to bargaining unit employees since January 20, 2025.

**NEH Response: Agency officials and/or other government employees who participated in the drafting of the RIF notices included the Director and Deputy Director, Office of Human Resources, Assistant Chair for Planning and Operations, Acting General Counsel, and Acting Chairman. The Office of Human Resources supported the transmission of RIF notifications.**

Request 3i: A list of all Agency officials and/or other government employees and/or other individuals who directed that specific RIF notices be sent to bargaining unit employees since January 20, 2025.

**NEH Response: The Acting Chairman, under the direction of the DOGE team, directed that RIF notices be sent to employees.**

Request 3j: A table or chart identifying the current chain of command in leadership at the Agency.

4

**NEH Response: Please see Attachment B, the current organizational chart. NEH is currently led by Acting Chairman Michael P. McDonald.**

Request 3k: A list of individuals affiliated with the U.S. DOGE Service Temporary Organization, known as the Department of Government Efficiency ("DOGE"), who have in any way communicated with Agency leadership concerning the RIF notification to bargaining unit employees since January 20, 2025.

**NEH Response: The following individuals have communicated with NEH regarding the RIF notifications:**

- **Justin Fox**
- **Nate Cavanaugh**

Request 3l: A list of individuals affiliated with DOGE, who have access to Agency technology systems and digital infrastructure.

**NEH Response: The following individuals have access to NEH technology systems, including eGMS and Office 365:**

- **Justin Fox**
- **Nate Cavanaugh**

Request 3m: All documents related to any cost-savings analysis or analysis of fraud, waste, or abuse of government resources that was conducted in relation to the decision to include certain bargaining unit employees in a RIF since January 20, 2025.

**NEH Response: In accordance with President Trump's February 11, 2025 Executive Order titled "Implementing The President's 'Department of Government Efficiency' Workforce Optimization Initiative," the Department of Government Efficiency (DOGE) instructed NEH to reduce the agency's workforce through a Reduction In Force (RIF).**

**NEH followed the Office of Personnel Management (OPM) RIF procedures and all applicable federal regulations in carrying out the RIF.**

Request 3n: All documents reflecting the Agency's plans to conduct and implement a reduction in force since January 20, 2025.

**NEH Response: Please see Attachments C-I.**

**Attachment C:  Agency RIF and Reorganization Plan ("ARRP") Phase 1**

**Attachment D: ARRP Phase 2**

400 7th STREET, SW, WASHINGTON, DC 20506 | NEH.GOV

- **Please note that the ARP Phase 1 was a pre-decisional document and submitted to OPM for approval. After submission of that report, DOGE instructed NEH to conduct a RIF on an expedited basis.**

**Attachment E: OPM Waiver Request**

**Attachment F: OPM Waiver Approval**

**Attachment G: Letter from Acting Chairman McDonald dated April 9, 2025**

**Attachment H: Memo from the Office of the Acting Chairman dated April 18, 2025**

**Attachment I: Memo from NEH Office of Human Resources dated April 18, 2025**

400 7th STREET, SW, WASHINGTON, DC 20506 | NEH.GOV

# Attachment A

| RIF Results | (Multiple Items) |
|---|---|
| **Row Labels** | **Count of RIF Results** |
| **2005** | **2** |
| SENIOR PROGRAM STRATEGIST | 1 |
| 13 | 1 |
| SENIOR PROGRAM STRATEGIST (INTL) | 1 |
| 13 | 1 |
| **2015** | **2** |
| PROGRAM STRATEGIST | 2 |
| 12 | 2 |
| **2035** | **1** |
| CONGRESSIONAL AFFAIRS SPECIALIST | 1 |
| 13 | 1 |
| **2070** | **1** |
| PROGRAM ASSISTANT (OA) | 1 |
| 06 | 1 |
| **2090** | **1** |
| PUBLIC AFFAIRS ASSISTANT (OA) | 1 |
| 09 | 1 |
| **2150** | **2** |
| PROG ASST OA | 1 |
| 07 | 1 |
| PROGRAM ASSISTANT (OFFICE AUTOMATION) | 1 |
| 07 | 1 |
| **2220** | **1** |
| SECY OA | 1 |
| 08 | 1 |
| **2300** | **1** |
| PROGRAM ANALYST | 1 |
| 11 | 1 |
| **2310** | **6** |
| PROG ANAL | 4 |
| 12 | 4 |
| PROGRAM ANALYST | 2 |
| 12 | 2 |
| **2320** | **1** |
| PROGRAM ANALYST | 1 |
| 09 | 1 |
| **2380** | **2** |
| SUPPORT SERVICES ASSISTANT | 2 |
| 08 | 2 |
| **2405** | **1** |
| MANAGEMENT AND PROGRAM ANALYST | 1 |

| | |
|---|---|
| 12 | 1 |
| **2410** | **1** |
| **MANAGEMENT AND PROGRAM ANALYST** | **1** |
| 13 | 1 |
| **3040** | **1** |
| **ACCOUNTANT** | **1** |
| 13 | 1 |
| **3200** | **1** |
| **BUDGET ANALYST** | **1** |
| 13 | 1 |
| **3220** | **1** |
| **BUDGET ANALYST** | **1** |
| 11 | 1 |
| **3260** | **2** |
| **FINANCIAL OPERATIONS SPECIALIST** | **2** |
| 11 | 2 |
| **3270** | **1** |
| **TRAVEL ADMINISTRATOR** | **1** |
| 11 | 1 |
| **5060** | **2** |
| **PUBLIC AFF SPECLST** | **2** |
| 11 | 2 |
| **5090** | **4** |
| **WRI EDIT** | **1** |
| 12 | 1 |
| **WRITER EDITOR** | **3** |
| 12 | 3 |
| **5140** | **2** |
| **VISUAL INFORMATION SPECIALIST** | **2** |
| 12 | 2 |
| **6030** | **2** |
| **GRANT MANAGEMENT SPECIALIST** | **2** |
| 13 | 2 |
| **6040** | **1** |
| **GRANT MANAGEMENT SPECIALIST** | **1** |
| 12 | 1 |
| **6050** | **6** |
| **GRANTS MANAGEMENT SPECIALIST** | **6** |
| 11 | 6 |
| **6080** | **1** |
| **GRANT POLICY ANALYST (COMPLIANCE)** | **1** |
| 14 | 1 |
| **6105** | **1** |
| **CONTRACT SPECIALIST** | **1** |

| | |
|---|---|
| 13 | 1 |
| ⊟ **6120** | **1** |
| ⊟ **PURCHASING AGENT** | **1** |
| 08 | 1 |
| ⊟ **6510** | **1** |
| ⊟ **HUMANITIES DATA SCIENTIST** | **1** |
| 14 | 1 |
| ⊟ **8030** | **29** |
| ⊟ **HUMANITIES ADMINISTRATOR** | **29** |
| 13 | 29 |
| ⊟ **8040** | **6** |
| ⊟ **HUMANITIES ADMIN (STRATEGIC SCHEDULER)** | **1** |
| 12 | 1 |
| ⊟ **HUMANITIES ADMINISTRATOR** | **5** |
| 12 | 5 |
| ⊟ **8080** | **6** |
| ⊟ **PROGRAM SPECIALIST** | **5** |
| 11 | 4 |
| 12 | 1 |
| ⊟ **PROGRAM SPECIALIST(EDSITEMENT)** | **1** |
| 12 | 1 |
| ⊟ **9005** | **1** |
| ⊟ **IT SPECIALIST (INET)** | **1** |
| 13 | 1 |
| ⊟ **9050** | **1** |
| ⊟ **IT SPECIALIST (INET)** | **1** |
| 11 | 1 |
| ⊟ **9080** | **1** |
| ⊟ **IT CYBERSECURITY SPECIALIST** | **1** |
| 13 | 1 |
| **Grand Total** | **93** |

# Attachment B



NATIONAL ENDOWMENT FOR THE HUMANITIES

Organizational Chart FY 2024

01/2025

# Attachment C



OFFICE OF THE CHAIR

To:    Office of Personnel Management at tracking@opm.gov;
       Office of Management and Budget at workforce@omb.eop.gov

From:  Michael McDonald, Acting Chairman

Date:  March 13, 2025

This memorandum responds to President Trump's February 19, 2025 Executive Order *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative* (*Workforce Optimization*) (EO), and OMB/OPM's associated February 26, 2025 guidance, Guidance on Agency RIF and Reorganization Plans Requested by the EO (Guidance). Specifically, it contains the National Endowment for the Humanities (NEH) Phase 1 Agency RIF and Reorganization Plan (ARRP), focusing on initial agency cuts and reductions.

## Phase 1 ARRP

Per the Guidance, the Phase 1 ARRP should identify:

1. **A list of agency subcomponents or offices that provide direct services to citizens. Such subcomponents or offices should be included in ARRPs to improve services to citizens while eliminating costs and reducing the size of the federal government. But for service delivery subcomponents or offices, implementation shall not begin until certified by OMB and OPM as resulting in a positive effect on the delivery of such services.**

NEH does not have subcomponents and does not provide direct services to citizens (such as Social Security, Medicare, and veterans' health care).  Congress created NEH with a mission to provide grants to non-profit organizations and individuals working in the humanities.

2. **Any statutes that establish the agency, or subcomponents of the agency, as statutorily required entities. Agency leadership must confirm statutes have not been interpreted in a way that expands requirements beyond what the statute actually requires. Instead, statutes should be interpreted to cover only what functions they explicitly require.**

20 USC 956(a) establishes the National Endowment for the Humanities (NEH), and 20 USC 957(a) creates the National Council on the Humanities, NEH's twenty-six-member advisory board.  NEH's authorizing legislation gives broad discretion to the Chairman to carry out the

1

agency's statutory functions to support scholarly works, programs, and research in the humanities; *see* 20 USC 956(c)(1)-(10), 20 USC 956(f), 20 USC 956(h).

20 USC 951 enumerates the 'findings and purposes' that underlie NEH, and its sister agencies.  In it, Congress declares, *inter alia*, that:

> (2) The encouragement and support of national progress and scholarship in the humanities and the arts, while primarily a matter for private and local initiative, are also appropriate matters of concern to the Federal Government;...
>
> (5) It is necessary and appropriate for the Federal Government to complement, assist, and add to programs for the advancement of the humanities and the arts by local, State, regional, and private agencies and their organizations...Such funding should contribute to public support and confidence in the use of taxpayer funds. Public funds provided by the Federal Government must ultimately serve public purposes the Congress defines;...
>
> (8) The world leadership which has come to the United States cannot rest solely upon superior power, wealth, and technology, but must be solidly founded upon worldwide respect and admiration for the Nation's high qualities as a leader in the realm of ideas and of the spirit.;...and...
>
> (11) To fulfill its educational mission, achieve an orderly continuation of free society, and provide models of excellence to the American people, the Federal Government must transmit the achievement and values of civilization from the past via the present to the future, and make widely available the greatest achievements of art.

NEH confirms that it has not interpreted its statutes beyond what they require.

> 3. **All agency components and employees performing functions not mandated by statute or regulation who are not typically designated as essential during a lapse in appropriations (because the functions performed by such employees do not fall under an exception to the ADA) using the Agency Contingency Plans submitted to OMB in 2019 referenced above.**

NEH does not have agency components or sub-agencies.  NEH's Chairman and its advisory board, the National Council on the Humanities, are statutorily required. 20 USC 956(b); 20 USC 957(a). The NEH Chairman has administrative authority to hire staff to carry out the agency's statutory functions, including to establish program offices to run grant programs in different humanities fields.  The following positions are typically designated as essential during a lapse in appropriations: Chairman; Senior Deputy Chairman; Chief of Staff; Assistant Chairman for Planning and Operations; Director, Office of Administrative Services; Director, Office of Human Resources; Systems Operations Supervisor, Office of Information Technology; General Counsel.  NEH may designate the following positions on an ad hoc basis: Assistant Chairman for Programs; the Director of Accounting; the Director of Grant Management; and the Director of Planning and Budget.

2

4. Whether the agency or any of its subcomponents should be eliminated or consolidated; and which specific subcomponents or functions, if any, should be expanded to deliver on the President's priorities.

There are a number of NEH offices that current leadership believe should be eliminated. Almost all of them were created during the Biden Administration.  They are: the Office of Partnerships and Strategic Initiatives; the Office of Native and Indigenous Affairs; the Office of Outreach; the Office of Challenge Programs; and the Office of Data and Evaluation. (NEH is required by statute to collect humanities data and anticipates consolidating such efforts within its existing Office of Planning and Budget, where it has historically been located.)

There are a number of NEH program offices that current leadership believe should be consolidated. NEH is considering reducing the number of program offices by approximately fifty percent – going from eight to four. NEH is also considering consolidating some of its administrative offices, to achieve greater efficiencies.

5. The specific tools the agency intends to use to achieve efficiencies, including, as to each, the number of FTEs reduced and any potential savings or costs associated with such actions in Fiscal Years 2025, 2026 and 2027:

   a. Continuation of the current hiring freeze;
   b. Regular attrition (e.g., retirement, movement between agencies and the private sector);
   c. Attrition through enhanced policies governing employee performance and conduct;
   d. Attrition through the termination or non-renewal of term or limited positions or reemployed annuitants;
   e. Attrition achieved by RIFs. Please refer to Appendix 1 for specific steps and timing. For purposes of the Phase 1 ARRP, the agency should include the following information:

      i. The competitive areas and organizational components that the agency has targeted or will target for initial RIFs, and

         As noted above, NEH is considering eliminating the following offices: the Office of Partnerships and Strategic Initiatives; the Office of Native and Indigenous Affairs; the Office of Outreach; the Office of Challenge Programs; and the Office of Data and Evaluation.

      ii. The agency's target for reductions in FTE positions via RIFs.

         NEH's target for reductions in FTE positions via the various staff reduction tools is twenty to twenty-five percent of the staff.

NEH intends to use all the tools listed above to achieve efficiencies and effectuate the principles in President Trump's Executive Order *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative* (*Workforce Optimization*), and

3

OMB/OPM's associated February 26, 2025 guidance, Guidance on Agency RIF and Reorganization Plans.

6. A list by job position of all positions categorized as essential for purposes of exclusion from large-scale RIFs, including the number per each job position and total by agency and subcomponent.

NEH is a grant making agency.  In order for NEH to continue its statutory function of making grants it will need program and administrative staff to do so.  However, NEH plans to reduce the number of program offices (and thereby the number of individual program officers), and several other offices added during the Biden Administration, in addition to using the other tools in #5, above, to carry out its statutory functions in a more streamlined and efficient manner.

7. The agency's suggested plan for congressional engagement to gather input and agreement on major restructuring efforts and the movement of fundings between accounts, as applicable, including compliance with any congressional notification requirements.

NEH does not have Congressional notification requirements to restructure the agency. As appropriate, and as necessary when funds are being moved between accounts, NEH intends to consult with its Congressional appropriations and authorizing committees about restructuring plans.

8. The agency's timetable and plan for implementing each part of its Phase 1 ARRP.

NEH will begin to implement Phase 1 of its ARRP immediately.  NEH has requested approval for the VERA/VSIP authority, and will offer that to staff as soon as possible.

4

400 7th Street, SW, Washington, DC 20506 | neh.gov

# Attachment D

 **Outlook**

---

## NEH Phase 2 ARRP Submission

---

**From** Raghavan, Pranita <praghavan@neh.gov>

**Date** Mon 4/14/2025 6:06 PM

**To** tracking@opm.gov <tracking@opm.gov>; workforce@omb.eop.gov <workforce@omb.eop.gov>

**Cc** Ferdinand Walker, Derika <dfwalker@neh.gov>; McDonald, Michael <mmcdonald@neh.gov>

📎 1 attachment (14 KB)
NEH ARRP Phase 2 Cover Page 1.xlsx;

Hello,

On behalf of the Acting Chairman of the National Endowment for the Humanities (NEH), please see attached for NEH's ARRP Phase 2 submission. The Department of Government Efficiency (DOGE) instructed NEH to start the workforce restructuring and Reduction in Force (RIF) processes last week. Accordingly, NEH issued 116 RIF notices and terminated 4 intermittent employees on April 10, 2025. The effective date of the RIF is June 10, 2025. In addition, three employees opted into the Deferred Resignation Program and will be paid as FTEs through September 30, 2025.  Therefore, NEH is already in process of completing its Phase 2 workforce restructuring process in compliance with the Executive Order and approved by DOGE.

Please let us know if you have any questions.

Office of the Acting Chairman
National Endowment for the Humanities

**Agency ARRP Phase 2 Cover Sheet**

*Predecisional - Deliberative*

Each Agency is directed to notate the figures defined in this sheet and reflect them with additional context in their Phase 2 plans.

| Summary Data | 1/20 - 4/14/2025 | | 4/15 - 9/30/2025 | | FY26 | | FY27 |
|---|---|---|---|---|---|---|---|
| FTE Actuals as of Jan 20, 2025 | 184 | | 179 | | | | |
| FTE Actuals as of FY 2026 and FY 2027 | | | | | | | |
| Anticipated Reduction in FTEs (Number) \| (% Reduction over previous year) | | | 117 (+3 DRP after 9/30/25) | 67% | | | |
| **FTE Reductions Attributed to Specific Strategies** | | | | | | | |
| Planned Hiring Freeze for Agency or Agency Subcomponents within FY (Yes/No) | Yes | | Yes | | | | |
| VERA (Number) | Offering 15 | | Offering 15 | | | | |
| VSIP (Number) | 0 | | 0 | | | | |
| Regular Attrition (Number) \| (% Workforce) | 9 | 5% | | | | | |
| RIFs/Terminations | 116 (RIF notices sent out | | 116 | | | | |
| Probationary Employees | 9 | | | | | | |
| Time Limited/Term/Reemployed Annuitants | 12 | | 12 | | | | |
| Deferred Resignations (With or Without VERA) | 3 | | 3 | | | | |
| Performance and Conduct Issues | 0 | | 0 | | | | |
| Other Notable | | | 1 retirement as of 4/18/25 | | | | |
| **Estimated Cost Savings** | | | | | | | |
| FTE Salaries & Benefits | $ - | | $ 8,581,276 | | $ 20,128,345 | | |
| Other Workforce Shaping Efforts | | | | | | | |
| Number and Cost of GSA Occupancy Agreements and Direct Leases (Number) \| ($ Amount) | 1 | 0 (rent savings from entering new lease) | 1 | 0 | 1 | 745,586.10 | |
| Contractor Employees (Number) \| ($ Amount) | | | | | | | |
| Reduction of IT Software or Systems | | | | | | | |
| **Estimated Spending** | | | | | | | |
| Separation Costs (Severance, VSIP, Leave Payout, etc.) | | | TBD - ongoing | | | | |
| Return to Office/Relocation Payments | | | | | | | |
| New IT Software and Systems | | | | | | | |

*Predecisional - Deliberative*

# Attachment E



# NATIONAL ENDOWMENT FOR THE HUMANITIES

**OFFICE OF THE CHAIR**

April 8, 2025

**To:**        **Michael J. Mahoney, Office of Personnel Management**

**From:**    **Michael McDonald, Acting Chairman** MMcD

**Subject:**  **Establishment of Competitive Areas**

This memorandum serves as the National Endowment for the Humanities' (NEH) request for an exception to the competitive area 90-day rule. Please find the NEH responses below with regards to our competitive areas.

**1. Identification of the proposed competitive area, including the organizational segment, geographic location, and limits of the local commuting area.**

Answer: 1. National Endowment for the Humanities, nationwide, except for Washington, DC local commuting area (50-mile radius)

2. National Endowment for the Humanities, Washington DC

**2. A description of how the proposed area differs from the one previously established for the same unit and geographic area.**

Answer: Since our last RIF in 1995, we have added remote positions. Pursuant to President Trump's Presidential Memorandum, *Return to In-Person Work*, dated January 20, 2025, NEH discontinued its remote work policy. Therefore, competitive area #1 covers all employees who are located outside of the 50-mile radius of Washington, DC. Competitive area #2 covers all employees in the Washington, DC commuting area.

**3. An organizational chart of the agency showing the relationship between the organizational components within the competitive area and other components in the commuting area.**

Answer: Please see attached.

400 7th STREET, SW, WASHINGTON, DC 20506 | NEH.GOV

**4. The number of competing employees in the proposed competitive area.**

**Answer**: The first competitive area includes 39 employees, and the second competitive area includes 118 employees.

**5. A description of the operation, work function, staff, and personnel administration of the proposed area and, where appropriate, a description of how the area is distinguished from others in these respects.**

**Answer**: Since NEH's last RIF in 1995, we have added remote positions. Pursuant to President Trump's Presidential Memorandum, *Return to In-Person Work*, dated January 20, 2025, NEH discontinued its remote work policy. Therefore, competitive area #1 covers these remote employees. Competitive area #2 covers all employees in the Washington, DC commuting area. As a small agency, our personnel administration is centralized to the Office of the Chairman. The Chairman is the only person who can make final determinations regarding personnel actions such as firing, hiring, restructuring, etc.

**6. A discussion of the circumstances that led to the proposed changes less than 90 days before a proposed reduction.**

**Answer**: NEH is responding to the Executive Order Implementing the President's Department of Government Efficiency Cost Efficiency Initiative – dated February 26, 2025.

2

Case 1:25-cv-03657-CM     Document 32     Filed 05/14/25     Page 31 of 50

# NEH Post RIF Org Structure



# Attachment F



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

April 9, 2025

Derika Ferdinand Walker
Director of Human Resources
National Endowment for the Humanities
400 7th Street, SW
Washington, D.C.  20506

Dear Ms. Ferdinand Walker:

The U.S. Office of Personnel Management (OPM) approves the National Endowment for the Humanities (NEH) April 8, 2025, request for approval of a competitive area which will be in effect less than 90 days prior to the proposed effective date of a reduction in force (RIF).  Your request indicates that a RIF is necessary in the NEH due to the impact of an Executive Order titled, "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative" (February 11, 2025). Section 3(c) of the EO states:

> (c) Agency Heads shall promptly undertake preparations to initiate large-scale reductions in force (RIFs), consistent with applicable law, and to separate from Federal service temporary employees and reemployed annuitants working in areas that will likely be subject to the RIFs.  All offices that perform functions not mandated by statute or other law shall be prioritized in the RIFs, including all agency diversity, equity, and inclusion initiatives; all agency initiatives, components, or operations that my Administration suspends or closes; and all components and employees performing functions not mandated by statute or other law who are not typically designated as essential during a lapse in appropriations as provided in the Agency Contingency Plans on the Office of Management and Budget website.  This subsection shall not apply to functions related to public safety, immigration enforcement, or law enforcement.

OPM approves your request in accordance with 5 CFR 351.402(c).  This provision requires OPM approval when a competitive area will be in effect less than 90 days prior to the effective date of a RIF.  The competitive areas proposed in your request were not previously established.  They comprise the groups mentioned in your request including their various divisions, offices, and units.  NEH must confirm and document that any competitive area established meets the definition for separate administration:

- The organizational unit or subdivision is separately organized;
- It is clearly distinguished from other units with regard to operation, work function, staff, and personnel management; and

Page 2

- It has the authority to take or direct personnel actions (e.g., establish or abolish positions).

Also, please note, a RIF cannot be effectuated until 60 days from the date an employee receives their notice.   NEH should also review all applicable collective bargaining agreements for any additional requirements necessary to effectuate a RIF.

Please contact Katika Floyd by email at katika.floyd@opm.gov or phone at 202-606-9531 should you or staff have any questions with this response.

Sincerely,

KIMBERLY HOLDEN
Digitally signed by KIMBERLY HOLDEN
Date: 2025.04.09 11:07:58 -04'00'

Kimberly A. Holden
Principal Deputy Associate Director
Workforce Policy and Innovation

# Attachment G

 Outlook

---

**Agency Restructuring**

---

**From** Office of the Chair <chairsoffice@neh.gov>

**Date** Wed 4/9/2025 12:19 PM

**To** Office of the Chair <chairsoffice@neh.gov>

📎 1 attachment (298 KB)
Letter to NEH staff - Agency Restructuring.pdf;

Dear NEH staff,

Please see the attached letter from Acting Chairman McDonald.

Thank you,
Office of the Acting Chairman



# NATIONAL ENDOWMENT FOR THE HUMANITIES

OFFICE OF THE CHAIRMAN

April 9, 2025

Dear NEH Staff,

In accordance with President Trump's directives concerning the federal workforce, NEH is undertaking a multi-step approach to restructuring its internal organization. This restructuring will consolidate administrative and programmatic offices to enhance efficiency and streamline functions. As a result, the agency will be forced to reduce the total number of positions.

At this time, we cannot provide assurance regarding which positions will remain once the restructuring process is complete. However, if your position is affected, you will be afforded the appropriate civil service protections governing the Reduction in Force (RIF) process. Additional details will be provided as they become available.

Additionally, as part of this restructuring, the agency is rescinding the previously established return to office dates. All NEH employees who are not currently in an administrative leave or approved medical telework status, are required to report to work at the Constitution Center, on a full-time basis, five days per week, effective Monday, April 21, 2025.

If an employee decides not to report for in-person work, he/she should notify his/her supervisor as soon as possible.

NEH employees who previously requested exceptions to the return to the office effective date will be notified individually of the Acting Chairman's decision.

OPM has granted NEH the Voluntary Early Retirement Authority (VERA). All employees eligible to retire under VERA will be notified separately by the Office of Human Resources.

If you have any questions, please submit them to [RTO Questions](RTO Questions).

Michael P. McDonald
Acting Chairman

400 7th STREET, SW, WASHINGTON, DC 20506 | NEH.GOV

# Attachment H

 **Outlook**

---

## Return to Office Information

---

**From** Office of the Chair <chairsoffice@neh.gov>

**Date** Fri 4/18/2025 2:26 PM

**To** Office of the Chair <chairsoffice@neh.gov>

📎 1 attachment (335 KB)

RTO information - April 18.pdf;

Dear colleagues,

Please see the attached memo from the Office of the Chairman.

Thank you.



# NATIONAL ENDOWMENT FOR THE HUMANITIES

OFFICE OF THE CHAIRMAN

April 18, 2025

Dear Colleagues,

As we look forward to welcoming you back to full-time, in-person work at the Constitution Center on Monday, April 21, 2025, we ask that you please take a few minutes to review the important information below.

## **Workspace Assignments**

Employees who teleworked and have pre-assigned offices or workstations may proceed to those locations without changes.

The NEH Administrative Services Office (ASO) will send employees without an assigned workspace an email indicating their office location before April 21, 2025.

ASO staff will also be available on Monday morning to assist all returning workers as needed.

## **Equipment and Technology**

The NEH Office of Information Technology has distributed docking stations and external monitors to offices throughout the agency's offices at the Constitution Center.

Returning employees must bring their assigned laptops with them to plug in to the docking stations when reporting on April 21, 2025. This will support a seamless connection to the monitors, keyboards and other workstation equipment. If you use an external mouse, please bring that with you as well.

If, either before or after your return, you require additional IT equipment or support, please send an email to help@neh.gov or call 202-606-8399.

400 7th STREET, SW, WASHINGTON, DC 20506 | NEH.GOV

**PIV Badges for Access**

All employees should have active PIV Badges to access the building and systems.

However, should you have problems with your PIV badge or building access, please contact Marlo Blue at mblue@neh.gov, (202) 606-8410, or (202) 606-8415, and she will facilitate your entry into NEH's office space.

**More information to come**

As a result of the reduction in force, NEH must necessarily restructure some divisions and offices. This process will take place over the coming weeks and will be in place once the RIF process ends on June 10, 2025. We will provide additional information on the planned organizational readjustments and new reporting structures in the weeks ahead.

We recognize what a difficult time this has been for everyone. We appreciate your cooperation and flexibility and look forward to seeing you in person.

Thank you for your continued commitment to NEH's mission.

# Attachment I

 Outlook

---

**From the Office of Human Resources-NEH RIF Overview**

---

**From** Human Resources <humanresources@neh.gov>
**Date** Fri 4/18/2025 3:19 PM

📎 1 attachment (325 KB)
RIF - Overview - April 18 (005).docx;

Dear colleagues,

Please see the attached memo from the Office of Human Resources.

Sincerely,

NEH Office of Human Resources





# NATIONAL ENDOWMENT FOR THE HUMANITIES

OFFICE OF HUMAN RESOURCES

April 18, 2025

Dear Colleagues,

As you know, in mid-March, The Department of Government Efficiency (DOGE) requested NEH to reduce the agency's workforce significantly.

Because we understand that some of you may have questions concerning the ongoing Reduction In Force (RIF) that NEH implemented in accordance with the President's February 11, 2025, Executive Order on workforce optimization and NEH's DOGE team, we are providing you with a brief overview of the RIF process, which we hope you find helpful.

**How NEH Conducted The RIF**

NEH followed the Office of Personnel Management (OPM) RIF procedures and all applicable federal regulations in carrying out the RIF.

First, NEH identified and used two OPM-approved competitive areas: 1) National Endowment for the Humanities, nationwide, except for Washington, DC local commuting area (50-mile radius) and 2) National Endowment for the Humanities, Washington, DC.

Second, NEH carefully reviewed each employee's tenure, length of service, veteran's status, and performance records to determine placement rights to available positions.

NEH provided employees affected by the RIF with written notices in accordance with OPM's guidelines on April 10, 2025.  To do so, NEH used three touch points of communication: NEH emails, personal emails, and UPS mail based on the personal contact information provided in each employee's personnel record.

The Acting Chairman then authorized all employees who received RIF notices to be placed in an administrative leave status unless exceptions were made to support close

out, mission-essential functions.

The RIF process will conclude on June 10, 2025, by which date all final employee separations will occur, unless otherwise specified by an amended RIF notice.

**Bump and Retreat Rights**

NEH has contacted employees who received RIF notices and were eligible for bump and retreat rights for the remaining agency positions in accordance with OPM guidance.

Bump and retreat rights are determined based on a combination of tenure group, service computation date, and previous position held. See Reduction in Force (RIF) Basics for further information.

The NEH Office of Human Resources (OHR) has worked closely with impacted individuals to explain these rights to them.

**Retirement and Early Retirement Options**

The Office of Personnel Management (OPM) granted NEH Voluntary Early Retirement Authority (VERA).

To be eligible for VERA, an employee must meet the following criteria:

- Age 50 with 20 years of creditable federal service, or
- Any age with 25 years of creditable federal service under the Federal Employees Retirement System with the adjusted eligibility this VERA program provides.

OHR has contacted employees who are VERA eligible and has offered benefit counseling and assistance with individual retirement estimates.

If you should have any retirement eligibility questions, please contact Renee Exton at rexton@neh.gov.

Additional Resources:

Severance Pay

Voluntary Early Retirement Authority

Owing to the challenges NEH employees are facing, OHR is drafting a follow-up FAQ document that it will send to all staff early next week.

The FAQ document will cover a range of topics and respond to questions that OHR has

received from employees affected by the RIF as well as from employees who are reporting back to the Constitution Center next week.

These FAQs will outline the process for employees who are part of the RIF to return to the Constitution Center to collect their belongings and will again address the process for being placed on NEH's rehiring priority list.

Because the RIF has significantly reduced the size of OHR, we ask for your patience as OHR responds to individual requests.

NEH continues to partner with our Employee Assistance Provider (EAP), which is available to you and your family members 24 hours a day, 7 days a week by calling 800-222-0364.

Thank you for your service.

# Exhibit BB



# NATIONAL ENDOWMENT FOR THE HUMANITIES

OFFICE OF THE CHAIRMAN

April 9, 2025

Dear NEH Staff,

In accordance with President Trump's directives concerning the federal workforce, NEH is undertaking a multi-step approach to restructuring its internal organization. This restructuring will consolidate administrative and programmatic offices to enhance efficiency and streamline functions. As a result, the agency will be forced to reduce the total number of positions.

At this time, we cannot provide assurance regarding which positions will remain once the restructuring process is complete. However, if your position is affected, you will be afforded the appropriate civil service protections governing the Reduction in Force (RIF) process. Additional details will be provided as they become available.

Additionally, as part of this restructuring, the agency is rescinding the previously established return to office dates. All NEH employees who are not currently in an administrative leave or approved medical telework status, are required to report to work at the Constitution Center, on a full-time basis, five days per week, effective Monday, April 21, 2025.

If an employee decides not to report for in-person work, he/she should notify his/her supervisor as soon as possible.

NEH employees who previously requested exceptions to the return to the office effective date will be notified individually of the Acting Chairman's decision.

OPM has granted NEH the Voluntary Early Retirement Authority (VERA). All employees eligible to retire under VERA will be notified separately by the Office of Human Resources.

If you have any questions, please submit them to RTO Questions.

Michael P. McDonald
Acting Chairman

400 7th STREET, SW, WASHINGTON, DC 20506 | NEH.GOV

# Exhibit CC



# NATIONAL ENDOWMENT FOR THE HUMANITIES

OFFICE OF THE CHAIRMAN

April 10, 2025

<u>Reduction in Force Notice</u>

Pursuant to Article 26, Reduction in Force, the National Endowment for the Humanities (NEH), hereby notifies the American Federation of Government Employees, AFL/CIO, local 3403 of a pending Reduction in Force (RIF). The RIF is necessary to comply with Executive Order titled, "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative" (February 11, 2025).

This RIF will occur on April 10, 2025.

NEH anticipates that 116 employees, including 91 employees within the bargaining unit, will be affected by the RIF. The positions in the bargaining unit are listed below.

- Accountant – 1
- Budget Analyst – 2
- Congressional Affairs Specialist – 1
- Contract Specialist – 1
- Financial Operations Specialist – 2
- Grants Management Specialist - 9
- Grants Policy Analyst – 1
- Humanities Administrator – 33
- Humanities Data Scientist- 1
- IT Cybersecurity Specialist – 1
- IT Specialist (INET) – 2
- Management and Program Analyst – 2
- Program Analyst – 8
- Program Assistant - 3
- Program Specialist – 6
- Program Strategist -2
- Public Affairs Specialist -2
- Public Affairs Assistant – 1
- Purchasing Agent – 1
- Secretary – 1
- Senior Program Strategist -2
- Support Services Assistant – 2
- Travel Administrator – 1
- Visual Information Specialist -2
- Write Editor - 4