UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment of the Humanities, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-03657 |

## DECLARATION OF KATHERINE S. NEWMAN

I, Katherine S. Newman, declare as follows:

1.　I am a resident of California. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2.　I am currently employed by The Regents of the University of California ("UC" or "the University"), in the Office of the President, as the systemwide Provost and Executive Vice President of Academic Affairs. As such, I am the University's chief academic officer. I also hold an academic appointment as the Chancellor's Distinguished Professor of Sociology and Public Policy at UC Berkeley.

3.　I have previously served as the University of Massachusetts System Chancellor for Academic Programs; the Senior Vice President for Economic Development and the Torrey Little Professor of Sociology at UMass Amherst; the James B. Knapp Dean of the Arts and Sciences at Johns Hopkins University; the Forbes Class of 1941 Professor of Sociology and Public Affairs and Director of the Institute for International and Regional Studies at Princeton; and the founding Dean

of Social Science at the Radcliffe Institute of Advanced Study and director of Harvard's Multidisciplinary Program on Inequality and Social Policy (where I also served as the Malcolm Weiner Professor of Urban Studies in the Kennedy School of Government). I taught for 16 years in the Department of Anthropology at Columbia University and for two years in the School of Law at the University of California, Berkeley.

4.     I have personal knowledge of the matters set forth below or have knowledge based on my review of information gathered by University of California personnel.

**The University of California**

5.     The University of California is a public university headquartered in Oakland, California, that opened its doors in 1869 with 10 faculty members and 40 students. Today the UC system employs approximately 232,000 faculty, staff, and academic personnel and is California's second-largest employer. During the 2024-2025 academic year, the system had a total enrollment of 304,147 students, including 239,551 undergraduate students and 64,596 graduate students.

6.     The UC system consists of 10 campuses, six academic health centers, and three affiliated national laboratories located throughout California. UC Berkeley, UCLA, and UC San Diego are among the top-ranked public universities in the nation; seven UC campuses are among the top 30 and all nine undergraduate UC campuses are among the top 45 U.S. universities according to U.S. News & World Report's 2024-25 Best Colleges rankings. The tenth campus, UCSF, is limited to graduate programs in the health sciences and is recognized as among the best medical education universities in the world (ranked #15 in U.S. News's rankings of Best Global Universities).  The University's humanities programs – in English and Comparative literature, history, philosophy, classics, linguistics, foreign languages, archeology, art history and many other fields – are among the most distinguished in the nation.

7.      Since the Organic Act of 1868 brought together the liberal arts College of California and the Agricultural, Mining and Mechanical Arts College to establish the University of California as the State's land-grant institution, the University has provided a comprehensive curriculum that includes both the humanities and the sciences. To quote the Organic Act, the University of California's "design" is "to provide instruction and thorough and complete education in all departments of science, literature, art, industrial and profession pursuits, and general education, and also special course of instruction in preparation for the professions of Agriculture, the Mechanic Arts, Mining, Military Science, Civil Engineering, Law, Medicine and Commerce …."

8.      All nine undergraduate campuses in the UC system continue to provide robust programs in the humanities, including, for example, our English literature departments that teach and conduct research on literatures encompassing English classics including Beowulf, Chaucer, Shakespeare, Austen, and Dickens, as well as a rich array of American literature and world literature in English from Ireland, Australia, India, the African continent, and many other places globally; our departments of philosophy that provide students with the opportunity to study the history of philosophy from the Greeks to Dewey, Wittgenstein, and Quine, while grappling with deep problems of ethics, the nature of scientific knowledge and logical thought, and the fundamental nature of the mind and world; and our departments of history, which bring new historical facts and patterns to light through archival research and introduce students to the human past in our own country and throughout the world. Across the humanities, UC departments are recognized among the most distinguished nationally and internationally, providing our students extraordinary opportunities to discover and learn.

9.      While many UC students major in humanities fields, all students – no matter what their field of concentration—take courses in the humanities because UC recognizes that a graduate

is not fully educated without a deep understanding of history, literature and their many other constituent fields.  Graduating from the University of California with a degree in any subject requires serious study in the humanities.  Moreover, UC insists that education is best delivered by the nation's most distinguished faculty, whose research is essential to their reputation as field-defining scholars.  Accordingly, all 10 of the UC campuses have recruited prize-winning academics who are widely regarded as the most accomplished in their fields.  We entrust our students to these esteemed faculty members, knowing that what they learn in the classroom will be the "state of the art" and hence worthy of a UC degree.

10.      The quality of the academic work UC faculty do is even more essential for graduate programs, where the scholarly standing of the faculty plays a crucial role in attracting and then training the very best future scholars.  Graduate programs in the humanities can only flourish when the faculty are able to perform at the highest level as researchers and teachers.

11.      All nine undergraduate campuses are also associate members of the American Council for Learned Societies (ACLS). Eight of UC's nine undergraduate campuses are also part of the ACLS Research University Consortium, excepting only UC's newest campus, UC Merced, which opened in 2005.

### National Endowment for the Humanities

12.      The University of California has for many decades received federal funding for its humanities projects through the National Endowment for the Humanities (NEH). I understand that the NEH was the United States' largest source of extramural funding for projects in the humanities. The grants that faculty receive from the Endowment provide for resources that are essential to their research: from travel funds that permit them to visit historical archives, to funds for archeological fieldwork, and stipends that support the time they need to write books of significance, these are

essential support for the research humanists do.  Moreover, the respect and recognition faculty receive when they succeed in a very challenging national competition for these grants, underlines their stature and achievements.  Thus NEH is both a crucial source of financial support and an important force for competition and quality in the humanities.  That competition is, importantly, an expression of the high standards of peer review, where experts in each field evaluate and winnow applications from thousands of faculty and hence provide the imprimatur of each discipline's most respected scholars.

13.    Beginning on April 1, 2025, UC campuses across the system received a form email that stated:

> We regret to inform you that your NEH grant has been terminated,
> Please see the attached grant termination notice.
>
> With Regards,
> Michael McDonald
> Acting Chairman, National Endowment for the Humanities

The form email was sent from:

Grant_Notifications@NEHemail.onmicrosoft.com

14.    Attached to these form emails was a termination notice referring only to the award number. The notices state that the terminations are effective the date of the notice. Some terminations dated April 2, 2025, are stated to be effective immediately but also "effective April 1, 2025." In addition, NEH terminated two grants to UC Santa Cruz without issuing any notices to the campus; the campus only became aware of the change in status by viewing the eGMS portal.

15.    The termination notices that UC received contained the following identical language:

This letter provides notice that the National Endowment for the Humanities (NEH) is terminating your federal grant (Grant Application No. [*number*]) effective [*same date as notice*], in accordance with the termination clause in your Grant Agreement.

Your grant no longer effectuates the agency's needs and priorities and conditions of the Grant Agreement and is subject to termination due to several reasonable causes, as outlined in 2CFR§200.340. NEH has reasonable cause to terminate your grant in light of the fact that the NEH is repurposing its funding allocations in a new direction in furtherance of the President's agenda. The President's February 19, 2025 executive order mandates that the NEH eliminate all non-statutorily required activities and functions. See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217 (Feb. 19, 2025). Your grant's immediate termination is necessary to safeguard the interests of the federal government, including its fiscal priorities. The termination of your grant represents an urgent priority for the administration, and due to exceptional circumstances, adherence to the traditional notification process is not possible.  [*Many notices dated April 2, 2025, also state: "Therefore, the NEH hereby terminates your grant in its entirety effective April 1, 2025."*]

Please remember that your obligations under the Grant Agreement continue to apply. Additionally, an audit may be conducted by the NEH after the termination of your grant.

Please contact Grant_Notifications@nehemail.onmicrosoft.com with only urgent questions.

Sincerely,

/s/ Michael McDonald

Michael McDonald
Acting Chairman, National Endowment for the Humanities
400 7th Street S.W., Washington, DC 20506

16.     In my time at UC, and at prior institutions, I am not aware of any NEH grants that previously were terminated on these grounds or in this manner. The termination notices UC received did not include any specific information about why the grant was terminated or how to appeal the decision. There was no notice of any opportunity to submit "corrected" grant materials to align with "agency priorities." At least some UC project directors have received from the NEH a "Guidance for Recipients of Terminated Awards" dated April 29, 2025, that states, under item number 7, "Appeals," that "NEH is not offering a means of dispute resolution."

17.     Most of the termination notices were received at UC between April 1 and April 3, 2025. In those three days, UC had at least 30 NEH grants amounting to over $6.3 million terminated—immediately or retroactively to April 1, 2025—across all nine undergraduate campuses. In addition, NEH terminated two grants to UC Santa Cruz without issuing any notices to the campus; the campus only became aware of the change in status by viewing the eGMS portal (see below). Terminated NEH grants to UC campuses[1] include, for example:

a.     **The Mark Twain Project (UC Berkeley)**. On April 2, 2025, the NEH terminated its most recent award of $450,000 to the Mark Twain Project, an internationally recognized scholarly initiative that UC Berkeley established in 1967 with support from the NEH. The Project is dedicated to preserving, editing, and making accessible the works of Mark Twain, one of America's greatest writers. With support from the NEH, the Mark Twain Project has produced annotated editions of Twain's writings, in print and online, and assembled an archive

---

[1] The following examples are of terminations of NEH grants to UC campuses, but the NEH also abruptly terminated grants to individual member of the UC community. For example, on April 3, 2025, NEH terminated four awards to individuals, of about $60,000 each, effectively immediately. This halted plans for fellowships for UC San Diego scholars. These NEH-funded fellowships are one of the few means available to early- to mid-career scholars to devote time and effort to research, including travel to source materials across the globe that cannot be brought to the home campus.

of his manuscripts, letters, and related materials. In 2007, the Project launched Mark Twain Project Online to ensure free and widespread access to Twain's works.  Ron Chernow's recently published major biography of Twain was made possible in large part by the Mark Twain Project, which provided Chernow with extensive documentation and support. The award that NEH terminated on April 2, 2025, would have supported the publication of major works like *The Innocents Abroad* and *Following the Equator*, a digital edition of Twain's notebooks, and more of his correspondence, while also ensuring the continued technical and editorial development of the website.

b.    **City Life at Classic Maya Palenque, Mexico (UC Berkeley)**. On April 2, 2025, the NEH terminated this $171,420 award to UC Berkeley. This project is the first effort of U.S. scholars to conduct archeological research at Palenque, once a significant Mayan city-state, now a World Heritage site in Chiapas, Mexico. The NEH terminated the award only months before conclusion, jeopardizing the ability of researchers to publish their findings for the American public. Also in jeopardy is the timely graduation of two Master's students and a Ph.D. candidate, who rely on the excavation for essential data collection to support their theses. The cancellation of the last field season has also deprived about a dozen undergraduates of hands-on archaeological experience that is key to their academic progress and professional development.

c.    **UC Davis Center for Artificial Intelligence and Experimental Futures (CAIEF) (UC Davis)**. On April 2, 2025, NEH terminated $437,833 just recently awarded to UC Davis on February 1, 2025. With this critical funding, UC Davis' CAIEF was poised to be the major hub for humanities-driven AI research in the Western United States, bridging the gap between technology, ethics, and public engagement. CAIEF is focused on developing solutions to complex problems brought on by the rise of AI and imagining a future where AI can be used

in innovative, ethical, and accessible ways. But the sudden termination of the NEH award has caused an abrupt collapse of most of CAIEF's research programs. Planned undergraduate internships, graduate research positions, and new educational programs—including the undergraduate minor in "AI and Society," which would combine technical skills with humanities-driven research on AI—have been cancelled or indefinitely postponed, reducing opportunities for students. Student researchers working at CAIEF have suddenly lost their research positions, as well as mentorship connections and opportunities to publish and present work— seriously impacting their career development. The grant termination has also abruptly ended CAEIF's community outreach and training programs, damaging trusted relationships and reducing public engagement around the future of AI. Without funding support, CAIEF's goal to increase AI literacy, promote participatory democracy, and improve public engagement with AI technologies will be unrealized, exacerbating the already uneven distribution of AI's benefits and harms across society.

d.      **PrisonPandemic: Digitizing an Amplifying Stories of Incarceration During COVID-19 (UC Irvine)**. On April 2, 2025, the NEH terminated this $349,486 award that funds the processing and digitizing of letters, phone calls, artwork, poetry, and physical objects documenting the COVID-19 experience among incarcerated people in California prisons, which experienced some of the largest outbreaks. Despite various data projects tracking COVID-19 statistics in prisons, there has been limited insight into the personal experiences of those incarcerated during this period; the PrisonPandemic project addresses this gap.

e.      **Waystation: Developing a Standard for Shared Stewardship and Voluntary Return of International Cultural Objects (UCLA)**. On April 2, 2025, the NEH terminated this $349,221 award only one day after its start date of April 1, 2025. NEH's

termination forced UCLA to cancel an important convening of international Indigenous group members set for May 2025 and to terminate its contract with the event co-organizer. The principal investigator lost ~20% of her own salary funding and is now unable to hire a graduate student researcher for the upcoming academic year. Funding for another graduate student to continue their degree work is in jeopardy.

f.    **Establishing a Sierra Nevada-Central Valley Research Archive at University of California, Merced**. On April 2, 2025, two years into a three-year project, the NEH terminated this $750,000 award to fund renovations in the Kolligian Library to create a regional archive with appropriate security and climate controls to preserve materials important to understanding of the Central Valley and Sierra Nevada region of California, including agricultural history, the history of social movements, California literature, and the management of parks and public lands in the region, which represents the agricultural heartland of California and the home of popular National Parks, including Yosemite, Sequoia and Kings Canyon.

g.    **The Society of Architectural Historians, University of California, Riverside, and the Color Film Emergency Project: Addressing At-Risk 35mm Architectural Slides through a Consortium Work Model (UC Riverside)**. On April 2, 2025, the NEH terminated this $338,024 award to support the cataloging and digitizing of photographs of primarily American architecture, taken by members of the Society for Architectural Historians during the 20th century. This is a long-term, large-scale archival project to preserve thousands of photographs that are at urgent risk of loss, destruction, or environmental damage. While UC Riverside is the home institution for this effort, the award included funding for 27 campus-based fellowship and internship opportunities, with an additional $90,000 earmarked for student opportunities across the partnership institutions through 2027.

h.      **The American Discography Project-American Record Corporation (ARC) Access Initiative (UC Santa Barbara)**. On April 2, 2025, the NEH terminated a $349,993 award for the continued support of a project to edit and publish data on 12,000 recordings made by the American Record Corporation from 1922 to 1938. UC Santa Barbara has been directing this project for twenty years on behalf of the American people to make this rich period of American music—including its greatest musical exports such as the Great American Songbook, Country Music, and Jazz— accessible to all Americans. In the past, the American Discography Project contributed all of the metadata and significant amounts of digitized audio to the Library of Congress National Jukebox.  At the time of grant termination, UC Santa Barbara Library was preparing to digitize—for free public access—8,500 important historical recordings in all musical genres. UC Santa Barbara employees who are experts in American music and experienced in promoting American exceptionalism now face the prospect of layoffs, and UC Santa Barbara is at risk of losing their expertise. With the loss of this grant, UC Santa Barbara's ability to continue to carry on this work for the benefit of the American people is threatened.

i.      **Digitization toolkit: a blueprint for egalitarian access to technology in low-resource environments (UC Santa Barbara)**. On April 2, 2025, only one day after the performance period commenced, the NEH terminated this $74,928 award to support a multi-year effort to develop a prototype toolkit and user documentation that would sharply reduce the cost of digitizing archival and library collections. The toolkit was to include highly adaptable scanning hardware (capable of handling everything from printed books and newspapers to fragile manuscripts) powered by accessible software designed to optimize every facet of the digitization process (managing images, data, and metadata efficiently while aligning with international bibliographic and archival standards).  The kit was also to include detailed documentation,

tutorials, and training materials to make the kit accessible and useful to a broad range of users. This project was to bring together a team of 17 scholars across multiple institutions: faculty and graduate students at UC, faculty at the University of Texas at Austin, two digital humanities software development specialists who relied on this funding for their work, and an advisory board of specialists from institutions across the US and beyond.  This project was to be central to pioneering and testing a new kind of lab-based humanities pedagogy, inspired by STEM and intended to equip undergraduate and graduate students with transferable skill-centered training.

j.       **Great Expectations in the Global Imaginary (UC Santa Cruz).** UC Santa Cruz did not receive a termination notice from the NEH, but the campus eventually noticed that the status of this $198,850 award to support a residential institute for teachers was marked terminated on or about April 3, 2025. This award would have funded a three-week residential institute for 25 high school teachers to explore how filmmakers, novelists and artists around the world have adapted Charles Dickens' 1861 novel *Great Expectations*—one of the most frequently taught novels in the U.S. classroom—for a better understanding of the Victorian literary canon in the context of 19th century imperial networks, contemporary politics, and global systems of knowledge.

k.       **THINK at UCSC: Technology and Humanities Integrated Knowledge (UC Santa Cruz)**. UC Santa Cruz did not receive a termination notice from the NEH, but the campus eventually noticed that the status of a $149,968 award to support a three-year project to develop humanities courses and modules was marked terminated on or about April 3, 2025. This award would have supported development of a four-course sequence for interdisciplinary training of undergraduate and early graduate humanities student in both the practical use of AI tools—such as data analysis, simulation, and language modeling—and the critical interpretation

of their development and social effects. THINK is intended to be adapted into modular teaching units for use by California's community colleges and is a timely effort to meet a widely acknowledged educational gap at a pivotal moment in the development of AI technology.

18.    The humanities form an essential aspect of education and scholarship throughout the University of California.  Every field depends on excellence in the humanistic disciplines— including the sciences.  The humanities remain critical to the advancement of science in our current period of accelerating scientific discovery and technological change. Humanities-informed understanding of the social and cultural contexts of scientific and technological discovery helps foster the conditions that once gave rise to the American space age, to Silicon Valley's semiconductor revolution, to U.S. pre-eminence in biotech, and will support future waves of discovery and application. The public reception of science and technology from computers to medical science is also strongly shaped by culture. The humanities help us to understand how new discoveries can be productively communicated, adopted and made a positive part of public culture and everyday life.

19.    While the nation is supportive of science, and rightly so, it has depended on the humanities even farther back in its history, and should remain true to that heritage. We will only be able to assure UC students of the quality degrees they seek if we can maintain the strength of the humanities. In turn, supporting the scholarly work of professors in the humanities assures our students, and the public, that the instruction they receive represents the cutting edge of knowledge and the richness of ideas that a university of UC's stature stands for.  The University of California benefits immeasurably from the support of NEH for our humanities faculty, but the nation as a whole does as well.  No country of our stature can afford to slight its history or fail to understand its literary giants, deliberate on its key ethical and spiritual questions, or celebrate its artistic legacy.

All of this is at risk if a key infrastructure for humanities research either disappears, drastically

shrinks in scope, or loses the benefits of stringent peer review.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Katherine S. Newman
Provost and Executive Vice President of
Academic Affairs
University of California

Dated: May 12, 2025, in Oakland, California