UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| American Council of Learned Societies, et al.,<br><br>         Plaintiff,<br><br>-against-<br><br>Michael McDonald, et al.,<br><br>         Defendants. | No. 25 Civ. 3657 (CM) (BCM) |
| The Authors Guild, et al.,<br><br>         Plaintiff,<br><br>-against-<br><br>National Endowment for the Humanities, et al.,<br><br>         Defendants. | No. 25 Civ. 3923 (CM) (BCM) |

**ORDER**

McMahon, J.:

  The Government has until the close of business on Monday, July 14, 2025 to respond, if it wishes to do so, to (i) the arguments in Authors Guild's July 2, 2025 Supplemental Brief about why a class should be preliminarily certified and (ii) the information in ACLS's July 7, 2025 submission.

Dated: July 9, 2025

                                          */s/ Colleen McMahon*
                                              U.S.D.J

BY ECF TO ALL COUNSEL