UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



American Council of Learned Societies, et al.,

                Plaintiff,

-against-

Michael McDonald, et al.,

                Defendants.

No. 25 Civ. 3657 (CM) (BCM)

The Authors Guild, et al.,

                Plaintiff,

-against-

National Endowment for the Humanities, et al.,

                Defendants.

No. 25 Civ. 3923 (CM) (BCM)

## ORDER

McMahon, J.:

      The Court has received and reviewed the declaration of Defendant Michael McDonald that was filed in Judge Lin's case. I wrongly assumed that the lists and spreadsheets of grants referenced therein, (*see, e.g.*, McDonald Declaration ¶¶ 9, 10, 13, 14, 15, 16, 17), were attached as exhibits to that Declaration. Please provide them to the Court by close of business on Friday, July 18.

Dated: July 16, 2025

                                                               _____
                                                                    U.S.D.J

BY ECF TO ALL COUNSEL