UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AMERICAN COUNCIL OF LEARNED
SOCIETIES et al.

        Plaintiffs,

    -against-                                      25 Civ. 03657 (CM)
                                                        25 Civ. 03923 (CM)

MICHAEL MCDONALD et al,

        Defendants.
------------------------------------------------------------x

## ORDER CONSOLIDATING CASES AND SETTING BRIEFING SCHEDULE

McMahon, J.:

    I have today received word that the plaintiffs in *American Council of Learned Societies et al v. McDonald et al* (25-cv-03657) have filed a motion for a preliminary injunction.

    A few hours ago, I also was assigned a related case, *The Authors Guild et al v. National Endowment for the Humanities et al* (25-cv- 03923), which appears to be substantially identical to the *American Council* case.

    I am tentatively consolidating the two cases for all purposes. All filings should be made under the lower docket number, which is 25-cv-03657. If someone can convince me that that consolidation should be undone, I will take care of it next month.

    If the plaintiffs in *Authors Guild* intend to join the motion for a preliminary injunction in *American Council*, or if they wish to make their own separate motion, they have until May 23, 2025 to do so.

    If the Government wishes to make any cross motions, it must do so by May 30, 2025.

    Responsive papers in opposition to the preliminary injunction motion(s) are due on June 5, 2025.

    Reply papers on the preliminary injunction motion(s) AND responses to any cross motions that the Government makes are due on June 13, 2025.

    Reply papers on any cross motions made by the Government are due on June 20, 2025.

    In the highly unlikely event that I require oral argument, I will notify the parties.

Dated: May 14, 2025

_____
U.S.D.J.

BY ECF TO ALL COUNSEL