# Exhibit 1

## Message regarding HB-302086-25 (Vanessa Perez-Rosario)

| Display Name | Recipient Type | Date Added |
|---|---|---|
| Vanessa Perez-Rosario | Person | 8/19/2025 |
| Elizabeth Tran | Staffer | 8/19/2025 |
| Anne Lopez-Buitrago | Staffer | 8/19/2025 |
| Daniel Sack | Staffer | 8/19/2025 |
| Cathleen Tefft | Staffer | 8/19/2025 |

8/19/2025 4:50:00 PM Vanessa Perez-Rosario

Good afternoon,

I am writing to request payment of my grant HB-302086-25 scheduled for July 1, 2025. This payment is now six weeks late. I depend on these funds to be able to do the work that I am committed to doing.

Based on the lawsuit filed by the Author's Guild, our judge says that the termination of these grants is unlawful. See below: https://storage.courtlistener.com/recap/gov.uscourts.nysd.642287/gov.uscourts.nysd.642287.116.0.pdf

Please advise when I should expect to receive this payment. I need to receive these funds before August 30, 2025.

I look forward to hearing from you at your soonest.

Sincerely,
Vanessa

8/20/2025 8:38:22 AM Elizabeth Tran

Hello and thanks for your message. Please know that we're waiting for more clarification at NEH and will be in touch when we know more.

Elizabeth

9/18/2025 2:09:52 PM Anne Lopez-Buitrago

Hello,

I confirmed with NEH leadership that we have not received notification to reinstate your award. We will keep you informed of any updates on the award status.

Sincerely,
Anne