UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMERICAN COUNCIL OF LEARNED
SOCIETIES, *et al.*,

        Plaintiff,

v.

NATIONAL ENDOWMENT FOR THE
HUMANITIES, *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

25 Civ. 3657 (CM)
25 Civ. 3923 (CM)

    The undersigned hereby appears on behalf of the defendants in the above actions.

Dated:  New York, New York
         May 21, 2025

                              JAY CLAYTON
                              United States Attorney for the
                              Southern District of New York

        By:    *s/ Mary Ellen Brennan*
              MARY ELLEN BRENNAN
              Assistant United States Attorney
              86 Chambers Street, 3rd floor
              New York, New York 10007
              Telephone: (212) 637-2652
              Maryellen.brennan@usdoj.gov