## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

THE AUTHORS GUILD, WILLIAM
GOLDSTEIN, ELIZABETH KADETSKY,
VALERIE ORLANDO, KATALIN BALOG,
BENJAMIN HOLTZMAN, LEE JASPERSE,
and NICOLE JENKINS, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

        v.

NATIONAL ENDOWMENT FOR THE
HUMANITIES, et al.,

        Defendants.

Case No. 1:25-cv-03923

Consolidated with No. 1:25-cv-03657

## DECLARATION OF MICHAEL LIEBERMAN

I, MICHAEL D. LIEBERMAN, declare as follows:

I am an attorney duly licensed to practice law before this Court. I am a member of the Bar of the District of Columbia, and I have been admitted to this Court *pro hac vice*. I am an attorney at Fairmark Partners, LLP and counsel for the plaintiffs in the above-captioned action.

I submit this declaration in support of Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

Attached hereto are true and correct copies of the following Exhibits:

- Exhibit A – National Endowment for the Humanities' Fiscal Year 2024 Performance & Accountability Report, as downloaded on May 22, 2025 from the NEH's website at https://www.neh.gov/sites/default/files/2024-11/NEH%20FY2024%20PAR.pdf

●      Exhibit B – The "Grants" page from the National Endowment for the Humanities website, as captured on May 22, 2025 from https://www.neh.gov/grants.

●      Exhibit C – The "NEH's Application Review Process" page from the National Endowment for the Humanities website, as captured on May 22, 2025 from https://www.neh.gov/grants/application-process.

●      Exhibit D – The NEH's "Statement on NEH Priorities," from the National Endowment for the Humanities website, as captured on May 22, 2025 from https://www.neh.gov/updates-neh-priorities.

●      Exhibit E – The "Notice of Funding Opportunity" for the Public Scholars program, as downloaded on May 22, 2025 from https://www.grants.gov/search-results-detail/351490.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 23, 2025, at Washington, DC.

By:     _/s/ Michael Lieberman_____
        Michael Lieberman

# Exhibit A



PERFORMANCE &

ACCOUNTABILITY REPORT

FISCAL YEAR 2024

# Table of Contents

Message from the Chair..................................................................................................3

I. Management's Discussion and Analysis.........................................................................4

    Mission, Vision, and Core Values............................................................................4

    Organization..........................................................................................................4

    Organizational Chart..............................................................................................6

    Organizational Summary.........................................................................................7

    Performance Goals, Objectives, and Results.............................................................8

    Risk.......................................................................................................................9

    Financial Statements Overview & Analysis..............................................................10

    Analysis of Systems, Controls and Legal Compliance ..............................................12

    Management Assurances.......................................................................................12

II. Performance Information ...........................................................................................13

    Introduction.........................................................................................................13

    Forward Looking Information .................................................................................13

    Strategic Goals and Objectives .............................................................................14

    Performance Goals, Metrics and Measures.............................................................16

    Outcomes for Strategic Goals................................................................................16

III. Financial Information ...............................................................................................23

    A Message from the Director, Office of Accounting..................................................23

    Audited Financial Statements Fiscal Year 2024.......................................................24

    Audit Report Fiscal Year 2024 ..............................................................................48

IV. Other Accompanying Information ..............................................................................48

    Summary of Financial Statement Audit and Management Assurances.......................55

    Management's Responsibility for Internal Control and Compliance ...........................55

    NEH Inspector General's Summary of Management Challenges ...............................58

    Chair's Response to Inspector General Management Challenges................................62

    Payment Integrity Information Act of 2019 .............................................................64

    Civil Monetary Penalty Adjustment for Inflation......................................................66

    Summary of Expired Federal Grants and Cooperative Agreements............................67

    Fraud Reduction Report .......................................................................................68

    Anti-deficiency Act (ADA)......................................................................................69

## Message from the Chair

I am pleased to present the Performance and Accountability Report for the National Endowment for the Humanities for the fiscal year 2024. The report sets forth the agency's goals, objectives and results for the fiscal year just concluded. The report provides communication on the Endowment's performance, operations, and financial information.

The Endowment's grant programs received over 4,600 applications in fiscal year 2024. Each eligible application underwent a rigorous peer review process to evaluate the quality and significance of the proposed projects.  The information contained in this report summarizes the agency's work on behalf of the taxpayer and the value of NEH's programs for the American people.

During FY24, NEH awarded more than $159 million in direct grant funding through 1,099 grant awards to humanities organizations, institutions and individuals. This funding supported research, education, preservation, and public programs in history, literature, philosophy, languages, and other humanities fields. These peer-reviewed grants included $92 million in funding for 796 discretionary awards and $67 million in funding for 303 awards to the national network of state and jurisdictional humanities councils.

The financial and performance data contained in this report are, to the best of my knowledge, reliable, accurate, and complete. NEH's fiscal year 2024 financial statement audit yielded an 18th consecutive unmodified (clean) audit opinion. Enterprise Risk Management is an identified area for continued improvement, and NEH continues to mature our established program, which is discussed further in this report. The agency is fully committed to continuous process and operational improvements.

Shelly C. Lowe (Navajo), Chair

# I. Management's Discussion and Analysis

## Mission, Vision, and Core Values[1]

NEH's vision is for "*a nation where the public has access to and can benefit from the Humanities without barriers*".

The agency's mission is to "*to serve and strengthen our nation by fostering an expanded role for the Humanities*".

**Accessible:**   We listen, learn, and strive to break down barriers.

**Responsive:**   We provide high-quality support and advice to meet on-going needs.

**Collaborative:**  We work respectfully and inclusively through collaboration and open communications.

**Reflective:**   We encourage critical, deep, and innovative thinking.

**Integrity:**   We uphold public trust through honesty, fairness, and transparency.

## Organization

The National Endowment for the Humanities (NEH) is an independent federal agency created in 1965. NEH serves the American public as the only federal agency dedicated to funding the humanities, which include history, philosophy, literature, language, ethics, law, archaeology, political theory, comparative religion, anthropology, sociology, and media and cultural studies. NEH supports the fundamental building blocks of American civil society, helping us to examine the human condition, understand our cultural heritage, foster mutual respect for diverse beliefs and cultures, develop media and information literacy, and promote civics education. Since its founding in 1965, NEH has awarded nearly $6 billion in grants to museums, historic sites, colleges, universities, K– 12 teaching, libraries, public television and radio stations, research institutions, independent scholars, and state and jurisdictional humanities councils nationwide— providing a critical lifeline to the nation's cultural and educational sectors and sustaining the United States' role as a global leader in the humanities.

---

[1] FY2022-2026 NEH Strategic Plan Framework

NEH is a consolidation entity of the federal financial reports of the U.S. Government; however, the presentation of information in this report is as its own entity. NEH is directed by a Chair, who is appointed by the President of the United States and confirmed by the U.S. Senate for a term of four years. President Biden announced the nomination of Shelly Lowe, who was confirmed by the U.S. senate as twelfth Chair of the Endowment in February of 2022. Anthony Mitchell was appointed as NEH's Senior Deputy Chair in August of 2022.

Advising the Endowment's Chair is the National Council on the Humanities, a board of 26 distinguished private citizens who are appointed by the President and confirmed by the Senate. National Council members serve staggered six-year terms. The National Council on the Humanities meets at least three times annually to advise the NEH Chair. The Chair considers the advice provided by the review process and, by law, makes all funding decisions.

The agency's programmatic operations are divided into seven divisions that conduct grant making on behalf of major agency programs and initiatives. These divisions include Federal/State Partnership, Public Programs, Preservation & Access, Research, Education Programs, Digital Humanities and Challenge Grants. The program divisions are supported by several administrative offices, which are reflected in the organization chart below.

## Organizational Chart



Organizational Chart FY 2024

09/2024

## Organizational Summary

_The Office of Federal/State Partnership_ is the liaison between NEH and the nonprofit network of state and jurisdictional humanities councils. This division provides general operating support awards to the states and jurisdictions to bring humanities education, lifelong learning, and public humanities programming to communities across the country.  This partnership also serves to advance public understanding of the humanities, while enhancing public awareness of, access to, and support for the humanities on a local, grassroots level.

_The Division of Public Programs_ supports a wide range of public humanities programming that reaches large and diverse public audiences and makes use of a variety of formats  including exhibits, public programs, film, radio, and digital media. Supported projects include those that bring the ideas and insights of the humanities to life for general audiences as well as interpret and analyze humanities content in primarily digital platforms and formats, such as websites, mobile applications and tours, interactive touch screens and kiosks, games, and virtual environments.

_The Division of Preservation and Access_ supports projects that preserve and create intellectual access to collections and cultural heritage resources of importance for research, education, and public programming in the humanities. This division supports projects that preserve cultural and heritage materials in diverse formats of materials that are threatened by factors inherent in their physical structures or by the environments in which they are housed.

_The Division of Research Programs_ supports scholarly research and writing in all disciplines of the humanities and humanistic social sciences. Through annual funding opportunities, awards are made to scholars, including individuals, collaborative teams, and institutions working on research projects that advance knowledge and understanding of the humanities.

_The Division of Education Programs_ supports projects that strengthen teaching and learning in the humanities through innovative curricular programs and professional development for K-12 and higher education faculty. Projects supported include intensive reading and discussion summer programs featuring recognized scholars, programs that support broad institutional endeavors and integrative curricular projects at two- and four-year post-secondary institutions between various disciplines, and a veterans-centered program supporting institutions exploring experiences of war and military service.

_The Office of Digital Humanities_ supports projects advancing development of and training in digital tools, methods, and best practices for humanities research, teaching and learning, public engagement, and scholarly communications. Another major goal of ODH is to increase the capacity of the humanities in applying digital methods. The office also works closely with the scholarly community and other funding agencies in the United States and abroad to encourage collaboration across national and disciplinary boundaries.

_The Office of Challenge Programs_ supports projects that transform and strengthen humanities institutions and organizations through federal matching grants to fund construction and improvements to facilities and equipment. Supported projects include building and renovating structures such as museums and libraries and comprehensive organizational assessments leading to climate-informed strategic plans to reduce operational costs, increase resilience, and support organizational health.

_Treasury Matching Funds_ are utilized to match nonfederal contributions in support of humanities projects. These funds are awarded in most programs, and NEH funding is conditioned on an equivalent ratio amount of funds being raised by the recipients. NEH Treasury matching funds aims to leverage the contributions of the nation's businesses, foundations, and individuals on behalf of the humanities.

_Peer Panel Review_ is a hallmark of the NEH grant application review process. NEH instructs reviewers to evaluate applications according to the published review criteria and in compliance with federal ethics and conflicts of interest requirements. Peer reviewers come from diverse disciplinary, institutional, regional, and cultural backgrounds. They are experts in their respective fields with relevant knowledge and expertise in the types of project activities identified in the grant funding applications submitted to the agency. Based on the peer review and their individual experience, NEH staff provide comments and make recommendations for funding to the National Council on the Humanities and the Chair of NEH. The National Council on the Humanities provides recommendations to the Chair, who makes the final funding decisions.

The Annual Performance Report is due in February of each fiscal year and will be available online at https://www.neh.gov/about/budget-performance.

## Performance Goals, Objectives, and Results

NEH's strategic plan framework sets forth the structure for how the agency's goals, objectives and measures are highlighted in achieving the agency's mission through results. The topics further discussed in subsequent sections attempt to integrate elements of enterprise risk management as well as provide insight into how each goal is defined and structured to the mission of the agency.

The agency continues to evolve its Enterprise Risk Management (ERM) program implementation and the integration of data to support evidenced-based decision making. In the current year, NEH has made tremendous progress in addressing its risks, its data infrastructure and how results are measured and presented.

## Risk

In spring 2021, NEH initiated implementation of an ERM program. Since that time, the agency created a Chief Risk Officer (CRO) position; established a governance structure; adopted a governance charter and administrative directive; created the agency's risk appetite statement; and developed a comprehensive risk register that aligns to the strategic framework and documents mitigation efforts.

The agency has evolved its implementation strategy in the current year to internalize the functional work through the process of hiring a Risk Analyst. As a full-time federal employee, the Risk Analyst will be responsible for working with the CRO to sustain the ERM program, maintain work products, and collaborate across the agency to integrate ERM, strategic planning, internal controls, and performance.

During the development of the risk register, the agency identified several risks related to its outdated financial system such as (1) the procurement system for requisitions and the agency's financial system are not linked; (2) manual processes for payments, accruals, and travel; (3) data is compiled outside of the financial system for reporting; and (4) non-compliance with federal requirements set by the U.S. Treasury and Office of Management and Budget. To mitigate these risks, NEH worked with the Department of Treasury's Administrative Resource Center (ARC) to transition NEH to their shared service platform. This transition will remediate some of the agency's risks and automate processes that previously were manual. NEH worked with Treasury ARC throughout FY 2024 to transition to the shared service platform.

Across the agency, both in the programmatic divisions and administrative offices, staffing was also identified as a cross-cutting risk, contributing to other identified risks. Hiring additional staff will assist in remediating and/or mitigating risks such as: (1) lack of standard operating procedures or outdated procedures; (2) segregation of duties; (3) lack of a data infrastructure; and (4) delays in the grant lifecycle. During FY 2024 after receiving its full year appropriation that included an increased Administration budget, NEH made significant progress in hiring and on-boarding key programmatic and administrative positions to include program officers, grants management specialists, human resources specialists, a data scientist, and an agency travel administrator.

Continued delays in receiving full-year appropriations and future uncertainty about agency appropriations contribute to hiring delays. To ensure current and future year sustainability of positions, the hiring of any position requires routing and approval through the Director of Planning and Budget and the Senior Deputy Chair.

## Financial Statements Overview & Analysis

The audited financial statements are prepared to report the financial position, financial condition and results of operations of the National Endowment for the Humanities (Endowment), pursuant to the requirements of 31 U.S.C. § 3515(b). The financial statements are prepared from records of the agency in accordance with federal, generally accepted accounting principles (GAAP) and Federal Accounting Standards Advisory Board (FASAB) as per the formats prescribed by OMB A-136 Financial Reporting Requirements. Reports used to monitor and control budgetary resources are prepared from the same records. The financial statements users should be advised the agency statements are a component of the U.S. Government. The following is a summary of the agency financial statements and Dollar amounts represent millions (M) unless otherwise stated.

The Endowment continued to provide emergency relief to organizations working in the humanities affected by the coronavirus pandemic through disbursing existing obligations of supplemental appropriations from the American Rescue Plan Act of 2021 (ARP) and Coronavirus Aid, Relief, and Economic Security Act of 2020 (CARES). NEH's net outlays for FY2024 was $7.2M and $0.1M respectively.

### Balance Sheet (BS)

The Balance Sheet presents the amounts of assets owned and liabilities of NEH for the current fiscal year and prior fiscal year. Their difference determines the net position as of September 30, 2024.

Total assets are $296.7M for FY2024. The most significant asset is the Fund Balance with the U.S. Treasury (FBWT) which represents grant funds to be disbursed in future years. For fiscal years 2024 and 2023, FBWT amounts were $288.4M and $287M, respectively. The increase is primarily due to receipt of increased appropriations received in the current fiscal year. Decreases to Advances and Prepayments from the current year compared to prior year are primarily due to an $4M inter-agency agreement advance to the Department of Interior in prior year.

Total liabilities are $43M for FY2024. The majority of NEH's Other than-intragovernmental liability is due to the estimated grant liability (accrual). The accrual expense decreased to $39.8M in the current year primarily due to fluctuation in calculation factors in the accrual methodology via decreases in the amount of unliquidated obligations for supplemental appropriations.

## Statement of Budgetary Resources (SBR)

The Statement of Budgetary Resources displays how budgetary resources were made available to the Endowment and the status of resources at the end of the reporting period. NEH budgetary resources are derived primarily from no year funds appropriated by the U.S. Congress.

For fiscal years 2024 and 2023, total budgetary resources were $251M and $255.2M, respectively. The decrease in unobligated balances of budgetary resources is primarily due to reduced unobligated balances of supplemental appropriations received in prior years and reduced carryover balances compared to 2024.

Status of Resources decreased in FY2024 compared to FY2023 due to the reduced number of new obligations due to supplemental appropriations received in prior years.  The increase in unapportioned, unexpired accounts are due to the increased number of grant closeouts and resulting carryover balances.

NEH had decreased net outlays to $205.6M in 2024 from $248.7M due to decreased amounts of grant payments from supplemental appropriations received in prior years.

## Statement of Net Cost (SNC)

The Statement of Net Cost presents cost information by responsibility segment, namely, the program divisions within NEH, along with previously established initiatives. The net cost of operations represents gross cost incurred less any exchange revenue activity earned. Disclosures of gross and net cost provide information which correlates to program activity outputs. For fiscal years 2024 and 2023, net cost of operations decreased to $197.3M from $255.5M due to decreased grant disbursements and liability accrual.

## Statement of Changes in Net Position (SNCP)

The Statement of Changes in Net Position display the components of the unexpended appropriations and cumulative results of operations representative of comparative changes to balances. For fiscal years 2024 and 2023, net position was $253.7M and $241M respectively. The increase to total Unexpended Appropriations and Net Position are due to increased beginning balances in prior years related to received supplemental appropriations.

## Analysis of Systems, Controls and Legal Compliance

### Management Assurances

NEH management is responsible for managing risks and maintaining effective internal controls to meet the objectives of Sections 2 and 4 of the Federal Managers' Financial Integrity Act of 1982 (FMFIA). NEH conducted its assessment of risk and internal control in accordance with OMB Circular No. A-123, Management's Responsibility for Enterprise Risk Management and Internal Control. Based on the results of the assessment, the agency can provide reasonable assurance that internal control over operations, reporting, and compliance were operating effectively as of September 30, 2024.

The Federal Financial Management Improvement Act of 1996 (FFMIA) requires agencies to implement and maintain financial management systems that substantially comply with federal financial management system requirements, federal accounting standards and the United States General Ledger. NEH conducted its evaluation of financial management systems for compliance and based on assessment can provide reasonable assurance that financial management systems substantially comply with the FFMIA, Section 4. Detailed information is provided in the Other Accompanying Information section of this report.

There are no other component or subsidiary entities that are combined or consolidated for presentation in this document. Through sustained effort, NEH is committed to maintaining compliance with applicable laws.

NEH is committed to and continues making progress toward the integration of risk management, internal controls, and strategic planning.

Shelly C.Lowe (Navajo), Chair

# II. Performance Information

## Introduction

NEH's discussion of general operational process cycles provides context into how goals and objectives are structured and how goals can be achieved. The agency operates within three general procedural concepts:

- NEH grant programs and award cycles cross multiple fiscal years. Agency awards cycle occurs approximately three times per year in March, July, and November. During the pandemic, additional cycles were added to support supplemental COVID funding awarded to the agency. NEH cycles and periods of performance do not align with the financial fiscal year so they may not currently demonstrate full performance results. Therefore, the data disclosed in this report may not present the full scope of previously established programmatic activity.

- The volume of applications received by NEH typically fluctuates year over year. This is dependent on many factors, including but not limited to, the availability of appropriations, administrative and operational priorities and the number of available grant programs.

- Grant applications are evaluated through a highly competitive peer-review panel process and a review by the National Council on the Humanities. These recommendations are presented to the agency Chair, who weighs the recommendations and information provided and ultimately makes final funding decisions. Due to this rigorous selection process, the numbers of grants awarded during a given year may differ significantly from the numbers of awards projected for the year or applications received.

## Forward Looking Information

In support of evidenced based decision making and maturing the development of a performance metric framework across the agency, NEH has established the Office of Data and Evaluation to understand and develop a data framework to develop hierarchies in support of the integration of operational and financial data.

Additionally, the implementation of the ARC shared service platform supports this integration through the realignment of the financial data hierarchy and its correlation to data within the grant management system. NEH will continue to implement these concepts to support future data, performance measures and their alignment. Therefore, presented metrics will be adapted and matured across NEH's statutory reporting requirements.

## Strategic Goals and Objectives

The goals and objectives outlined in this section align directly with the agency strategic plan framework. Measures and outcomes to these goals are further discussed in subsequent sections of this report.

### Strategic Goal 1: Preserve, advance, and expand awareness of the Humanities.

NEH strives to present a forum in which the role of the humanities continues to expand its footprint. NEH recognizes its ongoing responsibility to ensure all peoples benefit from the expanded reach of what the humanities can and will provide to society, now and in the future.

<u>Strategic Objective 1: Strengthen the Role of and Institutional Base of the Humanities</u>
- Provide national leadership in spurring innovation and encouraging best practices in the humanities.
- Broaden participation in the humanities.
- Enhance preservation of and access to humanities resources

<u>Strategic Objective 2: Strengthen the Nation's democracy through education and civic engagement.</u>
- Strengthen civics and humanities education and learning.
- Support investment in projects that examine threats to democracy.
- Provide increased opportunities for Americans to engage in lifelong learning in the humanities.

<u>Strategic Objective 3: Increase Exploration of Impacts of Climate Change on the Nation's Cultural Heritage</u>
- Support climate resilience in the nation's cultural and educational sectors.

<u>Strategic Objective 4: Bolster NEH's profile as a Research Agency</u>
- Support robust humanities research.
- Increase collaboration with external partners on a variety of research and developmental opportunities.

### Strategic Goal 2: Advance Equity and Support for Historically Underserved Communities

NEH is committed to advancing and enhancing  opportunity for all, including populations who have been historically underserved or marginalized. This commitment informs our work agency-wide, including our efforts to create a robust data collection system, enhance our outreach and branding strategies, and simplify the grants application process.

*Strategic Objective 1:  Reduce barriers to NEH programs and funding.*
- Simplify the grant application processes.
- Embed a culture of program and funding accessibility.
- Develop communication strategies that promote NEH programs and funding opportunities to underserved communities.

*Strategic Objective 2:  Increase engagement with underserved communities.*
- Provide greater assistance to small organizations and first-time applicants.
- Collaborate with entities to increase the agency's engagement with underserved stakeholders.
- Increase collaborations with Tribal Nations, veterans, Historically Black Colleges and Universities (HBCUs), Hispanic Serving Institutions (HSIs), Tribal Colleges and Universities (TCUs), and community colleges.

## Strategic Goal 3:  Fortify the management of NEH Resources

NEH stakeholders contemplated how to best manage and carry out the agency mission within finite and limited resources (i.e., people, budget, etc.) and how to best allocate these resources. Planning and thought leadership are essential in bringing together ideas and best practices on effective and efficient operations. NEH recognizes the tremendous value each of our divisions and offices contribute to the accomplishment of our vision and mission and look capitalize these strengths nearly 60 years in the making as we move toward a future forward approach.

*Strategic Objective 1:  Increase NEH's data collection capacity and scope*
- Develop an agency data-driven framework for Agency funding and operations.
- Establish a data driven evidence-based culture to support decision making.

*Strategic Objective 2:  Expand NEH's procurement opportunities.*
- Attract, identify, and utilize partners from underserved communities.

*Strategic Objective 3:  Further integrate risk analysis into NEH's decision making process.*
- Integrate ERM into organizational culture, process, and decision making.

## Strategic Goal 4:  Expand NEH's organizational capacity and capability.

At NEH, organizational capacity is defined as our potential to ensure our growing and changing operations continue to be efficient, productive, and effective. NEH defines its assets from both a tangible perspective (i.e., financial and budgeting) and from an intangible perspective (i.e., institutional and thought knowledge, leadership, and internal and external relationships.) Capacity focuses on our potential, capability refers to existing and future personnel, ensuring tools are available to maximize roles and responsibilities at NEH.

_Strategic Objective 1:  Enhance cultivation of an inclusive and high performing workforce._
- Continue to recruit, hire, and retain a diverse agency workforce.
- Expand NEH professional developmental opportunities.
- Support career paths for a diverse generation of humanities professionals.

_Strategic Objective 2:  Foster a culture of communication and collaboration._
- Provide collaborative leadership training and development opportunities for managers and supervisors.
- Capitalize on working group efforts for cross-unit collaboration.

_Strategic Objective 3:  Modernize NEH's operational systems and processes._
- Enhance integration of NEH systems and processes.
- Develop, monitor, and implement updated policies and procedures.

## Performance Goals, Metrics and Measures

The purpose of this section is to present performance activity for the current fiscal year and the outcomes achieved during the year. The data and narratives discussed below are in alignment with the strategic plan framework. As NEH continues to fully implement its data infrastructure, future performance measures will be adapted and matured for continued alignment across NEH's statutory reporting requirements.

NEH's total administrative costs of $46.1M are associated with all four major strategic goals. Administrative costs represent agency supporting activities, including staff salary and benefits, administrative services, travel, interagency agreements with federal partners, IT related expenses, training and conferences, panelist honoraria payments, supplies, invoice accruals, and depreciation.

The program costs included within Strategic Goal 1 and Strategic Goal 2 below represent multiple divisions' grant activities and do not include the associated administrative costs.

Outcomes for Strategic Goal 1: Preserve, advance, and expand awareness of the Humanities.

As the only federal agency dedicated to funding the humanities, NEH recognizes its ongoing responsibility to ensure all people can benefit from the humanities. NEH plays a core role in advancing federally funded research and development (R&D), preservation, and educational and public programming to foster a strong, resilient, and thriving democracy; build a more just and equitable society; and protect our cultural resources from the effects of climate change. NEH-supported projects bring the past into sharper focus, thereby bringing about, as its founding

legislation affirms, "a better analysis of the present and a better view of the future."

In fiscal year 2024, the net cost of Strategic Goal 1 represented $108.1M inclusive of the activities of the seven programmatic divisions: Challenge Programs, Digital Humanities, Education Programs, Federal/State Partnership, Preservation and Access, Public Programs, Research Programs. These costs represent over sixty (60) different grant line programs across the programmatic divisions. Costs for Treasury Matching Funds and special initiatives programs like the agency-wide American Tapestry: Weaving Together Past, Present, and Future are included within the underlying grant activity presented for this goal and aligned to with the Statement of Net Costs.

NEH will continue to mature and integrate its data hierarchy and infrastructure to refine future metrics and measures.

## Outcomes for Strategic Goal 2: Advance Equity and Support for Historically Underserved Communities

In 2024, NEH continued its work to remove barriers to full and equal participation in the agency's programs and opportunities. NEH did this in a myriad of ways, including:

- Expanding the Office of Data and Evaluation that was created in 2023 to continue to build a robust data collection system to analyze the effectiveness of NEH programs and policies and determine whether, and to what extent, they advance equity and support for underserved communities. By centralizing data and evaluation efforts, the office ensures that NEH can make informed, data-driven decisions about resource allocation, program efficacy, and outreach success.

- Creating an Office of Outreach which is essential for expanding access to the agency's resources and initiatives, particularly among communities historically underrepresented in the humanities. This office addresses a gap in centralized outreach efforts, allowing NEH to build stronger relationships and engagements with communities and institutions that have been historically underserved by NEH, such as Tribal Nations, veterans, HBCUs, HSIs, TCUs, community colleges, and rural organizations. By coordinating engagement strategies across the agency, the Office of Outreach ensures that NEH's programs reach a broader audience, fostering inclusion and equity across its grants and partnerships. The office will also provide data-informed outreach guidance, allowing NEH to better evaluate and respond to the needs of underserved communities.

- Establishing the Office of Partnerships and Strategic Initiatives to advance NEH's mission by fostering strategic relationships with public, private,

philanthropic, and international partners. This Office aims to expand NEH's reach, amplify resources, and create impactful initiatives aligned with NEH priorities.

- Exploring ways to simplify the agency's grant application processes and funding opportunity notices.

- Continuing to support programs and projects that build capacity, expand access and inclusivity, and amplify untold stories of historically underserved groups through American Tapestry: Weaving Together Past, Present, and Future, NEH's special initiative.

For fiscal year 2024, the net cost of Strategic Goal 2 represented $44.2M inclusive of the activities of the seven programmatic divisions: Challenge Programs, Digital Humanities, Education Programs, Federal/State Partnership, Preservation and Access, Public Programs, Research Programs. These costs represent over sixty (60) different grant line programs across the programmatic divisions. Costs for Treasury Matching Funds and special initiatives programs are included within the underlying grant activity presented for this goal and aligned to with the Statement of Net Costs.

NEH will continue to mature and integrate its data hierarchy and infrastructure to refine future metrics and measures.

## Outcomes for Strategic Goal 3: Fortify the management of NEH Resources

_Strategic Objective 1: Increase NEH's data collection capacity and scope_

In 2023, NEH established an Office of Data and Evaluation (ODE) to ensure the equitable distribution, reach, and impact of NEH funds through 1) analyses of awards and their impacts, as well as of awardees and panelists; 2) systematic program and agency evaluations; and 3) broad humanities data gathering.

Since the office's first Director on-boarded, the office has hired additional staff members and created a program data working group with representation from all NEH's programmatic divisions as well as the Office of Grant Management. This was to allow a broad coalition of NEH staff to collaborate on goals related to grantmaking data and evaluation, review best practices at similar organizations such as the National Endowment for the Arts, Institute of Museum and Library Services, and the National Science Foundation, and participate on further refining performance metrics for the agency. In addition, the agency has established a performance metrics working group that includes ODE and the Directors of the Office of Accounting and the Planning and Budget to share data practices within the financial and budgetary systems and further collaborate on goals and metrics agency wide.

*Strategic Objective 2:  Expand NEH's procurement opportunities.*

For purchases and procurements, NEH continues to encourage competition wherever possible to ensure that a fair and reasonable price is obtained from the vendor that is selected. NEH also supports the use of priority sources, such as General Services Administration (GSA) supply sources or vendors with GSA contracts. When these sources cannot provide the services or supplies required, NEH turns to commercial sources in the open market. For open market purchases over $10,000, NEH generally requires employees to obtain quotations from at least three sources to ensure adequate competition.

NEH also continues to encourage underserved communities to participate in our acquisition program, including veterans, women owned small businesses, small/disadvantaged businesses, and 8(a) firms. In addition, NEH continues to provide resources to staff involved in ongoing and future solicitations regarding vendor diversity. In 2024, we also continued to restaff our acquisition function, including hiring a new Director of Acquisition and two contract specialists. With the rebuilt team, we intend to conduct expanded outreach regarding our procurement opportunities as a part of our supplier diversity work.

*Strategic Objective 3:  Further integrate risk analysis into NEH's decision making process.*

In 2024, NEH continued implementation of the ERM program through various activities which include:

- Regular meetings of the NEH Enterprise Risk Management Board that provided training as well as review and adoption of work products;
- The adoption of a revised governance chart that was signed by the Chair;
- The adoption of an administrative directive that outlines roles and responsibilities, definitions, and authorities for the ERM program;
- The adoption of the first comprehensive risk register for the agency that reflects alignment with the agency's strategic framework and documents risk mitigation efforts;
- The adoption of the agency's risk appetite statement; and
- Agency-wide all-staff training on ERM topics.

Additionally, NEH also performed a current statement assessment of its internal controls program and compliance with OMB Circular A-123 and its appendices.  The agency will use this information to further integrate ERM, internal controls, data requirements, and performance.

Outcomes for Strategic Goal 4: Expand NEH's organizational capacity and capability.

Strategic Objective 1:  Enhance cultivation of an inclusive and high performing workforce.

NEH continued to invest in our staff to cultivate an inclusive and high performing workforce. For example, in 2024, NEH formally implemented the Temporary Rotational Assignment policy, which provides developmental opportunities for staff to explore different facets of NEH's work. The agency also continued to participate on the Small Agency Council, and our staff attended various trainings provided through the Council. The agency also continued to offer the Independent Study, Research and Development (ISRD) program and the Educational Opportunities for Career Development (EOCD) program. The ISRD program promotes independent study and research that are designed to maintain employees' professional competence and active scholarly lives. The EOCD program supports an employee's additional coursework that is relevant to the mission of NEH and the career goals of the employee.

NEH also continued to offer leadership development opportunities through our internal working groups, including the Historically Black Colleges and Universities (HBCUs) working group, Hispanic-Serving Institutions (HSIs) working group, and Native Americans and Tribal Colleges and Universities (TCUs) working group.

The Office of Human Resources also conducted an annual training needs assessment survey, which supported each office's and division's projected training plans. In addition, employees and supervisors were encouraged to collaborate and identify appropriate training and technology needs. This collaboration ensures that staff are prepared to meet the future needs and evolving demands of the agency.

NEH also continued to refine its methodology and data collection to measure organizational health, pursuant to OMB Memorandum M-23-15, Measuring, Monitoring, and Improving Organizational Health and Organizational Performance in the Context of Evolving Agency Work Environments.

NEH continued to evaluate and implement its telework and remote work policies to promote workplace transformation and maximize the agency's organizational performance and organizational health. The policies also support NEH's strategic workforce planning to retain essential skills and knowledge deemed critical among staff, and to support a more competitive and inclusive workplace.

Strategic Objective 2:  Foster a culture of communication and collaboration.

NEH utilized many working groups, task forces, and committees that include staff from across the agency to provide developmental leadership opportunities for management and staff and enhance cross-unit collaboration. NEH currently has 3 cross unit working groups focused on outreach and technical assistance to underrepresented populations, including Historically Black Colleges and Universities (HBCUs), Hispanic-Serving Institutions (HSIs), and Native Americans

and Tribal Colleges and Universities (TCUs).

In addition, during FY24, NEH maintained several groups that focus on various areas of our work, including the Awards Committee, who advise and recommend on staff and manager award nominations throughout the year; the Combined Federal Campaign (CFC) Committee, whose members outreach to the agency regarding CFC; the Future of Work Group, who provided recommendations to the Chair's Office regarding workplace flexibilities; Telework and Remote Work Policy implementation team, who worked across the agency to finalize NEH's policies and provided technical assistance and outreach to agency staff; and the Special Observances Committee, which include staff from across NEH well as staff from NEA.

NEH also conducted quarterly Town Halls for all staff, with each Town Hall including a presentation from staff and managers from different units within the agency as well as opportunities for collaboration among staff members. Individual units also facilitated regular working groups with other agency components for improved operations. For example, the Office of Accounting conducted recurring working groups with the Office of Planning and Budget, Office of Grants Management, Human Resources, Acquisitions, and Office of Information Resources Management.

With respect to data and performance, as discussed above, the agency established the Program Data Working Group and the Performance Metrics Working Group to utilize expertise in various units and divisions to further implement robust data infrastructure.

All of these collaborative teams include staff and managers from across the agency and provide opportunities for cross-unit collaboration and leadership training and development.

In FY2024, NEH also offered a 360-degree feedback training for first line managers to further foster collaboration and communication throughout the agency.

_Strategic Objective 3:  Modernize NEH's operational systems and processes._

NEH upgraded its financial management system to a shared services system and service platform with the U.S. Department of Treasury's Administrative Resource Center (ARC). This complex modernization of the agency's financial system, travel system, and acquisition system will update and automate outdated and manual processes across the agency for increased efficiency and utilization of staff resources in addition to improving the agency's ability to quickly and accurately leverage data for decision making.

In 2024, NEH also continued to prioritize information technology (IT) modernization and cybersecurity and made significant progress in implementing guidance from CISA's Zero-Trust Maturity Model. NEH adopted Okta and Zscaler throughout the organization, thereby addressing gaps in the Identity pillar requiring phishing-resistant Multi-factor authentication (PIV). In 2024, NEH made available, agency wide, the capability to use PIV for remote users' access to all resources and applications to which they are authorized. This is an important step in requiring strong authentication. Additionally, to fully address the evolving landscape of cybersecurity risks, NEH hired additional cybersecurity staff to drive process improvements and strengthen the effectiveness of NEH's information security programs.

# III. Financial Information

## A Message from the Director, Office of Accounting

On behalf of the National Endowment for the Humanities (Endowment), I present the agency's audited financial statements for fiscal year 2024. The independent auditor, Williams Adley, LLP has rendered an unmodified (clean) opinion on the agency financial statements. The Endowment has obtained an unmodified opinion on the agency's financial statements for many consecutive years, indicating the Endowment's commitment to the careful stewardship of the taxpayer dollars.

The Office of Accounting operates within general government-wide challenges in the federal accounting and financial reporting compliance environment. As the U.S. Department of Treasury continues to implement their strategic and federal financial reporting goals within their strategic plan, NEH continues to work to ensure the agency is prepared and maintaining a future forward perspective to meet those objectives.

During this reporting period, the office began leading the agency through the implementation of Treasury's Administrative Resource Center (ARC) shared services solution. This entails our financial management system of systems, financial management processes and the underlying infrastructure inclusive of data relationships. As we work through implementation activities for this migration while working collaboratively across the agency, the aim is to support a smooth transition of this large, scaled project.

The contribution and efforts of the Accounting Staff and all NEH colleagues to receive an unmodified opinion, supports that the Endowment's financial statements are fairly presented and demonstrate steadfast commitment to responsible execution of fiduciary responsibilities.

Cora Shepherd

Audited Financial Statements

Fiscal Year 2024

**NATIONAL ENDOWMENT FOR THE HUMANITIES**

**BALANCE SHEET**
**As of September 30, 2024 and 2023**
**(in US Dollars)**

| ASSETS | | 2024 | | 2023 |
|---|---|---|---|---|
| **Intragovernmental:** | | | | |
| Fund Balance with Treasury (Note 2) | $ | 288,351,293 | $ | 286,997,256 |
| Accounts Receivable, Net (Note 3) | | - | | 7,648 |
| Advances and Prepayments | | 5,434,912 | | 6,331,561 |
| **Total intragovernmental** | | 293,786,205 | | 293,336,465 |
| | | | | |
| **Other than Intragovernmental:** | | | | |
| Accounts Receivable, Net  (Note 3) | | 70,255 | | 90,693 |
| Property and equipment, net (Note 4) | | 321,555 | | 553,712 |
| Advances and Prepayments | | 2,472,805 | | 2,742,116 |
| **Total other than intragovernmental** | | 2,864,615 | | 3,386,521 |
| **TOTAL ASSETS** | | 296,650,820 | | 296,722,986 |
| | | | | |
| **LIABILITIES** | | | | |
| **Intragovernmental liabilities:** | | | | |
| Advances from Others and Deferred Revenue | | 145,960 | | 139,194 |
| Other Liabilities (Note 6) | | | | |
| Benefit contributions payable | | 152,269 | | 329,949 |
| **Total intragovernmental liabilities** | | 298,229 | | 469,143 |
| | | | | |
| **Other than intragovernmental liabilities:** | | | | |
| Accounts  Payable | | 37,771 | | 130,619 |
| Federal Employee Salary, Leave and Benefits Payable | | 2,679,676 | | 3,277,107 |
| Pension, Post-Employment, and Veterans Benefits Payable | | 126,006 | | 264,230 |
| Other Liabilities  (Note 6) | | | | |
| Accrued Grant Liabilities (Note 13) | | 39,837,785 | | 51,601,331 |
| **Total other than intragovernmental liabilities** | | 42,681,238 | | 55,273,287 |
| **TOTAL LIABILITIES** | | 42,979,467 | | 55,742,430 |
| | | | | |
| **NET POSITION** | | | | |
| Unexpended Appropriations | | | | |
| Funds from Other than dedicated collections | | 255,046,087 | | 242,115,993 |
| **Total Unexpended Appropriations (Consolidated)** | | 255,046,087 | | 242,115,993 |
| | | | | |
| Cumulative Results of Operations | | | | |
| Funds from dedicated collections (Note 8) | | 533,561 | | 542,882 |
| Funds from Other than dedicated collections | | (1,908,295) | | (1,678,319) |
| **Total Cumulative Results of Operations (Consolidated)** | | (1,374,734) | | (1,135,437) |
| | | | | |
| **TOTAL NET POSITION** | | 253,671,353 | | 240,980,556 |
| | | | | |
| **TOTAL LIABILITIES AND NET POSITION** | $ | 296,650,820 | $ | 296,722,986 |

The accompanying notes are an integral part of these statements.

**NATIONAL ENDOWMENT FOR THE**
**HUMANITIES**

**STATEMENT OF NET COST**
**As of September 30, 2024 and 2023**
**(in US Dollars)**

|  | | 2024 | | 2023 |
|---|---|---|---|---|
| **GROSS PROGRAM COSTS (Notes 1 & 12)** | | | | |
| **Gross costs** | $ | **198,640,644** | $ | **256,761,369** |
| **Less: earned revenue** | | **(1,321,022)** | | **(1,263,898)** |
| **Net program costs** | | **197,319,622** | | **255,497,471** |
| A More Perfect Union | | | | |
| Gross costs | | 5,982,738 | | 5,872,293 |
| Less: earned revenue | | (17,469) | | (15,286) |
| Net program costs | | 5,965,269 | | 5,857,007 |
| Challenge Grants | | | | |
| Gross costs | | 13,913,304 | | 15,802,140 |
| Less: earned revenue | | (40,009) | | (40,739) |
| Net program costs | | 13,873,295 | | 15,761,401 |
| Digital Humanities | | | | |
| Gross costs | | 8,740,938 | | 12,218,012 |
| Less: earned revenue | | (582,610) | | (481,414) |
| Net program costs | | 8,158,328 | | 11,736,598 |
| Education | | | | |
| Gross costs | | 20,225,513 | | 30,173,020 |
| Less: earned revenue | | (57,669) | | (77,521) |
| Net program costs | | 20,167,844 | | 30,095,499 |
| Federal/State Partnership | | | | |
| Gross costs | | 76,866,863 | | 79,480,747 |
| Less: earned revenue | | (223,783) | | (206,534) |
| Net program costs | | 76,643,080 | | 79,274,213 |
| Preservation and Access | | | | |
| Gross costs | | 25,340,098 | | 35,125,281 |
| Less: earned revenue | | (72,520) | | (90,482) |
| Net program costs | | 25,267,578 | | 35,034,799 |
| Public Programs | | | | |
| Gross costs | | 20,643,482 | | 29,143,915 |
| Less: earned revenue | | (58,952) | | (74,906) |
| Net program costs | | 20,584,530 | | 29,069,009 |
| Research | | | | |
| Gross costs | | 22,875,435 | | 45,631,054 |
| Less: earned revenue | | (256,176) | | (268,387) |
| Net program costs | | 22,619,259 | | 45,362,667 |
| Treasury Matching Funds | | | | |
| Gross costs | | 2,738,449 | | 2,488,655 |
| Less: earned revenue | | (7,997) | | (6,478) |
| Net program costs | | 2,730,452 | | 2,482,177 |
| Special Initiatives* | | | | |
| Gross costs | | 1,313,824 | | 826,252 |
| Less: earned revenue | | (3,837) | | (2,151) |
| Net program costs | | 1,309,987 | | 824,101 |
| **NET COST OF OPERATIONS** | $ | **197,319,622** | $ | **255,497,471** |

The accompanying notes are an integral part of these statements.

\* Special Initiatives comprises Bridging Cultures, Common Good, We the People, and Program Development costs.



### STATEMENT OF CHANGES IN NET POSITION
### As of September 30, 2024 and 2023
### (in US Dollars)

| | 2024 | | | 2023 | | |
|---|---|---|---|---|---|---|
| | Dedicated Collections (Note 8) | Funds from Other than Dedicated Collections | Total | Dedicated Collections (Note 8) | Other than Dedicated Collections | Total |
| **UNEXPENDED APPROPRIATIONS:** | | | | | | |
| Beginning balances | $ - | $ 242,115,993 | $ 242,115,993 | $ - | $ 288,007,773 | $ 288,007,773 |
| Beginning balances, as adjusted | - | 242,115,993 | 242,115,993 | - | 288,007,773 | 288,007,773 |
| Appropriations received | - | 207,000,000 | 207,000,000 | - | 207,000,000 | 207,000,000 |
| Other Adjustments - Rescissions | - | - | - | - | (188,597) | (188,597) |
| Appropriations used | - | (194,069,906) | (194,069,906) | - | (252,703,183) | (252,703,183) |
| Net Change in Unexpended Appropriations | - | 12,930,094 | 12,930,094 | - | (45,891,780) | (45,891,780) |
| **Total Unexpended Appropriations** | - | 255,046,087 | 255,046,087 | - | 242,115,993 | 242,115,993 |
| **CUMULATIVE RESULTS OF OPERATIONS:** | | | | | | |
| Beginning balances | 542,882 | (1,678,319) | (1,135,437) | 764,055 | (1,444,688) | (680,633) |
| Beginning balances, as adjusted | 542,882 | (1,678,319) | (1,135,437) | 764,055 | (1,444,688) | (680,633) |
| Appropriations used | - | 194,069,906 | 194,069,906 | - | 252,703,183 | 252,703,183 |
| Donations | 232,092 | - | 232,092 | 213,208 | - | 213,208 |
| Imputed financing | - | 2,778,326 | 2,778,326 | - | 2,126,277 | 2,126,277 |
| Net cost of operations (Note 12) | (241,413) | (197,078,208) | (197,319,621) | (434,380) | (255,063,091) | (255,497,471) |
| Net change in cumulative results of operations | (9,321) | (229,976) | (239,297) | (221,172) | (233,631) | (454,803) |
| **Total Cumulative Results of Operations** | 533,561 | (1,908,295) | (1,374,734) | 542,883 | (1,678,319) | (1,135,436) |
| **NET POSITION** | $ 533,561 | $ 253,137,792 | $ 253,671,353 | $ 542,883 | $ 240,437,674 | $ 240,980,557 |

Eliminations represent zero balances in FY 2024 and 2023 for all lines
The accompanying notes are an integral part of these statements.

**NATIONAL ENDOWMENT FOR THE HUMANITIES**

**STATEMENT OF BUDGETARY RESOURCES**
**As of September 30, 2024 and 2023**

**(in US Dollars)**

| | 2024 | 2023 |
|---|---|---|
| **Budgetary Resources** | | |
| Unobligated Balance from Prior Year Budget Authority, Net (discretionary and mandatory) (Note 10) | $ 42,523,118 | $ 46,944,883 |
| Appropriations (discretionary and mandatory) | 207,232,092 | 207,024,611 |
| Spending authority from offsetting collections (discretionary and mandatory) | 1,255,375 | 1,256,549 |
| **Total budgetary resources** | 251,010,585 | 255,226,043 |
| **Status of Budgetary Resources** | | |
| New obligations and upward adjustments (total) | 210,590,472 | 217,355,438 |
| Unobligated balance, end of year: | | |
| Apportioned, unexpired accounts | 38,003,474 | 36,514,036 |
| Unapportioned, unexpired accounts | 2,229,005 | 1,187,739 |
| Unexpired unobligated balance, end of year | 40,232,479 | 37,701,775 |
| Expired unobligated balance, end of year | 187,634 | 168,830 |
| Unobligated balance, end of year (total) | 40,420,113 | 37,870,605 |
| **Total budgetary resources** | 251,010,585 | 255,226,043 |
| **Outlays, Net, and Disbursements, Net** | | |
| Outlays, net (total) (discretionary and mandatory) | 205,878,055 | 248,922,190 |
| Distributed offsetting receipts (-) | (269,021) | (233,486) |
| **Agency outlays, net (discretionary and mandatory)** | 205,609,034 | 248,688,704 |
| **Disbursements, net (total) (mandatory)** | $ 7,414,242 | $ 47,184,185 |

The accompanying notes are an integral part of these statements.



# Notes to the Financial Statements

**As of and for the Period Ended
September 30, 2024 and 2023**
(In Dollars)

## Contents

Note 1 – Significant Accounting Policies ..............................................................................

Note 2 – Fund Balance with Treasury ..................................................................................

Note 3 – Accounts Receivable, Net......................................................................................

Note 4 – Property, Plant, and Equipment, Net ....................................................................

Note 5 – Liabilities Not Covered by Budgetary Resources ................................................

Note 6 – Other Liabilities.....................................................................................................

Note 7 – Leases ....................................................................................................................

Note 8 – Funds from Dedicated Collections ........................................................................

Note 9 – Inter-Entity Costs..................................................................................................

Note 10 – Statement of Budgetary Resources......................................................................

Note 11 – Incidental Custodial Collections..........................................................................

Note 12 – Reconciliation of Net Cost to Net Outlays..........................................................

Note 13 – Grant Accrual Liability .......................................................................................

# Notes to the Financial Statements

**As of and for the Period Ended**
**September 30, 2024 and 2023**
(In Dollars)

The following Notes include the disclosure requirements contained in the Office of Management and Budget (OMB) Circular A-136, "Financial Reporting Requirements" and the Federal Accounting Standards Advisory Board (FASAB) "Statements of Federal Financial Accounting Standards" (SFFAS).

## Note 1 – Significant Accounting Policies

### A.    Reporting Entity

The National Endowment for the Humanities (NEH) was established as an independent agency by the National Foundation on the Arts and the Humanities Act of 1965 and is the largest funder of programs supporting cultural institutions, research and public programs in the humanities. NEH financial statements are defined as a component entity of the U.S. Government. For this reason, some of the assets and liabilities reported by NEH may be eliminated for government-wide reporting because they are offset by assets and liabilities of another U.S. Government entity. These financial statements should be read with the realization that they are for a component of the U.S. Government.

### B.   Basis of Presentation, Accounting, and Formatting

The audited financial statements are generated to meet the requirements of the Government Management Reform Act of 1994 and Accountability of Tax Dollars Act of 2002. The statements consist of the Balance Sheet, Statement of Net Cost, Statement of Changes in Net Position, Statement of Budgetary Resources, and related footnotes and disclosures.

NEH performs accrual based accounting in alignment with federal budget and reporting cycles as a consolidation entity included in the governmentwide financial statements as per the SFFAS 47 Reporting Entity guidance. Revenues are recognized when earned, and expenses are recognized when liabilities are incurred. Congress provides budgetary authority to NEH through appropriations to incur obligations in support of agency programs.

The Office of Management and Budget (OMB) issues circular A-136, Financial Reporting Requirements, on an annual basis. This document defines presentation format requirements for financial statements and footnotes, which can change annually. In FY 2024 presentation changes were made to the balance sheet breakout of lines for the Other Than Intragovernmental Liabilities section. Therefore information in this section is not visually comparative with the presentation in FY2023.

### C.   Significant Changes to Accounting Policy

NEH did not have any significant changes to accounting policy in this fiscal year.

### D.   Fund Balance with Treasury (FBWT) and Funds from Dedicated Collections

Funds balances with the U.S. Department of the Treasury is an asset of NEH, a liability of the General Fund and primarily represent appropriated funds available to incur obligations and

# Notes to the Financial Statements
### As of and for the Period Ended
### September 30, 2024 and 2023
###### (In Dollars)

finance disbursements. See Note 2, Fund Balance with Treasury and Note 8, Funds from Dedicated Collections, for additional information. See information about donations in Note 1E

## E.    Revenues and Other Financing Sources

NEH receives funding through annual Congressional appropriations from the budget of the United States under a no year appropriation, and previously a multi-year appropriation from the Coronavirus Aid, Relief and Economic Security Act (CARES Act) Public Law 116-136, enacted on March 27, 2020, and the no year American Rescue Plan (ARP) Public Law 117-2, enacted on March 11, 2021. The multi-year appropriation for COVID-19 emergency response funds was used for grant programs only. The no year appropriation for COVID-19 emergency funds was used for grant program and administrative costs.

Appropriations are recognized as revenues when the warrant is received and expended as program or administrative expenses are incurred. Appropriations expended for capitalized property and equipment are recognized as expenses when assets are consumed in operations.

NEH was founded with the authority to receive donations and to invest in interest-bearing accounts. Accounts are maintained for restricted and unrestricted funding and observes federal guidelines for the appropriate use and apportionment of donated funds. This authority also allows the Chair to incur representation and reception expenses. NEH also earns revenue by providing cost sharing or reimbursable services to other Federal agencies through interagency agreements.

NEH sets prices to recover the full costs incurred unless otherwise noted in the interagency agreement when providing goods and services. Imputed financing represents benefit costs to OPM.

## F.    Budgetary Terms

The purpose of Federal budgetary accounting is to control, monitor, and report on funds made available to Federal agencies by law and help ensure compliance with the law.

The following budget terms are commonly used from OMB Circular A-11, Section 20.3 (whitehouse.gov):

> *Appropriation* means a provision of law (not necessarily in an appropriations act) authorizing the expenditure of funds for a given purpose. Usually, but not always, an appropriation provides budget authority.

> *Budgetary resources* mean amounts available to incur obligations in a given year. Budgetary resources consist of new budget authority and unobligated balances of budget authority provided in previous years.

> *Gross outlays* are disbursements and *net outlays* are disbursements (net of refunds) minus reimbursements collected.

## Notes to the Financial Statements
**As of and for the Period Ended**
**September 30, 2024 and 2023**
(In Dollars)

*Offsetting collections* mean payments to the Government that, by law, are credited directly to expenditure accounts and deducted from gross budget authority and outlays of the expenditure account, rather than added to receipts. Usually, offsetting collections are authorized to be spent for the purposes of the account without further action by Congress. They usually result from business-like transactions with the public, including payments from the public in exchange for goods and services, reimbursements for damages, and gifts or donations of money to the Government and from intragovernmental transactions with other Government accounts. The authority to spend offsetting collections is a form of budget authority.

*Offsetting receipts* mean payments to the Government that are credited to offsetting receipt accounts and deducted from gross budget authority and outlays, rather than added to receipts. Usually they are deducted at the level of the agency and subfunction, but in some cases they are deducted at the level of the Government as a whole. They are not authorized to be credited to expenditure accounts. The legislation that authorizes the offsetting receipts may earmark them for a specific purpose and either appropriate them for expenditure for that purpose or require them to be appropriated in annual appropriations acts before they can be spent. Like offsetting collections, they usually result from business-like transactions with the public, including payments from the public in exchange for goods and services, reimbursements for damages, and gifts or donations of money to the Government, and from intragovernmental transactions with other Government accounts.

*Obligation* means a binding agreement that will result in outlays, immediately or in the future. Budgetary resources must be available before obligations can be incurred legally.

*Outlay* means a payment to liquidate an obligation (other than the repayment of debt principal or other disbursements that are "means of financing" transactions). Outlays generally are equal to cash disbursements but also are recorded for cash-equivalent transactions, such as the issuance of debentures to pay insurance claims, and in a few cases are recorded on an accrual basis such as interest on public issues of the public debt. Outlays are the measure of Government spending.

*Rescission* are provisions of law that cancel budget authority previously provided to federal agencies before it would otherwise expire and is a tool used by Congress to reduce federal spending.

For further information about budget terms and concepts, see the "Budget Concepts" chapter of the *Analytical Perspectives* volume of the President's Budget: Analytical Perspectives | OMB | The White House.

## G.  Advances and Prepayments

The Endowment's payments to other Federal agencies are recorded as an advance when funds are disbursed prior to expenditure. As work is performed, the expenditures or revenues are

# Notes to the Financial Statements

**As of and for the Period Ended**
**September 30, 2024 and 2023**
<small>(In Dollars)</small>

reported by the trading partner, at which time the advance is reduced, and the expense/revenue is recognized. Advances to the public, are payments to grantees while work is being performed.

## H. Property, Plant, and Equipment

NEH policy is to depreciate property, plant, and equipment over the estimated useful life of the asset. The capitalization threshold is $50,000 for individual purchases and $50,000 for bulk purchases with a minimum of $10,000 per item. The capitalization threshold for leasehold improvements is $50,000 for individual items with a useful life of two years or more. The capitalization threshold for internal use software is $250,000 or above for aggregate costs. Additional information is provided in Note 4: General Property, Plant and Equipment, Net.

## I. Liabilities

Liabilities represent transactions or events which have occurred for which NEH will likely pay since no absolute certainty exists that appropriations will be enacted and can be rescinded by the Government acting in its sovereign capacity. For additional information, see Note 5: Liabilities not Covered by Budgetary Resources, and Note 6: Other Liabilities.

Liabilities not covered by budgetary resources require future congressional action whereas liabilities covered by budgetary resources reflect prior congressional action. Regardless of when the congressional action occurs, when the liabilities are liquidated, Treasury will finance the liquidation in the same way that it finances all other disbursements, using some combination of receipts, other inflows, and borrowing from the public (if there is a budget deficit).

## J. Accounts Payable

Accounts payable consists of amounts owed to grantees, commercial vendors, and federal trading partners. Accounts payable to commercial vendors are expenses for goods and services received but not yet paid by NEH.

## K. Accounts Receivable

Accounts receivable comprises amounts due from others when the right to receive funds accrues. This may result from the performance of services, the delivery of goods, court ordered assessment, or amounts due from vendors or grant recipients. This account does not close at yearend. NEH uses the specific identification method to recognize an allowance for uncollectible accounts receivable and related bad debt expenses.

## L. Annual, Sick, and Other Leave

Annual leave is accrued as it is earned and reduced as leave is used. Annually, accrued leave balances are adjusted to reflect changes in current rates and balances figures. If current

# Notes to the Financial Statements
### As of and for the Period Ended
### September 30, 2024 and 2023
###### (In Dollars)

appropriations are not available to fund annual leave earned but not used, funding will be obtained from future financing sources. Sick leave and other types are expensed as used.

The accrued payroll liability represents amounts for salaries and benefits owed for the amount of time since the payroll was last paid through the end of the reporting period. Total accrued payroll is composed of amounts to be paid to employees as well as the related intragovernmental payable for employer contributions and payroll taxes. The annual leave liability is the amount owed to employees for unused annual leave as of the end of the reporting period. At the end of each quarter, the balance in the accrued annual leave account is adjusted to reflect current balances and pay rates. Sick leave and other types of non-vested leave are expensed as taken.

## M.  Pension and Other Imputed Benefit Costs

Pension and other benefits (life insurance, and health care) expense are recognized at the time the employees' services are rendered. The expense is equal to the actuarial present value of benefits attributed by the pension plan's benefit formula, less the amount contributed by the employees. An imputed cost is recognized for the difference between the expense and contributions made by and for employees.

NEH reports imputed benefit costs on Life Insurance, Health Insurance, and Retirement. The Office of Personnel Management (OPM) supplies cost factors that are applied to the Agency's records.

The agency's employees participate in the Civil Service Retirement System (CSRS) or the Federal Employees' Retirement System (FERS). On January 1, 1987, FERS went into effect pursuant to Public Law 99-335. Most employees hired after December 31, 1983, are automatically covered by FERS and Social Security. Employees hired prior to January 1, 1984, could elect to either join FERS and Social Security or remain in CSRS.

The Thrift Savings Plan (TSP) is a tax-deferred retirement savings and investment plan that offers Federal employees the same type of savings and tax benefits that many corporations offer their employees under 401(k) plans. By participating in the TSP, federal employees have the opportunity to save part of their income for retirement, receive matching agency contributions, and reduce their current taxes. For employees under FERS, the NEH contributes an amount equal to one percent of the employee's basic pay to the TSP and matches employee contributions up to an additional four percent of pay. FERS and CSRS employees can contribute a portion of their gross earnings to the plan up to Internal Revenue Service limits; however, CSRS employees receive no matching agency contributions.

## N.  Federal Employees' Compensation Act (FECA) Actuarial Liability

The Federal Employees' Compensation Act (FECA) provides wage replacement and medical cost protection to covered Federal civilian employees injured on the job, employees who have incurred a work-related occupational disease, and beneficiaries of employees whose death is attributable to a job-related injury or occupational disease. The FECA program is administered by the U.S. Department of Labor (DOL), which initially pays valid claims and subsequently

# Notes to the Financial Statements
### As of and for the Period Ended
### September 30, 2024 and 2023
(In Dollars)

seeks reimbursement from the Federal agencies employing the claimants. DOL provides the actuarial liability for claims outstanding at the end of each fiscal year. This liability includes the estimated future costs of death benefits, workers' wage replacement, medical, and miscellaneous costs for approved compensation cases.

## O.    Use of Estimates

The preparation of financial statements requires management to make estimates and assumptions that affect amounts reported in the financial statements and accompanying notes. Such estimates and assumptions could change in the future as more information becomes known, which could impact the amounts reported and disclosed herein.

## P.    Commitments and Contingencies

The NEH records commitments and contingent liabilities for legal cases in which payment has been deemed probable and for which the amount of potential liability has been estimated. There were no contingent liabilities as of September 30, 2024.

## Q.    Rounding

Some totals and amounts reflected on the financial statements and notes may differ due to rounding.

## R.    Suborganization Program Costs

<u>Program Grants</u> – The Statement of Net Costs presents costs associated with specific NEH program divisions. The amounts shown represent both programmatic and administrative gross costs less earned revenue for each program office. Special initiative costs are not assigned to a specific program office and are further explained below.

<u>Matching Grants</u> - Challenge and Treasury Fund Grants are matching awards entailing an offer of NEH funding conditioned on a recipient raising an equivalent amount of funds in ratios from one-to-one and up to one-to-four matching "gifts" in support of humanities projects. These non-federal donations are a mechanism for leveraging the contributions of businesses, foundations, and individuals.

<u>A More Perfect Union</u> – An agency wide initiative established in 2019, commemorating the upcoming 250th anniversary of the founding of the United States for the U.S. Semi-quincentennial in 2026. This provides funding across all the agency's grantmaking divisions for humanities projects that promote a deeper understanding of American history and culture and that advance civic education and knowledge of our core principles of government

<u>Special Initiatives</u> – Comprises several programs: Bridging Cultures, Common Good, We the People, and Program Development costs. These provide funding across all the agency's grantmaking divisions and were consolidated on the Statement of Net Costs for formatting purposes.

**Notes to the Financial Statements**
**As of and for the Period Ended**
**September 30, 2024 and 2023**
(In Dollars)

**S.    Reconciliation of Net Costs to Net Outlays (Budget to Accrual Reconciliation)**

The purpose of the reconciliation of net outlays, presented on a budgetary basis, and the net cost, presented on an accrual basis, is to provide an explanation of the relationship between budgetary and financial accounting information. The Note 12: Reconciliation of Net Cost to Net Outlays illustrates the reconciliation by listing key differences between Net Cost and Net Outlays.

_Net Cost of Operations_ is derived from the Statement of Net Cost.

_Components of net cost that are not part of net outlays_ are most commonly (a) the result of allocating assets to expenses over more than one reporting period (e.g., depreciation) and the write-down of assets (due to revaluations), (b) the temporary timing differences between outlays/receipts and the operating expense/revenue during the period, and (c) costs financed by other entities (imputed inter-entity costs).

_Components of net outlays that are not part of net cost_ are primarily amounts provided in the current reporting period that fund costs incurred in prior years and amounts incurred for goods or services that have been capitalized on the balance sheet (e.g., plant, property and equipment acquisition and inventory acquisition).

_Net Outlays_ is the summation of the above amounts and equals the Statement of Budgetary Resources net outlays amount.

**T.    Rescission**

NEH was issued a warrant for a rescission in July of FY 2023 in the amount of $188,597 as a result of Public Law 118-5, Division B of the Fiscal Responsibility Act of 2023; PL 118-5 137 STAT 30 Sec. 77. The original funding was authorized in FY2021, from the American Rescue Plan Act (Public Law 117-2), which was mandatory in the same Treasury Account Fund Symbol as our discretionary, indefinite regular appropriation. The rescission is reflected in the FY2023 information presented in the financial statements and footnotes.

# Notes to the Financial Statements

**As of and for the Period Ended**
**September 30, 2024 and 2023**

(In Dollars)

## Note 2 – Fund Balance with Treasury

|  | 2024 | 2023 |
|---|---|---|
| **Status of Fund Balance with Treasury:** | | |
| Unobligated Balance | | |
|    Available | $    38,003,474 | $    36,506,388 |
|    Unavailable | 1,615,575 | 478,898 |
| Obligated Balance not yet Disbursed | 248,732,245 | 250,011,970 |
| Non–Budgetary Fund Balance with Treasury | – | – |
| Total | $  288,351,294 | $  286,997,256 |

Fund Balance with Treasury is the aggregate amount of NEH's accounts with the U.S. Department of Treasury of which NEH is authorized to incur obligations and make expenditures to pay liabilities. The trust fund includes amounts donated to NEH, some which are restricted for specific purposes. There are no differences between NEH's ledger accounts and FBWT reported amounts.

## Note 3 – Accounts Receivable, Net

NEH uses a specific method to recognize allowance for uncollectable account. All receivables are reported at net cost and expected to be collected when due with no allowance for doubtful account needed.

|  | 2024 | 2023 |
|---|---|---|
| Receivables from services to federal agencies | – | 7,648 |
| Receivables from the public | 70,255 | 90,693 |
| Total Receivables | $    70,255 | $    98,341 |

# Notes to the Financial Statements
### As of and for the Period Ended
### September 30, 2024 and 2023
(In Dollars)

## Note 4 – Property, Plant, and Equipment, Net

Property, plant, and equipment, net, consists of the following:

**2024**

| Major Class | Service Life and Method | Cost | Accumulated Amortization/Depreciation | Net Book Value |
|---|---|---|---|---|
| Leasehold Improvements | 10 years/Straight | $ 168,722 | $ (168,722) | $ – |
| Office Equipment | 5 years/Straight | 295,541 | (295,541) | – |
| Software – Internal Use | 3 years/Straight | 3,546,783 | (3,225,228) | 321,555 |
| Software – In Development | Not Applicable | – | – | – |
| **Total Property, Plant, & Equipment** | | **$ 4,011,046** | **$ (3,689,491)** | **$ 321,555** |

**2023**

| Major Class | Service Life and Method | Cost | Accumulated Amortization/Depreciation | Net Book Value |
|---|---|---|---|---|
| Leasehold Improvements | 10 years/Straight | $ 168,722 | $ (156,068) | $ 12,654 |
| Office Equipment | 5 years/Straight | 295,541 | (295,541) | – |
| Software – Internal Use | 3 years/Straight | 3,546,783 | (3,005,725) | 541,058 |
| Software – In Development | Not Applicable | – | – | – |
| **Total Property, Plant, & Equipment** | | **$ 4,011,046** | **$ (3,457,334)** | **$ 553,712** |

See Note 1H for capitalization threshold information.

# Notes to the Financial Statements

**As of and for the Period Ended**
**September 30, 2024 and 2023**
(In Dollars)

## Note 5 – Liabilities Not Covered by Budgetary Resources

Liabilities not covered by budgetary resources represent liabilities requiring future Congressional appropriation to pay. Liabilities not requiring budgetary resources represent custodial collections due to the General Fund of the U.S. Department of Treasury and are not available for agency use.

|  | 2024 | 2023 |
|---|---|---|
| Intragovernmental | | |
| Other accrued unfunded FECA | $ 22,219 | $ 44,621 |
| Total intragovernmental | 22,219 | 44,621 |
| | | |
| Federal employee and veteran benefits payable | | |
| Actuarial FECA | 126,006 | 264,230 |
| Accrued unfunded leave | 2,065,597 | 1,895,442 |
| Total federal employee and veteran benefits payable | 2,191,603 | 2,159,672 |
| | | |
| Other | | |
| Total liabilities not covered by budgetary resources | 2,213,822 | 2,204,293 |
| Total liabilities covered by budgetary resources | 40,765,645 | 53,538,137 |
| Total Liabilities | $ 42,979,467 | $ 55,742,430 |

## Note 6 – Other Liabilities

|  | 2024 | 2023 |
|---|---|---|
| Intragovernmental liabilities: | | |
| Other current liabilities - Benefit contributions payable | $ 152,269 | $ 329,949 |
| Liability to the General Fund for custodial & other non-ent | - | - |
| Total Intragovernmental liabilities | 152,269 | 329,949 |
| | | |
| Other than Intragovernmental liabilities: | | |
| Accrued funded payroll | 614,079 | 1,381,665 |
| Actuarial FECA liability | 126,006 | 264,230 |
| Accrued unfunded leave | 2,065,597 | 1,895,442 |
| Grant accrual liability | 39,837,785 | 51,601,331 |
| Invoice accrual liability | - | - |
| Total Liabilities Other than Intragovernmental liabilities | 42,643,467 | 55,142,668 |
| | | |
| Total Other Liabilities | $ 42,795,736 | $ 55,472,617 |

# Notes to the Financial Statements
**As of and for the Period Ended**
**September 30, 2024 and 2023**
(In Dollars)

## Note 7 – Leases

The NEH occupies office space in the Constitution Center Building at 400 7th Street in the District of Columbia. The occupancy agreement with the General Services Administration (GSA) is accounted for as a non-cancellable operating lease. The current lease agreement expires in 2027, however NEH is currently in negotiations with GSA on a lease extension that is not finalized. The estimate for the annual lease costs for future fiscal years are as follows:

|  Future fiscal year payments due: | |
|---|---|
| FY 2025 | 3,225,902 |
| FY 2026 | 3,264,108 |
| FY 2027 through February 2027 | 1,352,028 |
| Total Future Lease Payments | $   7,842,038 |

An intragovernmental lease is a contract or agreement occurring within a consolidation entity or between two or more consolidation entities as defined in SFFAS 47 whereby one entity (lessor) conveys the right to control the use of PP&E (the underlying asset) to another entity (lessee) for a period of time as specified in the contract or agreement in exchange for consideration. Any lease that meets the definition of an intragovernmental lease should recognize lease payments, including lease-related operating costs (for example, maintenance, utilities, taxes, etc.) paid to the lessor, as expenses based on the payment provisions of the contract or agreement and standards regarding recognition of accounts payable and other related amounts. NEH does not prepay rent.

## Note 8 – Funds from Dedicated Collections

Funds from dedicated collections are financed by specifically identified revenues, provided to the government by non-federal sources which remain available over time. These specifically identified revenues and other financing sources are required by statute to be used for designated activities, benefits or purposes and are accounted for separately from the government's general revenues.

There are two types of donations accepted by the Endowment: unrestricted and restricted gifts. An unrestricted gift is made to the Endowment with no limitations on how the gift is to be used whereas restricted gifts explicitly state how the gift is to be used.

Pursuant to authority set forth in its authorizing statute, the NEH is authorized to solicit, accept and invest money and other property donated to the agency and authorizes the Chair of the NEH, with the recommendation of the National Council on the Humanities, to "receive money and other property donated, bequeathed, or devised to [the] Endowment with or without condition or restriction." Donated funds must be used for a purpose consistent with the agency's mission and authorizing legislation. Eliminations represent zero balances in FY 2024 and 2023 for all lines, and those columns are not shown in presentation in the table below and SCNP.

# Notes to the Financial Statements
### As of and for the Period Ended
### September 30, 2024 and 2023
(In Dollars)

## Note 8 – Funds from Dedicated Collections – (continued)

| Balance Sheet, as of September 30th | 2024 | | | 2023 | |
| --- | --- | --- | --- | --- | --- |
| | Dedicated Collections Donations & Gifts | Total Funds from Dedicated Collections | | Dedicated Collections Donations & Gifts | Total Funds from Dedicated Collections |
| Intragovernmental Assets | | | | | |
| Fund Balance with Treasury | $        482,283 | $        482,283 | | $        534,003 | $        534,003 |
| Other Assets | – | – | | – | – |
| **Total Intragovernmental Assets** | 482,283 | 482,283 | | 534,003 | 534,003 |
| | | | | | |
| Other than Intragovernmental Assets | | | | | |
| Other Assets | 59,423 | 59,423 | | 39,670 | 39,670 |
| **Total Other than Intragovernmental Assets** | 59,423 | 59,423 | | 39,670 | 39,670 |
| | | | | | |
| **Total Assets** | 541,706 | 541,706 | | 573,673 | 573,673 |
| | | | | | |
| Intragovernmental Liabilities | – | – | | – | – |
| **Total Intragovernmental Liabilities** | – | – | | – | – |
| | | | | | |
| Other than Intragovernmental Liabilities | | | | | |
| Other Liabilities | 8,145 | 8,145 | | 30,790 | 30,790 |
| **Total Other than Intragovernmental Liabilities** | 8,145 | 8,145 | | 30,790 | 30,790 |
| | | | | | |
| **Total Liabilities** | 8,145 | 8,145 | | 30,790 | 30,790 |
| | | | | | |
| Unexpended Appropriations | – | – | | – | – |
| Cumulative Results of Operations | 533,561 | 533,561 | | 542,882 | 542,882 |
| | | | | | |
| **Total Liabilities and Net Position** | 541,706 | 541,706 | | 573,672 | 573,672 |
| **Statement of Net Cost, for the year ended September 30th** | | | | | |
| Gross Program Costs | 241,414 | 241,414 | | 434,380 | 434,380 |
| Less Earned Revenues | – | – | | – | – |
| Net Program Costs | 241,414 | 241,414 | | 434,380 | 434,380 |
| Costs not Attributable to Program Costs | – | – | | – | – |
| Less Earned Revenues not Attributable to Program Costs | – | – | | – | – |
| Net Cost of Operations | 241,414 | 241,414 | | 434,380 | 434,380 |

# Notes to the Financial Statements
### As of and for the Period Ended
### September 30, 2024 and 2023
(In Dollars)

| Statement of Changes in Net Position, for the year ended September 30th | | | | | |
|---|---|---|---|---|---|
| **Unexpended Appropriations** | | | | | |
| Beginning balance | – | – | | – | – |
| Changes in accounting principles | – | – | | – | – |
| Corrections of errors | – | – | | – | – |
| Beginning balance, as adjusted | – | – | | – | – |
| Appropriations received | – | – | | – | – |
| Appropriations used | – | – | | – | – |
| **Total Unexpended Appropriations** | – | – | | – | – |
| | | | | | |
| **Cumulative Results of Operations:** | | | | | |
| Beginning balance | 542,882 | 542,882 | | 764,055 | 764,055 |
| Changes in accounting principles | – | – | | – | – |
| Corrections of errors | – | – | | – | – |
| Beginning balance, as adjusted | 542,882 | 542,882 | | 764,055 | 764,055 |
| | | | | | |
| Appropriations used | – | – | | – | – |
| Donations and forfeitures of cash & property | 232,092 | 232,092 | | 213,208 | 213,208 |
| Imputed financing | – | – | | – | – |
| Net cost of operations | (241,414) | (241,414) | | (434,380) | (434,380) |
| Net change in Cumulative Results of Operations | (9,322) | (9,322) | | (221,172) | (221,172) |
| **Total Cumulative Results of Operations** | 533,560 | 533,560 | | 542,883 | 542,883 |
| | | | | | |
| **Net Position, end of period** | $ 533,560 | $ 533,560 | | $ 542,883 | $ 542,883 |

# Note 9 – Inter-Entity Costs

Goods and services are received from other Federal entities at no cost or at a cost less than the full cost to the providing Federal entity. Consistent with accounting standards, certain costs of the providing entity that are not fully reimbursed by NEH are recognized as imputed costs in the Statement of Net Cost, and are offset by imputed revenue in the Statement of Changes in Net Position. NEH imputed costs and revenues represent employee benefits and the agency does not have unreimbursed costs of goods and services other than imputed.

# Notes to the Financial Statements
### As of and for the Period Ended
### September 30, 2024 and 2023
(In Dollars)

## Note 10 – Statement of Budgetary Resources

**Undelivered Orders at the End of the Period**

On the Statement of Budgetary Resources, the obligated balance, net, end of period includes the following:

|  | 2024 | 2023 |
|---|---|---|
| Federal Undelivered Orders: |  |  |
| Unpaid | $        1,814,811 | $        1,083,601 |
| Paid | 5,434,912 | 6,331,561 |
| Total Federal Undelivered Orders | 7,249,723 | 7,415,162 |
|  |  |  |
| Non-Federal Undelivered Orders: |  |  |
| Unpaid | 206,297,749 | 195,529,426 |
| Paid | 2,472,805 | 2,742,116 |
| Total Non-Federal Undelivered Orders | 208,770,554 | 198,271,542 |
|  |  |  |
| Total, Undelivered Orders at the End of the Period | $    216,020,277 | $    205,686,704 |

**Explanation of Differences between the Statement of Budgetary Resources and the Budget of the United States Government**

The President's Budget, which includes actual numbers for fiscal year 2023, has not been published. The Budget with actual amounts for fiscal year 2024 will be published at a later date at President's Budget - OMB - The White House.

There are no material differences in amounts reported in the Statement of Budgetary Resources and actual amounts reported in the Budget of the United States Government.

# Notes to the Financial Statements
**As of and for the Period Ended**
**September 30, 2024 and 2023**
(In Dollars)

## Note 11 – Incidental Custodial Collections

NEH collects funds, such as program income generated from NEH-funded projects, on behalf of the federal government. These collections, called custodial collections, are not available for NEH use and must be returned to the U.S. Department of Treasury at the end of the fiscal year.

|  | 2024 | 2023 |
|---|---|---|
| Collections for NEH projects funded in previous years | $ 36,929 | $ 20,278 |
| Total cash collections | 36,929 | 20,278 |
|  |  |  |
| Disposition of collections: |  |  |
| Return to Treasury (general fund) | 36,929 | 20,278 |
| Retained by NEH | – | – |
| Net custodial collection activity | $ – | $ – |

# Notes to the Financial Statements
### As of and for the Period Ended
### September 30, 2024 and 2023
(In Dollars)

## Note 12 – Reconciliation of Net Cost to Net Outlays

| | 2024 | | | 2023 | | |
|---|---|---|---|---|---|---|
| | Intra-governmental | Other than Intra-governmental | Total | Intra-governmental | Other than Intra-governmental | Total |
| Net Operating Cost (SNC) | $ 14,518,593 | $ 182,801,025 | $ 197,319,618 | $ 11,800,724 | $ 243,696,747 | $ 255,497,471 |
| Components of Net Operating Cost Not Part of the Budgetary Outlays | | | | | | |
| Property, plant, and equipment depreciation | - | (232,156) | (232,156) | - | (215,379) | (215,379) |
| Other | - | – | – | - | 258,812 | 258,812 |
| **Increase/(Decrease) in assets:** | | | | | | |
| Accounts receivable | (7,648) | (20,438) | (28,086) | 5,176 | (117,997) | (112,821) |
| Other assets | (896,649) | (269,312) | (1,165,961) | 3,543,588 | 72,611 | 3,616,199 |
| **(Increase)/Decrease in liabilities not affecting Budget Outlays** | | | | | | |
| Accounts payable | (6,766) | 92,848 | 86,082 | (63,420) | 17,021 | (46,399) |
| Salaries and benefits | 155,278 | 767,586 | 922,864 | (25,113) | (101,503) | (126,616) |
| Other liabilities (Unfunded leave, unfunded FECA, actuarial FECA) | 22,402 | 11,731,615 | 11,754,017 | 6,374 | (7,829,174) | (7,822,800) |
| **Other financing sources** | | | | | | |
| Federal employee retirement benefit costs paid by OPM and imputed to agency | (2,778,326) | – | (2,778,326) | (2,126,277) | – | (2,126,277) |
| **Total Components of Net Operating Cost Not Part of the Budget Outlays** | (3,511,709) | 12,070,143 | 8,558,434 | 1,340,328 | (7,915,609) | (6,575,281) |
| **Components of the Budget Outlays That Are Not Part of Net Operating Cost** | | | | | | |
| Other | (36,929) | (232,092) | (269,021) | (20,278) | (213,208) | (233,486) |
| *Total Components of the Budgetary Outlays That Are Not Part of Net Operating Cost* | (36,929) | (232,092) | (269,021) | (20,278) | (213,208) | (233,486) |
| **Net Outlays** | $ 10,969,955 | $ 194,639,076 | $ 205,609,031 | $ 13,120,774 | $ 235,567,930 | $ 248,688,704 |
| **Related Amounts on the Statement of Budgetary Resources** | | | | | | |
| Outlays, net | | | 205,878,055 | | | 248,922,190 |
| Distributed offsetting receipts | | | (269,021) | | | (233,486) |
| **Agency Outlays, Net** | | | $ 205,609,034 | | | $ 248,688,704 |

*See Note 1S: Reconciliation of Net Costs to Net Outlays

# Notes to the Financial Statements
### As of and for the Period Ended
### September 30, 2024 and 2023
(In Dollars)

## Note 13 – Grant Accrual Liability

The preparation of the financial statements requires management to make estimates and assumptions that affect amounts reported in the financial statements and accompanying notes. Such estimates and assumptions could change in the future as more information becomes available, which could impact the amounts reported and disclosed herein. The Endowment's grants and cooperative agreements expenses are comprised of two components: (1) actual grant expenditures reported by grantees through reimbursement submissions, and (2) an estimate (accrual) of grantee expenditures incurred but not yet reported as a request for reimbursement from agency. The Federal Accounting Standards Advisory Board (FASAB) Technical Release (TR12) "Accrual Estimates for Grant Programs" addresses preparation of accrual estimates for grant programs.

TR12's guidance on internal control procedures is to ensure the grant accrual estimates are reasonable, based on "comparing the estimates with subsequent grantee reporting."

NEH has historically performed a review via the "look back" analysis for estimating accruals for grant liabilities. Requests for payments may be received several months after grantee expenses are incurred. When a grant is due for payment but has not yet been disbursed, an adjustment entry is needed to recognize accrued liability. The look back analysis calculated a 5-year average percentage for estimating accrual amounts by analyzing payment trends by quarter and prior year periods of performance.

In 2022, the existing methodology from 2021 was analyzed and it was determined that a change in methodology was needed because the estimates calculated for prior years produced variances much greater than actual grant liability. This was primarily due to changes in the timing of the grant award cycle and disbursement patterns of the two covid related supplemental appropriations. The changes made were to use prior FY actual liability figures, calculate the rates of change in unliquidated obligations balances from PY and CY and add/subtract the amounts to the total of prior year actual liability. If the change rate is a positive percentage, then the amount would be added, conversely if the rate is negative, then be subtracted. In the event that this methodology would not apply, then the unliquidated obligations balance would be pro-rated based on period of performance.

Accrual adjustment postings are performed in Q4 of the current year and Q1 of the subsequent fiscal year using calculated rates generated on the lookback analysis of the current fiscal year payment data. If at any point in the fiscal year, payment requests were processed earlier than expected causing abnormal balances within general ledger accounts, we will reverse these entries to maintain Generally Accepted Accounting Principles (GAAP). For September 2024, the prorate method

# Notes to the Financial Statements

**As of and for the Period Ended**
**September 30, 2024 and 2023**

(In Dollars)

was applied to Covid funding due to decreasing unliquidated obligation balances in the lookback analysis calculations.

Audit Report Fiscal Year 2024



**Independent Auditor's Report**

Ms. Shelly Lowe
Chair
National Endowment for the Humanities

Ms. Laura Davis
Inspector General
National Endowment for the Humanities

In our audits of the fiscal years 2024 and 2023 financial statements of the National Endowment of the Humanities (NEH)**,** we found:

- NEH's financial statements as of and for the fiscal years ended September 30, 2024 and 2023, are presented fairly, in all material respects, in accordance with U.S. generally accepted accounting principles;

- no material weaknesses in internal control over financial reporting based on the limited procedures we performed[1]; and

- no reportable noncompliance for fiscal year 2024 with provisions of applicable laws, regulations, contracts, and grant agreements we tested.

The following sections discuss in more detail (1) our report on the financial statements, which includes required supplementary information (RSI)[2] and other information included with the financial statements[3]; (2) our report on internal control over financial reporting; and (3) our report on compliance with laws, regulations, contracts, and grant agreements.

## Report on the Financial Statements

<u>Opinion</u>

In accordance with *Government Auditing Standards* issued by the Comptroller General of the United States; and OMB Bulletin No. 24-02, *Audit Requirements for Federal Financial Statements*, we have audited NEH's financial statements. NEH's financial statements comprise the

---

[1] A material weakness is a deficiency, or combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the entity's financial statements will not be prevented, or detected and corrected, on a timely basis. A deficiency in internal control exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent, or detect and correct, misstatements on a timely basis.

[2] The RSI consists of Management's Discussion and Analysis and Performance Information, which are included with the financial statements.

[3] Other information consists of information included with the financial statements, other than the RSI and the auditor's report.

balance sheets as of September 30, 2024 and 2023, the related statements of net cost, changes in net position, and budgetary resources for the fiscal years then ended; and the related notes to the financial statements. In our opinion, NEH's financial statements present fairly, in all material respects, NEH's financial position as of September 30, 2024, and 2023, and its net cost of operations, changes in net position, and budgetary resources for the fiscal years then ended in accordance with U.S. generally accepted accounting principles.

Basis for Opinion

We conducted our audits in accordance with auditing standards generally accepted in the U.S. and the U.S. generally accepted government auditing standards. Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of NEH and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Responsibilities of Management for the Financial Statements

NEH management is responsible for

- the preparation and fair presentation of these financial statements in accordance with U.S. generally accepted accounting principles;
- preparing, measuring, and presenting the RSI in accordance with U.S. generally accepted accounting principles;
- preparing and presenting other information included in NEH's Performance and Accountability Report and ensuring the consistency of that information with the audited financial statements and the RSI; and
- designing, implementing, and maintaining effective internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

Auditor's Responsibilities for the Audit of the Financial Statements

Our objectives are to (1) obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and (2) issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit of the financial statements conducted in accordance with U.S. generally accepted government auditing standards will always detect a material misstatement or a material weakness when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements, including omissions, are considered to be material if there is a substantial likelihood that, individually or in aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

In performing an audit in accordance with U.S. generally accepted government auditing standards, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements in order to obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion.

- Obtain an understanding of internal control relevant to our audit of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of NEH's internal control over financial reporting. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.

- Perform other procedures we consider necessary in the circumstances.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control–related matters that we identified during the financial statement audit.

Required Supplementary Information
U.S. generally accepted accounting principles issued by the Federal Accounting Standards Advisory Board (FASAB) require that the RSI be presented to supplement the financial statements. Such information is the responsibility of management and, although not a part of the financial statements, is required by FASAB, which considers it to be an essential part of financial reporting for placing the financial statements in appropriate operational, economic, or historical context.

We have applied certain limited procedures to the RSI in accordance with U.S. generally accepted government auditing standards. These procedures consisted of (1) inquiring of management about the methods of preparing the RSI and (2) comparing the information for consistency with management's responses to the auditor's inquiries, the financial statements, and other knowledge we obtained during the audit of the financial statements, in order to report omissions or material departures from FASAB guidelines, if any, identified by these limited procedures. We did not audit, and we do not express an opinion or provide any assurance on the RSI because the limited procedures we applied do not provide sufficient evidence to express an opinion or provide any assurance.

Other Information
NEH's other information contains a wide range of information, some of which is not directly related to the financial statements. This information is presented for purposes of additional analysis and is not a required part of the financial statements or the RSI. Management is responsible for the other information included in NEH's Performance and Accountability Report. The other information comprises the Message from the Chair and the information included within Section IV of the Performance and Accountability Report but does not include the financial statements and

our auditor's report thereon. Our opinion on the financial statements does not cover the other information, and we do not express an opinion or any form of assurance thereon.

In connection with our audit of the financial statements, our responsibility is to read the other information and consider whether a material inconsistency exists between the other information and the financial statements, or the other information otherwise appears to be materially misstated. If, based on the work performed, we conclude that an uncorrected material misstatement of the other information exists, we are required to describe it in our report.

## Report on Internal Control over Financial Reporting

In connection with our audits of NEH's financial statements, we considered NEH's internal control over financial reporting, consistent with our auditor responsibilities discussed below.

Results of Our Consideration of Internal Control over Financial Reporting

Our consideration of internal control was for the limited purpose described below and was not designed to identify all deficiencies in internal control that might be material weaknesses or significant deficiencies[4] or to express an opinion on the effectiveness of NEH's internal control over financial reporting. Given these limitations, during our audit, we did not identify any deficiencies in internal control over financial reporting that we consider to be material weaknesses. However, material weaknesses or significant deficiencies may exist that have not been identified.

During our 2024 audit, we noted a deficiency in NEH's controls pertaining to the agency's lack of an effective Enterprise Risk Management (ERM) program that we do not consider to be a material weakness or significant deficiency. Nonetheless, the deficiency warrants NEH management's attention. We have communicated this matter to NEH management, separately in a management letter.

Basis for Results of Our Consideration of Internal Control over Financial Reporting

We performed our procedures related to NEH's internal control over financial reporting in accordance with U.S. generally accepted government auditing standards and Office of Management and Budget audit guidance[5].

Responsibilities of Management for Internal Control over Financial Reporting

NEH management is responsible for designing, implementing, and maintaining effective internal control over financial reporting relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

---

[4] A significant deficiency is a deficiency, or a combination of deficiencies, in internal control over financial reporting that is less severe than a material weakness, yet important enough to merit attention by those charged with governance.

[5] Office of Management and Budget (OMB) Bulletin No. 24-02, *Audit Requirements for Federal Financial Statements*, issued on July 29, 2024. According to the guidance, for those controls that have been suitably designed and implemented, the auditor should perform sufficient tests of such controls to conclude on whether the controls are operating effectively (i.e., sufficient tests of controls to support a low level of assessed control risk). OMB audit guidance does not require the auditor to express an opinion on the effectiveness of internal control.

<u>Auditor's Responsibilities for Internal Control over Financial Reporting</u>
In planning and performing our audit of NEH's financial statements as of and for the fiscal year ended September 30, 2024, in accordance with U.S. generally accepted government auditing standards, we considered NEH's internal control relevant to the financial statement audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of NEH's internal control over financial reporting. Accordingly, we do not express an opinion on NEH's internal control over financial reporting. We are required to report all deficiencies that are considered to be significant deficiencies or material weaknesses. We did not consider all internal controls relevant to operating objectives, such as those controls relevant to preparing performance information and ensuring efficient operations.

<u>Definition and Inherent Limitations of Internal Control over Financial Reporting</u>
An entity's internal control over financial reporting is a process effected by those charged with governance, management, and other personnel, the objectives of which are to provide reasonable assurance that:

- transactions are properly recorded, processed, and summarized to permit the preparation of financial statements in accordance with U.S. generally accepted accounting principles, and assets are safeguarded against loss from unauthorized acquisition, use, or disposition, and
- transactions are executed in accordance with provisions of applicable laws, including those governing the use of budget authority, regulations, contracts, and grant agreements, noncompliance with which could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent, or detect and correct, misstatements due to fraud or error.

<u>Intended Purpose of Report on Internal Control over Financial Reporting</u>
The purpose of this report is solely to describe the scope of our consideration of NEH's internal control over financial reporting and the results of our procedures, and not to provide an opinion on the effectiveness of NEH's internal control over financial reporting. This report is an integral part of an audit performed in accordance with U.S. generally accepted government auditing standards in considering internal control over financial reporting. Accordingly, this report on internal control over financial reporting is not suitable for any other purpose.

**Report on Compliance with Laws, Regulations, Contracts, and Grant Agreements**

In connection with our audits of NEH's financial statements, we tested compliance with selected provisions of applicable laws, regulations, contracts, and grant agreements consistent with our auditor's responsibilities discussed below.

<u>Results of Our Tests for Compliance with Laws, Regulations, Contracts, and Grant Agreements</u>
Our tests for compliance with selected provisions of applicable laws, regulations, contracts, and grant agreements disclosed no instances of noncompliance for fiscal year 2024 that would be reportable under U.S. generally accepted government auditing standards. However, the objective of our tests was not to provide an opinion on compliance with laws, regulations, contracts, and grant agreements applicable to NEH. Accordingly, we do not express such an opinion.

<u>Basis for Results of Our Tests for Compliance with Laws, Regulations, Contracts, and Grant Agreements</u>

We performed our tests of compliance in accordance with U.S. generally accepted government auditing standards.

<u>Responsibilities of Management for Compliance with Laws, Regulations, Contracts, and Grant Agreements</u>

NEH management is responsible for complying with laws, regulations, contracts, and grant agreements applicable to NEH.

<u>Auditor's Responsibilities for Tests of Compliance with Laws, Regulations, Contracts, and Grant Agreements</u>

Our responsibility is to test compliance with selected provisions of applicable laws, regulations, contracts, and grant agreements applicable to NEH that have a direct effect on the determination of material amounts and disclosures in NEH's financial statements, and to perform certain other limited procedures. Accordingly, we did not test compliance with all laws, regulations, contracts, and grant agreements applicable to NEH. We caution that noncompliance may occur and not be detected by these tests.

<u>Intended Purpose of Report on Compliance with Laws, Regulations, Contracts, and Grant Agreements</u>

The purpose of this report is solely to describe the scope of our testing of compliance with selected provisions of applicable laws, regulations, contracts, and grant agreements, and the results of that testing, and not to provide an opinion on compliance. This report is an integral part of an audit performed in accordance with U.S. generally accepted government auditing standards in considering compliance. Accordingly, this report on compliance with laws, regulations, contracts, and grant agreements is not suitable for any other purpose.

*Williams, Adley & Company-DC, LLP*

Washington, District of Columbia
November 13, 2024

# IV. Other Accompanying Information

## Summary of Financial Statement Audit and Management Assurances

The following provides a summary of the negative reports of material weaknesses and all items corrected for FY2024.

## Management's Responsibility for Internal Control and Compliance

NEH's management is responsible for (1) evaluating the effectiveness of internal control over financial reporting based on criteria established under FMFIA, (2) providing a statement of assurance on the overall effectiveness of internal control over financial reporting, (3) ensuring NEH financial management systems are in substantial compliance with FFMIA requirements, and (4) ensuring compliance with other applicable laws, regulations, contracts, and grant agreements.

The Federal Financial Management Improvement Act (FFMIA) is designed to improve financial and program managers' accountability, provide better information for decision-making, and improve the efficiency and effectiveness of Federal programs.

FFMIA requires that financial management systems provide reliable, consistent disclosure of financial data in accordance with generally accepted accounting principles and standards. These systems must also comply with (1) Federal Financial Management System requirements, (2) applicable Federal accounting standards, and (3) the U.S. Standard General Ledger (USSGL) at the transaction level.

Material weaknesses and financial system conformance, as related to management's assurance for the Federal Managers' Financial Integrity Act (FMFIA) and the certification for the Federal Financial Management Improvement Act (FFMIA) are summarized below.

**Table 1 – Summary of Financial Statement Audit for the Year Ending September 30, 2024**

| Audit Opinion | Unmodified | | | | |
|---|---|---|---|---|---|
| Restatement | No | | | | |
| | | | | | |
| Material Weaknesses | Beginning Balance | New | Resolved | Consolidated | Ending Balance |
| No items to report | 0 | - | - | - | 0 |
| Total Material Weaknesses | 0 | - | - | - | 0 |

**Table 2 – Summary of Management Assurances for the Year Ending September 30, 2024**

| Effectiveness of Internal Control over Financial Reporting (FMFIA § 2) | | | | | | |
|---|---|---|---|---|---|---|
| Statement of Assurance | Unmodified | | | | | |
| | | | | | | |
| Material Weaknesses | Beginning Balance | New | Resolved | Consolidated | Reassessed | Ending Balance |
| No items to report | | | | | | |
| Total Material Weaknesses | 0 | - | - | - | - | 0 |
| | | | | | | |
| Effectiveness of Internal Control over Operations (FMFIA § 2) | | | | | | |
| Statement of Assurance | Unmodified | | | | | |

| Material Weaknesses | Beginning Balance | New | Resolved | Consolidated | Reassessed | Ending Balance |
|---|---|---|---|---|---|---|
| No items to report | 0 | - | - | - | - | 0 |
| Total Material Weaknesses | 0 | - | - | - | - | 0 |

| Conformance with Federal Financial Management System Requirements (FMFIA § 4) | | | | | | |
|---|---|---|---|---|---|---|
| Statement of Assurance | Systems conform to financial management system requirements | | | | | |

| Non-conformances | Beginning Balance | New | Resolved | Consolidated | Reassessed | Ending Balance |
|---|---|---|---|---|---|---|
| No items to report | 0 | - | - | - | - | 0 |
| Total Material Weaknesses | 0 | - | - | - | - | 0 |

| Compliance with Section 803 (a) Federal Financial Management Improvement Act (FFMIA) | | |
|---|---|---|
| | Agency | Auditor |
| 1. Federal Financial Management System Requirements | No lack of substantial compliance noted. | No lack of substantial compliance noted. |
| 2. Applicable Accounting Standards | No lack of substantial compliance noted. | No lack of substantial compliance noted. |
| 3. USSGL at Transaction Level | No lack of substantial compliance noted. | No lack of substantial compliance noted. |

## Management Accountability for Internal Controls

Existing internal control processes continue to ensure that NEH's internal controls over financial reporting and systems are effective. Improved internal controls enhance safeguards against improper payments, fraud, waste, and abuse better ensure proper stewardship of taxpayer dollars continue to be used effectively and efficiently to meet NEH's program objectives. In the current year, NEH continued to implement the Enterprise Risk Management (ERM) program and completed its internal control program current state assessment of OMB Circular A-123 requirements. Continued implementation and maturity of the ERM program and its integration with internal controls and strategic planning aim to align risk, internal controls and strategic planning through evidence-based decision making.

## Agency Information Systems and Other Infrastructure

The NEH agency financial management system is Oracle Financial Systems (OFS) platform, which is supported internally, hosted in a cloud environment and nested within the NEH information technology network and security architecture. OFS is the agency's source system of financial records and supported by complimentary, internally developed systems such as eGMS for grant awards, requisition system for administrative obligations, panelist payment system for peer review process management and U.S. Department of Treasury system interfaces. These systems provide source information, system controls and interface data with OFS to maintain the agency's financial information, serving as the source system of financial transactions and records for compilation of the agency financial statements and reports.

During the fiscal year, the agency preparing for migration activities for implementing

the U.S. Department of Treasury's shared services solution for financial management systems and services, Administrative Resource Center (ARC). This effort aims to upgrade the financial management system of systems environment to strengthen data infrastructure, internal and system controls and sustain current and future compliance requirements.

NEH believes its current internal control, human capital, information systems and other infrastructure resources are sufficient to maintain the goals of safeguarding personally identified information and maintain internal controls for financial operational processes.

## Enterprise Risk Management (ERM)

Throughout the fiscal year, NEH continued implementation of its ERM program and made progress in incorporating performance metrics and data into agency processes, including strategic planning and ERM. The NEH strategic planning framework highlights the specific ERM Strategic Goal 3: Fortify the management of NEH Resources, Strategic Objective 3: Further integrate risk analysis into NEH's decision making process and FY 2024 results are discussed in Section II: Performance Information of this document.

## Office of Inspector General (OIG) Management Challenges Report

The OIG identified challenges areas for management to address with respect to Information Security and Enterprise Risk Management. The Chair addresses these recommendations and emphasizes commitment to support resolutions for identified areas through management responses in this report further below.

NEH Inspector General's Summary of Management Challenges

# Office of the Inspector General

November 7, 2024

Shelly C. Lowe, Chair
Members of the National Council on the Humanities
National Endowment for the Humanities
Washington, DC  20506

Dear Chair Lowe and Members of the National Council on the Humanities:

In accordance with the Reports Consolidation Act of 2000 (Public Law 106-531), I am submitting the annual statement summarizing what the Office of Inspector General considers to be the most serious management and performance challenges facing the National Endowment for the Humanities (NEH).  This assessment is based on OIG reviews and inspections, as well as a general knowledge of NEH operations.

The OIG has identified two management and performance challenges for inclusion in the NEH Fiscal Year 2024 Performance and Accountability Report (PAR).

1. Information Security
2. Enterprise Risk Management

The Reports Consolidation Act of 2000 permits agency comment on the Inspector General's statements.  Agency comments, if applicable, are to be included in the final version of the PAR that is due by November 15, 2024.

*Laura Davis*

Laura Davis
Inspector General

Attachment

cc:    Anthony Mitchell, Senior Deputy Chair
       Shelby Lopez, Chief of Staff
       Pranita Raghavan, Assistant Chair for Planning and Operations

**Management and Performance Challenges for the**

**National Endowment for the Humanities**

**Fiscal Year 2024**

**Information Security**

The National Endowment for the Humanities (NEH) relies on information management systems to carry out the agency's mission and operations, and to process, maintain, and report essential information. As a small, independent agency, the NEH faces ongoing challenges in maintaining a robust information security program and cybersecurity posture. NEH leadership must effectively manage risks associated with constantly changing technology, cybersecurity compliance expectations, the increasing complexity and frequency of cyber threats, and technology supply chain integrity. Despite demonstrating dedication to IT security, limited staffing and budgetary resources continue to impede the agency's ability to fully address evolving cybersecurity demands. The *Federal Information Security Modernization Act of 2014* (FISMA) requires each Federal agency to develop, document, and implement an agency-wide program to provide information security and develop a comprehensive framework to protect the government's information, operations, and assets. Federal agencies are expected to achieve stringent maturity requirements across various FISMA security domains, including risk management, supply chain risk management, continuous monitoring, and contingency planning. NEH leadership has committed to the maintenance of information security policies and procedures consistent with FISMA and National Institute of Standards and Technology (NIST) requirements and continues to undertake efforts to refine those policies and procedures to effectively support the agency's mission, goals, and objectives. Considering the sophisticated and malicious cyber campaigns that continue to threaten Federal agencies, implementation of a robust information security program to fully address the evolving landscape of cybersecurity risks and expanding FISMA and NIST requirements will continue to be a challenge for the NEH.

To further reinforce the Federal Government's defense against increasingly sophisticated and persistent threat campaigns, agencies were required to meet specific cybersecurity standards and objectives by September 30, 2024. In May 2021, President Biden issued Executive Order (EO) 14028, *Improving the Nation's Cybersecurity*, initiating a sweeping Government-wide effort to ensure that baseline security practices are in place to migrate the Federal Government to a "zero trust" architecture, and to realize the security benefits of cloud-based infrastructure while mitigating associated risks. The foundational tenet of the "zero trust" model is that no actor, system, network, or service operating outside or within the security perimeter is trusted. All access attempts must be verified. This strategy places significant emphasis on stronger enterprise identity and access controls, including multi-factor authentication. This strategy also sets a new baseline for access controls across the Government that prioritizes defense against sophisticated phishing and directs agencies to consolidate identity systems so that protections and monitoring can be consistently applied.

The NEH has adopted a new enterprise authentication system which enforces centralized multi-factor authentication rules on user accounts. The agency has not fully implemented strong authentication requirements concerning all system access attempts. Considering the evolving nature of cyber-based intrusions and attacks on Federal systems, as well as other challenges related to the implementation of "zero trust" cybersecurity principles, NEH

leadership must continue to focus on strengthening the effectiveness of the agency's information security practices and program.

## Enterprise Risk Management

Enterprise Risk Management (ERM) is an effective agency-wide approach which enables Federal managers to identify, prioritize, and mitigate the impact of uncertainty on an agency's overall strategic goals and objectives. ERM programs emphasize risks and opportunities that could have negative or positive impacts to the agency's reputation, its ability to achieve mission objectives, and the public trust in government. ERM practices support decision making processes, such as policy and program development and implementation (including information security programs), program performance reviews, strategic and tactical planning, human capital planning, capital investment planning, and budget formulation. OMB Circular A-123, *Management's Responsibility for Enterprise Risk Management and Internal Control*, requires agencies to implement an ERM capability coordinated with the strategic planning and strategic review processes established by the *Government Performance and Results Act Modernization Act of 2010* and the internal control processes required by the *Federal Managers' Financial Integrity Act of 1982* and the *Standards for Internal Control in the Federal Government*, as issued by the Comptroller General of the United States. Agency management must sustain an integrated governance structure to effectively direct and oversee implementation of OMB Circular A-123 and all the provisions of a robust process of risk management and internal control.

Since 2020, NEH leadership has undertaken efforts to design and formalize a sustainable ERM program. While key and foundational risk determinations have been completed and documented, the agency has not fully engaged dedicated staffing to ensure consistent integration of ERM objectives across agency programs and operations. NEH leadership must maintain the commitment to support and engage in recurring risk assessment and risk management activities, thereby stabilizing the NEH risk awareness culture. A fully functional and integrated ERM program aptly informs risk-aware decisions that impact prioritization, performance, and resource allocation.

## Chair's Response to Inspector General Management Challenges



Date:        November 15, 2024

To:          Laura Davis
             Inspector General

From:        Shelly C. Lowe (Navajo)
             Chair

Thank you for your assessments of the management challenges facing NEH in FY 2024. Responses to your specific concerns are detailed below.

Enterprise Risk Management (ERM)

NEH agrees leadership must maintain their commitment to support and engage in recurring risk assessment and risk management activities, thereby evolving and maturing the NEH risk culture. Since the ERM program began in early 2021, the agency has evolved its implementation strategy to internalize the functional work from an external contractor to a full-time federal resource. The agency is in the process of hiring and on-boarding a federal Senior Risk Analyst, who will support the Chief Risk Officer in the maintenance of risk-based documentation (i.e. risk register, risk appetite statement), and integration of risk management with strategic planning, budget, performance, and internal controls. The agency's ERM governance body will continue to meet to guide the implementation process, advise on sustainment activities and provide direct support to the Chair and Senior Deputy Chair on the mitigation of identified risks to the agency.

Information Security

The National Endowment for the Humanities (NEH) agrees that leadership must continue to focus on strengthening the effectiveness of the agency's information security practices and program. To that end, in the FY 2025 budget submitted to Congress in March 2024, NEH included funding for information security to continue to implement Executive Order 14028, Improving the Nation's Cybersecurity; Moving the U.S. Government Toward Zero Trust Cybersecurity Principles (OMB M-22-09); and CISA's Zero-Trust Maturity Model. Funding in FY 2025 will allow the NEH Office of Information Technology to do the following: (1) Leverage Okta to enforce PIV card

authentication; (2) Replace and consolidate on-premise virtual servers; (3) replace end-of-life networking devices (e.g., firewalls); (4) attract and retain cyber talent.

NEH has also adopted Okta and Zscaler throughout the organization, thereby addressing prior gaps in the Identity pillar requiring phishing-resistant Multi-factor authentication (PIV). In 2024, NEH made available, agency wide, the capability to use PIV for remote users' access to all resources and applications to which they are authorized. This is an important first step in requiring strong authentication. In FY 2025, NEH will focus on enforcing strong authentication requirements through PIV-only access across the enterprise.

To fully address the evolving landscape of cybersecurity risks, NEH has modernized and made progress in key Zero Trust Pillars stemming from EO 14028 which has helped NEH prepare to address future threats and requirements.  Additionally, NEH is better able to respond to new cybersecurity risks by hiring additional cybersecurity staff.  This will drive process improvements and strengthen the effectiveness of NEH's information security programs.

# Payment Integrity Information Act of 2019

The Payment Integrity Information Act of 2019 (PIIA) repealed and reorganized several existing improper payment statutes for reducing improper payments. The Improper Payments Information Act of 2002, as amended by the Improper Payments Elimination and Recovery Act of 2010 and the Improper Payments Elimination and Recovery Improvement Act of 2012. PIIA requires federal agencies to review programs and activities, identify those most susceptible to significant improper payments, estimate amounts of improper payments and establish reporting requirements. For high-risk programs, agencies must estimate the amount of improper payments, establish reduction targets, and develop and implement corrective actions.

Improper payments are defined by GAO[1] are: "Any payment that should not have been made or made in an incorrect amount". Further defined by OMB and U.S. Department of Treasury[2]: "...consists of two main components (1) improper payments resulting in a monetary loss to the Government and (2) improper payments that do not result in a monetary loss to the Government. Monetary loss occurs when payments are made to the wrong recipient and/or in the wrong amount. Improper payments that do not result in a monetary loss include under-payments and payments made to the right recipient for the right amount, but the payment was not made in strict accordance with statute or regulation".

A program determined to be susceptible to significant improper payments is referred to as a high-risk program within the agency having a 1.5 percent improper payment rate and at least $10 million in improper payments or exceeds $100 million in improper payments (regardless of rate). Readers can obtain more detailed information on improper payments and information published at www.payment accuracy.gov.

## Program Descriptions & Risk Assessment Summary

NEH typically receives no-year funding in its regular appropriation in which annual carry-over authority is granted by OMB. The agency received supplemental 2-year appropriation as related to CARES Act in FY2020 and supplemental no-year appropriation ARP in FY2021.

Risk assessments help determine risk of significant improper payments for each fund category through identification of improper payment risk factors, mechanisms to identify risks, management's analysis of the risk effects, and the controls developed to address identified risks and to determine whether the risk of erroneous payments is significant. Dollar amounts represent millions (M) unless otherwise stated.

As the agency's ERM program evolves and matures, the Chief Risk Officer (CRO), in collaboration with relevant stakeholders across the agency, will work to integrate PIIA into the larger enterprise risk program. The inclusion of PIIA in the ERM program will support the program's stated goals of integrating risk with existing agency processes.

---

[1] Government Accountability Office-Improper Payments
[2] Payment Accuracy.gov

The agency does not perform recovery audits because it has a %100 recovery policy should an improper payment be identified through the course of operations, audits or for risk assessment and sampling or audit purposes.

*Administrative Program Funds (210)*
The majority of NEH administrative program costs consist of payroll representing approximately $32M in outlays or 77.6% of the administrative budget primarily personnel compensation. Outlays of payroll funds follow strict payroll policies, procedures, and system controls maintained by our payroll service provider, who disburses funds to agency employees on behalf of NEH. Agency processes and system access & roles controls along with a multi-layered segregation of duties across several offices are in place before outlays occur. NEH has deemed this program as not susceptible to improper payment risk.

Other programs categories represent $9.2M in outlays or 22.4% of administrative costs from vendor payments, intragovernmental payments, employee travel and other employee payments, panelists for peer review, and credit card purchase card transactions. These costs fall below the 1.5 percent, $10 million threshold representing determination of being susceptible to significant improper payments. As a result, the agency determined that the non-payroll Administrative Fund program is not susceptible to significant improper payments.

*Definite Grant Program Funds (225)*
NEH's recurring annual appropriation are grant programs reported in this fund. Annual outlays were identified as $141.9M in FY 2024. For sampling of payments over $50 thousand or greater, 753 representing $88.3M were identified and 71 were audited representing a total of $9.2M. No issues were noted in sample audits and NEH has deemed this program as not susceptible to significant improper payments.

*CARES Act (226)*
NEH received $75M in FY2020 in supplemental appropriations from the Coronavirus Aid, Relief and Economic Security Act (CARES) in which expired September 30, 2021. Annual outlays were $166,207 (thousand) in FY2024. Two payments were sampled totaling $95,375 (thousand). No issues were noted in sample audits and NEH has deemed this program as not susceptible to significant improper payments.

*American Rescue Plan (227)*
NEH received $135M in FY2021 in supplemental appropriations from the America Rescue Plan Act of 2021 (ARP) as no-year funding. Annual outlays were $7.2M in FY 2024. For sampling of payments over $50 thousand or greater, 39 payments totaling $5.7M were identified. Three transactions were audited and no issues were noted therefore NEH has deemed this program as not susceptible to significant improper payments.

*Treasury Matching and Challenge Grant Program Funds (254/255)*
The Treasury Matching Grants program funds (254) annual outlays were identified as $10.3M in FY 2024. For sampling of payments over $50 thousand or greater, 52 payments totaling $9.4M were identified and 3 were audited representing a total of $1.6M yielding no issues noted. NEH deemed this program as not susceptible to significant improper payments.

For Challenge Program (255), outlays were $2.6M and fell below the threshold criteria. Improper payment rate must exceed both 1.5 percent of program outlays and $10M for all program or activity payments made during the fiscal year. NEH determined the Challenge Grants program is not susceptible to significant improper payments.

*Summary*
The NEH risk assessments resulted in a FY 2024 PIIA reporting error rate of 0% for 210, 225, 226, 227, 254, 255 funds, demonstrating NEH has sufficient internal controls over its payment processes. To maintain a zero percent testing and error rate, NEH continues implement its ERM program and analyze internal controls through assessments, continuous internal monitoring of possible improper payments, centralization of accounting functions and roles, improve systems and processes for efficiency and compliance purposes. The Office of Inspector General's report assessing the agency's prior year submission determined NEH was in compliance, for prior year reporting.

## Statistical Sampling Process

NEH maintains the same payment certification process for all payments made by the agency. For all agency programs, potential payments are reviewed to ensure that; (1) an approved obligation exists in the agency's accounting system; (2) invoices are properly signed and approved; (3) payment is being sent to the correct vendor and bank account; (4) payment amount is accurate and (5) payment was charged to the correct obligation in the accounting system.

NEH performs outlay analysis and sampling for payment integrity and improper payment susceptibility. Supplemental appropriations for CARES in FY 2020 and ARP in FY2021 were included within sampling to maintain consistency in this document and for federal reporting requirements.

## Summary, Root Causes & Drivers, Corrective Action Plans, Recovery of Improper Payments & Recapture Audits

NEH recovers 100% of funds identified as an improper payment. A root cause analysis and corrective action is performed for each instance.  While sampling did not yield instances of improper payment, three instances were identified in the course of operational work which were fully recovered and root cause analysis led to mitigation to prevent future occurrence. There are no corrective action plans active with respect to improper payments. This is due to the low amounts of improper payments risk for all agency funds and the recovery policy for improper payments, therefore post-payment reviews and recapture audits would not be cost effective for the agency. NEH results are reported via www.paymentaccuracy.gov.

# Civil Monetary Penalty Adjustment for Inflation

The Federal Civil Penalties Inflation Adjustment Act of 1990, as amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015, requires agencies to adjust their civil monetary penalties (CMP) for inflation. The following are the civil

penalties that NEH may impose, the authority for imposing the penalty, the year enacted, the dates of inflation adjustments, and the current monetary penalty amounts. These CMP adjustments are located at 89 FR 1946.

| Statutory Authority | Penalty Name/Description | Year Enacted | Latest year of Adjustment (via statute or regulation) | Current Penalty (Dollar Amount or Range) | Bureau Name | Location for Penalty Update Details |
|---|---|---|---|---|---|---|
| 31 U.S.C. 1352; 45 CFR 1168.400(a), (b), (e) | Penalty for certain violations of NEH's New Restrictions on Lobbying | 1989 | 2024 | Minimum: $24,496 Maximum: $244,958 | Not Applicable | Federal Register; 89 FR 1946 (January 11, 2024) |
| 31 U.S.C. 3801–3812; 45 CFR 1174.3(a), (b) | Penalty for false, fictitious, or fraudulent claims under the Program Fraud Civil Remedies Act | 1986 | 2024 | $13,946 | Not Applicable | Federal Register; 89 FR 1946 (January 11, 2024) |

## Summary of Expired Federal Grants and Cooperative Agreements

NEH is committed to making closeout a priority in promoting and ensuring financial accountability of grant awards. NEH staff review final reports to administratively and financially close out the award. Per regulation, financial closeout begins 120 days after the period of performance expiration date.

Since last year's report, NEH has continued taking steps to close out its backlog of open awards. In FY 2024, NEH closed 705 grant awards. NEH continued using the unilateral closeout policy established in FY 2022 in daily operations. NEH also increased its focus on tracking award closeout using an internal tracking and progress reporting sheet.

As required by OMB Circular A-136, Financial Reporting Requirements, the "Expired Federal Grants and Cooperative Agreements Summary" above shows 267 awards totaling $4,364,979.27 for which closeout has not yet occurred, but for which the period of performance has elapsed by two years or more prior to September 30, 2024 (i.e., on or before September 30, 2022).

In FY2024, NEH reports a higher number of grants, cooperative agreements and undisbursed balances as compared to FY 2023, driven by an expanded award portfolio. In FY2022, NEH administered additional funding approved under the American Rescue Plan Act (ARP). The influx of additional funding resulted in a total outright amount of $207,418,932 in FY2021 funds administered; compared to FY2020 ($126,237,329 awarded).

FY2021 represented a 64% increase in the amount of funds awarded and volume of CARES and ARP awards administered therefore making the primary focus as closeouts supporting the shared services implementation.

During the next fiscal year, NEH will continue Closeout Project Team activities. When unilateral closeout procedures are applied in FY2025, there will be a significant

decrease in volume of expired awards with open balances. 78% of expired awards with open balances have periods of performance that ended in the past 2-3 years, indicating that NEH mainly needs to focus on addressing more recently concluded awards.

| Category | 2-3 Years | 3-5 Years | More than 5 Years |
|---|---|---|---|
| Number of Grants/Cooperative Agreements with Zero Dollar Balances | 0 | 0 | 0 |
| Number of Grants/Cooperative Agreements with Undisbursed Balances | 208 | 40 | 19 |
| **Total Amount of Undisbursed Balances**[4] | $3,608,621.95 | $478,576.88 | $277,780.44 |

# Fraud Reduction Report

Each federal agency must include a report on its fraud reduction efforts undertaken in FY 2024. The report must include information on the agency's:

- Implementation of (1) financial and administrative controls established pursuant to the Fraud Reduction and Data Analytics Act of 2015 (Pub. L. 114-186, 32 U.S.C. §3321 note), (2) the fraud risk principle in the Standards for Internal Control in the Government (the Green Book), and (3) Management's Responsibility for Enterprise Risk Management and Internal Control (OMB A- 123) with respect to leading practices for managing fraud risk;
- Identification of risks and vulnerabilities to fraud (including with respect to payroll, beneficiary payments, grants, large contracts, and purchase and travel cards); and
- Establishment of strategies, procedures, and other steps to curb fraud.

As required by the Office of Management and Budget and OMB A-123, the NEH continues to implement and mature fraud risk management into its ERM program and framework to effectively identify, assess, analyze, prioritize, document responses to, and monitor fraud risks of its operational and grant making processes and activity.

NEH is committed to its responsibility as a steward of taxpayer resources. Fraud can take many forms, such as:

- Intentional misstatement, misapplications or omissions in financial data, statements, notes, and other reports
- Theft of agency assets
- Illegal acts of agency staff, such as bribery
- Waste and abuse of agency resources or authority

[4] Excludes negative balances of 3 awards.

## Financial and Administrative Controls:

NEH has conducted implementation activities related to risk identification and an assessment of management internal control processes, to consolidate and analyze the types of threats to assets, projects, and stakeholders the agency faces. An entity wide risk appetite statement was developed and approved for the agency. Continued implementation activities will also enable evaluation of the agency's risk capacity, risk tolerance, and risks to support management decisions on to achieve planned goals.

- Fraud Risk Principle (Green Book): Principle 8 of GAO's Standards for Internal Control in the Federal Government requires the agency to consider the potential for fraud and types of fraud that can occur (including waste and abuse). These standards also require management to leverage fraud risk factors and to identify fraud risks to the agency. Each federal agency should analyze and respond to the identified fraud risks for effective mitigation. NEH is developing a comprehensive Fraud Risk Framework, which once implemented, will meet the Green Book fraud consideration requirements listed within Principle 8.

- Identification of risks and vulnerabilities to fraud: The NEH Fraud Risk Framework, contains entity-level and process-level risk assessments capturing agency risks and vulnerabilities related to fraud through a 'top-down' and 'bottom-up' approach to identification.

- Establishment of strategies, procedures, and other steps to curb fraud: NEH established the Enterprise Risk Management Board as the governance body to: (1) oversee its ERM implementation efforts and eventual oversight (2) assess its fraud risk mitigation strategies; (3) provide entity wide ERM and Internal Controls guidance; and (4) advocate for the design and implementation of efforts to mitigate fraud risks.

OMB Circular A-123: NEH continues to develop a compliant future-state process at the entity, process, and transaction level for each of the appendices inclusive of the acquisition assessment. The agency previously facilitated a current-state assessment of its internal controls program and each appendices to serve as a roadmap to create tools to further strengthen the annual Statement of Assurance process.

## Anti-deficiency Act (ADA)

Title 31 U.S. Code (U.S.C.) Section 1517 states that an officer or an employee of the United States Government may not make or authorize an expenditure or obligation exceeding an apportionment or an amount permitted by regulations as prescribed by Title 31 U.S.C. Section 1514. NEH continues to implement and mature ERM requirements inclusive of fraud risk into the overall agency risk framework and internal controls assessments. In FY 2024, NEH had no ADA violations to report.

# Exhibit B



NATIONAL ENDOWMENT
FOR THE HUMANITIES

# Grants

As the largest federal funder of the humanities, NEH offers 47 grant programs to support museums, historic sites, colleges, universities, K–12 teachers, libraries, public television and radio stations, research institutions, independent scholars, and nonprofits nationwide. **Find the best funding opportunity for your project using our quiz or grants search.**



# Match Your Project to a Grant Program

NEH offers a variety of grant programs to individuals and organizations that
do the highest quality work to promote the humanities. Identify funding
opportunities appropriate for your proposed humanities project

**TAKE THE QUIZ**

# Upcoming Application Deadlines

## Preservation and Access Education and Training

Division of Preservation and Access

June 17, 2025

## National Garden of American Heroes: Statues

July 1, 2025

## Public Impact Projects Celebrating America's 250th Anniversary

Division of Public Programs

July 9, 2025

# Featured Projects



*Mary Cassatt at Work*





*Latino Poetry: Places We Call Home*



Notre-Dame in Color

# Find Funding Opportunities for...

Books, Articles, and Other Publications

Curricula and Teaching Resources

Digital Projects (Websites, Software, and Other Tools)

Preservation & Access Projects

Public Humanities Projects (Historic Sites, Exhibitions, Media, and Other Programs)

Fellowships, Conferences, Seminars, and Workshops

Other Grant Opportunities

Attend an NEH-Funded Training Opportunity

# Exhibit C


NATIONAL ENDOWMENT
FOR THE HUMANITIES

# NEH's Application Review Process

Ever wanted to know what happens to your application once you submit it to NEH? The flowchart below breaks down the steps in the journey that your application takes.

We're always looking for scholars and experts in their field to serve as peer reviewers. If you're interested in serving on an application review panel, please use our panelist sign-up form.

Who serves on the National Council on the Humanities? Read short biographies of the twenty-six members

# THE NEH REVIEW PROCESS

## Step 1

Applicants use guidelines and Grants.gov package to prepare materials for submission.

## Step 2

Applicant submits application package to Grants.gov by deadline.

## Step 3

NEH assembles peer review panel. Knowledgeable persons outside NEH read each application and advise the agency about its merits. Read More »

## Step 4

Using peer review evaluations, NEH staff recommends applications for funding based on available funds. Read More »

## Step 5

National Council on the Humanities, which meets three times a year, reviews the recommended applications. Read More »

## Step 6

NEH chair takes into account the advice provided by the review process and, by law, makes all funding decisions. Read More »

## Step 7

Applicants are notified whether their projects will be funded.

# Introduction

The review process stands at the center of NEH's work. Annually, the Endowment conducts more than 200 review panels, involving nearly 1,000 outside experts, in its evaluation of approximately 5,700 applications across 40 grant programs. The Endowment recruits panelists from every state, drawing on a wide and diverse pool of scholars and other humanities experts. In a fiscal year, NEH will make about 900 grants in amounts ranging from $1,000 to approximately $750,000. In most programs, the applicant success rate varies from about 6 percent to 40 percent; the funding ratio across all grant programs is approximately 16 percent. About 35 program officers, most of whom hold an advanced degree in a humanities or related field, manage the process.

NEH's review process has four distinct but fully integrated levels. First, knowledgeable persons independent of the agency read each application and advise the agency about its merits; second, NEH's staff synthesizes the results of the outside review and prepares a slate of recommendations for the National Council on the Humanities; third, the National Council meets in Washington, DC, to advise the Endowment's chair on applications and matters of policy; and fourth, the chair considers the advice he or she has received and makes the final funding decisions. All levels of the review process prior to the chair's decision are advisory.

# Level I: Panel Review

The first level in the process—which informs every subsequent level—involves consideration by a panel of outside experts in the relevant areas.

NEH program officers check applications for eligibility and assign them to panels based on academic discipline, institutional type, project area, or project type. They typically assign 15 to 40 applications to a panel and select three to six evaluators per panel. In assembling a panel, program officers select evaluators for their expertise in the relevant disciplines, topics, and areas, as well as their overall breadth of knowledge in the humanities. Other considerations may include the type of institution the prospective evaluator represents, their past panel experience, or other demographic characteristics. It is important to note that no evaluator may serve in consecutive years for the same grant program or on more than two

convening panels in any calendar year. NEH doesn't have standing panels; all NEH panels are formed anew at the start of a grant competition.

The Endowment provides evaluators with online access to the applications several weeks in advance of the panel meeting. At this stage the evaluators read the applications, enter their preliminary comments, and assign initial ratings. They may choose among the following ratings: E for Excellent, VG for Very Good, G for Good, SM for Some Merit, and NC for Not Competitive. In cases of a conflict of interest, evaluators will recuse themselves. All reviews and ratings must be based on NEH's published review criteria and program guidelines. NEH's review criteria emphasize humanities significance, the applicant's abilities and qualifications, the proposal's clarity of expression, and the project's feasibility, design, cost, and work plan. (Since the review criteria may vary from program to program, applicants should consult the criteria of the grant program to which they are applying.)

In most grant programs the evaluators later meet as a group in Washington, DC, in order to discuss the applications, enter additional written comments, and assign their final ratings. Informed by the panel discussion, they may raise or lower their initial ratings. Program officers organize the panel proceedings according to the evaluators' initial ratings, moving from the highest- to the lowest-rated applications. The evaluators are not expected to reach a consensus and are not asked to rank the applications as a panel. Instead, NEH's evaluators provide individual ratings for each application.

In a few grant programs the evaluators may not convene in person. Instead, each evaluator submits his or her ratings electronically.

# Level II: NEH Staff Review

NEH's grant competitions are administered by its seven divisions and offices. After the panels have completed their work, NEH staff organizes the panel results, and for each of the highest-rated applications summarizes the reviews of the evaluators and comments on matters of fact or other significant issues. Based on the evaluators' ratings and comments, NEH staff recommends the most meritorious applications—striving to maintain an even level of quality among the recommended proposals across all panels in a grant program. The recommended slate and all supporting materials are made available to NEH's National Council on the Humanities.

# Level III: The National Council on the Humanities

The National Council on the Humanities is an advisory body of twenty-six members who have distinguished themselves in the humanities. They are nominated by the President and confirmed by the U.S. Senate; they serve six-year, staggered terms. The National Council meets three times a year in Washington, DC, for the purpose of advising the NEH chair regarding agency policy, grant programs, and applications for financial support.

The Council's meetings, which take place over two days, occur in March, July, and November. Each council member serves on a committee that reviews the recommendations of one or more of NEH's divisions and offices. On the first day of the meeting Council members discuss individual applications and vote on the staff's recommendations; in the plenary session of the Council, which takes place on the second day, Council members finalize their recommendations to the chair. By law, the Council is required to review applications for financial support, and the chair may not approve/disapprove of applications (with some narrow statutory exceptions) until he or she has received the Council's recommendations.

# Level IV: The NEH Chair

After the National Council on the Humanities has completed its deliberations, the NEH chair decides which applications will receive public support. The chair takes into account the totality of advice provided by NEH's review process—including the advice of reviewers, Endowment staff, and the National Council. By law, the chair makes all final funding decisions.

# Transparency and Confidentiality at NEH

NEH seeks to make its review process as transparent as possible, while protecting the confidentiality of applicants, evaluators, staff, and Council members. It is a matter of public information that an evaluator served on an NEH panel. The agency announces its review panels in the *Federal Register* and lists panelists' names in its annual reports. The public may not, however, attend panel meetings or Council sessions in which applications are evaluated. NEH announces the names of award winners in each competition on its website; NEH does not announce the names of unfunded applicants. Importantly, all applicants can receive upon request the evaluators' ratings and written comments, though NEH does not provide the names of the evaluators with their comments. In the unlikely event of litigation involving the Freedom of Information Act, however, NEH's commitment to applicant and evaluator confidentiality may be affected.

The Endowment welcomes your questions, suggestions, and comments about its review process. Please send your comments to questions@neh.gov. We also invite practitioners in the humanities—scholars, teachers, administrative staff, and members of the public with a background in the humanities—to enter their names and credentials in NEH's panelist sign-up form in order to be considered for panel service.

# Exhibit D



NATIONAL ENDOWMENT
FOR THE HUMANITIES

# Updates on NEH Priorities

This page provides updated guidance on the priorities of the National Endowment for the Humanities

If you are looking for information about recent executive orders, please visit the NEH Implementation of Recent Executive Orders page.

**Page last updated: April 24, 2025**

# Statement on NEH Priorities

Founded in 1965, the National Endowment for the Humanities (NEH) is a grant-making agency of the U.S. government dedicated to supporting exemplary humanities research and programming in service of the American people. It does so by investing in the most meritorious proposals for the advancement and dissemination of humanities learning.

As set forth in NEH's enabling legislation, the humanities include the study of modern and classical languages, linguistics, literature, history, jurisprudence, philosophy, archaeology, comparative religion, ethics, the history of the arts, and those aspects of the social sciences which have humanistic content and use humanistic methods, as well as other areas.

To bring the wisdom of the humanities to all Americans, NEH supports research projects that advance humanistic learning, preservation projects that ensure access to significant humanities resources, education projects that strengthen teaching in the humanities, and public programing that conveys the best of the humanities to all Americans.

Moving forward, NEH is especially interested in projects on the nation's semiquincentennial and U.S. history more generally. In addition, the agency will be more finely attuned to its statutory responsibility that "funding should contribute to public support and confidence in the use of taxpayer funds."

As per longstanding agency policy, NEH-supported projects must not promote a particular political, religious, or ideological point of view and must not engage in political or social advocacy. NEH-supported projects should not preference some groups at the expense of others and should ultimately support public purposes.

The principles of intellectual significance, merit, competition, and equal opportunity lie at the heart of NEH's mission.

# Frequently Asked Questions

### 1. Why is NEH refocusing its priorities?

At the start of an administration, NEH has always established new initiatives within the policy context set forth by Congress, the Executive Branch, and the head of the agency. Currently, NEH is especially encouraging projects related to the nation's

semiquincentennial and American exceptionalism. In addition, NEH has recommitted itself to ensuring that its funding, as required by statute, contributes to public confidence in how it expends taxpayer funds.

## 2. Why is NEH cancelling awards?

All federal grantmaking agencies, including NEH, must ensure that taxpayer dollars are spent effectively and are consistent with each agency's mission. This requires that NEH regularly evaluate its funding priorities within the policy framework established by Congress, the Administration, and the head of NEH. Awards and programming must align with these priorities.

## 3. What types of awards are being cancelled?

In collaboration with the Administration, NEH has cancelled awards that are at variance with agency priorities, including but not limited to those on diversity, equity, and inclusion (or DEI) and environmental justice, as well as awards that may not inspire public confidence in the use of taxpayer funds.

## 4. Why has NEH added guidance to its NOFOs on the "promotion of gender ideology," "environmental justice initiatives or activities," "discriminatory equity ideology," and DEI/DEIA?

As a federal agency, NEH is required to comply with all relevant Executive Orders issued by the Administration. NEH updated the Funding Restrictions section of its NOFOs to comply with several recent Executive Orders, including "Ending Radical and Wasteful Government DEI Programs and Preferencing," "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," and "Ending Radical Indoctrination in K–12 Schooling."  You can learn more about these Executive Orders by visiting the White House's Presidential Actions webpage.

NEH will promptly comply with all relevant Executive Orders and court actions.

## 5. How will NEH decide whether a proposed project contravenes any of the Administration's recent Executive Orders, such as "Ending Radical and Wasteful Government DEI Programs and Preferencing" and "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government"?

As per standard practice, NEH peer reviewers evaluate an application based on the program's published Review Criteria. At a later point in the process, NEH staff and leadership, along with the agency's General Counsel, will consider, as needed, whether an award of federal funds to a specific application might violate the new guidelines. In accordance with NEH's authorizing legislation, the NEH Chairman will make all final funding decisions about which applications will receive public support.

## 6. Does the addition of the new guidance on gender ideology and environmental justice mean that NEH will not fund projects on, for example, the suffragist movement or a history of conservation policies in the United States?

No, not necessarily. The restrictions only apply to the categories mentioned in the relevant Executive Orders. We encourage you to read the relevant Executive Orders and consider whether your project's topic—jointly with its goals, methodology, activities, and intended audience—seems allowable.

## 7. Can I still work with or apply from Minority Serving Institutions (MSIs)?

Yes, applications from and collaborations with MSIs are encouraged.

## 8. Is NEH still accepting applications with a focus on countries, regions, cultures, or literatures other than that of the United States and Europe?

In honor of the 250th anniversary of the Declaration of Independence, NEH is especially interested in projects with a focus on American history and the nation's founding.  Yet, NEH continues to accept (and fund) applications in all areas of the humanities as defined by NEH's statute. Please consult the NOFOs for each program regarding specific eligibility criteria and the program's aims.

# Exhibit E



## Notice of Funding Opportunity

## Public Scholars

Funding Opportunity Number: 20241127-FZ

Funding Opportunity Type: New

Federal Assistance Listing Number: 45.160

## Application Deadline:
## August 28, 2024
## August 6, 2025

Ensure your Grants.gov registration and password are current.
NEH will not grant deadline extensions for lack of registration.

Division of Research Programs
Telephone: 202-606-8200
Email: publicscholar@neh.gov
Federal Relay: 7-1-1

OMB control number 3136-0134, expiration date October 31, 2027

# Executive Summary

The National Endowment for the Humanities (NEH) Division of Research Programs is accepting applications for the Public Scholars program. The program offers grants to individual authors for research, writing, travel, and other activities leading to the creation and publication of well-researched nonfiction books in the humanities written for the broad public. It encourages non-academic writers to deepen their engagement with the humanities by strengthening the research underlying their books, and it encourages academic writers in the humanities to communicate the significance of their research to the broadest possible range of readers.

| | |
|---|---|
| Funding Opportunity Title | Public Scholars |
| Funding Opportunity Number | 20241127-FZ |
| Federal Assistance Listing Number | 45.160 |
| Application Deadlines | August 28, 2024, 11:59 p.m. Eastern Time<br>August 6, 2025, 11:59 p.m. Eastern Time |
| Anticipated Award Announcements | 2024 deadline: April 2025<br>2025 deadline: April 2026 |
| Anticipated FY 2025 and 2026 Funding | Approximately $1,500,000 per deadline |
| Estimated Number and Type of Awards | Approximately 25 grants per deadline |
| Award Amounts | Up to $60,000 ($5,000 per month) |
| Cost Sharing/Match Required | No |
| Period of Performance | Six months to one year.<br>**2024 deadline**: projects must start between June 1, 2025, and October 1, 2026.<br>**2025 deadline**: projects must start between June 1, 2026, and October 1, 2027. |
| Eligible Applicants | Individuals; see C. Eligibility Information. |
| Program Resource Page | https://www.neh.gov/grants/research/public-scholar-program |
| Pre-Application Webinar | See the program resource page for webinar information for the 2025 deadline. |
| Published<br>Modified<br>Modified<br><br>Modified<br>Modified<br>Modified<br>Modified | June 3, 2024<br>September 23, 2024 (updated webinar information)<br>February 10, 2025: A2. Background, and D6. Funding Restrictions<br>March 7, 2025: D6. Funding Restrictions<br>March 21, 2025: D6. Funding Restrictions<br>April 2, 2025: Added 250th encouragement<br>May 1, 2025 |

# Table of Contents

**Executive Summary** ................................................................................................. i

**Table of Contents** ................................................................................................. ii

**A. Program Description** ........................................................................................ 1

    1. Purpose ................................................................................................................. 1
    2. Background ........................................................................................................... 2

**B. Federal Award Information** ............................................................................ 2

    1. Type of Application and Award ....................................................................... 2
    2. Summary of Funding ......................................................................................... 2

**C. Eligibility Information** ..................................................................................... 3

    1. Eligible Applicants ............................................................................................ 3
    2. Cost Sharing ........................................................................................................ 4
    3. Other Eligibility Information ........................................................................... 4

**D. Application and Submission Information** ................................................... 6

    1. Application Package ........................................................................................... 6
    2. Content and Form of Application Submission ............................................. 6
    3. Grants.gov Registration Process ..................................................................... 16
    4. Submission Dates and Times ........................................................................... 16
    5. Intergovernmental Review .............................................................................. 17
    6. Funding Restrictions ......................................................................................... 17
    7. Other Submission Requirements .................................................................... 18

**E. Application Review Information** ................................................................... 19

    1. Review Criteria ................................................................................................... 19
    2. Review and Selection Process .......................................................................... 19
    3. Assessment of Risk and Other Pre-Award Activities ................................. 20
    4. Anticipated Announcement and Award Dates ............................................ 20

**F. Federal Award Administration Information** ............................................. 20

    1. Federal Award Notices ...................................................................................... 20
    2. Administrative and National Policy Requirements ..................................... 21
    3. Reporting ............................................................................................................. 22

**G. Agency Contacts** .............................................................................................. 22

**H. Other Information** ........................................................................................... 23

# A. Program Description

## 1. Purpose

The Public Scholars program offers grants to individual authors for research, writing, travel, and other activities leading to the creation and publication of well-researched nonfiction books in the humanities written for the broad public. Writers with or without an academic affiliation may apply, and no advanced degree is required. The program encourages non-academic writers to deepen their engagement with the humanities by strengthening the research underlying their books, and it encourages academic writers in the humanities to communicate the significance of their research to the broadest possible range of readers. NEH especially encourages applications from independent writers, researchers, scholars, and journalists.

Books supported by this program must be written in an accessible style. They must clearly explain specialized terms and concepts and must frame their topics to have wide appeal. At the same time, they should be authoritative, carefully researched, and appropriately documented, making use of relevant primary and/or secondary sources and showing appropriate familiarity with relevant existing publications or scholarship.

Proposals for books directed primarily to professional scholars are unlikely to be competitive in this program.

**Special Focus in Honor of the 250th Anniversary of America's Founding**
In honor of the upcoming 250th anniversary of America's Founding, the 2025-26 Public Scholars competition will accept applications only for projects that promote a deeper understanding of our nation's extraordinary heritage, including our record of advancing liberty, prosperity, and human flourishing.

Competitive applications will focus on topics in American history, culture, and government in any period from the Colonial Era to the present that increase public knowledge of the 250th anniversary of American Independence and American exceptionalism. Projects might explore the origins of the world's oldest constitutional democracy, or how its founding ideals have been met over time, or examine significant individuals, events, books or documents, artworks, objects, music, places, traditions, or ideas that have shaped America, its role in the world, or the experiences of its people.

The program supports projects at any stage of development. You may propose to complete your manuscript during the period of performance or at a later date. You may also seek support for the creation of digital or web-based products intended to supplement your proposed book.

NEH prohibits certain types of publications and activities from receiving support under this program. See D6. Funding Restrictions for unallowable publications and activities.

See E1. Review Criteria for the standards NEH will use to evaluate applications under this notice.

## Program Outputs

The primary output of a successful Public Scholars award will be a well-researched nonfiction book for general readers. (The book need not be complete at the end of your award period.)

You will describe your project output, and its appeal and significance for general readers, in Attachment 1: Narrative. If you receive an award, NEH will assess your performance based on the work plan and the project output(s) you describe in the proposal, and on your final report. See F3. Reporting.

## 2. Background

NEH offers this funding opportunity under the authority of 20 U.S.C. § 956 and Executive Order 14189, Celebrating America's 250th Birthday. Awards are subject to the NEH Public Scholar Program Terms and Conditions.

Under Section 3(a) of the National Foundation on the Arts and the Humanities Act of 1965, as amended, "The term 'humanities' includes, but is not limited to, the study of the following: language, both modern and classical; linguistics; literature; history; jurisprudence; philosophy; archaeology; comparative religion; ethics; the history, criticism and theory of the arts; those aspects of the social sciences which have humanistic content and employ humanistic methods; and the study and application of the humanities to the human environment with particular attention to reflecting our diverse heritage, traditions, and history and to the relevance of the humanities to the current conditions of national life."

Use the Funded Projects Query Form to find examples of NEH-supported projects.

Learn more about NEH.

# B. Federal Award Information

## 1. Type of Application and Award

NEH seeks new applications (rather than requests for supplements or renewals) in response to this notice. You may revise and resubmit previously rejected applications.

NEH will provide funding in the form of grants.

## 2. Summary of Funding

### Award amounts

Successful applicants will receive a stipend of $5,000 per full-time month; the maximum award is $60,000 for a twelve-month period. You may work on your project part time or full time (or combine periods of part-time and full-time work). NEH will reduce awards to reflect the smaller time commitment when recipients work part time or for less than twelve months. The minimum award is $30,000, requiring a commitment to six months of full-time work or the equivalent.

NEH anticipates approximately $1,500,000 to fund approximately 25 recipients per deadline. NEH will award successful applicants outright funds, which are not contingent on additional funding from other sources.

NEH will not determine the funding available each fiscal year until Congress enacts the final budget. This notice is subject to the availability of appropriated funds and is a contingency action taken to ensure that, should funds become available for this purpose, NEH can process applications and issue awards in a timely manner.

## Period of performance

The period of performance is the span of time during which you are committed to working on your NEH-supported project. You should request a period of performance that suits your schedule and the needs of your project. Requesting a shorter period of performance will not improve your chances of receiving an award.

Your period of performance must:

- start on the first day of the month and end on the last day of the month
- be continuous
- be the equivalent of six to twelve full-time months. If you propose a time period of less than the equivalent of six full-time months, NEH will reject your application.
- not exceed twelve months, even if it includes part-time work

You must:

- work at least half time on your project throughout your period of performance
- forego other major activities, including teaching, while holding a full-time award
- carry a reduced teaching load when working part time on your project, if you teach while holding an award

| If you apply for this deadline.... | Your project must start between... |
|---|---|
| 2024 | June 1, 2025, and October 1, 2026 |
| 2025 | June 1, 2026, and October 1, 2027 |

# C. Eligibility Information

## 1. Eligible Applicants

The Public Scholars program accepts applications from individuals, whether they have an affiliation with a scholarly institution or not.

You must be one of the following to be eligible:

- A U.S. citizen residing domestically or abroad
- A foreign national who has lived in the United States or its jurisdictions for at least the three years prior to the application deadline

Foreign nationals who take up permanent residence outside the United States any time between the application deadline and the end of the period of performance will forfeit their eligibility. Leaving the U.S. on a temporary basis is permitted.

Organizations are ineligible. If you elect to have the stipend paid through your institution, it must remit all NEH funds to you and not take an institutional allowance or claim indirect costs.

### Previous Publication Requirement

In addition to the criteria above, to be eligible to apply to this program you must have either:

- written and published a nonfiction book with a university press or trade press; OR
- written and published at least three nonfiction articles or essays in general-interest publications that reach a large national or international audience. The articles or essays may be published either in print or electronically. (For more information about "general-interest publications," see section I of the FAQ document.)

You must list the relevant publication(s) on your résumé, providing a citation sufficient to identify the work(s). NEH will reject your proposal if you fail to do so.

A co-authored nonfiction book meets the requirement for previous publication, provided it was published with a university press or trade press.

The following types of books *do not* meet the requirement for previous publication: anthologies, multi-author edited collections of essays or articles, scholarly editions, translations, dissertations, or self-published books. (Self-published books include books published by a press requiring payment from the author as a condition of publication.)

The following types of articles or essays *do not* meet the requirement for previous publication: self-published works (whether print or electronic), co-authored articles or essays, articles in peer-reviewed academic journals, essays or chapters in multi-author edited volumes, or works in publications aimed primarily at readers with a professional interest in the material.

Books or articles not yet published at the time of the application deadline *do not* satisfy the requirement.

Documentary scripts and podcasts or other audio broadcasts *do not* satisfy the requirement (even if they are preserved in transcription).

## Currently enrolled students

While you do not need to have an advanced degree to apply, you are ineligible if you are enrolled in a degree granting program at the time of the application deadline or if you will be during the proposed grant period.

## Dissertation and thesis revisions

You may not request funding for a project based on a completed dissertation or master's thesis.

# 2. Cost Sharing

Cost sharing is not required in this program.

# 3. Other Eligibility Information

## Resubmissions and Multiple Submissions

You may revise and resubmit previously rejected applications. Submissions are subject to the application requirements and review criteria of the current competition.

You may submit only one application under this notice.

If you submit multiple applications (including submitting to the wrong funding opportunity or making corrections or updates), NEH will only accept your last validated submission prior to the deadline under the correct Grants.gov funding opportunity.

## Limitations regarding other NEH applications and awards

You **may apply** concurrently to the Public Scholars program and to the following programs for individuals:

- Fellowships
- Awards for Faculty
- Summer Stipends
- Fellowships for Advanced Social Science Research on Japan
- Dynamic Language Infrastructure - Documenting Endangered Languages Fellowships
- NEH-funded Fellowships at Independent Research Institutions

Each competition has distinct application requirements. Follow the instructions in the relevant Notice of Funding Opportunity.

You **may not accept** both a Public Scholars award and any of the above awards as a result of concurrent applications, with the exception of NEH-funded Fellowships at Independent Research Institutions. If you accept a Public Scholars award, any pending application you have submitted for the same project to any of the above programs will be automatically withdrawn, with the exception of NEH-funded Fellowships at Independent Research Institutions.

You **may not apply** for funding for a project previously supported by any of the above programs, with the exception of Summer Stipends and NEH-funded Fellowships at Independent Research Institutions.

If you apply to the Public Scholars program with a project previously supported by an NEH Summer Stipend, you must address any overlap with the work described in your previous application, providing an update on your progress and clearly distinguishing the tasks supported by each program.

You may not hold two or more NEH individual awards with overlapping periods of performance or in support of the same tasks. NEH will not delay the period of performance beyond the stated timelines of this NOFO to prevent overlap between individual awards. See B2. Summary of Funding.

## Concurrent support from other organizations

You may simultaneously hold fellowships or grants from institutions other than NEH — including sabbaticals and grants from your own institution — in support of the same project during your period of performance. You may also hold an advance from a publisher.

## Collaborative projects

This program is designed for individual researchers; awards may not be divided. If you are seeking funding for a co-author, each individual must:

- submit a separate application specifying their individual contribution

- independently meet the eligibility requirements, including the requirement for previous publication
- clearly explain how the work will be divided and the extent to which each collaborator's contribution depends on that of the other(s)

Peer reviewers will evaluate each application on its own merits.

You are eligible to apply if you are working as part of a collaborative team but seeking funding only for yourself. Collaborating scholars affiliated with an eligible institution may apply to the Collaborative Research program.

## Other restrictions

You may not work on a project supported by an NEH institutional award as either a project director or team member during the period of performance of an NEH individual award that you are holding full time.

NEH does not issue awards to other federal entities. If your project is so closely intertwined with a federal entity that the project takes on characteristics of the federal entity's own authorized activities, it is ineligible. You may use funds from, or sites and materials controlled by, other federal entities in your project.

**Except for the rare cases covered by its late submission policy, NEH will not consider applications submitted after the deadline.**

**NEH will not consider incomplete, nonresponsive, or ineligible applications.**

**NEH will not consider applications that exceed page limits or deviate from formatting instructions**. See the Application Components Table.

# D. Application and Submission Information

## 1. Application Package

You must apply using Grants.gov Workspace. You can find this funding opportunity in Grants.gov under number 20241127-FZ. There is also a link to the application package on the Public Scholars program page.

Once you have located the funding opportunity in Grants.gov, you will find the application package under the "Package" tab. It includes a series of required and conditionally required forms. You will upload additional application components using the Attachments Form.

You must complete a multistep registration process to submit your application. See D3. Grants.gov Registration Process.

Contact publicscholar@neh.gov to request a paper copy of this notice.

## 2. Content and Form of Application Submission

Your application will consist of a series of forms included in Grants.gov Workspace and other components that you will prepare and upload to the Attachments Form. The Application

Components Table below will help you prepare a complete application. You are not required to submit a budget.

You must submit all required and relevant conditionally required components. **NEH will not review applications missing any required documents or relevant conditionally required documents.**

Take note of the page limits and formatting instructions in this notice. **NEH will not review applications that exceed mandatory page limits or deviate from formatting instructions.**

**Do not include attachments other than those requested in this notice. If you do, NEH will reject your application.**

Unless the instructions specify otherwise, your attachments must be PDFs and conform to the following formatting requirements:

- pages no larger than standard letter size (8 ½" x 11")
- at least one-inch margins on all sides for all pages
- a font size no smaller than 11-point
- single-spacing
- a standard Roman font: (e.g., Arial, Georgia, Helvetica, or Times New Roman)
- any standard citation style is acceptable; citations are included in page counts

NEH has assigned each application component one of the following designations:

- Required: You must submit this component.
- Conditionally Required: You must submit this component if your proposal meets the specified conditions.
- Conditionally required for recipients: You are encouraged but not required to submit this component when you apply. You must submit it if you receive an award if your proposal meets the specified conditions.
- Recommended: NEH encourages, but does not require, you to submit this component.

In addition, NEH has established page limits for some application components:

- Mandatory: You must not exceed the page limit.
- Suggested: NEH encourages, but does not require, you to abide by the page limit.

## Application Component Table

| Application Component | File Name | Designation | Page limits |
|---|---|---|---|
| **Attachments** | | | |
| 1: Narrative | narrative.pdf | Required | 3 (mandatory) |
| 2: Work plan | workplan.pdf | Required | 1 (mandatory) |
| 3: Bibliography | bibliography.pdf | Required | 1 (mandatory) |
| 4: Résumé | resume.pdf | Required | 2 (mandatory) |
| 5: Writing sample | writingsample.pdf | Required | 20 (mandatory) |

| | | | |
|---|---|---|---|
| 6: Publisher's letter of interest or commitment | publisherletter.pdf | Recommended | |
| 7:  Explanation of delinquent federal debt | delinquentdebt.pdf | Conditionally required for recipients | |
| **Grants.gov forms** | | | |
| SF-424 Application for Federal Assistance - Individual | | Required | |
| NEH Supplemental Information for Individuals Form | | Required | |
| Project/Performance Site(s) Location Form | | Required | |
| Attachments Form | | Required | |

## Application Components: Attachments

Each attachment must be a single PDF file. See the Attachments Form instructions for further guidance about file requirements. Read those instructions carefully, as Grants.gov will not accept files that do not meet the requirements.

## Attachment 1: Narrative (required)

Compose a comprehensive description of your proposed project. Your narrative should be succinct, well organized, and free of technical terms and jargon so that peer reviewers can understand the proposed project.

**You must limit the narrative to three single-spaced pages**. Do not include an executive summary, cover page, or a table of contents. You may include images, charts, diagrams, footnotes, and endnotes if they fit within the three-page limit.

NEH has aligned each section of the narrative with corresponding review criteria. In accordance with Review Criterion 4, the entire narrative and writing sample will be evaluated for clarity of expression.

Successful applications will contain the information below. Use the following section headings for the narrative.

## Appeal and Significance (aligns with review criteria 1 and 3)

Describe the appeal and significance of the proposed project for general readers. Explain why your topic will be of interest to a general audience, and why it matters. Summarize the project, explaining its scope and the basic ideas, problems, arguments, questions, texts, people, and/or events that it will explore. Discuss how it relates to previous work on the topic and how your work makes a new contribution.

## Sources and organization (aligns with review criteria 1 and 3)

Discuss your sources and research materials. Explain how you will use appropriate primary and/or secondary sources, including such things as historical or contemporary documents or other writings, artifacts or objects, literary or artistic or cinematic or visual works, print or digital publications or other digital resources, interviews, observation (including participant

observation), the administration of surveys or questionnaires, or other fieldwork. Explain how you will locate or select your sources and how they will support your treatment of the topic.

Explain how you plan to organize your book. Provide a chapter outline, with brief explanations of each chapter's contents.

## Competencies, skills, and access (aligns with <u>review criteria 2 and 5</u>)

Explain your competence in the area of your project and describe your experience in conveying scholarship to, or otherwise writing for, a broad audience. If the subject is new to you, explain your reasons for working in it and your qualifications to do so. Specify your level of competence in any language or skills needed for the study. If relevant, specify the arrangements for access to archives, collections, or institutions that contain the resources you need, or for interviews with relevant people. If you are proposing to work with a collaborator, indicate that person's competencies. If you are proposing a biography of a living person, discuss the degree of cooperation you have from that person and how this affects your project.

## Final product and dissemination (aligns with <u>review criteria 1 and 5</u>)

Describe your final product(s) and the audience(s) you aim to reach. Discuss why your treatment is appropriate to the subject matter and audience.

Indicate when you expect to submit the project for publication and when you expect the book to appear. If you have a publisher, describe your plans to disseminate and market the book, explaining how you will reach general readers. If you do not have a publisher, describe your plans to secure one. If you propose creating supplemental digital materials, discuss their technical specifications and explain how you will support and maintain them beyond the period of performance.

Explain how you will handle the documentation of sources, and what form you expect the documentation to take. Briefly discuss how you will balance readability against the need for thoroughness and precision in your documentation of sources.

If the project involves publishing materials that are under copyright, indicate your plans for securing the necessary permission.

Name the file narrative.pdf.

## Attachment 2: Work plan (required)

Present a schedule for the period of performance. Explain the tasks you expect to accomplish and your timeline for them. Explain how many months of support you are requesting and whether you propose full- or part-time work, or a combination of the two. If you propose part-time work, indicate the fraction of time you will devote to the project (e.g., half-time or three-quarters time). Specify the part or stage of the project that the award will support. Identify what, if any, parts of the project you have already completed. If you will not complete the project during the period of performance, state when you expect to complete it. State when you expect to submit the project for publication, and when you expect the book to appear.

Indicate where you will work and, if you will be in more than one location, how long you will spend in each.

Your work plan should not depend on factors outside your control, such as the receipt of an editors' comments by a particular date. If you plan to submit your manuscript to an editor or publisher before the end of the period of performance, explain what additional work the project will require after you submit the manuscript and why it merits support.

If your project was previously supported by an NEH Summer Stipend, you must clearly distinguish the tasks to be supported by the Public Scholars program from those supported by the Summer Stipend. NEH will not support the same tasks with two different awards.

If you are seeking funds as part of a larger collaborative project, clearly explain how you will divide the work and the extent to which each collaborator's contribution depends on that of the other(s).

**The work plan must not exceed one page.** It must not include information that belongs in the narrative statement, such as a detailed chapter outline or discussion of your competencies and skills. You may present information in table form.

Name the file workplan.pdf.

## Attachment 3: Bibliography (required)

The bibliography should list a representative selection of primary and/or secondary sources that relate directly to the project. If you propose work with archival materials, indicate the archive(s) in which they are held. If your sources include interviews, indicate when they were conducted. Reviewers will use the bibliography to assess your approach to your topic and your knowledge of the subject area.

Any standard bibliographic format is acceptable. Items referenced in the narrative need not appear in the bibliography if the citation in the narrative enables readers to identify the work.

**The bibliography must not exceed one page.** Name the file bibliography.pdf.

## Attachment 4: Résumé (required)

Your résumé should include the following information:

- name
- current and past positions
- education (list degrees, dates awarded, and titles of theses or dissertations)
- awards and honors, including dates. If you have received prior support from NEH, indicate the dates of these awards and the products that resulted from them.
- publications and presentations (provide full citations)other relevant professional activities and accomplishments, including your level of competence in any relevant foreign languages.

Your resume must list the publication(s) you are using to meet the program's <u>requirement for previous publication</u>, providing full citations.

If your writing sample consists of previously published material, include it on your resume in your list of publications.

**Your résumé must not exceed two pages**. Do not submit a narrative biographical statement instead of a résumé. Applications including a biographical statement instead of a résumé will be disqualified.

Name the file resume.pdf.

## Attachment 5: Writing sample (required)

You must submit a writing sample. NEH strongly recommends that you submit a draft chapter or partial chapter of the proposed book if possible. If a draft chapter is not available, a sample in the style of the proposed book is acceptable.
Your writing sample should demonstrate how the final product will read, and your ability to appeal to a general audience. If it is drawn from the proposed book, it should demonstrate how you will document your sources or contain a note explaining this.

**Your writing sample must not exceed twenty PDF pages.** You may submit the writing sample as typescript (i.e., as manuscript pages) or as a reproduction of previously published pages.

- If you submit your sample as typescript (i.e., as manuscript pages), you must use a font no smaller than standard 11-point. NEH recommends that you submit a double-spaced sample. Single-spaced samples containing more than the equivalent of twenty double-spaced pages may not receive full consideration from reviewers. You may include end notes or footnotes (either single-spaced or double-spaced), tables, visual material, captions, a bibliography, and/or an explanatory headnote, provided they are contained within the twenty-page limit.
- If you submit a reproduction of previously published pages, you may include either one or two published pages on each page of the PDF. The sample may include end notes or footnotes, tables, visual material, captions, a bibliography, and/or an explanatory headnote. You may make abridgments to conform to the twenty-page limit, and you may include a note explaining what has been omitted. The entire sample, including any such ancillary material, must be contained within the twenty-page limit. NEH recommends that you limit your sample to approximately 7000 words. Longer samples may not receive full consideration from reviewers.

If the sample consists of material that will appear in the proposed book, include a headnote explaining how the sample and the proposed book relate. For example, specify which chapter it is, whether it is a complete or partial chapter, or whether you will ultimately use parts of it in several different chapters. This explanation must be included within the twenty-page limit.

If the sample has been previously published, indicate this and list the publication on your resume.

The sample may not include a table of contents, outline, or abstract of the proposed book or portions of it (this information belongs in the narrative).

You must be the author of the sample. It must not be co-authored, unless you are proposing a co-authored book, in which case you may submit a sample co-authored with your proposed collaborator.

NEH recommends that you submit a single piece of writing as your sample, rather than multiple pieces.

Name the file writingsample.pdf.

## Attachment 6: Publisher's letter of interest or commitment (optional)

If you have already explored publication arrangements, you may submit a letter of interest or commitment from a publisher. The letter should be from an official representative of the publisher. Letters of commitment should indicate the physical format(s) planned for the book, dissemination plans, and print-run expectations.
If you submit a letter, it must be included together with your other materials. It may not be submitted separately or added to your application after the deadline.

Do not include a copy of the book contract.

Do not include a copy of email correspondence with an editor or publisher.

Do not include a letter from someone other than a publisher's representative, such as your literary agent.

Name the file publisherletter.pdf.

## Attachment 7: Explanation of delinquent federal debt (conditionally required)

If you are **delinquent** in the repayment of any federal debt, provide explanatory information including evidence that you have entered into a repayment agreement with the Internal Revenue Service, and that you are current on all payments due. Examples of relevant debt include **delinquent** student loans, taxes, child support payments, and payroll taxes for household or other employees. See OMB Circular A-129.

Name the file delinquentdebt.pdf.

## Application Components: Grants.gov Forms

## SF-424 Application for Federal Assistance – Individual

This form requests basic information about you and your proposed project. Items **1**, **2**, and **4** will be automatically filled in; leave item **3** blank.

### 5a-d. Applicant Information

a.-c. Provide your name, telephone number, email address, and mailing address. You must include an email address in the "Email" field, even though it is not highlighted as a required field. NEH will use this address to notify you of the outcome of your application.

Provide your mailing address. Note: Your ZIP code must include the four-digit extension preceded by a hyphen. If you do not know your four-digit extension, use "-0000" (four zeros). Indicate your citizenship status with an "X."

d. Indicate your <u>congressional district</u> with your two-character state abbreviation followed by your three-character district number. For example, if you reside in the 5th congressional district of Alabama, enter "AL-005." If you reside in a state or U.S. jurisdiction that does not have districts, enter "000" in place of the district number. If your residence is outside the U.S., enter "00-000."

## 6. Project Information

a. Project Title: Provide your project's title. It should be brief (no more than 125 characters, including spaces). Successful applications typically have titles that are descriptive of the project and easily understood by the general public. NEH reserves the right to retitle funded projects for clarity when announcing its funding decisions and in its own reports and communications, but you may use your preferred title for any award products.

b. Project Description: Provide a brief description of your project. Write the description for a non-specialist audience and clearly state the importance of the proposed work for the humanities. This description will appear on your application cover sheet and will serve as a project abstract during the review process. **Do not exceed one thousand characters, including spaces.** If you exceed one thousand characters, including spaces, Grants.gov may reject your application or cut off your project description at the thousand-character limit.

c. Proposed Project: List the start and end dates for your project. Your period of performance must start on the first day of the month and end on the last day of the month. Because award amounts depend on the number of months of work that you specify, the dates that you enter here will determine the maximum amount of your award. For more information about allowable time periods and how NEH calculates awards, see <u>B2. Summary of Funding</u>. You may change your start and end dates if you receive an award, but the change must be consistent with the dollar amount for which you were approved. You may change the dates to result in a smaller award, but you must meet the minimum time commitment of six full-time months or the equivalent.

## 7. Signature

By clicking on the "I Agree" box, you certify the following:

1) You are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in covered transactions by any federal department or agency, and have not—within the three years preceding the submission of this application— been convicted of or had a civil judgment rendered against you for commission of fraud or a criminal offense in connection with a public (federal, state, or local) transaction or a contract under a public transaction; for violation of federal or state antitrust statutes; for commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; had any public transactions terminated for cause or default; and are not presently indicted for or otherwise criminally or civilly charged by a governmental entity with any of the preceding offenses. See <u>2 CFR 180</u> and <u>3369</u>.

2) You are not delinquent in the repayment of any federal debt or you are providing explanatory information about any delinquency. Examples of relevant debt include student loans, delinquent taxes, delinquent child support payments, and delinquent payroll taxes for household or other employees. See <u>OMB Circular A-129</u>.

3) You will comply with the <u>NEH Public Scholar Program Terms and Conditions</u>.

Click the "Save" button at the top of the form to save your work and return to the main menu.

# NEH Supplemental Information for Individuals Form

This form requests additional professional information about you, your institution (if affiliated), and your references.

### Field of Project

Using the drop-down menu, indicate the field(s) of your project. You may select one, two, or three fields. If you select more than one, list the primary field first. Program staff will consider this information when assigning your application to a review panel.

### Project Director Field of Study

Using the drop-down menu, choose the field of study that best describes your area of expertise.

### Address Information

Indicate whether the address that you provided on the Application for Federal Assistance SF 424 – Individual form is your home or work address.

### Institutional Affiliation

If you are not affiliated with an institution of higher education, click "No" and continue to the Status section.

If you are affiliated with an institution of higher education, provide the information for that institution. Include your institution's Unique Entity Identifier (UEI), omitting hyphens. You can request this number from your institution's sponsored research office. NEH uses it to identify your institution to peer reviewers.

### Status

NEH does not require applicants in this program to be professional scholars. Even so, NEH categorizes all applicants as "junior scholars" or "senior scholars." Please indicate your category as follows:

- You are a junior scholar if you received your highest formal degree fewer than seven years ago.
- You are a senior scholar if you are more than seven years beyond the day you received your highest degree.

### Reference Letters

Provide the names, email addresses, and affiliations of your two references. **Enter only one email address for each.** If you provide two email addresses for a reference, NEH will be unable to contact them. You are responsible for providing accurate email addresses. NEH's grants management system will use the addresses exactly as you enter them.

NEH will contact your letter writers approximately three to four weeks after the application deadline to request their letters. For the 2024 deadline, requests will be sent on or about September 18; for the 2025 deadline, they will be sent on or about September 3.

See D7. Other Submission Requirements for instructions and deadlines for submitting reference letters and confirming NEH has received them.

**Nominating Official**

Leave this section blank.

# Project/Performance Site Location(s) Form

Provide the primary location and any other locations where you will conduct project activities during the period of performance. For "Organization," you may substitute a brief description of locations that do not have a formal organizational name (e.g., "Residence of applicant" or "Interview site in Chicago to be determined"). You may omit the UEI (Unique Entity Identifier) for locations that do not have one.

Include only sites where you are reasonably certain at the time of application that you will conduct project activities. It is possible to add sites if you are offered an award.

Enter congressional districts using the two letter state abbreviation followed by your three-character district number. For example, if your work site is in the 5th congressional district of Alabama, enter "AL-005." If it is in a state or U.S. jurisdiction that does not have districts, enter "000" in place of the district number. If it is outside the U.S., enter "00-000."

# Attachments Form

You will upload your Attachments to Grants.gov using this form. This form accommodates up to fifteen attachments. **Attachments must be in Portable Document Format (.pdf).** Convert all non-PDF files (e.g., Word, Excel, images) to PDFs. If an attachment contains multiple documents, merge them into a single file. Occasionally, converting a document to PDF may alter its length. Confirm that all attachments are within the mandatory page limits. Do not attach files that have been password-protected, encrypted, or digitally signed. You must remove all such security features before attaching your files. Failure to do so may result in your application being rejected.

Do not attach portfolios containing multiple PDFs.

Consult the Application Components Table to name and sequence your attachments so that NEH can easily identify them. Grants.gov may reject your application if:

- file names exceed 50 characters
- multiple files have the same name
- file names include characters other than the following: A-Z, a-z, 0-9, underscore, hyphen, space, period, parentheses, curly braces, square brackets, ampersand, tilde, exclamation point, comma, semicolon, apostrophe, at sign, number sign, dollar sign, percent sign, plus sign, and equal sign

Grants.gov may accept and validate your application even if you are missing required components or have formatted them incorrectly. You must ensure that you have formatted, attached, and submitted all required components correctly. If you have not, NEH may reject your application as incomplete or nonresponsive.

Learn about Adobe software compatibility with Grants.gov.

# 3. Grants.gov Registration Process

## Login.gov

You must create a Login.gov user account to register and log in to Grants.gov. Login.gov is a secure sign-in service used by the public to sign in to participating government agencies. Create and link your account now.

## Grants.gov Registration and Creation of Applicant Profiles

You must submit your application via Grants.gov Workspace. Register with Grants.gov.

After registering, you must add an "individual applicant" profile to apply to programs for individuals. Click on the "My Account" link, then on "Manage Profiles" and "Add Profile." Refer to Grants.gov's instructions for adding a profile.

Grants.gov may assign a number for the Unique Entity Identifier. Do not change this number.

**You will not be able to apply until you have added an individual profile.** The "Apply" button on the Grants.gov opportunity page will function properly only after you have completed this step. If the "Apply" button is gray rather than red, or if clicking it results in an error message, confirm that your individual applicant profile is complete, re-entering it if necessary.

If you previously registered with Grants.gov and created an "individual applicant" profile, you will not need to re-register. However, NEH encourages you to confirm that your account is active and that your password is current.

**NEH strongly recommends that you complete your registration at least two weeks before the application deadline. If you fail to allow sufficient time to register with Grants.gov, NEH will not extend the deadline or waive the online submission requirement.**

If you have problems registering with Grants.gov or adding an "individual applicant" profile, contact Grants.gov Applicant Support at 1-800-518-4726 or support@grants.gov.

# 4. Submission Dates and Times

## Applications

This notice covers the 2024 and 2025 Public Scholars competitions. The deadlines are:

August 28, 2024, at 11:59 p.m. Eastern Time
August 6, 2025, at 11:59 p.m. Eastern Time

**Applications must be complete, follow length and formatting requirements, and be validated by Grants.gov under the correct funding opportunity prior to the deadline to be considered under this notice.**

Once the application deadline has passed, you may not make corrections or updates or add materials to your file.

It is your responsibility to confirm that Grants.gov and subsequently NEH have received your application. Check your Grants.gov application status.

When NEH receives your application, the agency will assign it a tracking number beginning with FZ-. A tracking number does not guarantee that your application is free of technical problems (such as missing attachments or failure to convert attachments to PDFs). If your files are not correctly formatted, NEH's electronic grants management system (eGMS), will reject your application and notify you by email. NEH recommends you submit your application 48 hours prior to the deadline so that you have time to correct technical problems detected by eGMS. Please note that neither Grants.gov nor eGMS can detect problems such as missing components or excess pages. It is your responsibility to submit your application in good order and to correct errors prior to the deadline.
NEH will not comment on the status of your application except regarding matters of eligibility, completeness, and responsiveness.

## Letters of reference

For deadline and additional information on letters of reference, see D7. Other Submission Requirements.

# 5. Intergovernmental Review

This funding opportunity is not subject to intergovernmental review under Executive Order 12372.

# 6. Funding Restrictions

You may not use awards made under this notice for the following purposes:

- projects that do not facilitate deeper understanding of America's heritage
- research for doctoral dissertations or theses by students enrolled in a degree program
- revision of a dissertation or thesis
- preparation or revision of textbooks
- curriculum development
- development of teaching methods or theories
- educational or technical impact assessments
- fiction, including historical fiction
- philosophical novels
- guidebooks, how-to books, or self-help books
- anthologies and edited collections of essays or primary source documents
- publications consisting primarily of transcribed interviews, oral histories, or responses to questionnaires
- projects whose primary product will be a digital archive or database, or audiovisual materials
- projects devoted primarily to promoting or disseminating a completed book
- books for children or young adults
- graphic novels, works of graphic history, or other graphic nonfiction
- translations and scholarly editions
- creation of documentary films
- promotion of a particular political, religious, or ideological point of view
- promotion of gender ideology
- promotion of discriminatory equity ideology

- support for diversity, equity, and inclusion (DEI) or diversity, equity, inclusion, and accessibility (DEIA) initiatives or activities
- environmental justice initiatives or activities
- advocacy of a particular program of social or political action
- support of specific public policies or legislation
- lobbying
- projects that fall outside of the humanities; the creation or performance of art; creative writing, autobiographies, memoirs, and creative nonfiction; policy studies; and social science research that does not address humanistic questions and/or utilize humanistic methods

Applications proposing these prohibited project types or activities are subject to disqualification. NEH issues Public Scholars awards to individuals; indirect costs are unallowable. If you elect to have the fellowship paid through your institution, it must remit all NEH funds to you. The institution may not take an institutional allowance.

# 7. Other Submission Requirements

NEH asks you to solicit two letters of reference. Provide the names, email addresses, and affiliations for your letter writers on the NEH Supplemental Information for Individuals Form. Include only one email address for each letter writer in the relevant field. Letter writers should speak directly to the program's review criteria, which are listed below in section E1.

Approximately three to four weeks after the deadline, NEH will email your letter writers, asking them to submit their letters online. They must submit their letters online not later than October 3, 2024 (for proposals submitted for the 2024 deadline) or September 17, 2025 (for proposals submitted for the 2025 deadline).

| Application Deadline | Requests Sent | Letter Deadline |
|---|---|---|
| August 28, 2024 | On or about September 18, 2024 | October 3, 2024 |
| August 6, 2025 | On or about September 3, 2025 | September 17, 2025 |

Your publisher or prospective publisher is limited to writing a letter of commitment or intent and should not submit a letter of reference.

You are responsible for ensuring that your letter writers receive and respond to the NEH requests for their letters by the deadline. NEH will notify you by email when it receives each of your letters of reference. **You are also responsible for providing the letter writers with relevant materials (such as a draft of the application).**

Once NEH confirms that it has received your application, you may check the status of your letters by logging in to **the secure area of NEH's website**. Enter your NEH application number (beginning with FZ-) and your Grants.gov tracking number (beginning with GRANT). You will be able to see the names and email addresses of your letter writers and whether their letters have arrived. If necessary, you may send reminders to your letter writers (including the upload link) from this site.

Missing reference letters will not disqualify an application from review.

NEH will add late letters to your file when they arrive, but it is possible that reviewers will not take them into account. If you must change one or both of your letter writers after the application deadline, contact program staff at publicscholar@neh.gov.

Elected government officials, NEH staff, and current members of NEH'S National Council on the Humanities may not serve as letter writers.

# E. Application Review Information

## 1. Review Criteria

Peer reviewers will use the following criteria to review applications under this notice:

1. **The appeal and intellectual significance of the proposed book for general readers** (corresponds to "Appeal and Significance," "Sources and organization," and "Final product and dissemination" sections of the narrative, as well as the writing sample and letters of reference).

2. **The applicant's record of research and experience in interpreting the humanities for general audiences** (corresponds to the "Competencies, skills, and access" section of the narrative, as well as the résumé and letters of reference).

3. **The quality of the conception, definition, organization, and description of the project; and the breadth and depth of the humanities research underlying the project** (corresponds to the "Appeal and Significance" and "Sources and organization" sections of the narrative, as well as the work plan, bibliography, writing sample, and letters of reference).

4. **The quality of the writing sample and the applicant's clarity of expression** (corresponds to the writing sample and the narrative in its entirety).

5. **The feasibility and appropriateness of the proposed plan of work, the soundness and probable reach of the dissemination plan, and the likelihood that the applicant will complete the project** (corresponds to the "Competencies, skills, and access," and "Final product and dissemination" sections of the narrative, and the work plan, résumé, publisher's letter of interest or commitment, and letters of reference).

## 2. Review and Selection Process

NEH staff review all applications for eligibility, completeness, and responsiveness. The agency then conducts a peer review process for all eligible and complete applications.

Peer reviewers are experts in their fields with knowledge and expertise relevant to the project activities supported by the program. NEH instructs peer reviewers to evaluate applications according to the review criteria in this notice. Peer reviewers must comply with federal ethics rules governing conflicts of interest.

NEH program officers supplement the peer reviewers' comments to address matters of fact or significant points that the peer reviewers have overlooked. They then make funding recommendations to the National Council on the Humanities. The National Council meets at

least twice each year to review applications and advise the NEH Chair. By law, the Chair has the sole authority to make final funding decisions.

Following NEH's public announcement of funded projects, you may request copies of the peer reviewers' evaluations of your proposal by contacting publicscholar@neh.gov.

Learn more about the NEH review process.

Apply to be a peer reviewer for NEH.

# 3. Assessment of Risk and Other Pre-Award Activities

Following the Chair's initial selection of applications for support, the NEH Office of Grant Management (OGM) conducts a risk assessment for selected applications. OGM will consider the applicant's past performance, if applicable; confirm the applicant's continued eligibility; and evaluate compliance with public policy requirements.

OGM may request that you submit additional programmatic or administrative information or undertake certain activities in anticipation of an award. Such requests do not guarantee that NEH will make an award.

After completing its risk assessment, NEH will determine whether making an award would be consistent with the agency's risk management policy, whether it must impose any special terms and conditions, and what funding level is appropriate. NEH may elect not to issue awards to applicants with management or financial instability that affects their ability to comply with the terms and conditions of the award (2 CFR § 200.206).

Award decisions are discretionary and are not appealable to any federal official or board.

# 4. Anticipated Announcement and Award Dates

NEH will notify you of its funding decision by email in:

- April 2025 (for proposals submitted to the 2024 deadline)
- April 2026 (for applications submitted to the 2025 deadline).

This is not an authorization to begin performance or incur related costs. Successful applicants will be required to complete the NEH Individual Programs Acceptance Form, from which NEH will determine your payment schedule.

# F. Federal Award Administration Information

# 1. Federal Award Notices

If your application is selected for an award, the NEH Office of Grant Management will send award documents through eGMS Reach beginning in:

- April 2025 (for proposals submitted to the 2024 deadline)
- April 2026 (for applications submitted to the 2025 deadline).

# 2. Administrative and National Policy Requirements

Awards are subject to the NEH Public Scholar Program Terms and Conditions, and any specific terms and conditions that NEH places on the award in the Notice of Action.

The recipient, including any subrecipient(s), must comply with all applicable Executive Orders for the duration of the period of performance of the award. Executive Orders can be accessed via the Federal Register: Executive Orders, and additional guidance is provided on NEH's website.

## Debarment, suspension, ineligibility, and voluntary exclusion certification

NEH will not process awards for individuals with delinquent federal debt or for individuals who have been suspended, debarred, declared ineligible, or voluntarily excluded from eligibility for covered transactions by any federal department or agency.

NEH may not make an award to an individual until they have complied with all applicable requirements. If you have not fully complied with these requirements by the time NEH is ready to issue your award, NEH may determine that you are not qualified to receive an award. You must comply with 2 CFR §§ 180.335 and .350 with respect to providing information regarding all debarment, suspension, and related offenses information, as applicable.

If you cannot attest to the statements in this certification, explain why not in  Attachment 7: Explanation of delinquent federal debt

## Providing access to NEH-funded products

NEH strives to make the products of its awards available to the broadest possible audience by providing ready and easy access to its grant products to scholars, educators, students, and the American public. All other considerations being equal, NEH gives preference to projects that provide free access to the public.

## Copyright information

Subject to applicable law, you may copyright work that you develop or acquire under an award. In accordance with 2 CFR § 200.315(b), NEH reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes, and to authorize others to do so. NEH has typically exercised this right in consultation with recipients to publish excerpts of grant products in *Humanities* magazine or on its website.

## Acknowledging NEH support

Materials publicizing or products resulting from NEH-funded activities must contain an acknowledgment of NEH support. Consult Acknowledgment and Publicity Requirements for NEH Awards and Publicizing Your Project for guidance.

## Protecting Personal Information

If you collect personal identifiable information (PII) as part of your NEH-funded award, you are responsible for protecting and storing it. You must take all reasonable and appropriate actions to prevent inadvertent disclosure, release, or loss of PII. Consult Protecting Personal Information | The National Endowment for the Humanities for more guidance. NEH is not liable if a recipient incurs an inadvertent disclosure, release, loss, or data breach of PII.

## Consent for Survey Participation

If your NEH-funded project includes surveys, you may not enroll a participant until you have obtained legally informed consent.

## NEH Research Misconduct Policy

In accordance with the Federal Policy on Research Misconduct, NEH established procedures for handling allegations of research misconduct applicable to both internal and external research programs. Review the NEH Research Misconduct Policy.

## Coordination of geographic information and related spatial data

If you request funding for the development, acquisition, preservation, or enhancement of geospatial data, products, or services, you must first conduct a due diligence search of the Data.gov list of datasets to determine whether the needed data, products, or services already exist. If not, you must produce the proposed geospatial data, products, or services in compliance with applicable Federal Geographic Data Committee guidance.

## Eliminate waste, fraud, and abuse

Help NEH eliminate fraud and improve management by reporting allegations or suspicions of waste, fraud, abuse, mismanagement, research misconduct (fabrication, falsification, plagiarism), or unnecessary government expenditures to the NEH Office of the Inspector General.

## Termination

NEH reserves the right to terminate awards consistent with 2 CFR § 200.340.

# 3. Reporting

You must submit a final performance report within 120 calendar days after the period of performance ends. The final performance report collects information about your accomplishments during the period of performance; the outputs arising or anticipated to arise from the project; financial support apart from NEH sources; the project's impact; and acknowledgement of NEH support. You must submit the final report online through eGMS Reach. NEH will provide further information in the Notice of Action.

Learn more about the reporting requirements for individual recipients.

A final financial report is not required.

NEH encourages you to send copies of books resulting from research supported by NEH awards to the Division of Research. You will find contact information in G. Agency Contacts. In addition, you are asked to update the "Products and Prizes" tab in eGMS Reach for any publications or prizes resulting from NEH support.

# G. Agency Contacts

If you have questions about the program, contact:

Division of Research Programs
National Endowment for the Humanities

400 Seventh Street, SW
Washington, DC 20506
202-606-8200
publicscholar@neh.gov

If you have questions about administrative requirements contact:

Office of Grant Management
National Endowment for the Humanities
400 Seventh Street, SW
Washington, DC 20506
202-606-8494
grantmanagement@neh.gov

If you are deaf or hard of hearing, you can contact NEH using telecommunications relay at 7-1-1. If you have questions about registering or renewing your registration with login.gov or SAM.gov, contact the Federal Service Desk, Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time, at:

Federal Service Desk
U.S. calls: 866-606-8220
International calls: +1 334-206-7828

For assistance in registering with or submitting your application through Grants.gov:

Grants.gov Applicant Support
Telephone: 1-800-518-4726
International Calls: +1-606-545-5035
support@grants.gov

Always obtain a case number when calling for support.

# H. Other Information

## Related funding opportunities

You may also find related funding opportunities with your state or jurisdictional humanities council. As mandated by Congress, approximately 40% of the NEH's program budget supports these councils, which play a critical role in supporting the NEH's mission and goals at a local, grassroots level. Contact information for each council can be found here: https://www.neh.gov/about/state-humanities-councils.

## Privacy policy

NEH solicits the information in this Notice of Funding Opportunity under the authority of the National Foundation on the Arts and Humanities Act of 1965, as amended, 20 U.S.C. 951, *et seq*. Disclosure of the information is voluntary. The principal purpose for which NEH will use the information is to process the application, which may include determining eligibility, evaluating the application, selecting recipients, and administering the award program. Panelists and other third parties may assist in the evaluation of applications, in which case NEH will take appropriate security measures with respect to the information provided to such individuals for review. NEH may also use or disclose the information it collects as required by law and for governmental purposes such as statistical research, analysis of trends, Congressional oversight,

and the other routine uses set forth in the systems of records notice ("SORN") published by NEH in the Federal Register. NEH ordinarily will not publicly disclose the contents of applications that NEH does not select for funding, except as set forth in the SORN. Failure to provide the information solicited in this Notice may result in rejection of the application.

## Application completion time

The Office of Management and Budget requires federal agencies to supply information on the time needed to complete forms and to invite comments on the paperwork burden. NEH estimates that on average it takes sixty hours to complete an application. This estimate includes time for reviewing instructions; researching, gathering, and maintaining the information needed; and completing and reviewing the application. Time needed may vary from program to program.

You may send any comments regarding the estimated completion time or any other aspect of this application, including suggestions for reducing the completion time, to the PRA Officer at PRA@neh.gov. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB number. The OMB Control Number for this Notice of Funding Opportunity is 3136-0134, expiration date October 31, 2027.