**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE AUTHORS GUILD, WILLIAM GOLDSTEIN, ELIZABETH KADETSKY, VALERIE ORLANDO, KATALIN BALOG, BENJAMIN HOLTZMAN, LEE JASPERSE, and NICOLE JENKINS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>        Defendants. | Case No. 1:25-cv-03923<br><br>Consolidated with No. 1:25-cv-03657 |

**DECLARATION OF LEE JASPERSE**

I, Lee Jasperse, declare as follows:

1.      I am a teaching fellow at the University of Chicago, a literary scholar, and the recipient of a long-term fellowship through the Massachusetts Historical Society ("MHS") that was funded entirely by the National Endowment for the Humanities ("NEH"). The fellowship was scheduled to begin on May 1, 2025. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently to them.

2.      The MHS fellowship, which carried a $30,000 stipend, was awarded to support the completion of my first book, *Insignificant Others: Literary Experiments in Early Asexuality*. This book investigates how a cluster of late-19th-century American writers—Henry James, Annie Fields, Sarah Orne Jewett, John Greenleaf Whittier, Alice Tufts Brown, and others—reimagined friendship, celibacy, and intimate care outside the erotic norms of the emerging sexual order. The project engages with ongoing conversations about sexual identity and social alienation, especially as they affect a younger generation confronting questions about intimacy in an age of internet-bolstered social fragmentation and waning traditional intimacy.

3.     The fellowship was designed to support full-time archival research in Boston, where many of the papers and letters of this literary circle are held. These materials form the foundation of the final two chapters of my manuscript. Without extended access to those collections or the income the fellowship would have provided, I cannot complete the book. This project began as my doctoral dissertation and has been the focus of my research for the past seven years. In many ways, this project is the keystone of my academic career.

4.     I was officially awarded the fellowship in February 2025 after a rigorous selection process. I submitted a detailed proposal outlining my research plan and its relevance to specific archival holdings. My application was reviewed by a panel of scholars and selected based on its scholarly merit and potential contribution to the field. When I received the offer, the MHS confirmed that NEH funding had been secured and that the grant would proceed as planned. They even agreed to move my start date—which was originally scheduled for August 1—to May 1 to accommodate my schedule. Per NEH policy, I was barred from engaging in any other "major assignments" or other work beyond what was expressly supported by the fellowship.

5.     Shortly before I was set to finalize my housing arrangements in Boston, I received notice that the NEH had terminated its funding to the MHS, effective immediately. The fellowship was revoked, not because of anything I had done or failed to do, but because of what appears to be a directive from the White House. There was no notice, no explanation beyond a vague citation of agency "priorities," and no opportunity to appeal. The grant was simply gone.

6.     The consequences of this termination are devastating. My appointment at the University of Chicago ends this summer, and the NEH/MHS fellowship was going to be a primary income and research support through the end of the year. I had stopped applying for other summer grants and jobs because the MHS fellowship had been secured and an NEH stipulation barred me from engaging in other work. I had begun making housing arrangements in Boston, including interviews with landlords. I had reorganized my life around the expectation of this grant. Its withdrawal came too late for me to recoup lost opportunities and too abruptly for me to seamlessly adjust course.

7.     The impact on my book project is just as profound. The chapter that was to be developed from this archival work is foundational to the manuscript. Without it, the book simply cannot be completed. Additionally, a university press editor had expressed strong interest in the project, but that interest is contingent on timely delivery, which is not possible without the fellowship. With time pressures like this and the rigid academic cycle, this research isn't work I can defer indefinitely or conduct in piecemeal. I was preparing to write the book this summer in the concentrated time the fellowship was designed to provide. Losing that window has stalled the entire project.

8.      I am not a senior scholar, I am not tenured, and I do not have a university budget to fall back on. I am at the earliest stages of building a career in the academy with no guarantee that I'll be able to do this work again. Each early-career opportunity counts for more when you don't have institutional backing. That is why this kind of support from the NEH, which recognizes the public value of emerging scholarship, is so critical. And that is why its sudden termination has such urgent and profound ramifications for my future.

9.      The NEH/MHS fellowship was not only crucial to the completion of my research, but it was also critical to how I would be evaluated as a candidate on the academic job market. University hiring committees assess early-career applicants based not only on their writing samples and publication records, but also on their demonstrated ability to secure competitive external funding and produce original scholarship under that support. The NEH/MHS fellowship would have been a centerpiece of my application this fall—the primary hiring season for full-time academic positions. As the fall approaches, I face the specter of entering the hiring cycle with no new or completed work to show and no grant to list, and no academic institutional affiliation to cushion the blow. The termination of the NEH/MHS fellowship will leave a conspicuous hole in my candidacy.

10.      Finally, the NEH's decision did not just eliminate funding, it broke trust. I no longer know if I can build a life in the academy nor whether I could advise future students to pursue this path in good conscience. The cost of terminating grants like these can't be measured in dollars alone.

11.      Attached as Exhibit A is a true and correct copy of the letter I received from the MHS on February 18, 2025, offering me a long-term fellowship funded by the NEH and reflecting my signature accepting the offer.  Attached as Exhibit B is a true and correct copy of the email I received on April 2, 2025, from the MHS confirming I could begin my fellowship in May 2025. Attached as Exhibit C is a true and correct copy of the email I received on April 8, 2025, from MHS notifying me that my fellowship had been cancelled because NEH had terminated the funding for it effective April 2, 2025.

12.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 23, 2025, in Chicago, Illinois.

Lee Jasperse