# Exhibit A

# Massachusetts
# Historical Society
*Founded* 1791

19 February 2025

Dr. Leland Jasperse
5529 N. Kenmore Ave.
Unit 2A
Chicago, Illinois
60640

Dear Dr. Jasperse,

As you already know from our e-mail correspondence, the selection committee for the Massachusetts Historical Society's long-term fellowship program met recently and voted you an award. This letter is to offer you a six-month grant. The terms would be as follows: the grant will carry a stipend from the National Endowment for the Humanities through the MHS of $30,000.00. *Please be aware that your fellowship offer is entirely contingent on funding availability from the NEH.* The MHS will be your professional home base during your fellowship. We will provide you with an office while you are here and office supplies as necessary. Assuming you accept this offer, over the next few weeks we should confirm your schedule.

Recipients of NEH grants must agree to a number of conditions established by the Endowment. Perhaps the most important of these concerns your tenure as a fellow. Our grant commits you to spend six consecutive months in residence at the MHS working full time on your project. The NEH prohibits teaching or other major assignments during the term of your fellowship. We shall enclose the most recent summary statement of the Endowment's expectations. Finally, the NEH requires us to summarize your project in a couple of paragraphs for an online list of fellows it makes available each year. We would be grateful if you would prepare such a paragraph and e-mail it to one of us.

We strongly hope that you will be able to attend MHS functions during your tenure with us—seminars, conferences, lectures, receptions, and so on. The calendar on our website, www.masshist.org, will give you an idea of the range of activities here.

We would be grateful if you would sign a copy of this letter to indicate your acceptance of this offer and return it to us at your earliest convenience (a scanned copy prior to placing a copy in the mail would be great). In order for our controller to pay you, she will also need a completed copy of an Internal Revenue Service W-9 form. Please be on the lookout for a secure Dropbox Sign form. Once we receive your signed appointment letter, registration form, and W-9 form we shall inform our alternates of the outcome of the competition.

If you have any questions about our offer, please send us an e-mail or call 617-646-0568 for Kid and 617-646-0577 for Cassie.

Sincerely,

Kanisorn Wongsrichanalai, Ph.D.                    Cassie Cloutier
Director of Research                               Assistant Director of Research