# Exhibit B

 **THE UNIVERSITY OF CHICAGO**

**Lee Jasperse <ljasperse@uchicago.edu>**

## Congratulations again!

**Kanisorn Wongsrichanalai** <kwongsrichanalai@masshist.org>         Wed, Apr 2, 2025 at 8:57 AM
To: Lee Jasperse <ljasperse@uchicago.edu>
Cc: Cassandra Cloutier <ccloutier@masshist.org>

Hi, Lee,

First off, congratulations on your other fellowship. As you say, the market is very tight and competition has never been fiercer. Second, yes, you may start your fellowship here in May (I assume you mean May 2025). One of our current Fellows will complete their term at the end of April, so an office will be available for your use. Let us know how you wish to proceed.

All the best,
Kid & Cassie

**From:** Lee Jasperse <ljasperse@uchicago.edu>
**Sent:** Wednesday, April 2, 2025 09:10
[Quoted text hidden]

[Quoted text hidden]