# Exhibit C



**Lee Jasperse <ljasperse@uchicago.edu>**

## Update from the MHS

22 messages

**Kanisorn Wongsrichanalai** <kwongsrichanalai@masshist.org>                  Tue, Apr 8, 2025 at 7:21 PM
To: Lee Jasperse <ljasperse@uchicago.edu>
Cc: Cassandra Cloutier <ccloutier@masshist.org>, Kanisorn Wongsrichanalai <kwongsrichanalai@masshist.org>

Lee,

I am very sorry to have to share this terrible news with you just as we were discussing moving up your trip. Please see below.

Kid

~ ~ ~ ~ ~

Prof. Jasperse,

We regret to inform you that the National Endowment for the Humanities (NEH) has terminated its funding for the Massachusetts Historical Society's Long-Term Fellowship Program effective April 2, 2025. As a result, we are forced to rescind our offer of a long-term fellowship to you. We sincerely apologize for any inconvenience this may cause. Please know that this is in no way a reflection of your scholarship, which so impressed our selection judges.

The MHS leadership team has met to discuss our options and I have been authorized to offer you a one-month short-term fellowship with a monetary value of $3,000. Because of our budget cycle, however, you must complete this term by 30 June 2025. We understand that this does not give you much time but we hope that you will be able to accept our offer. Please let us know as soon as possible if you would like to do so. While appointments are not required for visiting the library, we do highly recommend it, especially in the early summer when our Reading Room gets more crowded. We can provide more information on making an appointment if needed.

If you are unable to complete a short-term fellowship by June 30, we, of course, understand and encourage you to apply for support through our other fellowship programs next season. Remember also that we have a robust reference reproductions program, which can provide you with PDF files for most collection materials you may need to complete your research.  You can learn more about this service, including the fee scale, at https://www.masshist.org/library/reference-reproductions or by emailing reproductions@masshist.org. Please let us know if we can address any questions regarding the other fellowship programs or reproduction offerings.

Sincerely yours,
Kanisorn Wongsrichanalai

--
Kanisorn Wongsrichanalai , Ph.D. | Director of Research
Massachusetts Historical Society
1154 Boylston Street, Boston, MA 02215
Phone: 617-646-0568, Fax: 617-859-0074
Email: kwongsrichanalai@masshist.org

The MHS offers many resources for visitors to learn, connect, and inspire. Learn more at www.masshist.org/visit. Please