**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

AMERICAN COUNCIL OF LEARNED SOCIETIES,
    633 Third Avenue, 8th Floor New York, NY 10017,

AMERICAN HISTORICAL ASSOCIATION,
    400 A Street SE Washington, DC 20003,

MODERN LANGUAGE ASSOCIATION,
    85 Broad Street, New York, NY 10004,

                  *Plaintiffs,*

                  v.

MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities,
    400 7th St SW, Washington, DC 20506,

NATIONAL ENDOWMENT FOR THE HUMANITIES,
    400 7th St SW, Washington, DC 20506,

UNITED STATES DOGE SERVICE,
    736 Jackson Pl NW Washington, DC 20503,

AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service,
    736 Jackson Pl NW Washington, DC 20503,

NATE CAVANAUGH, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration,
    1800 F St NW Washington, DC 20006,

JUSTIN FOX, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration,
    1800 F St NW Washington, DC 20006,

                  *Defendants.*

No. 25 Civ. 3657 (CM)

| | |
|---|---|
| THE AUTHORS GUILD, WILLIAM GOLDSTEIN, ELIZABETH KADETSKY, VALERIE ORLANDO, KATALIN BALOG, BENJAMIN HOLTZMAN, LEE JASPERSE, and NICOLE JENKINS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES;<br><br>MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities;<br><br>UNITED STATES DOGE SERVICE;<br><br>AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service;<br><br>NATE CAVANAUGH, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration; and,<br><br>JUSTIN FOX, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration,<br><br>*Defendants.* | No. 25 Civ. 3923 (CM) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Defendants' Motion to Dismiss, dated May 30, 2025, Defendants the National Endowment for the Humanities ("NEH"), Michael McDonald, in his official capacity as Acting Chairman of NEH, United States DOGE Service, Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE Service, Nate Cavanaugh, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration, and Justin Fox, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration, through their

attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the above-referenced consolidated actions under Rule 12 of the Federal Rules of Civil Procedure.

Dated: New York, New York
        May 30, 2025

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney for
                                        the Southern District of New York
                                        Attorney for Defendants

                             By:   /s/ Mary Ellen Brennan
                                        MARY ELLEN BRENNAN
                                        RACHAEL DOUD
                                        Assistant United States Attorneys
                                        86 Chambers Street, 3rd floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2652
                                        MaryEllen.Brennan@usdoj.gov