IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment of the Humanities, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-03657 |

## SUPPLEMENTAL DECLARATION OF JOHN ROBINSON

I, John Robinson, declare as follows:

1. I am an attorney at Jacobson Lawyers Group, PLLC and am counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

2. Exhibit 1 is a true and correct copy of the websites for 3 additional NEH grant programs that have been canceled.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2025 in Washington, D.C.

                                     */s/ John Robinson*
                                     John Robinson
                                     JACOBSON LAWYERS GROUP PLLC
                                     1629 K Street NW, Suite 300
                                     Washington DC, 20006
                                     (301) 823-1148
                                     john@jacobsonlawyersgroup.com

                                     *Counsel for Plaintiff*