# Exhibit 1



Funding Opportunity for Organizations

# Fellowship Programs at Independent Research Institutions

**Maximum award amount:** Up to $565,000 ($385,000 in outright funds plus $180,000 in Federal Matching Funds)

**Expected Output:** Fellowships

**Period of performance:** Up to 42 months

**Application available (anticipated):** May 13, 2025

▶ **Next deadline (anticipated):** August 13, 2025

**Expected notification date:** April 30, 2026

**Project start date:** January 1, 2027

**Apply Now on Grants.gov**

**About the Program**     Application Instructions

***The Fellowship Programs at Independent Research Institutions funding opportunity is cancelled for FY26 and is not accepting applications.***

Applicants to NEH for awards with expected issuance dates on or after October 1, 2024, should be aware of revisions to the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 CFR Part 200) effective from that date. All NEH awards issued on or after October 1, 2024, will be subject to the revised regulations. **You may incorporate these changes into your applications now.**

Additional information is available at https://www.neh.gov/grants/manage/2024-Revisions-to-2-CFR-200

The Fellowship Programs at Independent Research Institutions (FPIRI) program supports institutions that provide fellowships for advanced humanities research in the U.S. and abroad, foster communities of intellectual exchange among participating scholars, and provide access to resources that might otherwise not be available to the participating scholars.

Fellowship programs may be administered by independent centers for advanced study, libraries, and museums in the U.S.; American overseas research centers; and American organizations that have expertise in

promoting humanities research in foreign countries. Individual scholars apply directly to the institutions for fellowships.

In evaluating applications, consideration is given to the library holdings, archives, special collections, and other resources—either on site or nearby—that institutions make available to fellows.

FPIRI fellowship tenure must be continuous and last from four to twelve months. Residential fellows are expected to be in residence during their entire tenure period and to work on their projects on a full-time basis. Likewise, nonresidential NEH-funded fellows are expected to work on their projects on a full-time basis. If a fellow is obliged through special circumstances to depart before the end of the tenure period, he/she shall receive a prorated stipend.

# Examples of Projects Funded by

# this Grant Program



Long-Term Research Fellowships at the Schomburg Center for Research in Black Culture



Long-Term Research Fellowships in India sponsored by the American Institute of Indian Studies



# Long-Term Research Fellowships at the American Research Institute in Turkey

View All Projects

Next

## Application Instructions

## Contact

### Division of Research Programs

202-606-8200

fpiri@neh.gov

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

## Program Statistics

In the last five competitions this program received an average of

### 12 Applications
*per year*

This program has a

# 75% Funding Ratio

NEH made an average of

# 9 Awards

*per year*



**Funding Opportunity for Organizations**

# Institutes for K-12 Educators

**Maximum award amount:** $220,000

**Period of performance:** 15 months

▶ **Application available (anticipated):** November 11, 2025

**Next deadline (anticipated):** February 11, 2026

**Expected notification date:** August 31, 2026

**Project start date:** October 1, 2026

**Apply Now on Grants.gov**

**About the Program**    **Application Instructions**

***The Institutes for K-12 Educators funding opportunity is cancelled for FY2026 and is not accepting applications.***

If you receive a "Bad Request" message when you apply, it is possible that your assigned role in Grants.gov does not give you the correct permission. See Grants Management Policy and Guidance for Awards to Organizations | The National Endowment for the Humanities (neh.gov) for more information.

NEH-funded institutes are professional development programs that convene K-12 educators from across the nation to deepen their understanding of significant topics in the humanities and enrich their capacity for effective scholarship and teaching.

**NOFO Webinar Recording:** The video below provides an overview of what Institutes programs offer and how they are organized, addresses each section of the application requirements, and covers budget requirements and what to know about submitting your application.

**Live Q&A Session:** Register here to participate in a live Q&A session at 12 pm Eastern on Tuesday, December 3, 2024.

**Optional Draft Review:** Submit only a draft of your narrative as an attachment to institutes@neh.gov by 11:59 pm Eastern on January 6, 2025, to receive feedback from program officers before the final

deadline. Draft narratives must be no more than 10 pages long for new applicants, and 12 pages long for returning applicants.

**What's New for 2025:**

*Previously Funded Projects (see Section C.3, Eligibility Information):*

- Clarification regarding the definition of a returning project: You are considered a returning applicant if your project director or co-project directors have been previously awarded under the Institutes, Landmarks, or Seminar program.

*Accessibility (see Section A.1, Purpose):*

- Clarification regarding project design: For combined-format projects, virtual and residential sessions occur at different times, but all participants attend in the same format simultaneously unless modifications are needed for accessibility accommodations.
- Clarification regarding institutional resources: Host institutions must provide reasonable accommodations for project team members, participants, presenters, and institution staff by ensuring facilities, program activities, and sites are accessible to a diverse group of people.

*Attachments (see Section D.2, Content and Form of Application Submission):*

- Each resume in Attachment 4 (Resumes for key personnel) must not exceed two pages.

Next

## Application Instructions

## Contact

### Division of Education Programs

202-606-2324

institutes@neh.gov

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

## Program Statistics

In the last three years this program received an average of

## 49 Applications
*per year*

This program has a

# 37% Funding Ratio

NEH made an average of

# 18 Awards
*per year*