IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-03657 |

**SUPPLEMENTAL DECLARATION OF JOY CONNOLLY**

I, Joy Connolly, declare as follows:

1. I am Joy Connolly, President of the American Council of Learned Societies ("ACLS"). I previously submitted a declaration in support of Plaintiffs' motion for a preliminary injunction. My prior declaration explained the consequences of NEH's recent dismantling and termination of funding opportunities on ACLS's mission.

2. I now submit this supplemental declaration to address specifically the NEH grant programs that ACLS would have applied to had they not recently been eliminated.

3. Among the grant programs that were recently eliminated, ACLS would have applied to: (i) Institutes for Higher Education Faculty, (ii) Fellowship Programs at Independent Research Institutions, (iii) and the Digital Humanities Advancement Grant.

4. ACLS has historically sought to build fields of humanistic study by convening faculty to deepen their understanding of the current status of a field or fields of study and to discuss improvements to teaching and pedagogy. For example, in 2025, with the support of the Getty Foundation, we convened ten art history faculty to assess and review graduate program

design; in 2022, with the support of the Luce Foundation, we held convenings and produced a report on the state of China studies. We were developing an application for an Institute convening faculty to discuss and share successful innovations in program design that increase undergraduate enrollment and majors in the humanities.

5. We had begun our application to the Fellowship Programs at Independent Research Institutions to support the continuation of a program in Asian studies for which we have received funding most years since 2001. We would have sought 27 months of stipend support (3 fellowships) per year for three years and a contribution to defray costs associated with the selection of fellows. These long-term postdoctoral fellowships in China Studies (also supported by the Henry Luce Foundation) provide scholars with access to archives and other collections in China, and nurture collegiality among U.S. scholars and their Chinese counterparts.

6. We planned to apply to the Digital Humanities Advancement Grant for a project advancing the implementation of the recommendations recently produced thanks to our NEH Cooperative Agreement ($30,000 in 2021), which supported a commission on sustaining digital scholarship.

7. The elimination of these grant programs will have a devastating impact on ACLS, as explained in my prior declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2025 in New York City, New York

_____
Joy Connolly