## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-03657 |

### DECLARATION OF Jason Rhody

I, Jason Rhody declare as follows:

1. I, Jason Rhody, am Senior Director of Engagement Strategy at the Modern Language Association (MLA).

2. I am both a member and an employee of the Modern Language Association.

1. I was in the process of applying for a $150,000 grant from the Dangers and Opportunities of Technology: Perspectives from the Humanities program offered by the Office of Digital Humanities.

2. We have a 19 page proposal prepared that is the product of several staff members' time (estimating approximately 95 hours of work from MLA staff for proposal preparation), and involves the collaboration of more than a dozen scholars across an equal number of institutions of higher education. The proposal, "AI and the Future of Languages: A Project of the MLA AI Initiative," builds on months of work of both the MLA Task Force on World Languages and Generative AI and the MLA-CCCC Joint Task Force on Writing and AI. Given that large language models (LLMs) have the potential to transform so

much that is essential to the humanities classroom, we had begun working with university and nonprofit partners to understand the implications of AI for our disciplines and to investigate: under what conditions might we mitigate the worst of the potential harms and leverage positive opportunities? Our proposal sought to explore how we would ensure that humanities expertise – writing, reading, language acquisition, and cultural competencies – is centered rather than marginalized in approaches to technologies that directly impact our disciplines. Working with our Task Force members, we proposed to produce resources, white papers, and workshops for world language teachers, scholars, and administrators that will help them navigate the impact of generative AI on the study and teaching of languages other than English.

3. The proposal had been submitted for the prior round of funding but was found to be ineligible due to a missing letter of commitment, a new requirement specific to this grant program. We had been in the midst of revising the proposal for resubmission for the next deadline when we learned that the program had been discontinued.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2025 in New York City, NY.

_____
Jason Rhody