**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-03657 |
| MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities, *et al.*, | |
| *Defendants*. | |

## DECLARATION OF AMY FERRER

I, Amy Ferrer, declare as follows:

1.     I, Amy Ferrer, am Executive Director at the American Philosophical Association.

2.     The American Philosophical Association is a member of the American Council of Learned Societies.

3.     I was preparing to apply for the National Endowment for the Humanities "Spotlight on Humanities in Higher Education" program on behalf of the American Philosophical Association.

4.     The American Philosophical Association has applied for the "Spotlight on the Humanities in Higher Education" program three times in the past.

5.     The American Philosophical Association was previously awarded a National Endowment for the Humanities grant through the "Sustaining the Humanities through the American Rescue Plan" (SHARP) program in 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2025 in Newark, Delaware.

Amy Ferrer