**DECLARATION OF DAVID F. KOTZ**

I, David F. Kotz, declare as follows:

1.  I am the Provost at Dartmouth College ("Dartmouth"), located in Hanover, New Hampshire. I have held that position since 2021 and also served as the Associate Dean of the Sciences in the Faculty of Arts and Sciences at Dartmouth from 2009 to 2015. I am also the Pat and John Rosenwald Professor of Computer Science and have been on the faculty at Dartmouth since 1991.

2.  I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by Dartmouth personnel, and could testify thereto.

3.  As I wrote in our previous declaration in this case, Dartmouth's mission is to educate the most promising students and prepare them for a lifetime of learning and of responsible leadership through a faculty dedicated to teaching and the creation of knowledge. The creation of new knowledge in the humanities is critical to Dartmouth's mission as a research university with the liberal arts at its core.

4.  While Dartmouth researchers were supported by four National Endowment for the Humanities ("NEH") grants during Fiscal Year 2025, Dartmouth noticed in April of 2025 that the award status for these grants had been modified to reflect "administrative termination," and we have since then been unable to invoice for these awards, though to date we have still not received formal notification that these awards have been terminated.

5.  While the termination of these awards was incredibly disappointing and has resulted in the loss of approximately $1.2 million in direct costs and indirect cost recovery, perhaps

even more damaging to Dartmouth is the impact of these mass cuts on members of our faculty and others conducting research in humanities disciplines.

6. Dartmouth faculty members have had grant proposals in the pipeline for projects that ranged from seminal work on archives from the Vietnam War (responsive to both the Humanities Collections and Reference Resources Grant Opportunity and the Research and Development Grant (Preservation & Access) opportunity, each in the amount of $350,000); ways to preserve a collection of Jewish music (responsive to the Humanities Collections and Reference Resources Grant opportunity in the amount of $350,000), and the creation of an app to support learning about Afro-Black Paris (responsive to the Digital Projects for the Public Grant (Prototyping) opportunity in the amount of $100,000). Additional proposed work included the development of a platform for augmenting textbooks with AI interactivity (responsive to the Digital Humanities Advancement Grant opportunity in the amount of $149,000) and a project to develop studies of the global impact of the films produced and disseminated by the United States Information Agency (responsive to the Collaborative Research Funding opportunity in the amount of $50,000).

7. In addition, the NEH Summer Stipends program, which provided support for early-career faculty, has been canceled. While the awards provided through this program are not large ($8,000), they provided vital encouragement for projects at early stages.

8. Finally, several faculty members had planned to apply for (or had applications under review for) NEH Fellowships as part of the agency's Fellowship Programs at Independent Research Institutions opportunity. These works included an ethnographic book project focused on the large-scale tree planting and rewilding efforts being undertaken in northern England (after having been encouraged by feedback from the agency in response to applications previously

submitted), and a proposal that was submitted in the area of late medieval cultural history in January 2025 (well ahead of an April 2025 deadline). In the latter case, our faculty member has not received any notice of the status of her application, and the web page/portal that managed these applications seems to have been shut down, again without notice.

9. The impact that the cessation of funding opportunities from the preeminent source of humanities awards in the Federal government is significant from both a monetary and non-monetary perspective. It will translate into a loss of academic opportunities to both the department and Dartmouth's students, along with associated negative impacts on our institutional scholarly reputation. But it will also seriously impact the scholarly development of our individual humanities faculty members and research staff, for whom opportunities for competitive grant funding from the government are already sparse.

10. In sum, the cancellation of NEH programs has had and will continue to have a wide-ranging and long-felt impact on scholarship at Dartmouth and in the larger society.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2025, at Hanover, NH.

_____
David F. Kotz