IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-03657 |

## DECLARATION OF GEORGETOWN UNIVERSITY

1.  I, Jeffrey Urbach, am Vice Provost for Research at Georgetown University. I have been in this role since January 1, 2024, and am responsible for working with an array of offices across the university, particularly on the University's Main Campus, on faculty research and scholarship.

2.  Georgetown University is a member of the American Council of Learned Societies (ACLE) as both an Associate Member and as a part of the ACLS Research University Consortium.

3.  Georgetown University has been an active recipient of National Endowment for the Humanities (NEH) funding, securing several notable grants in recent years in furtherance of the performing arts, interdisciplinary scholarship, digital humanities, and public programming.

4.  Upon information and belief, based on personal outreach to potentially impacted faculty members, a number of faculty members at Georgetown University planned to submit future proposals to NEH.

5.  These plans, of which I am aware and are likely non-exhaustive among the faculty of Georgetown University, included potential future submissions to various programs that have now been cancelled or indefinitely postponed, including but are not limited to:

    A.  Summer stipends through the NEH Division of Research Programs;

    B.  Dangers and Opportunities of Technology grant in the NEH Office of Digital Humanities;

    C.  Digital Projects for the Public in the Division of Public Programs at NEH;

    D.  Digital Humanities Advancement Grants in the Office of Digital Humanities.

6.  The faculty of whom I am aware were in various stages of planning for future NEH grant applications and have had to modify their plans for funding and research in light of the NEH grant programs' cancellation or indefinite postponement.

7.  The terminations of these grant opportunities have disrupted research trajectories and future avenues of research, curtailed opportunities for student engagement and learning, and undermined the broader public and scholarly contributions the work was intended to support, causing lasting professional and institutional harm.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.  Executed on June 10, 2025 in Washington, District of Columbia.

*[signature]*

Jeffrey Urbach
Vice Provost of Research
Georgetown University