IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-03657 |

## DECLARATION OF JANE BUNKER

I, Jane Bunker, declare as follows:

1. I am the Director at Cornell University Press.

2. Cornell University is a member of the Modern Language Association and American Council of Learned Societies.

3. Cornell University Press has received grants from NEH's Fellowships Open Books Program in the past. I intended to apply again at the next opportunity, but I recently learned that the program was terminated.

I declare under penalty of perjury that the foregoing is correct.


Executed on June 13, 2025 in Ithaca, New York

                                             *Jane Bunker*
                                             Jane Bunker