**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-03657 |

**DECLARATION OF KRISTA CABALLERO**

I, Krista Caballero declare as follows:

1. I, Krista Caballero, am Artist in Residence and Co-Director of the Center for Experimental Humanities at Bard College.

2. Bard College is a member of the American Council of Learned Societies.

3. I was a current awardee of a Level I Digital Humanities Advancement Grant (HAA-300638-24), which was terminated. The purpose of this grant was to build a prototype solar-powered server to host digital archives.

4. Following completion of my prototype and gathering of preliminary data, I had planned to apply for Level II of the Digital Humanities Advancement Grants program, which is no longer possible.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2025 in Annandale-on-Hudson, NY

_____
Krista Caballero