### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-03657 |

## **DECLARATION OF WESLEYAN UNIVERSITY**

I, Nicole Stanton, declare as follows:

1. I am Provost and Senior Vice President for Academic Affairs at Wesleyan University;

2. Wesleyan University is a member organization of American Council of Learned Societies (ACLS);

3. Wesleyan University, its programs and its faculty, are eligible to, and have successfully applied for, funding from the National Endowment for the Humanities;

4. A National Endowment for the Humanities (NEH) grant (Grant Application No. DOC29381923), awarded to Wesleyan and one or more of its faculty, was cancelled effective April 2, 2025 because it was deemed to no longer effectuate the agency's needs and priorities;

5. Wesleyan University has historically been the recipient of NEH grants in the following arenas: Digital Humanities; Summer Institutes; Translation; Fellowship awards; and Public Scholar awards.

6.  Wesleyan University was prepared to apply for the NEH programs for faculty research and institutional projects and programs for which applications are no longer being accepted, in areas that include: Humanities Initiatives; Fellowships, the Summer Research Stipends program; and the Public Scholar competition.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 04, 2025 in Middletown, CT.

_____
Nicole Stanton
Provost and Senior Vice President for Academic Affairs
Wesleyan University