
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| American Council of Learned Societies, et al.,<br><br>                             Plaintiff,<br><br>-against-<br><br>Michael McDonald, et al.,<br><br>                            Defendants. | No. 25 Civ. 3657 (CM) (BCM) |
| The Authors Guild, et al.,<br><br>                             Plaintiff,<br><br>-against-<br><br>National Endowment for the Humanities, et al.,<br><br>                            Defendants. | No. 25 Civ. 3923 (CM) (BCM) |

**ORDER**

McMahon, J.:

    I have read Judge Lin's decision in *Thakur v. Trump*, No. 25-CV-04737-RFL, 2025 WL 1734471 (N.D. Cal. June 23, 2025). The case raises the same issues that arise in our cases, albeit in connection with several agencies including the NEH – the only agency at issue before me. It appears that the record before Judge Lin on the motion for a preliminary injunction is more fulsome than is the case with our record in support of and in opposition to the motion. I can see no reason why I should not simply import the factual record submitted to Judge Lin and docketed in her case

(limited, of course, to the NEH, and not the other agencies involved in her case) and deem it part of the record in our cases.

You have until the close of business of Tuesday, July 8, to show cause why I should not consider evidence on Judge Lin's docket relating to the NEH – notably, the June 17, 2025 Declaration of Michael McDonald, *Thakur v. Trump*, No. 25-CV-04737-RFL (N.D. Cal. June 19, 2025), ECF No. 48-3 – as part of the record on the motions pending before me.

Dated: July 7, 2025

_____
U.S.D.J

BY ECF TO ALL COUNSEL

2