

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 30, 2025

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM) and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

Dear Judge McMahon:

        This Office represents the Defendants in the above-referenced cases. We write respectfully in response to the Authors Guild Plaintiffs' submission of a proposed order, ECF No. 117 (the "Plaintiffs' Proposed Order"),[1] purporting to implement the Court's July 25, 2025 decision, ECF No. 116 (the "Decision"). The Plaintiffs' Proposed Order is inconsistent with the Decision because the Order states broadly that the Defendants are "enjoined from treating Class Members' grants as terminated," *see* ECF No. 117, without making clear that Defendants are not being ordered to pay out the grant funding in accordance with the grant terms, *see* ECF No. 116, at 80 ("[A]ny order directing the NEH to pay out monies previously awarded in accordance with their schedules necessarily rests on the terms and conditions of the grant contracts; that is relief that can only be awarded by the Court of Federal Claims. I cannot and will not enter any such injunction."). The Decision stated that the Court "cannot order that the withdrawn grant funding be paid out" and that the injunction should be "narrowly tailored to maintain the status quo," such that it should be limited to requiring "funds to be 'escrowed' until we can hold a trial." *Id.* at 80-81. Accordingly, the Defendants object to the Plaintiffs' Proposed Order and respectfully ask the Court to refrain from entering it.

        The Defendants have drafted a proposed revised order, using as much of the language from the Plaintiffs' Proposed Order as possible, but properly implementing the Decision by making clear that the Court is not ordering the Defendants to pay out any grant funding. The Defendants attach as Exhibit A the revised order and attach as Exhibit B a redline representing the changes the Defendants made to the Plaintiffs' Proposed Order. The Defendants respectfully request that the Court enter the revised order instead of entering the Plaintiffs' Proposed Order.

---

[1] The cited ECF numbers refer to the docket in *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM).

The Honorable Colleen McMahon
Page 2

      The Defendants relayed their concerns and the proposed revised order in Exhibit A to the Authors Guild Plaintiffs, and the Authors Guild Plaintiffs have not consented to the entry of the order drafted by the Defendants. The Authors Guild Plaintiffs have asked the Defendants to note that the Plaintiffs believe the Proposed Order they submitted was appropriate and oppose the government's proposed revised order to the extent it seeks to alter the terms of the Plaintiffs' grants or release NEH from any of its preexisting obligations under the grants.

      We thank the Court for its consideration of this submission.

                                            Respectfully submitted,

                                            JAY CLAYTON
                                            United States Attorney for the
                                            Southern District of New York

                                 By:  *s/ Mary Ellen Brennan*
                                            MARY ELLEN BRENNAN
                                            RACHAEL DOUD
                                            Assistant United States Attorneys
                                            86 Chambers St., 3rd Floor
                                            New York, New York 10007
                                            (212) 637-2699
                                            (212) 637-2652

cc:      All counsel of record (via ECF)