IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, et al., <br><br> *Plaintiffs*, <br> v. <br><br> MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment of the Humanities, et al., <br><br> *Defendants*. | Case No. 1:25-cv-03657 |

## NOTICE OF APPEAL

Plaintiffs American Council of Learned Societies, American Historical Association, and Modern Language Association hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's decision and order denying Plaintiffs' motion for a preliminary injunction and granting in part and denying in part Defendants' motion to dismiss (ECF No. 116).

July 31, 2025

Respectfully submitted,

*/s/ John Robinson*
Daniel F. Jacobson[+]
Lynn D. Eisenberg
John Robinson
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com
lynn@jacobsonlawyersgroup.com
john@jacobsonlawyersgroup.com

[+] *Pro hac vice motion forthcoming*

*Counsel for Plaintiffs*