UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025

American Council of Learned Societies, et al.,

                          Plaintiffs,

-against-

Michael McDonald, et al.,

                          Defendants.

No. 25 Civ. 3657 (CM) (BCM)

The Authors Guild, et al.,

                          Plaintiffs,

-against-

National Endowment for the Humanities, et al.,

                          Defendants.

No. 25 Civ. 3923 (CM) (BCM)

## QUESTIONS FOR COUNSEL

McMahon, J.:

Last night my attention was called to the fact that the plaintiffs in *American Council* (but not *Authors Guild*) had filed a notice of interlocutory appeal in their case. (Dkt. #121)[1] The notice purports to take an appeal from an order (1) denying Plaintiffs' motion for a preliminary injunction, and (2) granting in part and denying in part the Government's motion to dismiss.

There are some rather obvious problems with the notice at Dkt. #121.

For one thing, the notice of appeal, which was filed on August 1, 2025, could not be from the court's injunction order, since that injunction was not filed until August 6, 2025. I assume, therefore, that the appeal was taken from the underlying decision (Dkt. #116), which led to the entry of an injunction. (Dkt. #122).

Second, no new notice of appeal was filed after the court entered the order containing the injunction, and I believe the time for taking such an appeal has expired.

Third, the notice of appeal mischaracterizes the action of this court. It says that I denied the motion for a preliminary injunction, when in fact I granted it—albeit not in precisely the terms sought by the plaintiffs. And while a Court of Appeal has jurisdiction to entertain interlocutory appeals from motions granting injunctions, *see* 28 U.S.C. § 1292(a)(1), it is not customary for the prevailing party to file such an appeal.

Fourth, no interlocutory appeal lies from an order dismissing some but not all of the claims pleaded in a complaint, unless this court certifies an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and the Court of Appeals concurs. I have not certified any such appeal, and I see no motion seeking certification on the docket.

However, in light of the filing of the notice of appeal, it is my understanding that we cannot proceed with any substantive litigation in the *American Council* case. A district court is divested of jurisdiction by the filing of a notice of appeal, and can take no action that would affect the issues being appealed. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). If, as is the case here, the appeal is from an interlocutory order, the district court retains jurisdiction, but only to act on matters not involved in the appeal. *See Marrese v. American Academy of Orthopaedic Surgeons*, 470 U.S. 373, 378-79 (1985). The notice of appeal filed by the American Council plaintiffs implicates all issues in that case. It is, therefore, my understanding that the filing

---

[1] All docket numbers in this Order are references to the docket in the *American Council* case, 25 civ. 3657. There are corresponding filings under the *Authors Guild* docket number, 25 civ. 3923, but I have not included them here.

of the notice has divested me of jurisdiction to, for example, set a discovery schedule, since there can be no meaningful discovery while the appeal is pending.

And while no notice of appeal has been filed in *Authors Guild*, I consolidated the two cases because the principal issues raised in both cases are identical. As I have no intention of proceeding on the merits in *Authors Guild* if we cannot also move forward on the merits in *American Council*, the pendency of the *American Council* appeal counsels the entry of a stay pending appeal in *Authors Guild*. .

I have explained my understanding of the limits on my jurisdiction pending appeal—both legal (in *American Council*) and practical (in *Authors Guild*) —so you will understand why I am confused by the fact that the *American Council* plaintiffs have made efforts, subsequent to the filing of the notice of appeal, to move their case along in this court. For example, at Docket # 123, on August 20, 2025 (three weeks after the filing of the notice of appeal), the plaintiffs in *American Council* filed a letter motion asking for a Rule 16 conference and attaching a proposed case management plan. In response to that letter (and without knowing about the notice of appeal), I scheduled such a conference for September 25. I believe I must now cancel that conference in *American Council* because the issues that we would discuss are implicated in the pending appeal. And I believe that I should prudentially cancel the conference in *Authors Guild* as well.

If I am missing something, the parties should advise me promptly. Otherwise, my deputy clerk will cancel the September 25, 2025 conference and we will stay all proceedings in *Authors Guild* pending resolution of the appeal in *American Council*.

Dated: September 10, 2025

                                             _____
                                                             U.S.D.J.

BY ECF TO ALL COUNSEL IN:

    25 Civ. 3657

    25 Civ. 3923