# Fairmark Partners, LLP

400 7th Street NW | Suite 304
Washington, DC 20004 | https://fairmarklaw.com

September 23, 2025

**VIA ECF**

The Honorable Colleen McMahon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *The Authors Guild v. Nat'l Endowment for the Humanities*, No. 25-cv-3923

Dear Judge McMahon,

The Authors Guild Plaintiffs write to share information they have received that appears to show Defendants have not "stayed" "the effectiveness of the grant terminations" as ordered by this Court in its August 6, 2025, Preliminary Injunction Order (Dkt. No. 122). Attached as Exhibit 1 to this letter are messages exchanged between class member Professor Vanessa Perez-Rosario and NEH staff. Prof. Perez-Rosario received a grant under NEH's Awards for Faculty program. Her grant was canceled as part of the Mass Termination. In the attached messages, NEH staff make clear to Prof. Perez-Rosario that, as of September 18, 2025, her grant is still effectively terminated.

Accordingly, The Authors Guild Plaintiffs bring this to the Court's attention so that the Defendants' apparent violation of the Court's Order can be discussed at the September 25, 2025, status conference as the Court deems appropriate.

Sincerely,

/s/ *Jamie Crooks*
Jamie Crooks
FAIRMARK PARTNERS, LLP
400 7th Street NW
Suite 304
Washington, DC 20004
jamie@fairmarklaw.com
(619) 507-4182