# Fairmark Partners, LLP

400 7th Street NW | Suite 304
Washington, DC 20004 | https://fairmarklaw.com

September 30, 2025

**VIA ECF**

The Honorable Colleen McMahon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*MEMO ENDORSED*

Re: *The Authors Guild v. Nat'l Endowment for the Humanities*, No. 25-cv-3923

Dear Judge McMahon,

I write regarding the Administrative Record the Government filed on the docket yesterday afternoon. *See* ECF 140. At the Initial Pretrial Conference on September 25, 2025, counsel for the Government referred to certain "large spreadsheets" in the Administrative Record that were "too large to file on the docket." Tr. at 13:23-25. Government counsel requested permission to submit those too-large spreadsheets by email instead of posting them on the docket. *Id.* This Court granted permission. *Id.* at 14:1.

However, when the Government filed the Administrative Record on the docket yesterday, it omitted *all* spreadsheets from the Administrative Record, not just the ones that were "too large to file on the docket." *Id.* at 13:23-25; *see* ECF 140-2. The omitted spreadsheets include NEH_AR_000024, which was discussed at the Conference with respect to NEH's stated rationale for terminating a grant for an exhibition highlighting the life and career of Belle da Costa Greene— namely, because the exhibition "acknowledges her roots in a predominantly Black community." NEH_AR_000024, Row 164, Column K; *see* Tr. at 14:25-15:18.

For the sake of completeness and in the interest of public access to court proceedings, *see Lugosch v. Pyramid Co.*, 435 F.3d 110, 119 (2d Cir. 2006) ("The common law right of public access to judicial documents is firmly rooted in our nation's history"), Plaintiffs hereby file for the public record copies of NEH_AR_000020, NEH_AR_000024, and NEH_AR_000087, with grantees' email addresses redacted for privacy.

Sincerely,

/s/ *Jamie Crooks*

Jamie Crooks
FAIRMARK PARTNERS, LLP
400 7th Street NW
Suite 304
Washington, DC 20004
jamie@fairmarklaw.com
(619) 507-4182



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2025

Handwritten annotation (judge's endorsement):
9/30/2025 We have no government secrets here. The government needs to file everything publicly and needs to do so now.