**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

AMERICAN COUNCIL OF LEARNED SOCIETIES,
     633 Third Avenue, 8th Floor New York, NY 10017,

AMERICAN HISTORICAL ASSOCIATION,
     400 A Street SE Washington, DC 20003,

MODERN LANGUAGE ASSOCIATION,
     85 Broad Street, New York, NY 10004,

        *Plaintiffs,*

       v.

MICHAEL MCDONALD, in his official capacity as Acting
Chairman of the National Endowment for the Humanities,
     400 7th St SW, Washington, DC 20506,

NATIONAL ENDOWMENT FOR THE HUMANITIES,
     400 7th St SW, Washington, DC 20506,

UNITED STATES DOGE SERVICE,
     736 Jackson Pl NW Washington, DC 20503,

AMY GLEASON, in her official capacity as Acting
Administrator of the United States DOGE Service,
     736 Jackson Pl NW Washington, DC 20503,

NATE CAVANAUGH, in his official capacity as an employee
of the U.S. DOGE Service or the General Services
Administration,
     1800 F St NW Washington, DC 20006,

JUSTIN FOX, in his official capacity as an employee of the
U.S. DOGE Service or the General Services Administration,
     1800 F St NW Washington, DC 20006,

        *Defendants*.

No. 25 Civ. 3657 (CM)

THE AUTHORS GUILD, WILLIAM GOLDSTEIN,
ELIZABETH KADETSKY, VALERIE ORLANDO,
KATALIN BALOG, BENJAMIN HOLTZMAN,
LEE JASPERSE, and NICOLE JENKINS,
on behalf of themselves and all others similarly situated,

*Plaintiffs,*

v.

NATIONAL ENDOWMENT FOR THE HUMANITIES;                    No. 25 Civ. 3923 (CM)

MICHAEL MCDONALD, in his official capacity as Acting
Chairman of the National Endowment for the Humanities;

UNITED STATES DOGE SERVICE;

AMY GLEASON, in her official capacity as Acting
Administrator of the United States DOGE Service;

NATE CAVANAUGH, in his official capacity as an employee
of the U.S. DOGE Service or the General Services
Administration; and,

JUSTIN FOX, in his official capacity as an employee of the
U.S. DOGE Service or the General Services Administration,

*Defendants.*

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on November 19, 2025, pursuant to the Court's October 1,

2025, Order, ECF No. 142, Defendants, by their attorney, Jay Clayton, United States Attorney

for the Southern District of New York, are filing with the Court as attachments to this Notice pdf

versions of certain spreadsheets that were identified by placeholders in the Administrative

Record filed on September 29, 2025, and emailed to the Court on the same date.

Dated:  New York, New York
        November 19, 2025

                                    Respectfully submitted,

                                    JAY CLAYTON
                                    United States Attorney for
                                    the Southern District of New York
                                    Attorney for Defendants


                            By:     /s/ Rachael Doud
                                    MARY ELLEN BRENNAN
                                    RACHAEL DOUD
                                    Assistant United States Attorneys
                                    86 Chambers Street, 3rd floor
                                    New York, New York 10007
                                    Telephone: (212) 637-2652/2699
                                    MaryEllen.Brennan@usdoj.gov
                                    Rachael.Doud@usdoj.gov