

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 19, 2025

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM) and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

Dear Judge McMahon:

      This Office represents the government in the above-referenced cases. We write concerning the Court's October 1, 2025, Order regarding the administrative record. *See* ECF No. 142.

      At the conference held on September 25, 2025, the government sought the Court's permission to submit spreadsheets contained in the administrative record in the case by email rather than filing them on the docket, due to the size of the files. Tr. 13:23-25. The Court agreed. *Id.* 14:1. On September 29, 2025, the government filed the administrative record, with placeholders for seven spreadsheets, and submitted the spreadsheets to the Court by email, copying plaintiffs. ECF No. 140. On September 30, 2025, counsel for the Authors Guild Plaintiffs filed a letter asserting that certain of the spreadsheets were not too large to be filed on the docket and, "[f]or the sake of completeness and in the interest of public access to court proceedings," filed three of them, two of which were over two hundred pages long even after the font size was substantially reduced. ECF No. 141. On October 1, 2025, the Court issued an order endorsing the Authors Guild Plaintiffs' letter and stating: "The government needs to file everything publicly and needs to do so now." Pursuant to the Chief Judge's Standing Order, this case was stayed during the pendency of the government shutdown, which began on October 1, 2025. *See* ECF No. 149.

      The government has spent a substantial amount of time attempting to convert the spreadsheets included in the administrative record to a form that can reasonably be filed. The government was able to do so for five of the spreadsheets, NEH_AR_000004, NEH_AR_000009, NEH_AR_000020, NEH_AR_000024, and NEH_AR_000087, and has filed them on the docket. *See* ECF No. 152.[1] However, despite significant time and effort the government has not been able

---

[1] The government notes that the font in most of these documents had to be substantially reduced in order to file them, such that they will have to be viewed on a computer at an increased size in

The Honorable Colleen McMahon
Page 2

to convert the remaining two spreadsheets, NEH_AR_000006 and NEH_AR_000085, to a format that could be filed and still readable.  Accordingly, the government respectfully requests that it be relieved of the obligation to file those two spreadsheets on the docket.

    We thank the Court for its consideration of this submission.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:  s/ *Rachael Doud*
    MARY ELLEN BRENNAN
    RACHAEL DOUD
    Assistant United States Attorneys
    86 Chambers St., 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2652/2699
    MaryEllen.Brennan@usdoj.gov
    Rachael.Doud@usdoj.gov

cc:     All counsel of record (via ECF)

---

order to be legible.  Additionally, certain of the spreadsheets contained multiple tabs such that the original format will not be apparent from the pdfs.