

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 3, 2025

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM) and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

Dear Judge McMahon:

      This Office represents the government in the above-referenced cases. We write in response to the Court's question concerning our November 19, 2025, Letter. *See* ECF No. 154. All of the documents included in the administrative record, including the two spreadsheets that the Government was unable to convert to pdfs to file on the docket, have been provided to Plaintiffs. These spreadsheets, along with the rest of the documents in the record, were first provided to Plaintiffs by USAFx, an electronic file share program, on September 23, 2025. We also copied Plaintiffs on our email when we sent the spreadsheets to the Court on September 29, 2025.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney for the
                            Southern District of New York

               By:  *s/ Rachael Doud*
                            MARY ELLEN BRENNAN
                            RACHAEL DOUD
                            Assistant United States Attorneys
                            86 Chambers St., 3rd Floor
                            New York, New York 10007
                            Telephone: (212) 637-2652/2699
                            MaryEllen.Brennan@usdoj.gov
                            Rachael.Doud@usdoj.gov

cc:    All counsel of record (via ECF)