# Exhibit B

**From:** Doud, Rachael (USANYS) Rachael.Doud@usdoj.gov
**Subject:** RE: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests
**Date:** December 9, 2025 at 1:35 PM
**To:** Dan Jacobson dan@jacobsonlawyersgroup.com, Brennan, Mary Ellen (USANYS) 1 MaryEllen.Brennan@usdoj.gov, Amanda Vaughn amanda@fairmarklaw.com
**Cc:** John Robinson john@jacobsonlawyersgroup.com, Lynn Eisenberg lynn@jacobsonlawyersgroup.com, Jamie Crooks jamie@fairmarklaw.com, Michael Lieberman michael@fairmarklaw.com, Yinka Onayemi yinka@fairmarklaw.com

Dan,

We are evaluating this and the other issues we discussed yesterday but will not be able to provide a response by 2pm today. We will get back to you on this and other issues by Thursday.

Rachael

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Monday, December 8, 2025 4:36 PM
**To:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Amanda Vaughn <amanda@fairmarklaw.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** Re: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Mary Ellen and Rachael,
Following up on the issue of whether Defendants will conduct searches of the originally named, non-NEH Defendants (including the US DOGE Service and Fox and Cavanaugh), for records responsive to our discovery requests, please let us know by 2pm tomorrow (Dec. 9) whether Defendants will do so. We'd further ask that Defendants commit that they will produce responsive records from those custodians and answer ROGs directed to them unless Defendants have an objection to a particular RFP or ROG, or reason not to produce a particular document, beyond their position that discovery is not appropriate from these Defendants and review should be limited to an administrative record.
As discussed at the meet-and-confer earlier today, we believe that the Court resolved the issue of discovery from these Defendants months ago, but as a courtesy following the meet and confer, we are willing to wait another day for your answer on the straightforward question of whether you'll search and produce records of, and respond to interrogatories directed at, the named Defendants.
Best,
Dan

**From:** "Brennan, Mary Ellen (USANYS) 1" <MaryEllen.Brennan@usdoj.gov>
**Date:** Wednesday, December 3, 2025 at 4:47 PM
**To:** Amanda Vaughn <amanda@fairmarklaw.com>
**Cc:** Dan Jacobson <dan@jacobsonlawyersgroup.com>, "Doud, Rachael (USANYS)" <Rachael.Doud@usdoj.gov>, John Robinson <john@jacobsonlawyersgroup.com>, Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>, Jamie Crooks <jamie@fairmarklaw.com>, Michael Lieberman <michael@fairmarklaw.com>, Yinka Onayemi