UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AUTHORS GUILD, WILLIAM GOLDSTEIN, ELIZABETH KADETSKY, VALERIE ORLANDO, KATALIN BALOG, BENJAMIN HOLTZMAN, LEE JASPERSE, and NICOLE JENKINS, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>                    Defendants. | Case No. 25-cv-03923 |

## DECLARATION OF JAMIE CROOKS

I, Jamie Crooks declare as follows:

      1.      I am an attorney duly licensed to practice law before this Court. I am a member of the Bar of the District of Columbia, and I have been admitted to this Court *pro hac vice*. I am an attorney at Fairmark Partners, LLP, and counsel for Plaintiffs in the above-captioned action.

      2.      I submit this declaration in support of Plaintiffs' Motion to Compel.

      3.      I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the facts reported herein.

      4.      Attached as Exhibit 1 to this Declaration is a true and correct copy of an email I received from Government counsel on November 26, 2026.

      5.      Attached as Exhibit 2 to this Declaration is a true and correct copy of a deficiency letter transmitted by Plaintiffs to Defendants on November 13, 2026.

1

6. Attached as Exhibit 3 to this Declaration is a true and correct copy of ECF 48-3 in *Thakur v. Trump*, No. 3:25-cv-4737 (N.D. Cal.), as downloaded from Pacer.

7. Attached as Exhibit 4 to this Declaration is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' First Requests For Production Of Documents, as served on December 2, 2025.

8. Attached as Exhibit 5 to this Declaration is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' First Interrogatories, as served on December 2, 2025.

9. Attached as Exhibit 6 to this Declaration is a true and correct copy of a letter sent to Plaintiffs by Defendants on December 2, 2025.

10. Attached as Exhibit 7 to this Declaration is a true and correct copy of an email I received from Government counsel on October 1, 2025.

11. Attached as Exhibit 8 to this Declaration is a true and correct copy of an email I sent to Government counsel on November 26, 2025.

12. Attached as Exhibit 9 to this Declaration is a true and correct copy of an email I received from Government counsel on November 26, 2025.

13. Attached as Exhibit 10 to this Declaration is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' First Requests For Admission, as served on December 2, 2025.

14. Attached as Exhibit 11 to this Declaration is a true and correct copy of an email I received from Government counsel on December 3, 2025.

15. Attached as Exhibit 12 to this Declaration is a true and correct copy of Plaintiffs' First Requests for Production, as served on September 29, 2025.

16. Attached as Exhibit 13 to this Declaration is a true and correct copy of Plaintiffs' First Set of Interrogatories, as served on September 29, 2025.

17. Attached as Exhibit 14 to this Declaration is a true and correct copy of Plaintiffs' First Requests for Admission, as served on September 29, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 9, 2025 in New York, NY

                                                                        */s/ Jamie Crooks*
                                                                        Jamie Crooks