# UPDATED INDEX TO THE ADMINISTRATIVE RECORD DOCUMENTS

# PRODUCED ON SEPTEMBER 23, 2025, AND DECEMBER 2, 2025[1]

*American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM), and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

| Number | Date | Document Title | Bates Range |
|---|---|---|---|
| 1 | 02/07/2025 | NEH EO Award Review Spreadsheet<br><br>Linked document is Document No. 5 below | NEH_AR_000001-2 |
| 2 | 03/12/2025 | NEH Biden Grants<br><br>Attached document is Document No. 3 below | NEH_AR_000003 |
| 3 | 03/12/2025 | Spreadsheet NEH_ Biden Grants | NEH_AR_000004 |
| 4 | 03/13/2025 | historical review of grants<br><br>Linked document is Document No. 5 below | NEH_AR_000005 |
| 5 | 03/13/2025 | Spreadsheet NEH-Awards-2025 Data Call | NEH_AR_000006 |
| 6 | 03/21/2025 | Re: Question re: email address for EO deliverable<br><br>Attached document is Document No. 7 below | NEH_AR_000007-8 |
| 7 | 03/21/2025 | Spreadsheet NEH.Award.Data.2021-2025.Final | NEH_AR_000009 |
| 8 | 03/31/2025 | Re: TO REVIEW: Active Grants<br><br>A later, annotated version of the spreadsheet referenced in Justin | NEH_AR_000010-12 |

---

[1] This index has been prepared for the convenience of the Court and the parties. The index is not part of the administrative record.

| | | | |
|---|---|---|---|
| | | Fox's March 28, 2025, email is Document No. 14 below. | |
| 9 | 3/31/2025 | RE: TO REVIEW: Active Grants<br><br>The attachment referenced in Michael McDonald's 4:28 PM email did not go through. A regenerated version of the spreadsheet was attached to Michael McDonald's April 1, 2025, 10:07 AM email at Document No. 13 below and is Document No. 14 below. | NEH_AR_000013-14 |
| 10 | 03/31/2025 | Fwd: NEH Active Awards / Grants | NEH_AR_000015-16 |
| 11 | 04/01/2025 | RE: NEH Active Awards / Grants<br><br>Attached document is Document No. 12 below | NEH_AR_000017-19 |
| 12 | 04/01/2025 | Spreadsheet 2025-04-01 Active Awards | NEH_AR_000020 |
| 13 | 4/01/2025 | Re: NEH Grants Terminations | NEH_AR_000021-23 |
| 14 | 4/01/2025 | Spreadsheet Copy of NEH Active Grants (03.28.2025) MM_AW | NEH_AR_000024 |
| 15 | 4/1/2025 | FINAL_NEH Grant Action Plan v(SEND) | NEH_AR_000025-84 |
| 16 | 4/1/2025 | Spreadsheet FINAL_NEH Grant Action Plan v(SEND) | NEH_AR_000085 |
| 17 | 04/03/2025 | Terminated Grants<br><br>Attached document is Document No. 18 below | NEH_AR_000086 |

| 18 | 04/03/2025 | Spreadsheet Confirmation of Term Grants as of Apr. 2 | NEH_AR_000087 |
| 19 | 04/07/2025 | Re: Grants Tracker // Term Docs | NEH_AR_000088-90 |
| 20 | 4/2/2025 | Notice of Grant Termination – Effective April 2, 2025[2] | NEH_AR_000091 |
| 21 | 4/2/2025 | Notice of Grant Termination_CHC304553-25[2] | NEH_AR_000092 |
| 22 | 4/3/2025 | Notice of Grant Termination – Effective April 3, 2025[2] | NEH_AR_000093 |
| 23 | 4/3/2025 | Notice of Grant Termination_FZ-300475-24[2] | NEH_AR_000094 |
| 24 | 03/28/2025 | Pdf version of list attached to Fox's March 28, 2025, 11:57 a.m. email included within Document Nos. 8 and 9 | NEH_AR_000095 |
| 25 | 03/28/2025 | Excel version of list attached to Fox's March 28, 2025, 11:57 a.m. email included within Document Nos. 8 and 9 | NEH_AR_0000134 |
| 26 | 04/07/2025 | FW: Grants Tracker // Term Docs | NEH_AR_0000135 |
| 27 | 04/07/2025 | Attachment to Document No. 26 | NEH_AR_0000136 |

---

[2] These documents are sample termination emails and letters.