# NEH_AR_0000134.xlsx

Native File of NEH_AR_000095.pdf

NEH_AR_0000134