

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 17, 2025

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM) and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

Dear Judge McMahon:

      This Office represents the Government in the above-referenced cases. We write concerning the Government's opposition to the Authors Guild Plaintiffs' motion to compel, which the Government filed last night. *See* ECF Nos. 162-63.

      The Government's memorandum of law, ECF No. 162, contains a table of contents, but not a table of cases, as required by the Court's Individual Practices and Procedures and Local Civil Rule 7.1. The Government prepared a table of cases in advance of the filing deadline set by the Court, ECF No. 160, but I experienced a technical issue shortly before filing, which caused me to lose access to the version of the table that had been revised to reflect the correct page numbers and certain other edits. To ensure that the Government complied with the Court's deadline, ECF No. 160, I filed the memorandum without the table of cases.

      Accordingly, we respectfully request leave to file the proposed amended memorandum of law, attached as Exhibit A, which includes a table of cases, or, in the alternative, to submit a standalone table of cases on the docket and link it to the motion to compel filings. Aside from including the table of cases, the attached proposed filing is identical to the memorandum filed last night. We apologize for any inconvenience.


The Honorable Colleen McMahon
Page 2

      We thank the Court for its consideration of this submission.

                                       Respectfully submitted,

                                       JAY CLAYTON
                                       United States Attorney for the
                                       Southern District of New York

                           By:  s/ Mary Ellen Brennan
                                     MARY ELLEN BRENNAN
                                     RACHAEL DOUD
                                     Assistant United States Attorneys
                                     86 Chambers St., 3rd Floor
                                     New York, New York 10007
                                     (212) 637-2699
                                     (212) 637-2652

cc:     All counsel of record (via ECF)