

Jacobson Lawyers Group PLLC
5100 Wisconsin Ave NW, Suite 301
Washington, DC 20016
(301) 823-1148

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

December 17, 2025

Re: *American Council of Learned Societies v. Michael McDonald*, No. 25-cv-3657 (CM)

Dear Judge McMahon:

The ACLS Plaintiffs respectfully submit this letter to update the Court on the government's position on discovery, based on an email that government counsel sent ACLS Plaintiffs last night. Government counsel stated definitively that Defendants "are not currently planning to search records of U.S. DOGE Service." Ex. A.

The parties are thus at an impasse over whether discovery from the U.S. DOGE Service is appropriate, and the issue is ripe for decision. For the reasons stated in ACLS Plaintiffs' letter of December 9, there is no legal basis for a named Defendant like the U.S. DOGE Service to not take part in Rule 26 discovery, where ACLS Plaintiffs have no APA claims in the case.

ACLS Plaintiffs will otherwise await the Court's direction of whether a reply is needed to Defendants' recent submissions to the Court.

Respectfully submitted,

*/s/Daniel F. Jacobson*
Daniel F. Jacobson
Lynn D. Eisenberg
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington DC, 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for ACLS Plaintiffs*