# EXHIBIT A

 **Outlook**

---

**RE: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests**

---

**From** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>

**Date** Tue 12/16/2025 10:48 PM

**To** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Amanda Vaughn <amanda@fairmarklaw.com>; Nina Cahill <nina@jacobsonlawyersgroup.com>; Kyla Snow <kyla@jacobsonlawyersgroup.com>

**Cc** John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>

---

Dan,

We are not currently planning to search records of U.S. DOGE Service. We do not think such a search would be reasonable or proportionate, particularly at this point, given that Nate Cavanaugh and Justin Fox were not employed by U.S. DOGE Service and, to our knowledge, were the only DOGE affiliated individuals who worked with NEH on the grant terminations.

We do not yet know whether it will be feasible to do earlier rolling productions, given the tight turnaround as it is.

Finally, we are looking into whether Nate Cavanaugh and Justin Fox had GSA-issued phones that would be likely to contain additional relevant materials and could be searched and are looking into the messaging apps question. Their personal devices are not within the Government's custody or control.

Rachael

---

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Tuesday, December 16, 2025 11:14 AM
**To:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Amanda Vaughn <amanda@fairmarklaw.com>; Nina Cahill <nina@jacobsonlawyersgroup.com>; Kyla Snow <kyla@jacobsonlawyersgroup.com>
**Cc:** John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** Re: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Mary Ellen, given that Defendants will be responding to the Authors Guild motion today, we'd ask that you also respond to the questions I sent last Thursday today.

Best,
Dan

**From:** "Brennan, Mary Ellen (USANYS) 1" <MaryEllen.Brennan@usdoj.gov>
**Date:** Friday, December 12, 2025 at 3:35 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>, "Doud, Rachael (USANYS)"

<Rachael.Doud@usdoj.gov>, Amanda Vaughn <amanda@fairmarklaw.com>, Nina Cahill <nina@jacobsonlawyersgroup.com>, Kyla Snow <kyla@jacobsonlawyersgroup.com>
**Cc:** John Robinson <john@jacobsonlawyersgroup.com>, Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>, Jamie Crooks <jamie@fairmarklaw.com>, Michael Lieberman <michael@fairmarklaw.com>, Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** RE: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

All,

I've attached the privilege log and declaration referenced below.  Dan, we will get back to you regarding the below questions next week.

Mary Ellen

---

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Thursday, December 11, 2025 9:36 PM
**To:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Amanda Vaughn <amanda@fairmarklaw.com>; Nina Cahill <nina@jacobsonlawyersgroup.com>; Kyla Snow <kyla@jacobsonlawyersgroup.com>
**Cc:** John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** Re: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Mary Ellen,

We will have more questions and reactions to this, but we have a few initial questions:

1. Is it correct to infer from this email that Defendants' position is they will not search for records of the U.S. DOGE Service?
2. For the NEH productions, do you mean that you'll only produce one complete batch at the end of January, without rolling productions, or are you willing to do rolling productions ending in late January?
3. For Fox and Cavanaugh, can you explain the basis for only searching emails and hard drives, and not their work phones and any messaging apps they used from their work devices? Will you also ask Fox and Cavanaugh to turn over any relevant text messages and messages from apps they have on their personal phones?

Please let us know by 5pm tomorrow.

Best,
Dan

---

**From:** "Brennan, Mary Ellen (USANYS) 1" <MaryEllen.Brennan@usdoj.gov>
**Date:** Thursday, December 11, 2025 at 8:56 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>, "Doud, Rachael (USANYS)" <Rachael.Doud@usdoj.gov>, Amanda Vaughn <amanda@fairmarklaw.com>, Nina Cahill <nina@jacobsonlawyersgroup.com>, Kyla Snow <kyla@jacobsonlawyersgroup.com>
**Cc:** John Robinson <john@jacobsonlawyersgroup.com>, Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>, Jamie Crooks <jamie@fairmarklaw.com>, Michael Lieberman <michael@fairmarklaw.com>, Yinka Onayemi <yinka@fairmarklaw.com>