| | |
|---|---|
| **From:** | Brennan, Mary Ellen (USANYS) 1 |
| **To:** | Dan Jacobson; Doud, Rachael (USANYS); Amanda Vaughn; Nina Cahill; Kyla Snow |
| **Cc:** | John Robinson; Lynn Eisenberg; Jamie Crooks; Michael Lieberman; Yinka Onayemi |
| **Subject:** | RE: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs" Discovery Requests |
| **Date:** | Thursday, December 11, 2025 8:55:59 PM |

All,

We are responding about issues discussed at Monday's meet and confer. First, as reflected in our discovery responses, we will undertake a search at NEH to identify responsive, non-privileged documents related to the decisions to terminate NEH grants that are not already included in the record. We've included below proposed search parameters. Assuming you agree to these parameters, we are hopeful that we would be able to provide you with a complete production from NEH by the end of January.

Second, per our discussion at the meet and confer, and without waiving any objections, we also will agree to perform a search at GSA of Justin Fox's and Nate Cavanaugh's email accounts and hard drives (in addition to searching their NEH email accounts as part of the NEH search referenced above).

Third, we reiterate our objections to each party's first request for production, but, as discussed on Monday, are willing to provide a privilege log concerning the redacted text in NEH_AR_000021-23. As we mentioned earlier this week, we are working on getting the log to you as soon as possible, but are coordinating with Michael McDonald to provide a declaration to accompany the log. That is taking longer than anticipated because McDonald is currently out of the country, but we hope to provide it tomorrow. I note that we are not providing the log as part of the administrative record, as deliberative materials are not part of an administrative record and, thus, do not need to be logged. *See Comprehensive Cmty. Dev. Corp. v. Sebelius*, 890 F. Supp. 2d 305, 308-09 (S.D.N.Y. 2012) (articulating standard governing scope of the administrative record); *id.* at 312 (recognizing that "deliberative materials antecedent to the agency's decision fall outside the administrative record"). We have, however, agreed to provide the privilege log as part of our discovery responses.

Finally, we are working on providing revised responses to certain of your requests. We will provide those revised responses next week.

Mary Ellen

*****

**Proposed Search Parameters for NEH Search**

<u>Custodians</u>:
- All individuals listed in response to each party's Interrogatory No. 2
- Shelly Lowe

<u>Search terms</u>:

grant* AND terminat* AND (Fox OR Cavanaugh OR DOGE)
grant* AND terminat* AND (criteria OR basis OR bases OR rationale)
grant* AND terminat* AND ("Diversity, Equity, and Inclusion" OR "Diversity, Equity and Inclusion" OR DEI OR "gender ideology" OR "environmental justice")
grant* AND terminat* AND Executive Order*
(Interpretation OR meaning OR application) AND Executive Order* AND (14151 OR 14168 OR 14190 OR 14222)
Grant* AND terminat* AND (spreadsheet OR keyword* OR program)

<u>Date range</u>:  January 20, 2025, through April 30, 2025

---

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Wednesday, December 10, 2025 3:26 PM
**To:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Amanda Vaughn <amanda@fairmarklaw.com>; Nina Cahill <nina@jacobsonlawyersgroup.com>; Kyla Snow <kyla@jacobsonlawyersgroup.com>
**Cc:** John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** Re: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Adding Kyla and Nina to this thread.

---

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Wednesday, December 10, 2025 3:15 PM
**To:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Amanda Vaughn <amanda@fairmarklaw.com>
**Cc:** John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg

<lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** Re: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Rachael,

As promised on the meet and confer, below are revisions/clarifications for some of the RFAs on which you had objection on vagueness or similar grounds. We'd ask that you provide responses to these revised versions as part of your broader responses you plan on sending back"

- RFA 4: Admit that Justin Fox affirmatively decided to include ACLS Plaintiffs' grants among those that would be terminated.

- RFA 5: Admit that Nate Cavanaugh affirmatively decided to include ACLS Plaintiffs' grants among those that would be terminated.

- RFA 6: Admit that Justin Fox, Nate Cavanaugh, or other DOGE personnel affirmatively decided to include ACLS Plaintiffs' grants among those that would be terminated.

- RFA 7: Admit that Michael McDonald did not affirmatively decide to include ACLS Plaintiffs' grants among those that would be terminated.

- RFA 33: Admit that it was the decision of Justin Fox, Nate Cavanaugh, or other DOGE personnel to use the list of all outstanding NEH grants issued during the Biden administration as the starting point for determining which grants to terminate.

- RFA 34: Admit that it was not the decision of Michael McDonald or any other NEH personnel to use the list of all outstanding grants issued during the Biden administration as the starting point for determining which grants to terminate

Best,
Dan

---

**From:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>
**Sent:** Tuesday, December 9, 2025 1:35 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Brennan, Mary Ellen (USANYS) 1

<MaryEllen.Brennan@usdoj.gov>; Amanda Vaughn <amanda@fairmarklaw.com>
**Cc:** John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** RE: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Dan,

We are evaluating this and the other issues we discussed yesterday but will not be able to provide a response by 2pm today.  We will get back to you on this and other issues by Thursday.

Rachael

---

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Monday, December 8, 2025 4:36 PM
**To:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Amanda Vaughn <amanda@fairmarklaw.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** Re: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Mary Ellen and Rachael,

Following up on the issue of whether Defendants will conduct searches of the originally named, non-NEH Defendants (including the US DOGE Service and Fox and Cavanaugh), for records responsive to our discovery requests, please let us know by 2pm tomorrow (Dec. 9) whether Defendants will do so. We'd further ask that Defendants commit that they will produce responsive records from those custodians and answer ROGs directed to them unless Defendants have an objection to a particular RFP or ROG, or reason not to produce a particular document, beyond their position that discovery is not appropriate from these Defendants and review should be limited to an administrative record.

As discussed at the meet-and-confer earlier today, we believe that the Court resolved the issue of discovery from these Defendants months ago, but as a courtesy following the meet and confer, we

are willing to wait another day for your answer on the straightforward question of whether you'll search and produce records of, and respond to interrogatories directed at, the named Defendants.

Best,

Dan

---

**From:** "Brennan, Mary Ellen (USANYS) 1" <MaryEllen.Brennan@usdoj.gov>
**Date:** Wednesday, December 3, 2025 at 4:47 PM
**To:** Amanda Vaughn <amanda@fairmarklaw.com>
**Cc:** Dan Jacobson <dan@jacobsonlawyersgroup.com>, "Doud, Rachael (USANYS)" <Rachael.Doud@usdoj.gov>, John Robinson <john@jacobsonlawyersgroup.com>, Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>, Jamie Crooks <jamie@fairmarklaw.com>, Michael Lieberman <michael@fairmarklaw.com>, Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** RE: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Hi Amanda,

As I said, we are prepared to discuss both of those issues at the meet and confer and consider any arguments plaintiffs raise about them.

Thanks,

Mary Ellen

---

**From:** Amanda Vaughn <amanda@fairmarklaw.com>
**Sent:** Wednesday, December 3, 2025 4:30 PM
**To:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>
**Cc:** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael Lieberman

<michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** Re: [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Thanks, Mary Ellen. We're not asking to engage on these two issues over email. We're asking whether you disagree with our understanding that we are already at an impasse on them. Our position has not changed. If Defendants have in fact reconsidered their position with respect to agencies outside of NEH and RFP #1, please let us know your new position so that we can be prepared to confer on Monday. If we don't hear from you by COB tomorrow, we'll assume our understanding is correct.

Amanda

> On Dec 3, 2025, at 3:23 PM, Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov> wrote:
>
> Thanks for your responses. I'll send out a Teams invite for that time.
>
> Amanda – we do not think it will be productive to engage on specific issues via email in advance of the meet and confer, but we are open to entertaining whatever arguments Plaintiffs have on the points you raise below at Monday's meeting.
>
> ---
>
> **From:** Amanda Vaughn <amanda@fairmarklaw.com>
> **Sent:** Wednesday, December 3, 2025 2:53 PM
> **To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
> **Cc:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>
> **Subject:** [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests
>
> 12-1pm on Monday works for The Authors Guild Plaintiffs as well.

Mary Ellen and Rachael - There are two things The Authors Guild Plaintiffs would like to confirm before the meet-and-confer. First, we understand the Defendants to be objecting to providing, or even searching for, any information that might be held by any agency or part of the Executive Branch other than NEH. This, despite Judge McMahon's clear guidance at the September 25, 2025, conference that these materials are within the proper scope of the administrative record in this case and despite Judge McMahon's rulings that discovery in this case is broader than the administrative record in any event due to Plaintiffs' constitutional claims. Based on this understanding, we assume a meet and confer on the production of material and information from any agency or part of the Executive Branch other than NEH would not be productive and that the parties are at impasse. Please confirm whether our understanding is correct.

Second, we understand that Defendants are refusing to provide the redacted material requested by RFP No. 1 on the basis of deliberative process privilege. We similarly assume, therefore, that a meet and confer on the production of that information would not be productive and the parties at impasse. Please confirm whether our understanding is correct.

Amanda

On Wed, Dec 3, 2025 at 2:49 PM Dan Jacobson <dan@jacobsonlawyersgroup.com> wrote:

> Apologies, I can only do 12-1 on Monday.
>
> ---
>
> **From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
> **Date:** Wednesday, December 3, 2025 at 2:43 PM
> **To:** "Brennan, Mary Ellen (USANYS) 1" <MaryEllen.Brennan@usdoj.gov>, "Doud, Rachael (USANYS)" <Rachael.Doud@usdoj.gov>, John Robinson <john@jacobsonlawyersgroup.com>, Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>, Jamie Crooks <jamie@fairmarklaw.com>, Amanda Vaughn <amanda@fairmarklaw.com>, Michael Lieberman <michael@fairmarklaw.com>, Yinka Onayemi <yinka@fairmarklaw.com>
> **Subject:** Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests
>
> On Monday, I could do 11-1 if that works for others on our side.

**From:** "Brennan, Mary Ellen (USANYS) 1" <MaryEllen.Brennan@usdoj.gov>
**Date:** Wednesday, December 3, 2025 at 2:37 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>, "Doud, Rachael (USANYS)" <Rachael.Doud@usdoj.gov>, John Robinson <john@jacobsonlawyersgroup.com>, Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>, Jamie Crooks <jamie@fairmarklaw.com>, Amanda Vaughn <amanda@fairmarklaw.com>, Michael Lieberman <michael@fairmarklaw.com>, Yinka Onayemi <yinka@fairmarklaw.com>
**Subject:** RE: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Hi Dan,

Friday does not work for us. Would any of the following windows work for you all?

Monday before 2pm

Tuesday before 11am

Tuesday after 3pm

Thanks,

Mary Ellen

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Wednesday, December 3, 2025 12:43 PM
**To:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; John Robinson <john@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Jamie Crooks <jamie@fairmarklaw.com>;

Amanda Vaughn <amanda@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Yinka Onayemi <yinka@fairmarklaw.com>
**Cc:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>
**Subject:** [EXTERNAL] Re: ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

Rachael,

Are you available on Friday to meet and confer regarding these responses, in an effort to avoid or minimalize the discovery for which we'll need to file motions to compel?

Best,

Dan

---

**From:** "Doud, Rachael (USANYS)" <Rachael.Doud@usdoj.gov>
**Date:** Tuesday, December 2, 2025 at 9:47 PM
**To:** John Robinson <john@jacobsonlawyersgroup.com>, Dan Jacobson <dan@jacobsonlawyersgroup.com>, Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>, Jamie Crooks <jamie@fairmarklaw.com>, Amanda Vaughn <amanda@fairmarklaw.com>, Michael Lieberman <michael@fairmarklaw.com>, Yinka Onayemi <yinka@fairmarklaw.com>
**Cc:** "Brennan, Mary Ellen (USANYS) 1" <MaryEllen.Brennan@usdoj.gov>
**Subject:** ACLS v. McDonald, No. 25-cv-03657, and Authors Guild v. McDonald, 25-cv-3923 -- Responses and Objections to Plaintiffs' Discovery Requests

All,

Please find attached the defendants' responses and objections to plaintiffs' discovery requests. I am also attaching a declaration provided by the defendants in the Thakur case as a supplement to the administrative record in that case; the declaration is referenced in our responses. Finally, in response to Amanda's November 13 letter, we are supplementing the administrative record with a few documents, which are

attached.

NEH_AR_000095 and NEH_AR_0000134 were attached to Justin Fox's March 28, 2025, email at 11:57 am.  NEH_AR_0000136 is the attachment to the email at NEH_AR_0000135.

Rachael

**Rachael L. Doud**

Assistant United States Attorney

U.S. Attorney's Office

Southern District of New York

86 Chambers Street, 3rd Floor

New York, NY 10007

(212) 637-2699

--

This message and any attached documents contain information from the law firm of Fairmark Partners, LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

This message and any attached documents contain information from the law firm of Fairmark Partners, LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

This message and any attached documents contain information from the law firm of Fairmark Partners, LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.