| | |
|---|---|
| **From:** | Yinka Onayemi |
| **To:** | Dan Jacobson |
| **Cc:** | Doud, Rachael (USANYS); Brennan, Mary Ellen (USANYS) 1; Amanda Vaughn; Nina Cahill; Kyla Snow; John Robinson; Lynn Eisenberg; Jamie Crooks; Michael Lieberman |
| **Subject:** | [EXTERNAL] Re: Discovery follow up |
| **Date:** | Tuesday, December 23, 2025 10:52:47 AM |
| **Attachments:** | 2025.12.23 - Authors Guild Proposed Search Terms.pdf |

Rachael and Mary Ellen,

Authors Guild Plaintiffs join in and agree with the clarifications and questions posed in the ACLS Plaintiffs' email regarding the Government's discovery obligations. We are also providing additional search terms specific to the Authors Guild Plaintiffs, which are attached. Please let us know if you have any questions.

Best,
Yinka

On Mon, Dec 22, 2025 at 11:09 PM Dan Jacobson <dan@jacobsonlawyersgroup.com> wrote:

> Rachael and Mary Ellen,
>
>
> We look forward to receiving your discovery responses in light of the court's order. As you are working on sending those responses, and consistent with the court's directions in its order, we're following up on a number of discovery issues.
>
>
> **Search terms**
>
> The search terms you've proposed do not capture the full range of documents relevant to our claims and requested in our RFPs. We ask for the following modified search terms and custodian lists to be applied. For each of these requests, we agree with the date range of January 20, 2025 through April 30, 2025:
>
>
> 1. NEH Custodians
>
>
> - *Custodians*
>   - All individuals listed in response to each party's Interrogatory No. 2, except for Fox and Cavanaugh, who are addressed separately below
>   - Shelly Lowe

  *Search terms*
  - Fox OR Cavanaugh OR DOGE OR USDS
  - (grant* OR award*) AND (terminat* OR cancel* OR review*)
  - (grant* OR award*) AND ("Diversity, Equity, and Inclusion" OR "Diversity, Equity and Inclusion" OR DEI OR "gender ideology" OR "environmental justice" OR Biden)
  - (Interpretation OR meaning OR application) AND Executive Order* AND (14151 OR 14168 OR 14190 OR 14222)

2. GSA Custodians

- *Custodians*
  - Justin Fox
  - Nate Cavanaugh
  - Any other custodians identified as having potentially relevant information after a good faith inquiry.

- *Search terms*

  - (grant* OR award*) AND (terminat* OR cancel* OR review*) AND (NEH OR humanities)
  - And each of the other search strings above

3. U.S. DOGE Service Custodians

- *Custodians*
  - All of U.S. DOGE Service.

- *Search terms*
  - NEH or humanities

4. OMB and the White House Office (WHO) Custodians

- *Custodians*
  - For OMB, the senior political official responsible for oversight of NEH on a day-to-day basis, i.e. the Program Associate Director of equivalent position
  - Anyone else the government identifies after a good faith inquiry into individuals who have potentially relevant information.
- *Search terms*
  - (NEH OR humanities) AND (grant* OR award*) AND (terminat* OR cancel* OR review*)

-

**Please tell us by Friday, December 26 whether you agree to use these search terms**

-

**Searches of Fox and Cavanaugh's phones**

Previously, we asked you to explain the basis for not searching the work and personal phones, including any messaging apps. You said that you are looking into whether Nate Cavanaugh and Justin Fox had GSA-issued phones that would be likely to contain additional relevant materials and could be searched.

Please confirm (1) whether Fox or Cavanaugh have relevant, responsive information on government-issued phones, and (2) whether Fox or Cavanaugh have any government records on their personal phones. For #2, please confirm that you have inquired with Fox and Cavanaugh whether they used their personal phones, including but not limited to messaging apps on their phones, for official purposes.

Please also confirm that, in light of the Court's order, you are searching all government-issued phones and any desktop or phone messaging applications of all of the custodians.

**Please provide an update on these issues by Monday, December 29**

-

**RFP 1 and DPP**

We are still waiting on your response to the emails from the Authors Guild and us regarding your improper deliberative process privilege assertion to redact a portion of the email at issue in RFP 1.

**Please provide your response by Monday, December 29, or by any earlier date that the Authors Guild has requested or does request**

-

**Specific discovery requests discussed in our December 8 meet and confer**

There are several items still pending after our meet and confer to discuss specific discovery responses and objections, which we expect the government's updated discovery responses to address. The Court's order resolves some of the disputes discussed in our meet and confer, in Plaintiffs' favor, as noted below. Below are some the specific issues discussed on during the

parties' meet and confer, including certain narrowing proposals, updated as appropriate in light of the Court's order. However, we ask that Defendants re-evaluate all of their existing responses in light of the court's order, to ensure the responses are consistent with the court's directies.

*Interrogatories*

1. Rog 1: We clarified that there seems to be a typo in our request, and that it should read: "Identify by name, title, and office, every individual outside of NEH who participated in the decision to deploy Defendants Fox and Cavanaugh to NEH **and** in the development and execution of Defendant Fox's and Defendant Cavanaugh's work to NEH." The court has now overruled Defendants' objections to producing information on persons outside of NEH and Fox and Cavanaugh. Given that you no longer have a valid objection, we look forward to your response to this interrogatory.

2. Rog 2: The court has now overruled Defendants' objections to producing information on persons outside of NEH and Fox and Cavanaugh. Given that you no longer have a valid objection, we look forward to your response to this interrogatory.

3. Rog 3: To narrow this request, the parties agreed that (a) the request does not ask for a search of all government employees' records but instead only of NEH, U.S. DOGE Service, the White House, and GSA, (b) the request seeks only the meeting date and time and list of participants. ACLS Plaintiffs now clarify that this request includes OMB as part of the White House. The revised request is therefor:

   Identify each and every meeting, phone call, conference call, and videoconference held during the Relevant Time Period relating to the Mass Termination, by identifying the date on which it was held and the participants. For the avoidance of doubt, this Interrogatory includes meetings, phone calls, conference calls, and videoconferences in which any individuals from NEH, U.S. DOGE Service, OMB, the White House Office, and/or GSA participated.

4. Rog 5: You represented that the government would get back to us about whether it could respond to this interrogatory. The court's order on the parties' motions to compel confirms the relevance of the information sought in this interrogatory and that plaintiffs are entitled to the information regardless of what is contained in the already produced version of the administrative record. Given that you no longer have a valid objection, we look forward to your response to this interrogatory.

5. Rog 9: We clarified that this request does not seek the names of DOJ attorneys who helped prepare the declaration.

**Please provide us your overdue responses to these ROGs by Tuesday, December 30.**

*RFPs*

1. RFP 1: Again, we await your response providing the basis for your DPP objection.

2. RFPs 2 & 6: If the government agrees to the search parameters provided above, that would resolve the dispute over the government's response to this request.

3. RFP 10: You have represented that you do not believe there is a standard org chart that would respond to this request, but you have not confirmed. Please confirm and produce an org chart if there is one. If there is not one, please produce other documents that are "sufficient to show the organizational structure of DOGE, including the individuals who have worked for DOGE and their titles." This can include phone directories, email listservs, or other documents that identify names and/or titles of DOGE employees.

4. RFP 11: We clarified that we are not seeking documents from DOJ attorneys but instead NEH internal emails about the preparation of the declarations.

*RFAs*

We included modified RFA language for specific RFAs in an email following the meet and confer, but we are including them here as well for completeness. Please provide responses to the following modified RFAs:

- RFA 4: Admit that Justin Fox affirmatively decided to include ACLS Plaintiffs' grants among those that would be terminated.

- RFA 5: Admit that Nate Cavanaugh affirmatively decided to include ACLS Plaintiffs' grants among those that would be terminated.

- RFA 6: Admit that Justin Fox, Nate Cavanaugh, or other DOGE personnel affirmatively decided to include ACLS Plaintiffs' grants among those that would be terminated.

- RFA 7: Admit that Michael McDonald did not affirmatively decide to include ACLS Plaintiffs' grants among those that would be terminated.

- RFA 33: Admit that it was the decision of Justin Fox, Nate Cavanaugh, or other DOGE personnel to use the list of all outstanding NEH grants issued during the Biden administration as the starting point for determining which grants to terminate.

- RFA 34: Admit that it was not the decision of Michael McDonald or any other NEH personnel to use the list of all outstanding grants issued during the Biden administration as the starting point for determining which grants to terminate.

**Please provide us your overdue responses to these RFAs by Tuesday, December 30.**

Depositions:

Please let us know if you will be the attorneys we should coordinate with on the location and other details of the Fox and Cavanaugh depositions, or if there is anyone else we should work with.

For the McDonald and Wolfson depositions, please let us know if you have a preference on location.

We reserve the right to seek additional depositions based on information produced in discovery, and also reserve the right to seek a Rule 30(b)(6) deposition from the U.S. DOGE Service.

Best,

Dan

--
Yinka Onayemi
Associate Attorney
Licensed to practice law in New York; not licensed in DC

## Fairmark Partners, LLP

400 7th Street NW | Suite 304
Washington, D.C. 20004 | *www.fairmarklaw.com*

This message and any attached documents contain information from the law firm of Fairmark Partners, LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

This message and any attached documents contain information from the law firm of Fairmark Partners, LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

CONFIDENTIAL

### Authors Guild Proposed Search Terms

**Search Terms for <u>NEH Custodians</u>** (*i.e.*, ROG Response #2 plus Shelly Lowe)**:**

1. (grant* OR award* OR fellow* OR program* OR stipend* OR fund*) AND (terminat* OR cancel* OR end* OR discontinu* OR nullif* OR pause* OR suspend* OR rescind* OR revoc* OR revok* OR withdraw* OR reallocat* OR reassess* OR reconsider* OR modif* OR reevaluat* OR review* OR "executive order*" OR order* OR criteri* OR basis OR bases OR rationale* OR spreadsheet* OR worksheet* OR keyword* OR table* OR list* OR algorithm* OR automat* OR Biden OR diversity OR "DEI" OR (gender /5 ideolog*) OR (environment* /5 justice))

2. ("Executive Order*" OR Order*) AND ("14151" OR "14217" OR "14168" OR "14190" OR "14222")

3. "Justin Fox" OR (Justin /5 Fox) OR "Nate Cavanaugh" OR "Nathan Cavanaugh" OR (Nate /5 Cavanaugh) OR (Nathan /5 Cavanaugh) OR "Amy Gleason" OR (Amy /5 Gleason) OR "Elon Musk" OR "Elon" OR "Musk" OR "Vivek Ramaswamy" OR (Vivek /5 Ramaswamy)

4. (Government /5 Efficiency) OR "USDS" OR "DOGE"

<u>Date Range</u>: January 20, 2025, through April 30, 2025

**Search Terms for <u>Justin Fox</u> and <u>Nate Cavanaugh</u>:**

- NEH Custodian Search Terms #1-2, see above

- "Michael McDonald" OR "Mike McDonald" OR (Michael /5 McDonald) OR (Mike /5 McDonald) OR "Shelly Lowe" OR (Shelly /5 Lowe) OR "Adam Wolfson" OR (Adam /5 Wolfson)

- ("Endowment" /5 "Humanities") OR ("NEH") OR *neh.gov

<u>Date Range</u>: November 6, 2024, through April 30, 2025

**Search Terms for Other <u>non-NEH Custodians</u>, to be identified by the Government**

- NEH Custodian Search Terms #1-2, see above

- "Justin Fox" OR (Justin /5 Fox) OR "Nate Cavanaugh" OR "Nathan Cavanaugh" OR (Nate /5 Cavanaugh) OR (Nathan /5 Cavanaugh) OR "Michael McDonald" OR "Mike McDonald" OR (Michael /5 McDonald) OR (Mike /5 McDonald) OR "Shelly Lowe" OR (Shelly /5 Lowe) OR "Adam Wolfson" OR (Adam /5 Wolfson)

- ("Endowment" /5 "Humanities") OR ("NEH") OR *neh.gov

<u>Date Range</u>: November 6, 2024, through April 30, 2025