

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 14, 2025

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM) and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

Dear Judge McMahon:

    This Office represents the government in the above-referenced cases. We write in response to the Court's order dated January 12, 2026, ECF No. 183, to notify the Court that the Government filed its opposition to Plaintiffs' motion to compel on January 12, 2026, ECF No. 182.

    We thank the Court for its consideration of this submission.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney for the
                              Southern District of New York

                      By:  *s/ Mary Ellen Brennan*
                              MARY ELLEN BRENNAN
                              RACHAEL DOUD
                              Assistant United States Attorneys
                              86 Chambers St., 3rd Floor
                              New York, New York  10007
                              (212) 637-2699
                              (212) 637-2652

cc:    All counsel of record (via ECF)