UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE AUTHORS GUILD, et al.,

      Plaintiffs,

  -against-                                      25 Civ. 3923 (CM)

NATIONAL ENDOWMMENT FOR THE
HUMANITIES, et al.,

      Defendants.

-----------------------------------------------------------x

AMERICAN COUNCIL OF LEARNED
SOCIETIES, et al.,

      Plaintiffs,

  -against-                                      25 Civ. 3657 (CM)

MICHAEL MCDONALD, in his official capacity
as Acting Chairman of the National Endowment
for the Humanities, et al.,

      Defendants.

-----------------------------------------------------------x

**NOTICE TO COUNSEL**

McMahon, J.:

Counsel,

      I have just received the plaintiffs' emergency application asking that I review 400 documents against what I presume is a privilege log in the next 24 hours, and issue an immediate ruling on whether the Government has correctly invoked the privilege with respect to those documents.

      I am not in the district this week, so I'm afraid I can't do that. And I assume the government would wish to be heard in connection with this application.

The 400 documents and the privilege log should be in my office by Friday morning at 10 AM, so my law clerks can get started on this project.

The Government has until Friday afternoon at 5 PM to respond to the newly filed motion. I doubt that I need a reply; I need to review the documents.

The depositions should go forward as scheduled starting Friday. But until I have an opportunity to review the withheld documents and rule on the plaintiff' objection, no deposition that is begun may be deemed closed just because the day ends or the plaintiffs run out of questions. The Government should have produced the thousands of documents, and withheld the 400 documents, weeks ago; it should not have taken an order of the court to get them produced on the eve of depositions. So while no deposition may be postponed on the ground that there is a discovery dispute to resolve, all depositions will be deemed suspended when the first day's questioning is done until I have an opportunity to rule on the plaintiffs' motion. The Government may need to produce the witnesses for further questioning on short notice.

Dated: January 21, 2026

_____
U.S.D.J.

BY ECF TO ALL COUNSEL