UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN COUNCIL OF LEARNED
SOCIETIES, et al.,

           Plaintiffs,

v.

MICHAEL MCDONALD, in his official
capacity as Acting Chairman of the National
Endowment for the Humanities, et al.,
           Defendants.

25 Civ. 3657 (CM)

Consolidated with No. 25 Civ. 3923 (CM)

## DEFENDANTS' MEMORANDUM IN SUPPORT OF
## MOTION FOR CLARIFICATION OF THE COURT'S ORDER (ECF NO. 189)

JAY CLAYTON
United States Attorney for the
Southern District of New York
By:    MARY ELLEN BRENNAN
        RACHAEL L. DOUD
        JONAKI M. SINGH
        Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2652/2699/2785
maryellen.brennan@usdoj.gov
rachael.doud@usdoj.gov
jonaki.singh@usdoj.gov

The Government respectfully requests clarification of the Court's Order dated January 21, 2026. (ECF No. 189). In particular, Plaintiffs have challenged the privilege assertions as to only 96 documents, not all 400 documents listed on the Government's privilege log. Accordingly, the Government seeks to clarify whether it should submit only the challenged subset of documents to the Court for review rather than all of the documents on the privilege log.

## BACKGROUND

On January 16, 2026, the Government produced over 3,000 documents to the ACLS Plaintiffs and the Authors Guild Plaintiffs. On January 20, 2026, the parties met and conferred regarding Plaintiffs' objections to certain of the Government's privilege assertions. Following the meet and confer, the Government agreed to re-review the challenged privilege assertions and provide additional information to support those assertions. Before the Government had an opportunity to do so, Plaintiffs filed a Motion to Compel Production of Material Withheld Under Improper Privilege Claims (ECF No. 188). Plaintiffs also provided the Court with a copy of the Government's privilege log and highlighted the specific documents for which they are challenging the privilege assertions. (ECF No. 188, Exhibit 1).

The Court subsequently issued an Order directing the Government to provide all of the approximately 400 documents listed on the privilege log for *in camera* review. (ECF 189 at 2). Plaintiffs subsequently filed a Supplement to their motion to compel withdrawing their challenge to 13 documents that the Government agreed to produce. (ECF No 190 at 2). Along with this Supplement, Plaintiffs submitted a revised Exhibit 1 highlighting the 96 documents that remain at issue (ECF 190 at Exhibit 1).

## REQUEST FOR CLARIFICATION

Given that Plaintiffs' motion raises privilege challenges to only the subset of documents

2

identified in revised Exhibit 1, in the interests of efficiency and judicial economy, the Government respectfully requests permission to submit that subset of documents to the Court for review rather than all 400 documents listed on the Government's privilege log.

The Government thanks the Court for its consideration of this submission.

Dated: January 22, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Jonaki M. Singh*
MARY ELLEN BRENNAN
RACHAEL L. DOUD
JONAKI M. SINGH
Assistant United States Attorneys
86 Chambers St., 3rd Floor
New York, New York 10007
(212) 637-2699
(212) 637-2652
(212) 637-2785

*Attorneys for Defendants*