UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN COUNCIL OF LEARNED
SOCIETIES, *et al.*,

                    Plaintiffs,

     v.

MICHAEL MCDONALD, in his official
capacity as Acting Chairman of the National
Endowment for the Humanities, *et al.*,

                    Defendants.

25 Civ. 3657 (CM)

Consolidated with No. 25 Civ. 3923 (CM)

## DECLARATION OF AMY GLEASON

Pursuant to 28 U.S.C. § 1746, I, Amy Gleason, declare under penalty of perjury that the following is true and correct:

1.      I am the Acting Administrator of the United States DOGE Service (USDS). I have served in this capacity since February 18, 2025. In this capacity, I am responsible for overseeing operations of United States DOGE Service (USDS) and the United States DOGE Service Temporary Organization.

2.      I have prepared this declaration in connection with a motion to compel filed by the plaintiffs in *The Authors Guild, et al. v. McDonald, et al.*, 25 Civ. 3923 (CM) and joined by the plaintiffs in *American Counsel of Learned Societies, et al., v. McDonald et al.*, 25 Civ. 3657 (CM).

3.      I make the statements in this Declaration based on my personal knowledge, a review of pertinent documents at issue in the motion to compel, and on information acquired by me in the course of performing my official duties.

**Structure of USDS and DOGE**

4.    USDS is an office within the Executive Office of the President.  It focuses on promoting efficiency and technological modernization throughout the federal government.

5.    On January 20, 2025, President Trump issued Executive Order 14158 ("the Executive Order"), "Establishing and Implementing the President's 'Department of Government Efficiency.'"  This Executive Order reorganized the preexisting United States Digital Service and renamed it the United States DOGE Service.  The Executive Order also established a temporary organization within USDS known as "the U.S. DOGE Service Temporary Organization."

6.    The Executive Order established the role of USDS Administrator, sitting within the Executive Office of the President and reporting to the White House Chief of Staff.  As USDS Acting Administrator, I also lead the U.S. DOGE Service Temporary Organization, which is an organization dedicated to advancing the President's DOGE agenda.

7.    The Executive Order directed that each federal agency, in consultation with USDS, establish a DOGE team within their respective agencies.  The Executive Order directed DOGE teams to coordinate their work with USDS and advise the heads of their target agencies on implementing the President's DOGE agenda.

**DOGE's Work at the National Endowment for the Humanities**

8.    I understand, based on records that I have reviewed, that Justin Fox and Nate Cavanaugh worked as GSA employees in connection with the DOGE initiative.

9.      I understand that during the events at issue in this litigation, Fox and Cavanaugh worked with NEH's leadership to implement the DOGE agenda. As DOGE-affiliated employees, Fox and Cavanaugh would have regularly raised legal questions regarding their work at agencies, including NEH, with lawyers at USDS.

### DOGE Employee Communications with USDS Lawyers

10.      Between March and April 2025, Fox and Cavanaugh communicated with lawyers at USDS—primarily Justin Aimonetti—regarding legal issues raised by their work at NEH, including their work on grant terminations and reductions in force. In these communications, Fox and Cavanaugh sought advice on the legal framework and process for terminating NEH grants, draft communications to grantees and the public regarding the terminations, and other issues that arose while implementing the DOGE agenda at NEH.

11.      These confidential communications contain requests from Fox and Cavanaugh for legal advice regarding several DOGE agenda items at NEH and legal advice provided to Fox and Cavanaugh by USDS lawyers. The communications were made for the purpose of seeking and receiving legal advice from USDS lawyers regarding Fox's and Cavanaugh's work in implementing the DOGE agenda. These communications were confidential at the time they were made and, to the best of my knowledge, have not been shared with third parties.

I declare under the penalty of perjury that the above statements are true and correct.

Executed at Washington, D.C.

this January 23, 2026.

Amy Gleason
Acting Administrator
U.S. DOGE Service