**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

AMERICAN COUNCIL OF LEARNED SOCIETIES,
    633 Third Avenue, 8th Floor New York, NY 10017,

AMERICAN HISTORICAL ASSOCIATION,
    400 A Street SE Washington, DC 20003,

MODERN LANGUAGE ASSOCIATION,
    85 Broad Street, New York, NY 10004,

          *Plaintiffs,*

          v.

MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities,
    400 7th St SW, Washington, DC 20506,

NATIONAL ENDOWMENT FOR THE HUMANITIES,
    400 7th St SW, Washington, DC 20506,

UNITED STATES DOGE SERVICE,
    736 Jackson Pl NW Washington, DC 20503,

AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service,
    736 Jackson Pl NW Washington, DC 20503,

NATE CAVANAUGH, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration,
    1800 F St NW Washington, DC 20006,

JUSTIN FOX, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration,
    1800 F St NW Washington, DC 20006,

          *Defendants*.

No. 25 Civ. 3657 (CM)

| | |
|---|---|
| THE AUTHORS GUILD, WILLIAM GOLDSTEIN, ELIZABETH KADETSKY, VALERIE ORLANDO, KATALIN BALOG, BENJAMIN HOLTZMAN, LEE JASPERSE, and NICOLE JENKINS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES;<br><br>MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities;<br><br>UNITED STATES DOGE SERVICE;<br><br>AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service;<br><br>NATE CAVANAUGH, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration; and,<br><br>JUSTIN FOX, in his official capacity as an employee of the U.S. DOGE Service or the General Services Administration,<br><br>*Defendants.* | No. 25 Civ. 3923 (CM) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Reconsideration, dated February 10, 2026, Defendants the National Endowment for the Humanities ("NEH"), Pranita Raghavan, in her official capacity as Acting Chairman of NEH, United States DOGE Service, Amy Gleason, in her official capacity as Acting Administrator of the U.S. DOGE Service, Nate Cavanaugh, in his official capacity as an employee of the General Services Administration, and Justin Fox, in his official capacity as an employee of the General Services Administration, through their attorney, Jay Clayton, United States Attorney for the

2

Southern District of New York, hereby move for this Court to reconsider one component of its February 5, 2026, Opinion and Order on Plaintiffs' motion to compel regarding the Government's privilege assertions, Dkt. No. 203.

Dated: New York, New York
       February 10, 2026

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for
    the Southern District of New York
    Attorney for Defendants

By: /s/ Mary Ellen Brennan
    MARY ELLEN BRENNAN
    RACHAEL DOUD
    JONAKI SINGH
    Assistant United States Attorneys
    86 Chambers Street, 3rd floor
    New York, New York 10007
    Telephone: (212) 637-2652
                 (212) 637-2699
                 (212) 637-2785
    MaryEllen.Brennan@usdoj.gov
    Rachael.Doud@usdoj.gov
    Jonaki.Singh@usdoj.gov