U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 13, 2026

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM), and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

Dear Judge McMahon:

  We write in response to the Court's order, issued this afternoon, which directs the Government to produce by Monday, February 16, the 4,702 documents returned by an additional search requested by Plaintiff. As the Government explained in its February 11, 2026 letter (ECF No. 211), these documents have not yet been reviewed for responsiveness and privilege. Accordingly, we anticipate needing additional time to complete our production and respectfully request permission to make rolling productions starting Monday, February 16, and complete production by Friday, February 20.

  Within the past two hours, we have added several attorneys and paralegals to the team who have some availability this weekend to assist with the review but the undersigned attorneys who have knowledge of the case will need to be heavily involved in the review and production process and one of the attorneys is out of the country through February 18. Accordingly, it is not possible to complete our review and production of nearly 5,000 documents by Monday. Given that Plaintiffs' summary judgment brief is not due until March 6, 2026, we respectfully submit that completing production of the responsive, non-privilege documents on a rolling basis by Friday, February 20, instead of Monday, February 16, will not be prejudicial to their ability to prepare their motion.

  We thank the Court for its consideration of this submission.

            Respectfully submitted,

            JAY CLAYTON
            United States Attorney for the
            Southern District of New York

          By: s/ *Mary Ellen Brennan*

The Honorable Colleen McMahon
Page 2

                                          MARY ELLEN BRENNAN
                                          RACHAEL DOUD
                                          JONAKI SINGH
                                          Assistant United States Attorneys
                                          86 Chambers St., 3rd Floor
                                          New York, New York 10007
                                          (212) 637-2699

cc:      All counsel of record (via ECF)