IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, et al., <br><br> *Plaintiffs*, <br> v. <br><br> MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment of the Humanities, et al., <br><br> *Defendants*. | Case No. 1:25-cv-03657 |

## NOTICE OF MOTION FOR SPOLIATION SANCTIONS

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and supporting declaration and exhibits, the undersigned, on behalf of Plaintiffs American Council of Learned Societies, American Historical Association, and Modern Language Association, hereby move this Court for spoliation sanctions against Defendants.

Dated: February 13, 2026

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson
Lynn D. Eisenberg*
John Robinson
Kyla M. Snow*
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

* Admitted *pro hac vice*

*Counsel for Plaintiffs*