IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment of the Humanities, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-03657 |

**PROPOSED ORDER GRANTING MOTION FOR SPOLIATION SANCTIONS**

The Court, having reviewed the parties' filings, hereby **ORDERS** that Plaintiffs' motion for spoliation sanctions is **GRANTED**. It is further

**ORDERED** that the Court will consider the evidence of Defendants' spoliation in evaluating the parties' forthcoming cross-motions for summary judgment and, if necessary, at trial; it is further

**ORDERED** that the Court will draw an adverse inference that Defendants made admissions in their Signal messages that would have corroborated Plaintiffs' core allegations in this case, including with Respect to Plaintiffs' First Amendment, Equal Protection, and *ultra vires* claims; it is further

**ORDERED** that Defendants shall pay Plaintiffs' attorneys' fees and costs in connection with pursuing their spoliation motion.

Dated: _____          _____
                                         Colleen McMahon
                                         United States District Judge