IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, et al.,<br><br>   *Plaintiffs*,<br>   v.<br><br>MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment of the Humanities, et al.,<br><br>   *Defendants*. | Case No. 1:25-cv-03657 |

## DECLARATION OF DANIEL F. JACOBSON

I, Daniel F. Jacobson, declare as follows:

1. I am an attorney at Jacobson Lawyers Group, PLLC and am counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' motion for spoliation sanctions.

2. Exhibit 1 is a true and correct copy of excerpts of the deposition of Nate Cavanaugh.

3. Exhibit 2 is a true and correct copy of excerpts of the deposition of Justin Fox.

4. Exhibit 3 is a true and correct copy of excerpts of the deposition of Adam Wolfson.

5. Exhibit 4 is a true and correct copy of excerpts of the deposition of Michael McDonald.

6. Exhibit 5 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US 9582.

      7.      Exhibit 6 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US 62916.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2026                                   Respectfully submitted,

                                                                                       */s/ Daniel F. Jacobson*
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*