

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 17, 2026

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM), and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

Dear Judge McMahon:

  Pursuant to the Court's February 13, 2026, Order (ECF No. 219), we attach complete and unredacted versions of US-000061504 (Exhibit A), US-000063328 (Exhibit B), and US-000062916 (Exhibit C).

           Respectfully submitted,

           JAY CLAYTON
           United States Attorney for the
           Southern District of New York

         By: s/ *Mary Ellen Brennan*
           MARY ELLEN BRENNAN
           RACHAEL DOUD
           JONAKI SINGH
           Assistant United States Attorneys
           86 Chambers St., 3rd Floor
           New York, New York 10007
           (212) 637-2699

cc: All counsel of record (via ECF)