| Component | Org Code | Name | Position Title | PP | Ser | Gr | Step | Date EOD Curr Agcy | Separation Date |
|---|---|---|---|---|---|---|---|---|---|
| USDS | A | ALLISON, JUSTIN E | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 04 | 2/9/2025 | 6/4/2025 |
| USDS | A | AMMONS, SAMANTHA M | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 05 | 2/9/2025 | Current Employee |
| USDS | A | AUSER, JR, JEFFREY M | DIGITAL SERVICES EXPERT (ACQUISITION STRATEGIST) | GS | 0301 | 15 | 04 | 2/9/2025 | 3/7/2025 |
| USDS | A | BEAN, RICHARD PAUL | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 04 | 2/9/2025 | 2/14/2025 |
| USDS | A | BENTLEY, ZACHARY BARR | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 1/12/2026 |
| USDS | A | BEYNON, ALEXANDRA T | SENIOR ADVISOR (ENGINEER) | AD | 0301 | 00 | 00 | 2/6/2025 | 6/13/2025 |
| USDS | A | BOY, DAVID A | DIGITAL SERVICES EXPERT (ENGINEERING) | GS | 0301 | 15 | 05 | 2/9/2025 | Current Employee |
| USDS | A | BRETHAUER, NICHOLAS P | CONSULTANT | EF | 0301 | 00 | 00 | 3/24/2025 | Current Employee |
| USDS | A1 | BRYANT, EMILY L | SENIOR ADVISOR FOR TECHNOLOGY AND EFFICIENCY | AD | 0301 | 00 | 00 | 2/24/2025 | Current Employee |
| USDS | A | BURSTEIN, MICHAEL D | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 4/18/2025 |
| USDS | A | BUTLER, SEAN D | SUPERVISORY DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 06 | 2/9/2025 | 9/30/2025 |
| USDS | A | CARELOCK, NICHOLE P | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 10 | 2/9/2025 | 2/14/2025 |
| USDS | A | CARNOCK, JANE T | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 9/30/2025 |
| USDS | A | CARVALHO, SHIMONA A | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 9/30/2025 |
| USDS | A | CASIMIR, MARIAH L | DIGITAL SERVICES EXPERT (TALENT MGMT/SENIOR RECRUITER) | GS | 0301 | 14 | 01 | 2/9/2025 | 9/30/2025 |
| USDS | A | CATANIA, JEFFREY M | DIGITAL SERVICES EXPERT (ENGINEERING) | GS | 0301 | 15 | 10 | 2/9/2025 | 7/11/2025 |
| USDS | A | CLARK, LOUISE A | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 9/30/2025 |
| USDS | A | COTTO NEGRON, CORAL | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 09 | 2/9/2025 | 9/30/2025 |
| USDS | A | COUTTS, OWEN | DIGITAL SERVICES EXPERT (ENGINEERING) | GS | 0301 | 15 | 10 | 2/9/2025 | 4/25/2025 |
| USDS | A | CUMMINGS, CHRISTOPHER D | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 9/30/2025 |
| USDS | A | DAHLEY, ANDREW M | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 10 | 2/9/2025 | 9/30/2025 |
| USDS | A | DAWSON, SOPHIA CHOUDHRY | DIGITAL SERVICES EXPERT (TALENT MGMT/SENIOR RECRUITER) | GS | 0301 | 15 | 03 | 2/9/2025 | 3/14/2025 |
| USDS | A | DELPHINE, BENJAMIN GUHIN | SUPERVISORY DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | DESAI, PURVI H. | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 05 | 2/9/2025 | 3/7/2025 |
| USDS | A | DIGGINS, CLE A | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 06 | 2/9/2025 | 4/7/2025 |
| USDS | A | DUBINSKIY, SVETLANA A | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 2/14/2025 |
| USDS | A | ELUTHESEN, NAVIN NMN | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 2/25/2025 |
| USDS | A | EVANS, ERICA U | SUPERVISORY DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 04 | 2/9/2025 | Current Employee |
| USDS | A | FARRELL, LUKE M | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 03 | 2/9/2025 | 2/25/2025 |
| USDS | A | FOX, JOSHUA A | ATTORNEY-ADVISOR (GENERAL) | AD | 0905 | 00 | 00 | 2/6/2025 | 9/13/2025 |
| USDS | A | FUENTES CRUZ SR, CARLOS A | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 03 | 2/9/2025 | 9/30/2025 |
| USDS | A | GLEASON, AMY | DEPUTY ADMINISTRATOR | AD | 0301 | 00 | 00 | 2/9/2025 | Current Employee |
| USDS | A | GREENSTEIN, JENNIFER L | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 9/30/2025 |
| USDS | A | GRIFFIN, WILLIAM N | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 08 | 2/9/2025 | Current Employee |
| USDS | A | GUPTA, ANSHU | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 05 | 2/9/2025 | 2/21/2025 |
| USDS | A | HAN, RACHEL X | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| USDS | A | HASTINGS, PAMELA A | | GS | 0301 | | | 2/9/2025 | 2/14/2025 |
| USDS | A | HENDERSON, DAISY K | DIGITAL SERVICES EXPERT | G2 | 0301 | 15 | 06 | 2/9/2025 | 2/18/2025 |
| USDS | A | HOLMES, STEPHANIE M | SENIOR ADVISOR FOR TECHNOLOGY AND EFFICIENCY | AD | 0301 | 00 | 00 | 2/6/2025 | Current Employee |
| USDS | A | ISRANI, MAYA T | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 08 | 2/9/2025 | 4/1/2025 |
| USDS | A | JAMAL, NATASHA A | SUPERVISORY DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | JIMENEZ, JUAN G | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 9/30/2025 |
| USDS | A | JOLIVETTE, ANDRE A | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 03 | 2/9/2025 | 4/18/2025 |
| USDS | A | KAM, JENNIFER M | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 07 | 2/9/2025 | 9/30/2025 |
| USDS | A | KAMENS, JONATHAN I | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 2/14/2025 |
| USDS | A | KEENE, JEFFERY L | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 2/28/2025 |
| USDS | A | KELLY, FONDA C | CONSULTANT | EF | 0301 | 00 | 00 | 2/9/2025 | 2/14/2025 |
| USDS | A | KOLLER, KAITLYN A | SENIOR ADVISOR (ADMINISTRATIVE OPERATIONS) | AD | 0301 | 00 | 00 | 4/6/2025 | Current Employee |
| USDS | A | KRAMER, JENNIFER O | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | KROPP, ALYSSA L | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 04 | 2/9/2025 | 3/7/2025 |
| USDS | A | KUCHTA, ALAIN O | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 04 | 2/9/2025 | 4/4/2025 |
| USDS | A | KWASNY, MICHELLE N | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 10 | 2/9/2025 | 2/28/2205 |
| USDS | A | LANTZ, ELIZABETH | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 04 | 2/9/2025 | Current Employee |
| USDS | A | LEIBMAN, STEPHEN G | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 7/5/2025 |
| USDS | A | LEWIS, KALI M | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 03 | 2/9/2025 | 2/14/2025 |
| USDS | A | LEWIS, LOIS J | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 08 | 2/9/2025 | 7/30/2025 |
| USDS | A | LIGH, MING W | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | LINDEMANN, KENDALL M | SENIOR ADVISOR FOR TECHNOLOGY AND EFFICIENCY | AD | 0301 | 00 | 00 | 2/6/2025 | Current Employee |
| USDS | A | LOGAN, CHRISTOPHER J | DIGITAL SERVICES EXPERT (ENGINEERING) | GS | 0301 | 15 | 10 | 2/9/2025 | 3/28/2025 |
| USDS | A | LOVELACE, DAFINA A | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 8/13/2025 |
| USDS | A | LU, AI-CHI NMN | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 10 | 2/9/2025 | 6/4/2025 |
| USDS | A | MANCHIKANTI, SUNIL | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 02 | 2/9/2025 | 2/14/2025 |
| USDS | A | MARQUEZ, MADELINE R | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 03 | 2/9/2025 | 2/14/2025 |
| USDS | A | MASON, STEVEN W | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | MASSONI, STEPHEN M | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 8/2/2025 |
| USDS | A | MATTINGLY, STEPHEN S | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 03 | 2/9/2025 | 3/14/2025 |
| USDS | A | MAZZOCCHI, MAXWELL R | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 03 | 2/9/2025 | 2/28/2025 |
| USDS | A | MCCAUGHEY, DONALD G | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 2/25/2025 |
| USDS | A | MCCAULIFF, JAYSON A | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 10 | 2/9/2025 | 2/14/2025 |
| USDS | A | MCCOOL, DANIELA | DIGITAL SERVICES EXPERT (TALENT MGMT/SENIOR RECRUITER) | GS | 0301 | 15 | 04 | 2/9/2025 | 9/12/2025 |
| USDS | A | MCLAUGHLIN, EDMOND P | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | MCNALLY JR, FRANK H | SUPERVISORY DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | MCNARY-BONTRAGER, AMY L | DIGITAL SERVICES EXPERT (TALENT MGMT/SENIOR RECRUITER) | GS | 0301 | 15 | 04 | 2/9/2025 | Current Employee |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| USDS | A | MEADOWS, LEAH B | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 07 | 2/9/2025 | 4/9/2025 |
| USDS | A | MO, ANDREW Y | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | MORONSKI-CHAPMAN, KAREN M | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 03 | 2/9/2025 | 2/25/2025 |
| USDS | A | MYERS, DAVID B | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 05 | 2/9/2025 | 2/25/2025 |
| USDS | A | MYERS, KRISTEN M | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 07 | 2/9/2025 | 2/25/2025 |
| USDS | A | NEGUGOGOR, SARAH E | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 04 | 2/9/2025 | 2/14/2025 |
| USDS | A | NGUYEN, TUDUYEN A | CONSULTANT | EF | 0301 | 00 | 00 | 2/9/2025 | 2/14/2025 |
| USDS | A | NGUYEN, HIEU T | DIGITAL SERVICES EXPERT (TALENT MGMT/SENIOR RECRUITER) | GS | 0301 | 15 | 10 | 2/9/2025 | 2/14/2025 |
| USDS | A | NITTALA, APARNA NMN | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 05 | 2/9/2025 | 5/21/2025 |
| USDS | A | NUKUNA, NAGELA NMN | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 01 | 2/9/2025 | 2/14/2025 |
| USDS | A | OAKHART, JOSEPH S | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 04 | 2/9/2025 | 4/2/2025 |
| USDS | A | OGASAWARA, GARY H | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 9/30/2025 |
| USDS | A | OTIS, KEITH D | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 4/25/2025 |
| USDS | A | PATTISON, ERIN J | DIGITAL SERVICES EXPERT (ENGINEERING) | GS | 0301 | 15 | 06 | 2/9/2025 | 9/30/2025 |
| USDS | A | PENNINGTON, ZOE W | DIGITAL SERVICES EXPERT (TECHNICAL OPERATIONS) | GS | 0301 | 12 | 01 | 2/9/2025 | 2/14/2025 |
| USDS | A | PEROZO, PATRICIA C | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 7/1/2025 |
| USDS | A | PLEASANTS, CHRISTOPHER J | DIGITAL SERVICES EXPERT (ENGINEERING) | GS | 0301 | 15 | 05 | 2/9/2025 | 9/30/2025 |
| USDS | A | POPELKA, SARAH J | DIGITAL SERVICES EXPERT (ENGINEERING) | GS | 0301 | 15 | 01 | 2/9/2025 | 3/7/2025 |
| USDS | A | PORTER, RICHARD I | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 2/14/2025 |
| USDS | A | POWERS, SAMUEL D | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 03 | 2/9/2025 | 9/30/2025 |
| USDS | A | PRESCOTT, CHRISTOPHER L | DIGITAL SERVICES EXPERT (TECHNICAL OPERATIONS) | GS | 0301 | 13 | 03 | 2/9/2025 | 2/14/2025 |
| USDS | A | PYPER, HANNAH C | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 04 | 2/9/2025 | 4/1/2025 |
| USDS | A | QUIRARTE, ANGELICA B | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 05 | 2/9/2025 | 2/14/2025 |
| USDS | A | REYES-GASKIN, MARIA A | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 07 | 2/9/2025 | 4/18/2025 |
| USDS | A | REYNOLDS, MATTIE E | DIGITAL SERVICES EXPERT (TALENT MGMT/SENIOR RECRUITER) | GS | 0301 | 15 | 06 | 2/9/2025 | 2/28/2025 |
| USDS | A | ROBINSON, WHITNEY R | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 3/7/2025 |
| USDS | A | ROSAMILIA, NICHOLE M | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 03 | 2/9/2025 | 4/4/2025 |
| USDS | A | SABOE, JOSEPH P | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 04 | 2/9/2025 | 2/28/2025 |
| USDS | A | SANTOS, RICO R | DIGITAL SERVICES EXPERT (TECHNICAL OPERATIONS) | GS | 0301 | 13 | 03 | 2/9/2025 | 2/14/2025 |
| USDS | A | SARNLERTSOPHON, KRISTINE | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | SAVAIANO, FAITH M | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 01 | 2/9/2025 | 3/7/2025 |
| USDS | A | SETTE, DAVID J | DIGITAL SERVICES EXPERT (ACQUISITION STRATEGIST) | GS | 0301 | 15 | 02 | 2/9/2025 | Current Employee |
| USDS | A | SHAFER, MICHELLE L | DIGITAL SERVICES EXPERT (TALENT MGMT/SENIOR RECRUITER) | GS | 0301 | 15 | 10 | 2/9/2025 | 2/14/2025 |
| USDS | A | SILVERIO, JUANA D | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 04 | 2/9/2025 | 2/28/2025 |
| USDS | A | SIMAN, ALICIA M | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 2/14/2025 |
| USDS | A | SKIBINSKI, KATHERINE E | SUPERVISORY DIGITAL SERVICE EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 9/30/2025 |
| USDS | A | SLADE, JULIUS S | DIGITAL SERVICES EXPERT (ENGINEERING) | GS | 0301 | 15 | 10 | 2/9/2025 | 3/25/2025 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| USDS | A | SMITH, TATIANA Y | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 06 | 2/9/2025 | 2/14/2025 |
| USDS | A | SMITH, THOMAS M | DIGITAL SERVICES EXPERT (ENGINEERING) | GS | 0301 | 15 | 10 | 2/9/2025 | 2/25/2025 |
| USDS | A | SOHRAKOFF, CORY T | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | STEPHENSON, ALEXANDER D A | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 02 | 2/9/2025 | 6/5/2025 |
| USDS | A | SUTHERLAND, JULIE C | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 10 | 2/9/2025 | 2/14/2025 |
| USDS | A | TANGALOS, JOHN W | DIGITAL SERVICES EXPERT (ACQUISITION STRATEGIST) | GS | 0301 | 15 | 05 | 2/9/2025 | 2/14/2025 |
| USDS | A | TAYLOR JR, WILLIAM K | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 3/7/2025 |
| USDS | A | TOLLE MEES, MARNI W | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 07 | 2/9/2025 | 9/26/2025 |
| USDS | A | TOM, ERIKA C | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 9/30/2025 |
| USDS | A | TUCKEY, ARIANA C | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 03 | 2/9/2025 | Current Employee |
| USDS | A | VINTON, MERICI | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 04 | 2/9/2025 | 3/11/2025 |
| USDS | A | VROSH, DILLON J | DIGITAL SERVICES EXPERT (DESIGN) | GS | 0301 | 15 | 05 | 2/9/2025 | 2/14/2025 |
| USDS | A | WANG, GANG | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 07 | 2/9/2025 | 11/1/2025 |
| USDS | A | WANG, SUZANNE T | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 3/26/2025 |
| USDS | A | WEHMUELLER, KEVIN JAMES | DIGITAL SERVICES EXPERT (ACQUISITION STRATEGIST) | GS | 0301 | 15 | 02 | 2/9/2025 | 2/14/2025 |
| USDS | A | WENNERSTEN, MATTHEW R | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | Current Employee |
| USDS | A | WHITCOMB, ELIZABETH G | EXECUTIVE ASSISTANT | GS | 0301 | 11 | 02 | 2/9/2025 | 3/28/2025 |
| USDS | A | WHITE, YVETTE C | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 07 | 2/9/2025 | 2/25/2025 |
| USDS | A | WHITTY, ALISON MARY | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 04 | 2/9/2025 | 2/14/2025 |
| USDS | A | WICK, JORDAN M | SENIOR ADVISOR (ENGINEER) | AD | 0301 | 00 | 00 | 2/6/2025 | Current Employee |
| USDS | A | WICKETT, WILLIAM G | DIGITAL SERVICES EXPERT (TALENT MGMT/SENIOR RECRUITER) | GS | 0301 | 15 | 05 | 2/9/2025 | 6/20/2025 |
| USDS | A | WILLIAMS, KURT A | DIGITAL SERVICES EXPERT (PROD COMMS & STRATEGIC ENGAGEMENT) | GS | 0301 | 15 | 10 | 2/9/2025 | 3/7/2025 |
| USDS | A | WINCHESTER, CHRISTINE A | DIGITAL SERVICES EXPERT (TALENT MGMT/SENIOR RECRUITER) | GS | 0301 | 15 | 07 | 2/9/2025 | 2/14/2025 |
| USDS | A | WRIGHT, JAZMINE P | DIGITAL SERVICES EXPERT (TECHNICAL OPERATIONS) | GS | 0301 | 13 | 02 | 2/9/2025 | 2/14/2025 |
| USDS | A | YULE, ALEXANDER D | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 4/18/2025 |
| USDS | A | ZAHORIAN, ELIZABETH A | DIGITAL SERVICES EXPERT | GS | 0301 | 15 | 10 | 2/9/2025 | 3/3/2025 |