

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 18, 2026

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:  *American Council of Learned Societies v. National Endowment for the Humanities*, No. 25 Civ. 3657 (CM), and *The Authors Guild v. National Endowment for the Humanities*, No. 25 Civ. 3923 (CM)

Dear Judge McMahon:

    This Office represents the Government in the above-referenced cases. We write respectfully to request an extension of time to respond to Plaintiffs' motion for spoliation sanctions filed on February 13, 2026 (ECF Nos. 220-222) ("the Spoliation Motion"), from February 20, 2026, to February 27, 2026.

    The Government seeks this extension to ensure that it has sufficient time to adequately address the arguments in Plaintiffs' motion. The Court issued an order on Friday, February 13, directing the Government to produce the results of an additional search for documents requested by Plaintiffs—yielding nearly 5,000 documents—by Monday, February 16. ECF No. 216. As a result, we had to devote the long weekend to reviewing the documents for responsiveness and privilege and were not able to work on the Government's response to the Spoliation Motion as planned. Additionally, we each have deadlines over the next several weeks in connection with the numerous other cases assigned to us that will impact our ability to work full-time on this matter over the next few days. Finally, we need adequate time to confer with our client as we prepare our response to the Spoliation Motion.

    The Government respectfully submits that this extension does not require any adjustments to the summary judgment deadlines previously set by the Court.

    The Government has conferred with Plaintiffs concerning this request, and Plaintiffs consent to this extension.

The Honorable Colleen McMahon
Page 2

        We thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney for the
                                        Southern District of New York

By:  s/ *Jonaki Singh*
      MARY ELLEN BRENNAN
      RACHAEL DOUD
      JONAKI SINGH
      Assistant United States Attorneys
      86 Chambers St., 3rd Floor
      New York, New York 10007
      (212) 637-2785

cc:     All counsel of record (via ECF)