

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *American Council of Learned Societies v. Michael McDonald*, No. 25-cv-3657 (CM)
     *The Authors Guild v. Nat'l Endowment for the Humanities*, No. 25-cv-3923 (CM)

Dear Judge McMahon:

       We write jointly on behalf of all parties in these two consolidated cases to request leave for (i) Plaintiffs in both cases to file a single, combined, 45-page memorandum of law in support of their forthcoming motion for summary judgment and (ii) Defendants to file a single, combined 45-page memorandum of law in support of their forthcoming cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.

       The parties have conferred and agree that given the overlapping legal and factual issues in both cases, it would be more efficient for Plaintiffs in both cases to file a single, combined brief, instead of two separate, 25-page briefs. Plaintiffs will endeavor to be as concise as possible in their briefing, but given the extensive factual background and the fact that Plaintiffs will be moving for summary judgment on three separate constitutional claims, Plaintiffs request leave to file a brief of up to 45 pages in support of their motion. In light of Plaintiffs' request, and to ensure that the Government may adequately respond to the issues raised in Plaintiffs' brief, Defendants request leave to file a brief of commensurate length in support of their cross-motion and opposition.

       The parties thank the Court for its consideration.

                                        Respectfully submitted,

                                        */s/Daniel F. Jacobson*
                                         Daniel F. Jacobson
                                         Lynn D. Eisenberg
                                         John Robinson
                                         Kyla M. Snow
                                         JACOBSON LAWYERS GROUP PLLC
                                         5100 Wisconsin Ave. NW, Suite 301

Washington DC, 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for ACLS Plaintiffs*


 /s/ Jamie Crooks
Jamie Crooks
Amanda Vaughn
Michael Lieberman
Yinka Onayemi

**FAIRMARK PARTNERS, LLP**
400 7th Street, NW, Suite 304
Washington, DC 20004
Ph: (617) 642-5569
Email: jamie@fairmarklaw.com
amanda@fairmarklaw.com
michael@fairmarklaw.com
yinka@fairmarklaw.com

*Counsel for Authors Guild Plaintiffs*


JAY CLAYTON
United States Attorney for the
Southern District of New York

*/s/ Mary Ellen Brennan*
MARY ELLEN BRENNAN
RACHAEL L. DOUD
JONAKI M. SINGH
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.:    (212) 637-2699
         (212) 637-2652
         (212) 637-2758

2

3

E-mail: maryellen.brennan@usdoj.gov
rachael.doud@usdoj.gov
jonaki.singh@usdoj.gov

*Counsel for Defendants*