IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>ADAM WOLFSON, in his official capacity as Acting Chairman of the National Endowment for the Humanities, *et al.*,<br><br>   *Defendants*. | Case No. 25-cv-03657 |
| THE AUTHORS GUILD *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, *et al.*,<br><br>   *Defendants*. | Case No. 25-cv-3923 |

**DECLARATION OF YINKA ONAYEMI**

I, YINKA ONAYEMI, declare as follows:

  1.  I am an attorney at Fairmark Partners, LLP and am counsel for the Authors Guild Plaintiffs in the above-captioned case. I am duly licensed to practice law before this Court. I submit this declaration in support of Plaintiffs' motion for summary judgment.

  2.  Exhibit 1 is a true and correct copy of excerpts of the deposition of Justin Fox.

3. Exhibit 2 is a true and correct copy of excerpts of the deposition of Nate Cavanaugh.

4. Exhibit 3 is a true and correct copy of excerpts of the deposition of Michael McDonald.

5. Exhibit 4 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label NEH_AR_000001, Email from Brett Bobley re "NEH EO Award Review Spreadsheet."

6. Exhibit 5 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label NEH_AR_000022, Emails from Justin Fox and Michael McDonald re "RE: NEH Grants Termination."

7. Exhibit 6 is a true and correct copy of a PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label NEH_AR_000006 (the "Research" tab). Counsel will provide a native version of the spreadsheet to the Court via email.

8. Exhibit 7 is a true and correct copy of grants held by ACLS Plaintiffs and their members that were terminated. ACLS counsel developed this list from a document produced to Plaintiffs in discovery with Bates label US-000061492.

9. Exhibit 8 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label NEH_AR_000005, Email from Adam Wolfson re "historical review of grants."

10. Exhibit 9 is a true and correct copy of a PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label US-000016154 (the "NEH Grants (JF)" and "Detection List" tabs). Counsel will provide a native version of the spreadsheet to the Court via email.

11. Exhibit 10 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000016153, Email from Justin Fox to himself re "Crazy grants."

12. Exhibit 11 is a true and correct copy of a PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label US-000062485 (tab "Sheet 3"). Counsel will provide a native version of the spreadsheet to the Court via email.

13. Exhibit 12 is a true and correct copy of a PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label US-000000936. Counsel will provide a native version of the spreadsheet to the Court via email.

14. Exhibit 13 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000041372, Email from Justin Fox re "NEH Grants."

15. Exhibit 14 is a true and correct copy of a PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label US-000061492. Counsel will provide a native version of the spreadsheet to the Court via email.

16. Exhibit 15 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000050717, Email from Justin Fox re "TO REVIEW: Active Grants."

17. Exhibit 16 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label NEH_AR_000010, Email from Justin Fox re "TO REVIEW: Active Grants."

18. Exhibit 17 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label NEH_AR_000013, Email from Michael McDonald re "TO REVIEW: Active Grants."

19. Exhibit 18 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000064982, Email from Brett Bobley re "Sad news about your award."

20. Exhibit 19 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000065114, Email from Christopher Thornton re "Terminated NEH-JUSFC fellowships."

21. Exhibit 20 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000050608, Notice of Grant Termination.

22. Exhibit 21 is a true and correct copy of a PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label NEH_AR_000024. Counsel will provide a native version of the spreadsheet to the Court via email.

23. Exhibit 22 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000057526, Email from Justin Fox re "Terminated Grants."

24. Exhibit 23 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000050461, Email from Michael McDonald re "NEH Grants Termination."

25. Exhibit 24 is a list of grants for which ACLS Plaintiffs assert equal protection violations. ACLS counsel developed this list from a document produced to Plaintiffs in discovery with Bates label US-000061492.

26. Exhibit 25 is a true and correct copy of a PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label NEH_AR_0000136. Counsel will provide a native version of the spreadsheet to the Court via email.

27. Exhibit 26 is a true and correct copy of excerpts of the deposition of Adam Wolfson.

28. Exhibit 27 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label NEH_AR_000003, Email from Nate Cavanaugh re "NEH Biden Grants."

29. Exhibit 28 is a true and correct copy of a PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label NEH_AR_000004. Counsel will provide a native version of the spreadsheet to the Court via email.

30. Exhibit 29 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000064703, Talking Points for 4/9/25 NCH Meeting.

31. Exhibit 30 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000000839, Email from Justin Fox re "NEH Review."

32. Exhibit 31 is a true and correct copy of a PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label US-000061583. Counsel will provide a native version of the spreadsheet to the Court via email.

33. Exhibit 32 is a true and correct copy of a PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label US-000041206. Counsel will provide a native version of the spreadsheet to the Court via email.

34. Exhibit 33 is a true and correct copy of Defendants' Responses to Plaintiffs' Requests for Admission.

35. Exhibit 34 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000062916, text message between Adam Wolfson and Michael McDonald.

36. Exhibit 35 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label AR_000091, Email from "Grant Notification" re "Notice of Grant Termination – Effective April 2, 2025."

37. Exhibit 36 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label US-000009509.

38. Exhibit 37 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label AR_000092, Notice of Grant Termination.

39. Exhibit 38 is a true and correct copy of a document produced to Plaintiffs in discovery with Bates label AR_00094, Notice of Grant Termination.

40. Exhibit 39 is a true and correct PDF of a spreadsheet produced to Plaintiffs in discovery with Bates label AR_000085. Counsel will provide a native version of the spreadsheet to the Court via email.

41. Exhibit 40 is a true and correct copy of the video deposition of Justin Fox, which will be provided to the Court under separate cover.

42. Exhibit 41 is a true and correct copy of the video deposition of Nate Cavanaugh, which will be provided to the Court under separate cover.

43. Exhibit 42 is a true and correct copy of the video deposition of Michael McDonald, which will be provided to the Court under separate cover.

44. Exhibit 43 is a true and correct copy of the video deposition of Adam Wolfson, which will be provided to the Court under separate cover.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2025 in New York, NY.

        */s/ Yinka E. Onayemi*

        Yinka Onayemi
        Attorney at Law

        FAIRMARK PARTNERS, LLP
        400 7th Street, NW, Suite 304
        Washington, DC 20004
        Ph: (619) 507-4182

        *Counsel for Authors Guild Plaintiffs and the Proposed Class*