# Exhibit 1

 Outlook

**RE: ACLS v. McDonald - McDonald Transcript, taken January 30, 2026 - Confidentiality designation**

From  Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>
Date  Sun 2/22/2026 4:57 PM
To    Dan Jacobson <dan@jacobsonlawyersgroup.com>; Emily Eiden <eeiden@naegeliusa.com>
Cc    Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Singh, Jonaki (USANYS) <Jonaki.Singh@usdoj.gov>; yinka@fairmarklaw.com <yinka@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; amanda@fairmarklaw.com <amanda@fairmarklaw.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Kyla Snow <kyla@jacobsonlawyersgroup.com>; nina@jacobsonlawyersgroup.com <nina@jacobsonlawyersgroup.com>; John Robinson <john@jacobsonlawyersgroup.com>

Dan,

We do not see why it is necessary to submit the full deposition video as an exhibit in support of your summary judgment motion instead of just submitting the transcript and citing to the relevant portions. In any event, since you would presumably be delivering the video to Chambers directly rather than filing the video on the public docket, you can simply include a cover letter notifying the Court that the portion of the video containing McDonald's birthdate has been designated confidential and should not be disclosed publicly as per the protective order and FRCP 5.2. And, again, to the extent you want to file the whole deposition transcript on the docket, you can simply redact the birthdate (which you would be required to do anyway as per FRCP 5.2 even if we were to withdraw the confidentiality designation (which we are not)).

Mary Ellen

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Saturday, February 21, 2026 8:11 PM
**To:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Emily Eiden <eeiden@naegeliusa.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Singh, Jonaki (USANYS) <Jonaki.Singh@usdoj.gov>; yinka@fairmarklaw.com; Michael Lieberman <michael@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; amanda@fairmarklaw.com; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Kyla Snow <kyla@jacobsonlawyersgroup.com>; nina@jacobsonlawyersgroup.com; John Robinson <john@jacobsonlawyersgroup.com>
**Subject:** [EXTERNAL] Re: ACLS v. McDonald - McDonald Transcript, taken January 30, 2026 - Confidentiality designation

Mary Ellen,

I agree his birthday has no relevance to the case. The issue is that if we want to submit the video of his deposition to the court as an exhibit, if that part is deemed confidential then we either have to submit the entire video under seal and then move to unseal it, or clip out that piece and submit a slightly cropped version of the video, which is burdensome. So we'd ask that the government just withdraw the designation given that there's no reasonable expectation of privacy in a birthday that is publicly available.

Best,
Dan

**From:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>
**Sent:** Saturday, February 21, 2026 8:03 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Emily Eiden <eeiden@naegeliusa.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Singh, Jonaki (USANYS) <Jonaki.Singh@usdoj.gov>; yinka@fairmarklaw.com <yinka@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; amanda@fairmarklaw.com <amanda@fairmarklaw.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Kyla Snow <kyla@jacobsonlawyersgroup.com>; nina@jacobsonlawyersgroup.com <nina@jacobsonlawyersgroup.com>; John Robinson <john@jacobsonlawyersgroup.com>
**Subject:** RE: ACLS v. McDonald - McDonald Transcript, taken January 30, 2026 - Confidentiality designation

Dan,

We have an obligation to maintain the confidentiality of PII and don't understand what relevance his birthdate has to this litigation such that you want us to withdraw the designation. If you want to submit that page of his deposition as an exhibit in support of your summary judgment motion, it is hardly burdensome to simply redact the birthdate.

We can debate whether you finding his birthdate on his Goodreads page makes that information publicly available in a way that precludes confidential designation under the protective order, but we don't see how that is worth anyone's time given that there is no public interest in his birthdate and simply no need for his birthdate to be disclosed in court documents in this litigation.

Mary Ellen

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Friday, February 20, 2026 9:57 PM
**To:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Emily Eiden <eeiden@naegeliusa.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Singh, Jonaki (USANYS) <Jonaki.Singh@usdoj.gov>; yinka@fairmarklaw.com; Michael Lieberman <michael@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; amanda@fairmarklaw.com; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Kyla Snow <kyla@jacobsonlawyersgroup.com>; nina@jacobsonlawyersgroup.com; Nicolarsen, John (USANYS) <John.Nicolarsen@usdoj.gov>
**Subject:** [EXTERNAL] Re: ACLS v. McDonald - McDonald Transcript, taken January 30, 2026 - Confidentiality designation

Mary Ellen,

McDonald's own Goodreads page lists his birthday:

https://www.goodreads.com/author/show/562324.Michael_P_McDonald

Given that, will you withdraw the designation?

**From:** Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>
**Sent:** Friday, February 20, 2026 4:56 PM
**To:** Emily Eiden <eeiden@naegeliusa.com>
**Cc:** Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>; Singh, Jonaki (USANYS) <Jonaki.Singh@usdoj.gov>; yinka@fairmarklaw.com <yinka@fairmarklaw.com>; Michael Lieberman <michael@fairmarklaw.com>; Jamie Crooks <jamie@fairmarklaw.com>; amanda@fairmarklaw.com <amanda@fairmarklaw.com>; Dan Jacobson <dan@jacobsonlawyersgroup.com>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Kyla Snow <kyla@jacobsonlawyersgroup.com>; nina@jacobsonlawyersgroup.com <nina@jacobsonlawyersgroup.com>;

Nicolarsen, John (USANYS) <John.Nicolarsen@usdoj.gov>
**Subject:** ACLS v. McDonald - McDonald Transcript, taken January 30, 2026 - Confidentiality designation

Good evening,

Please see below for the portion of Michael McDonald's deposition transcript (NDT # 93097) that we are designating as confidential pursuant to the Protective Order in this case:

- Tr. 10:20 (McDonald's birthdate)

Thank you,

Mary Ellen Brennan