# Exhibit 2

 Outlook

**RE: The Authors Guild vs National Endowment for the Humanities - Nate Cavanaugh and Justin Fox Deposition Confidentiality Designations**

From Singh, Jonaki (USANYS) <Jonaki.Singh@usdoj.gov>
Date Fri 2/13/2026 7:19 PM
To  Premier Transcripts <premiertranscripts@lexitaslegal.com>; Brennan, Mary Ellen (USANYS) 1 <MaryEllen.Brennan@usdoj.gov>; Doud, Rachael (USANYS) <Rachael.Doud@usdoj.gov>
Cc  Michael Tzorfas <michael.tzorfas@lexitaslegal.com>; Matthew Leach <mleach@fairmarklaw.com>; yinka@fairmarklaw.com <yinka@fairmarklaw.com>; amanda@fairmarklaw.com <amanda@fairmarklaw.com>; michael@fairmarklaw.com <michael@fairmarklaw.com>; brennan@fairmarklaw.com <brennan@fairmarklaw.com>; jamie@fairmarklaw.com <jamie@fairmarklaw.com>; lynn@jacobsonlawyersgroup.com <lynn@jacobsonlawyersgroup.com>; dan@jacobsonlawyersgroup.com <dan@jacobsonlawyersgroup.com>; kyla@jacobsonlawyersgroup.com <kyla@jacobsonlawyersgroup.com>; nina@jacobsonlawyersgroup.com <nina@jacobsonlawyersgroup.com>; john@jacobsonlawyersgroup.com <john@jacobsonlawyersgroup.com>

Good evening,

Please see below for the portions of Nate Cavanaugh's and Justin Fox's deposition transcripts that we are designating as confidential pursuant to the Protective Order in this case:

**Cavanaugh Deposition (1/23/2026):**
Transcript designations:
- Personal information:
  - Tr. 7:21-8:9
- US-61429
  - Tr. 188:20-191:3

Exhibit Designations:
- Plaintiffs' Exhibit 2 - Bates Number US-000061501
- Plaintiffs' Exhibit 23 – Bates Number US-000061429 - Column R should be designated as confidential

**Fox Deposition (1/28/2026):**
Transcript Designations:
- Personal information:
  - Tr. 8:16-9:15

Exhibit Designations:
- Exhibit 2 - Bates Number US-000061501

Thank you.

Best,
Jonaki

Jonaki Singh
Assistant United States Attorney
Southern District of New York
Tel.: (212) 637-2785