# Exhibit 4

Outlook

Re: ACLS v. NEH, No. 25 Civ. 3657 (CM) - Proposed Protective Order

From Dan Jacobson <dan@jacobsonlawyersgroup.com>
Date Fri 3/13/2026 2:33 PM
To ▮▮▮▮▮▮▮(USANYS) <▮▮▮▮▮▮@usdoj.gov>; ▮▮▮▮▮▮▮▮(USANYS) 1 <▮▮▮▮▮▮▮@usdoj.gov>; Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; John Robinson <john@jacobsonlawyersgroup.com>; Kyla Snow <kyla@jacobsonlawyersgroup.com>

▮▮▮▮▮▮▮▮▮▮

We intend to file an emergency motion for reconsideration of the Interim Order just entered. The Interim Order rests on the court's assertion that "The Government has effectively alleged that dissemination of the deposition videos violates the protective order presently in place," and that "The Court has not yet been informed whether the procedures set out in Paragraph 8 were invoked with respect to the deposition testimony or recordings at issue here."

Our motion will explain that the government did not invoke Paragraph 8 over these materials, and that the government is not alleging that our clients violated the protective order presently in place. In the meantime, because the government's filings fail to disclose these material facts, we ask that out of candor to the Court the government clarify these facts as well.


Best,
Dan