# Exhibit 5

 **Outlook**

**RE: [EXTERNAL] Re: NEH Discovery Materials**



Dan,

As you appear to acknowledge in your emergency motion, we did not claim to the Court that you violated the protective order currently in place. We intend to write to the Court to clarify that.

That said, please note that your releasing of these videos has now not only subjected witnesses to harassment; it has subjected one of the Government attorneys to harassment. As such, we ask that you comply with the Court order immediately, remove the videos for at least the next four days, and withdraw your emergency motion for reconsideration. The Court can then rule on this with all pertinent information.

