# Exhibit 6

                                            1

1            UNITED STATES DISTRICT COURT

2         FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4   AMERICAN COUNCIL OF

5   LEARNED SOCIETIES, et al.,

6          Plaintiffs,        CASE NO. 1:25-cv-03657

7   v.                        CONSOLIDATED WITH

8   MICHAEL MCDONALD,         NO. 1:25-cv-03923

9   in his official capacity

10  as Acting Chairman of the

11  National Endowment of the

12  Humanities, et al.,

13         Defendants.

14  _____

15                          VIDEOTAPED DEPOSITION OF

16                                      ADAM WOLFSON

17

18                                         TAKEN ON

19                          THURSDAY, JANUARY 29, 2026

20                                        9:45 A.M.

21

22            NATIONAL ENDOWMENT FOR THE HUMANITIES

16  BY MR. ROBINSON:

17      Q.   And why is that?

18      A.   Because this obviously -- this -- right --

19  you know, your -- people's grants are being

20  terminated, and they're going -- they're going to be

21  upset for, I think, reasons we alluded to earlier.

22  And it's within their right to pursue legal -- legal

23  measures.

24      Q.   Were you surprised when you heard that the

25  judge had found that the plaintiffs were likely to

268

1  succeed in their First Amendment challenge to the

2  terminations?

3           MS. SINGH:  Objection.

4           THE DEPONENT:  Again, I don't -- I -- I

5  can't claim to have read or studied the opinion or

6  to, you know, understand these larger questions

7  about the -- how this -- how this relates to the

8  First Amendment.  Yeah.

9  BY MR. ROBINSON:

10      Q.   In September of last -- you can set that

11  aside.  I think we're done with that document.

12      A.   Oh.

13      Q.   Thank you.  In September of this year --

14  or last year, excuse me -- NEH announced the largest
15  grant in its history to the Tikvah Center.  Does
16  that sound familiar?
17      A.  Mm-hmm.
18      Q.  Do you recall the amount of the grant?
19      A.  I think it was about $10 million.
20      Q.  Were you involved at all in that decision
21  to award that grant to the Center?
22      A.  Was I -- was I involved?  Michael -- it
23  was -- it was -- as I recall, it was after -- it was
24  after the -- the murder here in Washington, D.C., at
25  the Jewish Museum, if I'm not mistaken, of -- of two

269

1  people attending.  And they had been murdered --
2  right -- in cold blood, as -- as we know.
3          As I recall, Michael had seen a -- some
4  kind of podcast produced by Tikvah interviewing
5  various people about what had happened, and he was
6  incredibly impressed by it and wanted to support
7  them in any way possible to fight anti-Semitism and
8  do something about what we were seeing.  And he
9  asked me to reach out to Eric Cohen, who is the head
10 of the Tikvah Foundation, and invite him to submit a
11 grant request for a project that would focus on

12   countering anti-Semitism.

13        Q.   Thank you for that.  So I think the
14   question was: Were you involved?  So it sounds like
15   you were involved.  Mr. McDonald reached out to you
16   after he saw this podcast; is that correct?
17        A.   Yes.
18        Q.   And you said you reached out to Mr. Cohen?
19        A.   Eric Cohen.
20        Q.   How did you know Mr. Cohen?
21        A.   I -- I know Eric way back because he -- he
22   worked for a year when I was at The Public Interest
23   magazine.  This goes back to the -- it was in the
24   1990s, long before I came to NEH.  He was, I think,
25   at The Public Interest for maybe a year-and-a-half

                                                      270

1   as the Managing -- or Assistant Editor.
2        Q.   And you reached out to Mr. Cohen.  What
3   did you say?
4        A.   As -- as I recall, I -- I sent him an
5   email.  I -- I should say we're not -- we're not in
6   regular contact or anything like that.  And -- I --
7   I believe I said I want to -- hope I could talk with
8   him on the phone.  And we talked on the phone, and I
9   explained to him what Michael was interested in.

10      Q.   Okay.  Is that the normal process that a

11  -- a grant applicant would go through to seek

12  funding from NEH?

13           MS. SINGH:  Objection.

14           THE DEPONENT:  Well, this was at the

15  invitation of the -- of the Chair.  We -- we -- the

16  agency, in my time here, does make sole-source

17  awards, as we call them.  We still send them out for

18  peer review, so they're sent out to peer reviewers

19  for -- for review.  And then, of course, they --

20  they go to the National Council.  And so it wasn't

21  unprecedented, if that's what you're asking.

22  BY MR. ROBINSON:

23      Q.   Was this -- this grant sent to peer review

24  after it was selected?

25      A.   Yes, it was.

                                                    271

1       Q.   How many times in your 20 years has NEH

2   done a sole-source grant like that, would you say?

3            MS. SINGH:  Objection.

4            THE DEPONENT:  I -- I'd have to look up

5   the numbers.  I -- I -- they're not -- they're not

6   that uncommon.  I would say, you know -- I just, you

7   know -- in just my time here, last 20 years, I'd say