# EXHIBIT 7

| | |
|---|---|
| **From:** | Wolfson, Adam |
| **To:** | nate.cavanaugh@gsa.gov; justin.fox@gsa.gov |
| **Cc:** | McDonald, Michael |
| **Subject:** | historical review of grants |
| **Date:** | Thursday, March 13, 2025 3:16:00 PM |
| **Attachments:** | image001.png |

Hi Nate, hi Justin,

Great meeting you yesterday and catching up today.  As discussed, I've copied below the link for the award spreadsheet created by Brett that the program directors used for their historical review of NEH's grants since January 2021.

It's broken down by program office, each one having its own tab.  The directors reviewed the grants made through their office and entered comments for the three relevant categories (i.e., DEI/DEIA; gender ideology; and environmental justice) and rated them based on level of involvement with any of the categories (high, medium, low, N/A).

There's also a tab for agency-wide grants (which applies mainly to ARP awards and Chair's awards).  A few of the directors still need to review awards made through their office for this tab and enter their comments.

Mike and I will appreciate having your thoughts and suggestions.  We've set aside a block of time Monday morning to finalize the list for OMB.

Thanks.

Adam

NEH-Awards-2025 Data Call.xlsx

NEH_AR_000005