# EXHIBIT 10

**From:** "Fox, Justin" <jfox@neh.gov>
**To:** "McDonald, Michael" <mmcdonald@neh.gov>, "Wolfson, Adam" <awolfson@neh.gov>
**Cc:** "Nate Cavanaugh - Q2" <nate.cavanaugh@gsa.gov>, "justin.fox@gsa.gov" <justin.fox@gsa.gov>
**Subject:** NEH Review
**Date:** Mon, 17 Mar 2025 01:40:44 -0000
**Importance:** Normal
**Attachments:** NEH_Grants.pdf; NEH_Grants.xlsx; NEH_Employees.pdf; NEH_Contracts.pdf

---

Michael, Adam,

Hope you both had a good weekend. See attached for our review of NEH grants, census and contracts. It will be easier to connect over the phone when convenient and discuss what we've pulled together. Let me know when works for you tomorrow. Below summarizes the attachments along with the key areas for your input:

- Grants
  - We reviewed all active grants for DEI involvement and marked them accordingly. Page 1 is a summarized view of the grant details on page 2-89. Grants are shown on page 2-89 in descending order of $ amount by division. Page 2-89 shows details for active grants which were flagged as having DEI involvement only, it does not show details for active grants without DEI involvement or grants which are expired / ended. Please review the active grants flagged for DEI involvement and mark your decision in the column titled "MM / AW" in the excel
- Employees
  - We used the % reduction in grants related to DEI to inform the reduction in headcount by Office / Division. Page 1 summarizes the detailed changes to the census on page 2-5
  - Page 2-5: The rows highlighted in red represent our proposed reductions, but this is entirely dependent on your input. Our assessment was primarily based on (i) whether the employee is remote or not and (ii) whether the function / division was redundant with another and (iii) level of DEI involvement in grants outstanding. Please share your input according to your working experience with these individuals and indicate which employees are critical in your view. We can work together as needed on how you would proposed a simplified org structure, but will rely on your direction with regards to decisions on individuals.
  - Our proposal assumes the 43% of active awards to Federal/State partnerships are reduced back to the statutory minimum of 20%. We can help you achieve this efficiently.
- Contracts
  - Flagged active contracts to review for descoping or termination. Please review with a trusted member of management familiar with these contracts and the criticality of their functions

Thanks,
Justin
*M: (771) 210-9025*

US-000000839

US-000000840