# EXHIBIT 13

**From:** Justin Fox - A <justin.fox@gsa.gov>
**To:** "McDonald, Michael" <mmcdonald@neh.gov>, "Wolfson, Adam" <awolfson@neh.gov>, Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>, "Fox, Justin" <jfox@neh.gov>
**Subject:** NEH Grants
**Date:** Wed, 19 Mar 2025 18:05:50 -0400
**Attachments:** NEH_Recommended_Grants.pdf; NEH_Active_Grants_Marked_as_NA.pdf; NEH_Grants_Recommended_and_NA.xlsx

_____

Mike / Adam - See attached updated spreadsheets and their descriptions below:

- **NEH Recommended Grants**
  - Shows all grants flagged as N/A for DEI by NEH personnel which we flagged for DEI involvement
- **NEH Active Grants Marked as NA**
  - Shows all active grants (i.e. not expired) which were flagged as N/A for DEI by NEH personnel, but we flagged for DEI involvement

Flagging that ALL grants in the attached were flagged as N/A by employees and we flagged for DEI involvement upon review. So to clarify, you have not reviewed any of these grants. Once we receive your input, we can help consolidate to 1 list of grants using the excel from Brett and make appropriate next steps.

Let us know how the meeting tomorrow goes with the Board. Feel free to call with questions.

Thanks,
Justin


_____

Justin Fox
General Services Administration
_justin.fox@gsa.gov_
_M: (771) 210-9025_

US-000041372