# EXHIBIT 18

**From:** "McDonald, Michael" <mmcdonald@neh.gov>
**To:** Justin Fox - A <justin.fox@gsa.gov>, "Wolfson, Adam" <awolfson@neh.gov>
**CC:** Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>
**Subject:** RE: TO REVIEW: Active Grants
**Date:** Mon, 31 Mar 2025 20:28:56 +0000
**Attachments:** Copy_of_NEH_Active_Grants_(03.28.2025).xlsx

---

Hi Justin, hi Nate,

To recap:  You have the first spreadsheet from Brett (that Adam and I reviewed and sent to OMB) listing all the applications implicated by the EOs (minus the N/As).  We were getting ready to cancel them today but understand that you will do so.

Attached is the second list (the N/As) that you prepared and that we reviewed today.  As you instructed, we have only excluded the ones that seem not to conflict with the Administration's priorities – such as the Papers of George Washington.  We understand that you will cancel this list of projects as well.

We're working on the RIF plans.  If I understood correctly you said could come by on Wednesday at which time we can give them to you and discuss as needed.

Thanks.

Mike

---

**From:** Justin Fox - A <justin.fox@gsa.gov>
**Sent:** Friday, March 28, 2025 11:57 AM
**To:** McDonald, Michael <mmcdonald@neh.gov>; Wolfson, Adam <awolfson@neh.gov>
**Cc:** Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>
**Subject:** TO REVIEW: Active Grants

Mike / Adam - Thanks for the productive time today. See attached active grants for your review for DEI or wasteful spend (~440 grants). Flagging these are the ones NEH staff marked as N/A for DEI. It may be easier to review these in the excel format so you can mark Yes or No in the active excel.

Let us know on these, I'll circle back on the total proposed cut based on the list Brett gave me. For your benefit, I've also attached the proposed RIF plan.

Separately, could you put us in touch with someone who could help us gain admin access to Microsoft? Appreciate your help.

Best,
Justin

---

Justin Fox
General Services Administration
*justin.fox@gsa.gov*
*M: (771) 210-9025*

US-000054016