# EXHIBIT 25

**From:** "McDonald, Michael" <mmcdonald@neh.gov>
**To:** "Justin Fox - A" <justin.fox@gsa.gov>
**Subject:** RE: NEH Grants Termination
**Date:** Tue, 01 Apr 2025 21:04:32 -0000
**Importance:** Normal
**Attachments:** Copy_of_WORKING_VERSION_NEH_Keep_Cancel_Grants_(04.01.2025).xlsx

---

Hi Justin,

We've completed our review.  Our initialed version is attached.

Mike

---

**From:** Justin Fox - A <justin.fox@gsa.gov>
**Sent:** Tuesday, April 1, 2025 4:17 PM
**To:** McDonald, Michael <mmcdonald@neh.gov>; Wolfson, Adam <awolfson@neh.gov>
**Cc:** Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>
**Subject:** RE: NEH Grants Termination

Mike – Updated attached. Call me once you receive.

---

**From:** Justin Fox - A <justin.fox@gsa.gov>
**Sent:** Tuesday, April 1, 2025 3:50 PM
**To:** 'McDonald, Michael' <mmcdonald@neh.gov>; 'Wolfson, Adam' <awolfson@neh.gov>
**Cc:** Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>
**Subject:** NEH Grants Termination

Mike – As discussed, we've collected the grants you flagged to keep and a few of those pertaining to America 250th or within priorities of the administration.

We need your final approval on grants to keep which are related to America 250, otherwise they will be terminated. I'll call you in about an hour to check on progress, call me with questions given the time sensitivity.

Thanks,
Justin

---

**From:** McDonald, Michael <mmcdonald@neh.gov>
**Sent:** Tuesday, April 1, 2025 10:07 AM
**To:** Justin Fox - A <justin.fox@gsa.gov>
**Subject:** The N/A spreadsheet

Hi Justin,

Our IT guy solved the problem this morning.  Unfortunately, we didn't save the copy from yesterday.  Instead, we had to review the document again this morning.  I've attached a copy of the spreadsheet that contains our annotations.  And even though I'm getting it to you late, I'm glad we had the opportunity to go over it again if only to clarify our thoughts about the process.

US-000061427

As you know, after our staff reviewed all the awards made over the past four years and rated them "high, medium, or low" in terms of promoting DEI, Adam and I carefully reviewed the staff's work over two full days, and sent you that first spreadsheet, which we feel very confident about.  It's also the list that we sent to OMB.

The attached list concerns, as you know, applications that staff rated N/A—that is, involving projects that seemed to have no applicability to promoting DEI.  And we feel much less confident about it.

This is because many of the "DEI Rationale" comments relating to projects on the attached spreadsheet say things such as "does not relate directly to DEI topics" or, more emphatically, "there is no direct connection to DEI."

We think these projects are harmless when it comes to promoting DEI.

But in the interest of time, because we know you want to more quickly, we didn't give these applications the individualized consideration that we did to those in the first spreadsheet.

Accordingly, we only explicitly initialed a few important projects—such as the papers of George Washington—whose cancellation would not reflect well on any of us.  And the same could be said for many other listed projects.

It would take too long at this point to review the N/A list appropriately.  Therefore, our recommendation is that wherever the "DEI Rationale" on the spreadsheet makes clear that there is no DEI component to the project, there is no justification for canceling the project's funding and you should allow it to continue.

But you have also told us that in addition to canceling projects because they may promote DEI ideology, the DOGE Team also wishes to cancel funding to assist in deficit reduction.  Either way, as you've made clear, it's your decision on whether to discontinue funding any of the projects on this list.

Mike

US-000061428