# EXHIBIT 31

| | |
|---|---|
| **From:** | Brundage, Richard |
| **To:** | Voyatzis, Lisette; McDonald, Michael; Raghavan, Pranita; Wolfson, Adam |
| **Subject:** | FW: Grants Tracker // Term Docs |
| **Date:** | Monday, April 7, 2025 4:35:00 PM |
| **Attachments:** | NEH Grant Tracker (04.04.2025).xlsx<br>image001.png |

Good afternoon,

Justin shared an updated list of terminated awards with me this morning. Sharing in case you don't have a copy. The original list that I received reflected only organizational awards. He confirmed this is the final list.

-Richard

**From:** Fox, Justin <jfox@neh.gov>
**Sent:** Monday, April 7, 2025 11:22 AM
**To:** Brundage, Richard <RBrundage@neh.gov>
**Cc:** justin.fox@gsa.gov
**Subject:** Grants Tracker // Term Docs

Richard – Glad to meet you earlier today and appreciate your help with the grants.

Will get back to you on transferring dual authentication for the Grant_Notifications email. For now, see attached (i) final grant termination tracker and (ii) sharepoint containing all termination letters linked here: ☐ All Letters

Let me know any issue with accessing, I'm around if you have any questions on the Sharepoint or the grant tracker.

Best,
Justin
771-210-9025

NEH_AR_000135