Case 1:25-cv-03657-CM    Document 279    Filed 03/30/26    Page 1 of 1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2026

**Jacobson
Lawyers
Group**

5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
(301) 823-1148

*3/31/2026 you do whatever you can do to make your record. I don't make those decisions for you.*

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

Re:  *American Council of Learned Societies v. Adam Wolfson*, No. 25-cv-3657 (CM)
     *The Authors Guild v. Nat'l Endowment for the Humanities*, No. 25-cv-3923 (CM)

Dear Judge McMahon:

We represent the ACLS Plaintiffs in the above-referenced matter. We write regarding the potential submission of the portions of the video depositions corresponding to the transcript excerpts attached to Plaintiffs' summary judgment motion. At the March 17 hearing, the court indicated that Plaintiffs should re-clip the video depositions that were previously submitted to chambers and re-submit only the relevant portions. *See* 3/17 Hr'g Tr. 15:12–14. ACLS Plaintiffs have now completed clipping the videos to isolate the relevant portions and are prepared to re-submit them. In accordance with the procedure set forth in the Court's March 23 Opinion and Order, ACLS Plaintiffs are prepared to file a motion seeking leave to file the re-clipped videos with the Clerk of Court. 3/23 Op. & Order, Dkt. 270 at 7–9.

ACLS Plaintiffs recognize, however, that the Court's March 23 Opinion and Order contains language that could be read to suggest that the Court does not require or wish to receive the videos to adjudicate the summary judgment motion. *See id.* at 11 ("As Plaintiffs have provided me with written transcript excerpts of relevant testimony, I do not need to look at the videos to decide the motion.").

ACLS Plaintiffs respectfully seek clarification on whether they should move for leave to re-submit the relevant portions of the videos. ACLS Plaintiffs believe that the pertinent video depositions would aid the Court's disposition of the summary judgment motion, but will only seek to re-submit them if that is the Court's preference. ACLS Plaintiffs will of course follow whatever instruction the Court provides.

Respectfully submitted,

*/s/Daniel F. Jacobson*
dan@jacobsonlawyersgroup.com