**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
AMERICAN COUNCIL OF LEARNED  SOCIETIES,
et al.,

                                Plaintiff,            25 **CIVIL** 3657 (CM)

        -v-

NATIONAL ENDOWMENT FOR THE
HUMANITIES, et al.,

                                Defendants.
----------------------------------------------------------------------X
THE AUTHORS GUILD, et al.,

                                Plaintiff,            25 **CIVIL** 3923 (CM)

        -v-                                     **<u>JUDGMENT</u>**

NATIONAL ENDOWMENT FOR THE
HUMANITIES, et al.,

                                Defendants.
----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 7, 2026, Plaintiffs' motion for summary judgment is GRANTED, and the Government's cross-motion for summary judgment is DENIED. It is hereby ORDERED, ADJUDGED, AND DECREED as follows: 1. Declaratory Judgment. The Mass Termination is DECLARED unlawful, unconstitutional, ultra vires, and without legal effect. The termination of National Endowment for the Humanities grants challenged in this action was unlawful because it was undertaken in violation of the First Amendment, in violation of the equal protection component of the Fifth Amendment, and without statutory authority. The Court further DECLARES that DOGE officials lacked statutory authority to identify, select, or direct the termination of NEH grants, and that the resulting terminations were ultra vires. 2.

Injunctive Relief. The Government, along with its officers, agents, servants, employees, and all persons acting in concert with them, is PERMANENTLY ENJOINED from enforcing, implementing, or giving any effect to the Mass Termination. This injunction applies to all termination notices issued as part of the Mass Termination, including all grants identified in Plaintiffs' Exhibit 12, NEH_AR_0000136. The Government is further PERMANENTLY ENJOINED from terminating those grants on the same or substantially similar impermissible bases identified in this Opinion and Order. 3. The Government shall provide written notice of this Opinion and Order to all affected grant recipients whose awards were terminated as part of the Mass Termination. 4. This Court shall retain jurisdiction to enforce this Opinion and Order. Accordingly the case is closed

**Dated:**   New York, New York
      May 8, 2026

                              **TAMMI M. HELLWIG**
                              **Clerk of Court**

           **BY:**

                              **Deputy Clerk**