| Attachment: Itemized Costs | | | | |
|---|---|---|---|---|
| Exhibit | Date | Description of Cost | Rate ($) | Expense category |
| 1 | 6/1/2025 | Filing fee for complaint | $405.00 | Fees of the clerk |
| 2 | 6/17/2025 | Copy of preliminary injunction filing printed for Honorable Colleen McMahon, U.S. District Judge | $17.96 | Copies of materials necessarily obtained for use in the case |
| 3 | 10/6/2025 | Transcript of initial pretrial conference held before Judge McMahon on September 25, 2025 | $48.24 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case |
| 4 | 2/13/2026 | Deposition transcript and videorecording for Michael McDonald | $9,667.47 | Other costs: depositions |
| 5 | 3/19/2026 | Deposition transcript and videorecordng for Adam Wolfson | $10,203.48 | Other costs: depositions |
| 6 | 2/2/2026 | Transcript of proceedings held before Judge McMahon on February 2, 2026 | $80.30 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case |
| 7 | 3/17/2026 | Transcript of proceedings held before Judge McMahon on March 17, 2026 | $79.30 | Fees for printed or electronically recorded transcripts necessarily obtained for use in the case |
| 8 | 4/17/2026 | Printing of courtesy copy of summary judgment motion for Judge McMahon | $199.85 | Copies of materials necessarily obtained for use in the case |

# Exhibit 1

From: <NYSD_ECF_Pool@nysd.uscourts.gov>
Date: Thu, May 1, 2025 at 3:09 PM
Subject: Activity in Case 1:25-cv-03657 American Council of Learned Societies et al v. McDonald et al Complaint
To: <CourtMail@nysd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered by Robinson, John on 5/1/2025 at 3:08 PM EDT and filed on 5/1/2025

| | |
|---|---|
| **Case Name:** | American Council of Learned Societies et al v. McDonald et al |
| **Case Number:** | 1:25-cv-03657 |
| **Filer:** | Modern Language Association of America |
| | American Historical Association |
| | American Council of Learned Societies |

**Document Number:** 1

**Docket Text:**

**COMPLAINT against Nate Cavanaugh, Justin Fox, Amy Gleason, Michael McDonald, National Endowment for the Humanities, United States DOGE Service. (Filing Fee $ 405.00, Receipt Number ANYSDC-31017393)Document filed by Modern Language Association of America, American Historical Association, American Council of Learned Societies..(Robinson, John)**

**1:25-cv-03657 Notice has been electronically mailed to:**

John Robinson &nbsp &nbsp john@jacobsonlawyersgroup.com

**1:25-cv-03657 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/1/2025] [FileNumber=32955381-0
] [336d3c54ad12b69eb9fd7b5cba6007ddd5d3ef132ac712df1fcb1d4461fcaef39a1
6563bfa52ec43da4371093b6cd7195e70d744c2da4d1d1f609a1a60ad29e1]]

# Exhibit 2



**16 Court St**
**Brooklyn, NY, 11241**
**(718) 852-5631**

```
Terminal: 1035M600MIX03
6/17/2025 10:49
Receipt #: EGXKAWA2706
Type: Purchase
```

| Qty | Description | Amount |
|---|---|---|
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 1 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.22 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 31 | PNG B&W S/S 8.5x11 & 8.5x14 | 6.82 |
| 1 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.22 |
| 13 | PNG B&W S/S 8.5x11 & 8.5x14 | 2.86 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 1 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.22 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 3 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.66 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.44 |
| 1 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.22 |

| | | |
|---|---|---|
| SubTotal | | 16.50 |
| District tax | | 0.06 |
| City tax | | 0.74 |
| State tax | | 0.66 |
| Total | | $17.96 |



**Tell us how we did and get $7 off your next purchase of $40 or more print products\***

**Take the survey by scanning the QR code below or visit www.fedex.com/welisten**



**Offer expires 6/30/2026**

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office® store or online through Office.FedEx.com. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing-only orders; digital, passport or mounted photo; self-service print, fax, scan, or shred; products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. TM use promo SKU 40269 for Business Printing Services such as FPM. © 2025 FedEx. All rights reserved."

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.



```
              16 Court St
         Brooklyn, NY, 11241
            (718) 852-5631

Terminal: 1035M600MIX03
6/17/2025 10:49
Receipt #: EGXKAWA2706
Type: Purchase

Acct #:************1459
Mastercard
Chip Read
Auth No.: 01783Z
Mode: Issuer
AID: A0000000041010
NO CVM
CVM Result: 1F0302
TVR: 0000008000
IAD:
0E1060700122000072EA00000000000000FF
TSI: E800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.
```



## Tell us how we did and get $7 off your next purchase of $40 or more print products*

## Take the survey by scanning the QR code below or visit www.fedex.com/welisten



## Offer expires 6/30/2026

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office® store or online through Office.FedEx.com. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing-only orders; digital, passport or mounted photo; self-service print, fax, scan, or shred; products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. TM use promo SKU 40269 for Business Printing Services such as FPM. © 2025 FedEx. All rights reserved."

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.

```
        Page 2 of 2
```

# Exhibit 3

Case 1:25-cv-03657-CM    Document 203-2    Filed 06/02/26    Page 8 of 22



**John Robinson <john@jacobsonlawyersgroup.com>**

# Southern District Reporters PC Customer Receipt

1 message

**Janalyn Mendoza** <jmendoza@sdreporters.com>          Mon, Oct 6, 2025 at 2:01 PM
To: "john@jacobsonlawyersgroup.com" <john@jacobsonlawyersgroup.com>

Hi John, attached is your requested transcript and your receipt. Thank you.

Your credit card payment has been received by Southern District Reporters PC. Below is your receipt of payment.

Transaction Details
-----------------------
Merchant:    Southern District Reporters PC
Type:       Credit Card Sale
Invoice #:   24027
Amount:     48.24
Description: 0573534-IN
Card Holder: John Robinson
Card Number: xxxxxxxxxxxxxx6808

v8.01-uegr-ebz



**P9PDAMECF.pdf**
184K

# Exhibit 4

# I N V O I C E

1 of 1



**NAEGELI**
DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65713 | 2/13/2026 | 93097 |
| **Job Date** | **Case No.** | |
| 1/30/2026 | | |
| **Case Name** | | |
| American Council of Learned Societies vs. McDonald | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Daniel F. Jacobson
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016
T: 301-823-1148

ORIGINAL TRANSCRIPT OF:

| | |
|---|---:|
| Michael McDonald | 4,745.97 |
| Rough Draft Including Word Index - With Transcript Order | 1,112.50 |
| Electronic Transcript (E-Tran) | 40.00 |
| Black/White Exhibits | 285.75 |
| Color Exhibits | 8.75 |
| Requested delivery: production and delivery | 65.00 |
| **TOTAL DUE   >>>** | **$6,257.97** |

Location of Job    : National Endowment for the Humanities
400 7th Street
Washington, DC 20506

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 93097 | BU ID | : NDT |
| Case No. | : | | |
| Case Name | : American Council of Learned Societies vs. McDonald | | |
| Invoice No. | : 65713 | Invoice Date | : 2/13/2026 |
| **Total Due** | : **$6,257.97** | | |

Daniel F. Jacobson
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**



**NAEGELI**
DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65714 | 2/13/2026 | 93097 |
| **Job Date** | **Case No.** | |
| 1/30/2026 | | |
| **Case Name** | | |
| American Council of Learned Societies vs. McDonald | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Daniel F. Jacobson
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016
T: 301-823-1148

| | |
|---|---|
| Michael McDonald - Video | 2,677.00 |
| Synchronized Video Transcript | 637.50 |
| Media - Per Deponent | 95.00 |
| **TOTAL DUE   >>>** | **$3,409.50** |

Location of Job      : National Endowment for the Humanities
                           400 7th Street
                           Washington, DC 20506

Revised 03/13/26 - Credit of $318.75.

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

| | |
|---|---|
| **( - ) Payments/Credits:** | 318.75 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$3,090.75** |

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Daniel F. Jacobson
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016

| | | | |
|---|---|---|---|
| Job No. | : 93097 | BU ID | : NDT |
| Case No. | : | | |
| Case Name | : American Council of Learned Societies vs. McDonald | | |
| Invoice No. | : 65714 | Invoice Date | : 2/13/2026 |
| **Total Due** | : **$3,090.75** | | |

Remit To: **Naegeli Deposition & Trial**
                **111 SW Fifth Avenue**
                **Suite 2020**
                **Portland, OR 97204**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# Exhibit 5



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65653 | 2/13/2026 | 93096 |

| Job Date | Case No. |
|---|---|
| 1/29/2026 | |

| Case Name |
|---|
| American Council of Learned Societies vs. McDonald |

| Payment Terms |
|---|
| Due upon receipt |

Daniel F. Jacobson
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016
T: 301-823-1148

ORIGINAL TRANSCRIPT OF:

| | |
|---|---|
| Adam Wolfson | 2,923.14 |
| Rough Draft Including Word Index - With Transcript Order | 812.50 |
| Electronic Transcript (E-Tran) | 40.00 |
| Black/White Exhibits | 157.50 |
| Color Exhibits | 1.75 |
| Requested delivery: production and delivery | 65.00 |
| **TOTAL DUE  >>>** | **$3,999.89** |

Location of Job    : National Endowment for the Humanities
                     400 7th Street
                     Washington, DC 20506
Ordered by         : Jamie Crooks
                     Fairmark Partners LLP
                     400 7th St NW Ste 304
                     Washington, DC 20004

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this service.

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 93096 | BU ID | : NDT |
| Case No. | : | | |
| Case Name | : American Council of Learned Societies vs. McDonald | | |
| Invoice No. | : 65653 | Invoice Date | : 2/13/2026 |
| **Total Due** | : **$3,999.89** | | |

Daniel F. Jacobson
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Naegeli Deposition & Trial**
           **111 SW Fifth Avenue**
           **Suite 2020**
           **Portland, OR 97204**



# NAEGELI
## DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

# I N V O I C E

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65653 | 2/13/2026 | 93096 |
| **Job Date** | **Case No.** | |
| 1/29/2026 | | |
| **Case Name** | | |
| American Council of Learned Societies vs. McDonald | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Daniel F. Jacobson
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016
T: 301-823-1148

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Daniel F. Jacobson
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016

| Job No. | : 93096 | BU ID | : NDT |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : American Council of Learned Societies vs. McDonald | | |
| Invoice No. | : 65653 | Invoice Date | : 2/13/2026 |
| **Total Due** | : **$3,999.89** | | |

Remit To: **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |



**NAEGELI**
DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

# I N V O I C E
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65661 | 2/13/2026 | 93096 |
| **Job Date** | **Case No.** | |
| 1/29/2026 | | |
| **Case Name** | | |
| American Council of Learned Societies vs. McDonald | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kyla Snow
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016
T: 301-823-1148

1 COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Adam Wolfson | 2,726.34 |
| Rough Draft Including Word Index - With Transcript Order | 812.50 |
| Electronic Transcript (E-Tran) | 40.00 |
| Black/White Exhibits | 157.50 |
| Color Exhibits | 1.75 |
| Requested delivery: production and delivery | 65.00 |
| **TOTAL DUE   >>>** | **$3,803.09** |

Location of Job    : National Endowment for the Humanities
400 7th Street
Washington, DC 20506

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Kyla Snow
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016

| | | | |
|---|---|---|---|
| Job No. | : 93096 | BU ID | : NDT |
| Case No. | : | | |
| Case Name | : American Council of Learned Societies vs. McDonald | | |
| Invoice No. | : 65661 | Invoice Date | : 2/13/2026 |
| **Total Due** | : **$3,803.09** | | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**



**NAEGELI**
DEPOSITION & TRIAL

111 SW 5th AVE, Suite 2020 Portland, OR 97204
800-528-3335 | NaegeliUSA.com

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65660 | 2/13/2026 | 93096 |
| **Job Date** | **Case No.** | |
| 1/29/2026 | | |
| **Case Name** | | |
| American Council of Learned Societies vs. McDonald | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kyla Snow
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016
T: 301-823-1148

| | |
|---|---|
| Adam Wolfson - Video | 1,780.50 |
| Synchronized Video Transcript | 525.00 |
| Media - Per Deponent | 95.00 |
| **TOTAL DUE   >>>** | **$2,400.50** |

Location of Job    : National Endowment for the Humanities
400 7th Street
Washington, DC 20506

Revised 03/13/26 - Credit of $262.50.

THANK YOU FOR YOUR BUSINESS!

For your convenience, Naegeli accepts payment on our website.  You can visit our web page,  https://www.naegeliusa.com/make-a-payment, to pay by credit card.  There is no additional processing fee for this service.

Clients are responsible for a late charge at the rate of 1.5% per month, on an invoice more than 30 days delinquent.

| | |
|---|---|
| **(-) Payments/Credits:** | 262.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$2,138.00** |

**Tax ID:** 93-1079908

*Please detach bottom portion and return with payment.*

Kyla Snow
Jacobson Lawyers Group
5100 Wisconsin Ave NW Ste 301
Washington, DC 20016

| | | | |
|---|---|---|---|
| Job No. | : 93096 | BU ID | : NDT |
| Case No. | : | | |
| Case Name | : American Council of Learned Societies vs. McDonald | | |
| Invoice No. | : 65660 | Invoice Date | : 2/13/2026 |
| **Total Due** | : **$2,138.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Naegeli Deposition & Trial**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

# Exhibit 6

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

| | |
|---|---|
| INVOICE NO.: | 0575715-IN |
| INVOICE DATE: | 02/04/26 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| CUSTOMER NO.: | 1030491 |
| WORK ORDER NO.: | 281803 |
| SALESPERSON: | JANA |

Jacobson Lawyers Group
1629 K Street NW, Suite 300
Washington, DC  20006
Attention:John Robinson

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | American Council of Learned Societies et |
|---|---|
| | CASE NO.    **25CV03657** |

| | | | | | |
|---|---|---|---|---|---|
| 2/2/2026 | Original | 11.00 | Pages at | $7.30 | 80.30 |

| | |
|---|---|
| Net Invoice: | 80.30 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 80.30 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Exhibit 7

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.:   0576955-IN
INVOICE DATE:   03/25/26

CUSTOMER NO.:   1030491
WORK ORDER NO.:   283530
SALESPERSON:   JANA

Jacobson Lawyers Group
5100 Wisconsin Ave, NW, Suite
Washington, DC  20016
Attention:John Robinson

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | American Council of Learned Societies et |
| --- | --- |
| | CASE NO.   **25CV03657** |

| | | | | |
| --- | --- | --- | --- | --- |
| 3/17/2026 | Original | 26.00  Pages at | $3.05 | 79.30 |

Net Invoice:   79.30
Less Discount:   0.00
Freight:   0.00
Sales Tax:   0.00
**Invoice Total:**   79.30

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Exhibit 8

718-406-0497

| | | | |
|---|---|---|---|
| Terminal...: POS7003C | | Date.: | 4/17/2026 |
| Employee...: 313328 | | Time.: | 10:36 AM |
| Cashier's Name | | Jovani | |

| ITEM NAME | QTY | PRICE | TOTAL |
|---|---|---|---|
| Print Service Fee | | | $4.00 |
| | 1 @ | $4.00 | |
| Tax | | | $0.36 |
| Copies | | | $140.35 |
| | 401 @ | $0.35 | |
| Tax | | | $12.46 |

| | |
|---|---|
| Subtotal | $144.35 |
| Shipping/Other Charges | $0.00 |
| Total tax | $12.82 |
| Total | $157.17 |
| Cards | $157.17 |

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



1 2 6 0 4 1 7 7 0 0 3 C 1 0 3 3 7 0

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

**Win a $250 gift card**
Tell us how we're doing for your chance to win a
$250 Amazon.com® Gift Card, a $100 Amazon.com®
Gift Card, or a $50 Amazon.com® Gift Card each month.
Scan the QR code or go to the link to take the survey.

---

718-406-0497

| | | | |
|---|---|---|---|
| Terminal...: POS7003C | | Date.: | 4/17/2026 |
| Employee...: 365148 | | Time.: | 10:59 AM |
| Cashier's Name | | MEL | |

| ITEM NAME | QTY | PRICE | TOTAL |
|---|---|---|---|
| Copies | | | $39.20 |
| | 112 @ | $0.35 | |
| Tax | | | $3.48 |

| | |
|---|---|
| Subtotal | $39.20 |
| Shipping/Other Charges | $0.00 |
| Total tax | $3.48 |
| Total | $42.68 |
| Cards | $42.68 |

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



1 2 6 0 4 1 7 7 0 0 3 C 1 0 3 3 7 3

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

**Win a $250 gift card**
Tell us how we're doing for your chance to win a
$250 Amazon.com® Gift Card, a $100 Amazon.com®
Gift Card, or a $50 Amazon.com® Gift Card each month.
Scan the QR code or go to the link to take the survey.

