UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ENDOWMENT FOR THE HUMANITIES,[1] *et al.*, <br><br><br> Defendants. | **NOTICE OF APPEAL** <br><br><br> Case No. 25 Civ. 3657 (CM) |
| THE AUTHORS GUILD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ENDOWMENT FOR THE HUMANITIES, *et al.*, <br><br> Defendants. | <br><br><br><br> Case No. 25 Civ. 3923 (CM) |

All defendants appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on May 8, 2026 [Dkt. No. 292 in 25 Civ. 3657; Dkt. No. 169 in 25 Civ. 3923].

---

[1]    William English, the current Acting Chairman of the National Endowment for the Humanities, is automatically substituted for Michael McDonald, the former Acting Chairman of the National Endowment for the Humanities, as a defendant in both actions pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Dated: New York, New York
July 6, 2026

                                              Respectfully submitted,

                                              JAY CLAYTON
                                              United States Attorney
                                              Southern District of New York
                                              *Attorney for Defendants*

By:     */s/ Rachael Doud*
                                              MARY ELLEN BRENNAN
                                              RACHAEL DOUD
                                              JONAKI SINGH
                                              Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Tel.: (212) 637-2652/2699/2785
                                              MaryEllen.Brennan@usdoj.gov
                                              Rachael.Doud@usdoj.gov
                                              Jonaki.Singh@usdoj.gov