**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN COUNCIL OF LEARNED SOCIETIES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM ENGLISH, in his official capacity as Acting Chairman of the National Endowment of the Humanities, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-3657 |

**NOTICE OF CROSS-APPEAL**

Plaintiffs American Council of Learned Societies, American Historical Association, and Modern Language Association cross-appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on May 8, 2026. Dkt. 292.

July 20, 2026

Respectfully submitted,

*/s/ Daniel F. Jacobson*

Daniel F. Jacobson
Lynn D. Eisenberg
John Robinson
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington DC, 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com
lynn@jacobsonlawyersgroup.com
john@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*