# **EXHIBIT 10**

**From:** Justin Fox - A <justin.fox@gsa.gov>
**To:** jfox@neh.gov
**Subject:** Crazy grants
**Date:** Thu, 3 Apr 2025 12:09:10 -0400
**Attachments:** NEH_Grants_vJF_.xlsx

US-000016153