# EXHIBIT 9

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 1 | **$ 422,718,040.24** | | | | | |
| 2 | **$ Obligated** | **Shorted Description** | **Long Description** | | **recipient_name** | |
| 3 | Craziest Grants | | | | | |
| 4 | $   599,998.00 | ` | poetry in america, season five [verse video education requests $700,000 from the neh media projects program to support a portion of expenses across the eight episodes that will make up season five of the public television series poetry in america. the series gathers poets, distinguished persons in other fields, and individuals representing a range of ages, professions, and backgrounds to explore american poetry as a central part of american culture and history, exposing viewers to the ideas?and ideals?that american poets have articulated, the disillusionments and disappointments they have chronicled, and how american poetry has not only reflected, but also shaped, the richness and diversity of american culture, from its earliest days into our time.] | diversity | VERSE VIDEO EDUCATION, INC. | |
| 5 | $   554,342.00 | Museum for Shakers, f.k.a. United Society of Believers in Christ's Second Appearing | building a new shaker museum [shaker museum | mount lebanon seeks an infrastructure and capacity building challenge grant from the national endowment for the humanities to construct and outfit a climate-controlled collections storage facility in its new museum building. after being closed to the public for more than ten years, the shaker museum has purchased outright a 19th century industrial building in chatham, ny and is in the process of renovating it into a new facility essential to the museum?s future and its ability to deliver humanities programming to a demonstrated local, national, and international audience. the new building will allow the museum to share its unparalleled collection with the public and tell the complete story of the shakers, including their material culture as seen through furniture, costume, archives, and photographs; their social legacy of communalism, inclusion, and pacifism; and their technological innovations in manufacturing, architecture, agriculture, and engineering.] | inclusion | SHAKER MUSEUM & LIBRARY | |

This spreadsheet is taken from us_000016154, with some non-pertinent columns and rows hidden for readability purposes. The native version of the spreadsheet has been emailed to chambers.

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 6 | $ 499,999.00 | DEI discussions project in California | la2026 [the usc-huntington early modern studies institute requests an implementation grant of $400,000 for a humanities discussions project, titled la2026, and an additional $100,000 for a position in the public humanities. our project brings together members of the public and humanities scholars for eighteen conversations about museum and cultural exhibitions at six partnering institutions in the los angeles region. each exhibition reframes conversations about the anniversary of 1776 from the perspective of california and the west. our discussions respond to the american tapestry and the a more perfect union neh initiatives, encouraging public discussions about underrepresented groups, national identities, relationships between regional and national narratives, the struggle for democracy, climate change, and the nation?s uneven journey to an equitable and just society. our project answers the call to address the experiences of native americans and underrepresented communities.] | Native | UNIVERSITY OF SOUTHERN CALIFORNIA | |
| 7 | $ 400,000.00 | Native American educational virtual reality game | resonant: exploring indigenous knowledge, culture, and climate through place-based vr [resonant is an educational virtual reality (vr) game and companion web experience allowing players to explore native american heritage, history, and culture through the lens of a changing climate. players are transported to the american southwest through immersive 3d environments of mesa verde national park and wupatki national monument. guided by voices from native american descendant communities, players will grow their understanding of these storied landscapes, reflect on their own culture and relationship with a changing environment, and challenge stereotypes of native americans historically and today.] | Indigenous,Native | CYARK | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 8 | $ 400,000.00 | Walking tour mobile app on the history of affordable housing in San Fransico | walking cinema: museum of the hidden city [walking cinema: museum of the hidden city (mhc) is a mobile application and walking tour exploring san francisco?s history of affordable housing. due to its unique mix of preservationist and progressive policies, san francisco?s affordable housing stock spans a range of eras: from depression era minimalist housing blocks, to inclusionary housing in expensive new glass towers, to the largest concentration of single room occupancy hotels left in the united states. the project will use this architecture and its surrounding neighborhoods as stages to show how the history of affordable housing informs present and future efforts to create shelter for all the city?s residents. amidst numerous cranes, ubiquitous upscaling, and notorious evictions, mhc will reveal a saga of unintended consequences for a project that may just be getting its footing in one of the most expensive cities in the country.] | inclusion | THE CENTER FOR INDEPENDENT DOCUMENTARY, INC. | |
| 9 | $ 399,207.00 | Online learning game of Apalachee youths from 1500-1650 | mission us: spirit of a nation [mission us: spirit of a nation is an online learning game about the apalachees, an indigenous people from northwestern florida, spanning the 1500s to the mid-1600s. the eighth installment of mission us, wnet?s award-winning series of free classroom games on american history, it will enrich the teaching and learning of early american history in middle schools. as players progress through the game narrative, they will take on the roles of apalachee youths of different periods and interact with contemporary experts studying apalachee history. the story of the apalachees offers a compelling perspective on indigenous, as well as spanish, experiences in north america. spirit of a nation will develop young people?s knowledge of how american indigenous communities persisted and adapted during early encounters with europeans, and of how this past is researched, interpreted, and remembered.] | Indigenous | WNET | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 10 | $ 399,199.00 | Funding for "STOKED! Surfings Global Legacy" exhibit | stoked! surfing?s global legacy temporary exhibitions, related programs, and publications [mystic seaport museum (msm) seeks neh implementation funding for ?stoked! surfing?s global legacy.? the project (temporary exhibition, traveling exhibits, associated programs, and related publications) explores the arc of surfing history from its indigenous origins through the impacts of colonization to today. tracing the sport?s recent return to community-minded roots, it spotlights innovators across the globe leveraging surfing as a powerful tool for social change and environmental awareness. ?stoked!? will debut at msm in may 2025 and run for 10 months, then travel in a truncated form to 2-3 smaller museums. project planning involving humanities themes, stories, loans, and program ideas benefits from the knowledge, lived experiences, and authentic voices of a diverse team of advisors from academia, museums and the global surfing community. this collaboration will continue through project implementation with the shared goal of engaging surfer and non-surfer audiences alike.] | Indigenous | MYSTIC SEAPORT MUSEUM, INC. | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 11 | $ 349,759.00 | Improved access to LGBTQ+ cultural heritage | developing a spanish-language homosaurus: using multi-language linked data to enhance lgbtq+ resource discoverability [the university of washington is seeking funding for "developing a spanish-language homosaurus: using multi-language linked data to enhance lgbtq+ resource discoverability." this project has a two-tiered goal of developing a multi-language linked data platform and creating and implementing a spanish-language version of the homosaurus vocabulary. the homosaurus facilitates improved access to lgbtq+ resources in cultural heritage institutions. this project is a three year collaboration with the arizona queer archives, san francisco public library, and ucla chicano studies research center. each partner has lgbtq+ collections that would benefit from the addition of spanish metadata. the implications of this project for linked open data and multi-language discovery systems are considerable. this grant supports the development of a multi-language back-end architecture, a procedure for translation and partnerships, and an implementation strategy to be used for additional languages.] | LGBTQ,Queer | UNIVERSITY OF WASHINGTON | |
| 12 | $ 324,418.00 | Understanding historical LGBTQ spaces through gay travel guides | mapping the gay guides: understanding historical lgbtq spaces through gay travel guides | LGBTQ,Gay | CSU FULLERTON AUXILIARY SERVICES CORPORATION | |
| 13 | $ 175,000.00 | LGBTQ+ histories of the US | lgbtq+ histories of the united states [the american social history project/center for media and learning at the graduate center, city university of new york (ashp/cml) proposes a two-week summer institute, entitled lgbtq+ histories of the u.s.] | LGBTQ | RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 14 | $ 146,547.00 | Doctoral program on deaf queer studies | revitalizing deaf studies, theorizing the contemporary [we propose to further develop deaf studies through curricular change and the development of an interdisciplinary doctoral program. curricular change, incorporating innovative methodologies relevant to the digital landscape, will lead to more engaged faculty and students, especially as they see themselves in the material. through the lifecycle of the grant, we will develop a set of five core courses for an interdisciplinary doctoral program that focuses on the lived experiences of deaf people throughout the world. those courses are: deaf queer studies, deaf studies in the global south, digital humanities, deaf ethnographies, and sensing washington, dc. the curriculum centers issues of power, history, racism, and violence and the ways in which they manifest in the lives of deaf people.] | Queer | GALLAUDET UNIVERSITY | |
| 15 | $ 98,278.00 | Examining experiences of LGBTQ military service | examining military service from the margins [the complicated service discussion series will bring together veterans and community members to examine the experiences of service members who identified themselves as female, black, native american, lgbtq, or an immigrant, and the dynamics, reasoning, and strength behind serving a country that does not always serve you in return.] | LGBTQ,Immigrant,Native | MINNESOTA HUMANITIES CENTER | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 16 | $ 75,000.00 | Examining the relationship between the internet and the LGBTQ communities | live streaming identity: opportunities and challenges for lgbtq communities [this project seeks to understand the ambivalent relationship between internet technologies and the empowerment or endangerment of lgbtq people. it does so by examining one subset of lgbtq people online: lgbtq live streamers and their viewers. as many news reports have documented, the phenomenon of live streaming grew exponentially during the covid-19 pandemic, particularly on real-time on platforms like twitch, instagram, or zoom. lgbtq people have played a prominent yet precarious role in the rise of live streaming. many lgbtq streamers have become public role models for a new generation of young lgbtq internet users and lgbtq groups gather regularly for events. concurrently, anti-lgbtq harassment is rampant on these same platforms. this project looks specifically at lgbtq streaming on twitch, the largest live streaming platform, to understand how lgbtq streamers simultaneously express identity, build community, combat harassment, and navigate regulatory platform politics.] | LGBTQ | UNIVERSITY OF CALIFORNIA IRVINE | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 17 | $    60,000.00 | Book on the "first gay black science fiction writer in history" | time considered as a helix: the life of samuel r. delany [my book project, ?time considered as a helix: the life of samuel r. delany,? which is under contract with temple university press, is the first biography of samuel r. delany, the very first openly gay black science fiction writer in history. still living today, delany is the author of such canonical works of the genre as babel-17 (1966), nova (1968), and dhalgren (1975), his crowning achievement and the book that made him an icon of popular culture. in the early 1960s, when delany was first starting out as a writer, science fiction was dominated by straight white men. as a gay black intellectual, delany was the first writer to take the speculative genre in politically challenging new directions, creating fictional worlds with black protagonists, queer and transgender characters, and gay sexual relationships. written in cooperation with delany himself, "time considered as a helix" uses his life as a focal point to reveal the hidden cultural histories of 20th-century black and gay life.] | Queer,Transgender,Gay | REDACTED DUE TO PII | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 18 | $      60,000.00 | Drawing recent work in queer / asexual studies to examine relationship between sexuality and religion in 17th century England | the erotics of blood piety in early modern england [this book project offers a new perspective on the relationships between sexuality and religion in the context of seventeenth-century english devotional poetry. drawing on recent work in queer and asexuality studies as well as philosophical writings on the phenomenology of touch, it argues that both catholic and protestant poets in seventeenth-century england used images and tropes from the popular late medieval genre of ?blood piety? ? which imagines touching, kissing, entering, and experiencing ecstatic union with christ?s wounds ? to develop a devotional erotics that is highly embodied but not reducible to sexual desire or experience. examining new archival evidence and overlooked connections between robert southwell, william alabaster, john donne, richard crashaw, george herbert, and aemilia lanyer, the erotics of blood piety revises critical assumptions about the differences between catholic and protestant poetics and provides a new theoretical approach to the erotics of devotion.] | Queer,Asexual | REDACTED DUE TO PII | |
| 19 | $      60,000.00 | How LGBTQ+ cartoonists innovated comics through grassroots formats in the 1980s-1900s | lgbtq+ artists innovating comics and building community in the 1980s-1990s [my second book project, comics in movement, examines how lgbtq+ cartoonists innovated comics through grassroots formats in the 1980s-90s. while these cartoonists documented lgbtq+ life and activism in a moment when the community was facing government neglect of the hiv/aids crisis and disregard for their civil liberties, their comics have been largely forgotten. based on archival research, each chapter focuses on different grassroots publishing formats and shows how cartoonists wielded these neglected forms to develop their comics and build community. by making available comics that have been buried for decades, this project excavates stories of vibrant queer communities to inspire a new generation at a time when lgbtq+ people face renewed threats.] | LGBTQ,Queer | REDACTED DUE TO PII | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| | $ 60,000.00 | Legacies of HIV/AIDs prison movements in the US | a history of the hiv/aids prison movement and its legacies in the united states [my book project narrates how activists fought the convergence of hiv/aids and incarceration from inside and outside prisons across the reagan through clinton years and argues that this organizing holds legacies in the prison abolition movement of the 1990s to today. drawing on archival and community engaged research and oral history, i examine how incarcerated people organized hiv education and aids care work and how supporters collaborated in protest and advocacy campaigns. the movement prolonged lives, changed policies, and confronted state-sanctioned harms with strategies for a freer and healthier society. i argue that by fighting hiv/aids in prisons, activists came to confront incarceration itself, bringing feminist and queer insights into prison abolition. my book will be of interest to scholars of history, gender and lgbtq studies, and the medical humanities and to general readers interested in incarceration, abolition, and the impacts of hiv/aids and other pandemics.] | LGBTQ,Queer | REDACTED DUE TO PII | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | **$ Obligated** | **Shorted Description** | **Long Description** | | **recipient_name** | |
| 21 | $    60,000.00 | To fund book titled "Trans Reproduction: Creating Producting and Social Fit Transgender People" | trans reproduction: creating productive and socially fit transgender people, 1950s-1970s [my in-progress book, trans reproduction: creating productive and socially fit transgender people, will examine how transgender people figure into the genealogy of us reproductive politics and continue to experience the spillover effects of state reproductive control in contemporary times. trans reproduction makes significant contributions to the humanities by 1) offering new insights into the genealogy of state reproductive control; 2) bringing trans people?s voices into studies of reproductive health; 3) building on insights from the social construction of knowledge and how norms become embedded in medical knowledge and practices; 4) examining how ?facts? are used by medical providers to make sense of bodily difference and create ambivalent conceptions of autonomy; and 5) tracing how knowledge about gender and reproduction accumulated in trans medicine and influenced knowledge and practices in other medical fields.] | Transgender | REDACTED DUE TO PII | |
| 22 | $    30,000.00 | Educational content around LGBTQ history in the deep south | invisible histories: digital security & media preparedness [the invisible histories project locates, collects, preserves, and creates educational content around lgbtq history in the deep south. the applicant proposes to host a series of virtual workshops to train five at-risk archives that engage in public history, community archives, cultural preservation, and storytelling in digital security strategies and media preparedness. the trainees would be the invisible histories project, the texas after violence project, nashville queer history, the solidarity history initiative, and the highlander center.] | LGBTQ,Queer,Solidarity | INVISIBLE HISTORIES PROJECT | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 23 | $ 24,998.00 | Interpreting LGBTQ+ history in central Illinois | surviving and thriving: interpreting queer history and culture in central illinois [the heartland is often seen as the ?norm? in the popular imagination - the uncontested site of middle america, with a middle-class income and a white heteronormative family? not a place where queer people live and thrive. while these assumptions flood popular culture, humanities research has propelled that narrative by focusing their research on large cities. this project seeks to fill in the narrative gap and argue that queer people can and do flourish in the heartland by uncovering the experience of living queer in a small midwest city. using humanities-based approaches, the project will add oral histories, objects, and archival materials to our lgbtq+ resources, which will enable us to develop an interpretive exhibit plan and create educational resources that will focus on how a place shapes queer identities and choices? when or how to come out, organize for change, live authentically, foster community, and decide where to call home.] | LGBTQ,Queer | MCLEAN COUNTY HISTORICAL SOC | |
| 24 | $ 10,000.00 | Preserving LGBTQ posters | preserving lgbtq posters: purchasing flat file storage for the glbt historical society [the glbt historical society requests $10,000 to fund the purchase, shipping, and installation of preservation furniture, specifically a 10-drawer flat file and compatible flat file base, to support our ongoing efforts to preserve rare and unique lgbtq archival posters. this furniture purchase is based on preservation and emergency preparedness recommendations from a 2020 cultural heritage preservation assessment sponsored by the california state library and a 2023 emergency preparedness consultation completed by the northeast document conservation center (nedcc). professional archival staff of the glbt historical society would oversee the project, including the furniture purchase, installation, and initial poster rehousing.] | LGBTQ | GAY, LESBIAN, BISEXUAL, TRANSGENDER HISTORICAL SOCIETY | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| | Other Bad Grants | | | | | |
| | $ 304,885.00 | 7 episode podcast series on division in America, including LGBTQIA+ rights | division street revisited: a podcast series ["division street revisited" is a seven-episode podcast, plus a 1-hour opening special for airing on public radio, written and narrated by 2012 pulitzer prize winner for commentary mary schmich. in it, we will revisit studs terkel's seminal debut oral history collection, "division street: america," by finding and talking with the children and grandchildren of the original participants to explore what their lives tell us about the country today. each of the seven episodes will stand on its own and focus on a primary theme: race, work, labor rights, indigenous rights, lgbtqia+ rights, conservation and poverty. these episodes will be full stories that will show how and why each of the original portraits was created, and how those same themes echo and evolve in the present.] | LGBTQ,Indigenous | PRX INC. | |
| | $ 500,000.00 | Building awareness of Indigenous methodologies in AI | wihanble s'a center at bard college [the wihanble s?a center at bard college will develop indigenous protocols to guide the creation and refinement of ai wearable and digital technologies. the project team aims to imagine, design, test, and prototype a series of research and technological development activities that build ai-driven systems grounded in both indigenous knowledge and western dream science. by framing ai development within the context of indigenous methodologies and dream sciences, the center seeks to contribute a novel perspective to the existing ai research landscape. this approach not only diversifies the technological and ethical framework of ai but also bridges a significant gap in the humanities, where technology often feels detached from cultural and spiritual aspects of human experience.] | Indigenous | BARD COLLEGE | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 28 | $ 7,842,251.00 | State humanities program for enhancing understanding of California's cultures | state humanities program [california humanities programs include: california documentary project provides research and development grants as well as production grants for film, audio, and interactive media projects that enhance the understanding of california and its cultures, people, and histories. the humanities for all grants program supports public humanities projects that respond to the needs and interests of californians. the library innovation lab program supports a cohort of libraries throughout the state in developing innovative programs to engage immigrants in their communities. california on the ballot provides critical conversations on electoral engagement in the state. literature & medicine is a nationally recognized humanities-based professional development program for health care workers, delivered through reading and discussion groups. programs that amplify youth voices include the emerging journalist fellowships, youthdocs films, and california documentary project nextgen grants.] | Immigrants,Immigrant,Migrants | CALIFORNIA HUMANITIES | |
| 29 | $ 1,459,088.00 | Community engagement in Guam | state or jurisdictional humanities program [with the general operating support grant, guam humanities guam brings the humanities to life through subawards and/or public programming in guam. the council tailors its subaward-making and public programs to the needs, resources and interests of guam. in doing so, it delivers on its mission to foster community engagement and dialogue, inspire critical thinking, celebrate diversity and enrich the quality of life of island residents through the the power of the humanities.] | diversity | GUAM HUMANITIES COUNCIL | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 30 | $ 3,143,487.00 | DEI programs for rural coloradans | state humanities program [colorado humanities will continue to work toward meeting the goal of integrating the humanities into public life in colorado through objectives stated in the 2019-2023 plan: 1. engage colorado communities in important conversations about contemporary issues that reflect diverse narratives. 2. provide humanities-based opportunities to encourage lifelong learning. 3. develop programs that recognize racial, ethnic or cultural diversity. 4. develop programs with geographic diversity with emphasis on issues of import to rural coloradans. 5. develop programs that employ as broad an array of humanities disciplines as possible. 6. build partnerships to promote collaboration with existing and prospective program partners statewide. 7. increase colorado humanities' financial capacity and resources to achieve objectives. 8. use a range of technologies to deliver and promote programs.] | diversity | COLORADO HUMANITIES | |
| 31 | $ 417,267.00 | Digital archive of Lakota / Dakota linguistics | expanding the standing rock dakota/lakota language archive and local research capacity [[prepared by neh staff] since 2018, the standing rock language and culture institute has been building an interactive, fully searchable digital archive of recordings and texts made in fluent western dakota and lakota, two dialects of the indigenous language of the standing rock sioux tribe. these dialects are extremely threatened, as there are currently estimated to be fewer than 180 individuals across standing rock who speak lakota or western dakota fluently, almost all of whom are over the age of 65, yet there is a growing interest in restoring the dialects as everyday languages. this project would employ two language experts to produce recordings documenting the language dialects as well as draw upon the present digital archive, build capacity for an archive training program, and publish data on a customized mukurtu site with physical storage at sitting bull college.] | Indigenous | STANDING ROCK SIOUX TRIBE | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 32 | $ 247,131.00 | Digital stories of transgender adults in the Pacific Northwest | transrural lives: digitally capturing the stories of transgender older adults in the pacific northwest [project description a scholarly digital projects application, transrural lives is the first digital storytelling project that, through interviews, archival materials, and scholarly interpretation, explores the lives of transgender older adults from non-metro areas in the pacific northwest. this digital project seeks to document and make accessible these understudied narratives and the transgender histories they reveal through an interactive website. transrural lives offers analytical examinations of thematics related to transgender older adults and rural living left out of prevailing socio-political discussions. the website will contain at least 600 audio vignettes that will be tagged and categorized in relation to the themes identified in our narrative analyses, as well as transcriptions, relevant documents from collaborator archives, scholarly guides, and data visualizations. peer-reviewed scholarly articles and public-facing outputs will raise additional awareness of the project.] | Transgender | CENTRAL WASHINGTON UNIVERSITY | |

|  | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 33 | $ 272,004.00 | Digitalization of Wendy Clarke tapes, including "Growing up Gay: The Out" | love, links, archives: saving and sharing the wendy clarke tape collection. [the wisconsin center for film and theater research respectfully seeks an implementation grant to digitize, preserve, and make widely accessible the work of video artist wendy clarke. spanning nearly 30 years, this collection includes clarke?s groundbreaking collaborative video projects, including the link, love tapes, and growing up gay: the out tapes. while these video projects remain powerful works of art, they have taken on new meanings: an archive of the voices of marginalized communities; a model of participatory media that preceded the world wide web; a challenge to traditional cinematic canons; and a unique contribution toward the theme of ?a more perfect union.? clarke?s collection is at risk of loss, with 863 undigitized original tapes, recorded on 13 different formats, with no captions and little description. this project will digitally preserve the videos and culminate in the launch of a website that allows users to interact with clarke?s projects in multiple contexts.] | Marginalized, Gay | UNIVERSITY OF WISCONSIN SYSTEM | |
| 34 | $ 275,743.00 | Digitalizing DEI newspaper articles in Florida | florida ethnic and under-represented communities digital newspaper project [the university of florida requests $275,743 to select, digitize and make available to the library of congress approximately 100,000 historic newspaper pages through the national digital newspaper program (ndnp). titles for digitization will be selected for their ethnic, cultural, linguistic, religious, and geographic diversity to better reflect florida history in the first half of the twentieth century. areas of focus include significant multilingual papers from counties unrepresented in chronicling america; cuban papers from miami and tampa; jewish newspapers from jacksonville; and papers from tarpon springs, an area with a significant greek population. these electronic resources will provide context and support for research into the historical basis of racial issues that continue today and seem particularly relevant with current scholarly and public discussions.] | diversity | UNIVERSITY OF FLORIDA | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 35 | $ 322,526.00 | Digitalizing newspapers | kentucky digital newspaper program [the university of kentucky libraries (ukl) requests funding from the national endowment for the humanities to digitize 100,000 newspaper pages of historic kentucky newspapers for inclusion in chronicling america and the kentucky digital newspaper program (kdnp). during this 2023-2025 ndnp grant cycle, ukl will identify and digitize-from-microfilm historic kentucky newspapers from underrepresented populations and/or counties and out-of-copyright german-language volumes from across kentucky. the kdnp will convey 100,000 digitized newspaper pages, microfilm assets, title essays, page, issue, and title metadata, and all batch deliverables to the library of congress.] | inclusion | UNIVERSITY OF KENTUCKY RESEARCH FOUNDATION, THE | |
| 36 | $ 600,000.00 | Documentary on Shirley Clarke, founder of American Independent film (DEI films) | documentary about shirley clarke: founder of american independent film [how do you break into the boys club of film directing? shirley clarke (1919-1927) was a groundbreaking artist and a leader of the movement that created independent film in the united states. she declared war on hollywood by telling stories about people who had always been excluded from the big screen. black stories. gay stories. true stories. she was the only american woman to win recognition for her independent films in the 1960s. but then she was almost excluded herself, written out of film history. in our film, her contributions and extraordinary life come back to life. a timely tale of cool, identity, and struggle in new york city, cannes, and los angeles, from the 1950s to the 1980s. with jazz.] | Gay | THE CENTER FOR INDEPENDENT DOCUMENTARY, INC. | |

|  | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | **$ Obligated** | **Shorted Description** | **Long Description** | | **recipient_name** | |
| 37 | $ 197,388.00 | Future earth climate | future earth climate story [ssu proposes a new combined format, 3-week summer institute with in-person and virtual convening for 25 english teachers of grades 6-12. the institute will be held virtually & in-person on ssu?s campus & through field trips to various locations in northern california. the institute will guide participants in an in-depth inquiry into climate futurism alongside literary scholars, teacher-artists, naturalists, & media literacy scholars. climate futurism is defined here as storytelling that uses climate science as a catalyst to imagine possible climate futures. storytelling is essential to the humanities, but it also bridges other disciplines like the sciences & helps people imagine alternative outcomes to complex problems. the institute starts with octavia butler?s parable of the sower & young adult literature in the genre of ?cli-fi,? or climate science fiction, to frame field experiences & leads to the development of curricular ?action plans? for teachers? use in their own classrooms.] | Native | SONOMA STATE UNIVERSITY | |
| 38 | $ 348,657.00 | Historical American cookbook | america in the kitchen [the proposed project, america in the kitchen: the historic american cookbook project, submitted to the humanities collections and reference resources program of the national endowment for the humanities division of preservation and access, will expand and enhance the feeding america repository (https://d.lib.msu.edu/fa) at the michigan state university libraries. the project will have 4 main deliverables: 1) scan up to 24,000 new cookbook pages; 2) create brief, accessible essays for 115 new historical cookbooks; 3) increase understanding of the experiences of people from underrepresented communities by adding new cookbooks to the collection that will testify to america's profound diversity; and 4) create a new linked data site called america in the kitchen, which will give users a beautiful, contextualized, and curated experience with a diverse range of historic cookbooks and, through them, a unique window into an important part of american history.] | diversity | MICHIGAN STATE UNIVERSITY | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 39 | $ 249,836.00 | History of Mississippi lunatic asylum | an investigation of the mississippi lunatic asylum as history and memory | Asylum | UNIVERSITY OF MISSISSIPPI MEDICAL CENTER | |
| 40 | $ 348,811.00 | Oral histories of LatinX in the mid-west | midwest latinx oral history digital library [the northern illinois university latinx oral history project digital collection is poised to document and disseminate the complexity and diversity of the growing and significant latinx population in the midwest. in addition to interviews with mexicans/mexican americans in the region, the project also holds interviews with puerto ricans and central and south americans as well as interviews that speak to moments of solidarity and tension among different latinx groups and latinxs and african american communities. relatively few oral history collections of any kind are currently available online in sound/video and text transcript format. digitization of nearly 300 audio and video oral history interviews along with full-text transcripts will offer users a large collection of free-use, online materials that will fill the current gap in sources on latinxs in the midwest and become a major resource for researchers, educators, students, and lifetime learners.] | diversity,Solidarity | NORTHERN ILLINOIS UNIVERSITY | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | **$ Obligated** | **Shorted Description** | **Long Description** | | **recipient_name** | |
| 41 | $      600,000.00 | PBS documentary for streaming on PBS.org | american experience: a man called white [a man called white (w.t.) is a new two-hour film by american experience for national broadcast on pbs that examines the life and legacy of walter white, one of the most important and least understood figures in the black freedom struggle of the 20th century. the film chronicles white?s life from his childhood in atlanta, through his decades as the pre-eminent leader of the civil rights struggle, to his final years, when a controversial divorce and remarriage to a white divorc?e all but destroyed his standing in the naacp and clouded his legacy. his biography offers a powerful lens through which to examine the movement for full citizenship and equal rights during a tumultuous and consequential era in american social and political history. the film will be presented on multiple media platforms in addition to pbs broadcast, including digital distribution in the audiovisual and home video markets, and online streaming on pbs.org.] | Citizenship | WGBH EDUCATIONAL FOUNDATION | |
| 42 | $   2,534,699.00 | Program for exploring the diversity of human experience | state humanities program [delaware humanities council incorporated strengthens our communities by inspiring all delawareans to be informed and engaged through exploring the diversity of human experience. we have begun to implement a three-year strategic plan that calls for leading with programming made more accessible to diverse audiences and with the support of grantmaking. our programs and grant strategies will be aligned to four key focus areas: culture & diversity, media & democracy, climate & environment, and stories & histories. through these focus areas, we will relate larger questions posed by the humanities about democracy, who we are, how we characterize ourselves, and the world around us in terms that are relatable and relevant to delawareans from a variety of backgrounds.] | diversity | DELAWARE HUMANITIES COUNCIL INCORPORATED | |

| | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | $ Obligated | Shorted Description | Long Description | | recipient_name | |
| 43 | $    449,877.00 | Research on social and cultural context of tribal linguistics | documenting din? and lakota ways of communicating through community-driven, collaborative tribal organization ? university partnerships [the goal of this 3-year project is to document traditional ways of communicating (woc) in din?/navajo and lakota communities to address the imminent loss of linguistic and cultural knowledge. this is based on an understanding of language not only as grammar and lexicon but as a process of human interaction situated within the social and cultural context. the goal is to document and archive digital audiovisual recordings of naturally occurring language use of two endangered languages, navajo (athabaskan; arizona, usa; nav) and lakota (siouan; south dakota, usa; lkt), and the associated metalinguistic information and pragmatic knowledge held by each language community. this project will build on an existing collaborative partnership among indiana university, phoenix indian center (pic, a din?-serving community organization), and thunder valley community development corporation (tvcdc, a lakota-serving community organization), and language specialist consultants. [edited by staff]] | Tribal | TRUSTEES OF INDIANA UNIVERSITY | |

|  | B | E | F | G | I | DP |
|---|---|---|---|---|---|---|
| 2 | **$ Obligated** | **Shorted Description** | **Long Description** | | **recipient_name** | |
| 44 | $ 498,129.00 | Supporting cultural authenticity in AI | ou center for creativity and authenticity in ai cultural production [we propose an ou center for creativity and authenticity in ai cultural production. our goal is to create and sustain means for collaboration regarding the meaning of generative ai for artistic and cultural experience. while ai enables new modes of expression, it can destabilize the relationship between author and audience, raising questions about the nature and purpose of human creative expression. what does generative ai mean for such moments of creation? what does it mean for our ideas and practices regarding truth, trust, power, and belonging? this center will explore these questions with special attention to their implications for native american cultural sovereignty. our center will bring together experts from across the humanities, social sciences, and stem fields to catalyze research on crucial topics, such as trust, authenticity, and relationality, through a linked set of research teams, interdisciplinary conferences and associated edited volumes, and marquee public speakers.] | Native | UNIVERSITY OF OKLAHOMA | |
| 45 | $ 400,000.00 | Virtual musuem (website) of Gallup art | gallup new deal art virtual museum [the gallup new deal art (gnda) virtual museum project endeavors to create a multi-faceted, interactive, and analytical website that restores gallup?s legacy as a federal art center by unifying an expansive and impressive collection of 156 new deal artworks (currently housed in six separate locations) and by putting public art to public purpose. the virtual museum?s primary objectives are to make gallup?s new deal art collection widely available as a rich and engaging artistic, historical, and cultural resource and to leverage its potential for critical conversations and community building. through original scholarship and creative interpretations, the gnda virtual museum excavates the past, elevates and explores a diversity of perspectives, and encourages the exchange of ideas.] | diversity | GALLUPARTS, INC | |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | **Detection Codes** | | |
| 5 | | | LGBTQ | | |
| 6 | | | Homosexual | | |
| 7 | | | Tribal | | |
| 8 | | | Immigrants | | |
| 9 | | | Immigrant | | |
| 10 | | | diversity | | |
| 11 | | | inclusion | | |
| 12 | | | Queer | | |
| 13 | | | Transgender | | |
| 14 | | | Nonbinary | | |
| 15 | | | Genderfluid | | |
| 16 | | | Cisgender | | |
| 17 | | | Bisexual | | |
| 18 | | | Pansexual | | |
| 19 | | | Asexual | | |
| 20 | | | Multicultural | | |
| 21 | | | Ethnicity | | |
| 22 | | | Indigenous | | |
| 23 | | | Native | | |
| 24 | | | Diaspora | | |
| 25 | | | Refugees | | |
| 26 | | | Migrants | | |
| 27 | | | Asylum | | |
| 28 | | | Equity | | |
| 29 | | | Equality | | |
| 30 | | | Intersectionality | | |
| 31 | | | Privilege | | |
| 32 | | | Marginalized | | |
| 33 | | | Oppressed | | |
| 34 | | | Minorities | | |
| 35 | | | BIPOC (Black, Indigenous, People of Color) | | |
| 36 | | | Allyship | | |
| 37 | | | Solidarity | | |
| 38 | | | Representation | | |
| 39 | | | Tolerance | | |
| 40 | | | Pluralism | | |
| 41 | | | Assimilation | | |
| 42 | | | Integration | | |
| 43 | | | Xenophobia | | |
| 44 | | | Nationalism | | |
| 45 | | | Borders | | |
| 46 | | | Citizenship | | |
| 47 | | | Undocumented | | |
| 48 | | | Deportation | | |
| 49 | | | Melting Pot | | |
| 50 | | | Cultural Appropriation | | |
| 51 | | | Social Justice | | |
| 52 | | | Gay | | |